```
1  Nanci L. Clarence, SBN 122286
   Kate Dyer, SBN 171891
2  CLARENCE SNELL & DYER LLP
   Van Ness/Ellis Professional Building
3  899 Ellis Street
   San Francisco, CA  94109
4  Telephone: (415) 749-1800
   Facsimile: (415) 749-1694
5
   Attorneys for Defendant
6  THOMAS F. WHITE
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, a Minor, by and through MAURICIO RODRIGUEZ BORREGO, his Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS F. WHITE, NATHAN LOVAAS, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 03 4035 CRB<br><br>**DEFENDANT THOMAS F. WHITE'S SUMMARY OF ARGUMENT**<br><br>Hon. Charles R. Breyer<br><br>Date: March 12, 2004<br>Time: 10:00 a.m.<br>Crtrm: 8, 19th Floor |

**SUMMARY OF ARGUMENT IN OPPOSITION TO PLAINTIFF'S MOTION TO DEPOSE DEFENDANT WHITE Case No. C 03-4035 CRB**

## SUMMARY OF ARGUMENT

Plaintiff seeks a broad pretrial order eviscerating defendant White's Fifth Amendment, attorney-client and personal privacy privileges in one clean sweep. Without having posed a single question in discovery, plaintiff demands an order which would literally overrule White's anticipated objections before they are made, and turn the entire discovery process on its head.

### 1. Discovery as to Defendant White Should Be Stayed

Defendant White faces U.S. and Mexican criminal charges based on the precisely the same allegations which underlie this civil action. Accordingly, pursuant to *Federal Savings and Loan Ins. Corp. v. Molinaro*, 889 F.2d 899, 902 (9th Cir. 1989), his Fifth Amendment privilege is directly at issue and discovery as to White should be stayed.

### 2. White's Attorney-Client Privilege Cannot be Abrogated

Plaintiff seeks a highly unusual, prospective order that White be required to testify regarding attorney-client communications notwithstanding the privilege, on the basis of the crime-fraud exception. The argument is based on rank speculation by plaintiff's counsel that White and his counsel are bribing witnesses and an *anonymous* declaration which should be stricken from the record pursuant to Local Rule 7.5(b) and F.R.C.P. Rule 56(e). The crime fraud exception is inapplicable here, where there is no allegation that White communicated with his lawyers about bribery. *In re Grand Jury Proceedings*, 87 F.3d 377, 381 (9th Cir. 1996).

### 3. White Should Not Be Compelled to Testify Concerning His Finances

White should not be compelled to reveal his personal financial condition at this juncture. Because plaintiff has yet to make a proper discovery request, White has not yet had the opportunity to object. White has a right to privacy which creates a privilege, on the basis of which such discovery may be opposed. Calif. Const. Art I, § I; *Oakes v. Halvorsen Marine Ltd.*, 179 F.R.D. 281, 284 (C.D. Cal. 1998).

Accordingly, defendant White respectfully requests the Court to deny plaintiff's motion.

Dated: March 10, 2004   Respectfully submitted,

CLARENCE SNELL & DYER LLP

By: Kate Dyer

# PROOF OF SERVICE

I, Abbie Chin, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, CA 94109; I am employed in the City and County of San Francisco, California.

On March _11_, 2004, I served a copy, with all exhibits, of the following document(s):

**DEFENDANT THOMAS F. WHITE'S SUMMARY OF ARGUMENT**

To be served on the parties or attorneys in this action as follows:

_____ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the aforementioned document(s) in a sealed envelope with postage fully prepaid and addressed as noted below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service.

_____ **(BY MESSENGER)** I caused a sealed envelope to be delivered by personal delivery via the services of Cupid Courier to the addressee(s) noted below.

__X__ **(BY ELECTRONIC SERVICE)** I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing to the addressee(s) noted below.

Attorney for Plaintiff
David Replogle, Esq.
550 Montgomery Street, Suite 550
San Francisco, CA 94105
Email: davidreplogle@aol.com
Fax: (415) 974-6433

Attorney for Plaintiff
John E. Hill, Esq.
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
Email: johnhill-law@msn.com
Fax: (510) 588-1087

Attorney for Defendant
William S. Berland, Esq.
1816 Fifth Street
Berkeley, CA 94710
Email: bill@fergusonberland.com
Fax: (510) 548-3143

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 1 _1_, 2004

_____
ABBIE CHIN

SUMMARY OF ARGUMENT IN OPPOSITION TO PLAINTIFF'S MOTION TO DEPOSE DEFENDANT WHITE Case No. C 03-4035 CRB                      2