1   DAVID REPLOGLE, SBN 077875
    LAW OFFICES OF DAVID REPLOGLE
2   A Professional Corporation
    550 Montgomery Street, Suite 550
3   San Francisco, California 94111
    Telephone: (415) 362-4700
4   Facsimile: (415) 781-6683

5   JOHN E. HILL, SBN 045338
    LAW OFFICES OF JOHN E. HILL
6   A Professional Corporation
    8105 Edgewater Drive, Suite 100
7   Oakland, California 94621
    Telephone: (510) 588-1000
8   Facsimile: (510) 588-1087

9   Attorneys for Plaintiffs Jose Roe I through
    Jose Roe IV, by their guardian ad litem,
10  and Carlos Roe I through Carlos Roe XVIII

11

12                  UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15  JOSE ROE I, a minor, through        )   Case No. No. C-03-4035-CRB
    JOSE ROE IV, a minor, by            )
16  MAURICIO RODRIGUEZ BORREGO,         )
    their  guardian ad litem; and       )
17  CARLOS ROE I through CARLOS         )
    ROE XVIII, inclusive,               )
18                                      )
                                        )   FOURTH AMENDED COMPLAINT
19          Plaintiffs,                 )   FOR DAMAGES FOR CHILDHOOD
                                        )   SEXUAL ABUSE, CHILD SEXUAL
20      vs.                             )   TOURISM, PRODUCTION AND
                                        )   DISTRIBUTION OF CHILD
21  THOMAS F. WHITE,                    )   PORNOGRAPHY, INTENTIONAL
    NATHAN LOVAAS,                      )   AND NEGLIGENT INFLICTION
22  ARTHUR J. COLLINGSWORTH,            )   OF EMOTIONAL DISTRESS
    and DOES 1 through 100,             )
23  inclusive,                          )
                                        )
24          Defendants.          )      )   DEMAND FOR JURY TRIAL
    _____)

25

26          Plaintiffs Jose Roe I, a Minor through Jose Roe IV, a Minor,

–1–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1  inclusive, through Mauricio Rodriguez Borrego, their guardian ad litem, and

2  Carlos Roe I through Carlos Roe XVIII, inclusive, allege as follows:

3                              **JURISDICTION**

4          1.  This action arises under the Sexual Abuse Act of 1986, as

5  amended, 18 U.S.C. § 2241, *et seq.*; the Protection of Children Against Sexual

6  Exploitation Act of 1977, as amended, 18 U.S.C. § 2251, *et seq.*; and the White

7  Slave Traffic Act, as amended,  18 U.S.C. § 2421, *et seq.*  This court has

8  jurisdiction over this proceeding pursuant to 28 U.S.C. § 1331.

9                                **VENUE**

10         2.  Venue is proper in this district by virtue of 28 U.S.C. § 1391(b),

11  as Defendants Thomas F. White, Nathan Lovaas and Arthur J. Collingsworth

12  reside in this district.

13                    **INTRA-DISTRICT ASSIGNMENT**

14         3.  The San Francisco Division is the proper division in that

15  Defendants Thomas F. White, Nathan Lovaas and Arthur J. Collingsworth

16  reside in this division and a more substantial part of the events or omissions

17  which gave rise to these claims occurred in the San Francisco Division than

18  any other division of the court.

19                               **PARTIES**

20         4.  Plaintiff Jose Roe I, a minor, is now, and at all times mentioned

21  herein was, a resident of the State of Jalisco, United States of Mexico.  Jose

22  Roe I was born in September of 1988 and is currently 16 years old.  Plaintiff

23  Jose Roe I has been authorized to prosecute the within action as a fictitious

24  plaintiff by order of the United States District Court for the Northern District of

25  California.

26         5.   Plaintiff Jose Roe II, a minor, is now, and at all times

                                   –2–

1    mentioned herein was, a resident of the State of Jalisco, United States of

2    Mexico.  Jose Roe II was born on July 5, 1987 and is currently 17 years old.

3    Plaintiff Jose Roe II will seek authority to prosecute the within action as a

4    fictitious plaintiff by order of the United States District Court for the Northern

5    District of California.

6            6.    Plaintiff Carlos Roe I is now, and at all times mentioned herein

7    was, a resident of the State of Jalisco or the State of Baja California, United

8    States of Mexico.  Carlos Roe I was born on June 25, 1985 and is currently 19

9    years old.  Plaintiff Carlos Roe I will seek authority to prosecute the within

10   action as a fictitious plaintiff by order of the United States District Court for the

11   Northern District of California.

12           7.    Plaintiff Carlos Roe II is now, and at all times mentioned herein

13   was, a resident of the State of Jalisco, United States of Mexico.  Carlos Roe II

14   was born on May 14, 1985 and is currently 19 years old.  Plaintiff Carlos Roe II

15   will seek authority to prosecute the within action as a fictitious plaintiff by

16   order of the United States District Court for the Northern District of California.

17           8.    Plaintiff Carlos Roe III is now, and at all times mentioned

18   herein was, a resident of the State of Jalisco, United States of Mexico.  Carlos

19   Roe III was born on September 24, 1985 and is currently 19 years old.  Plaintiff

20   Carlos Roe III will seek authority to prosecute the within action as a fictitious

21   plaintiff by order of the United States District Court for the Northern District of

22   California.

23           9.    Plaintiff Carlos Roe IV is now, and at all times mentioned

24   herein was, a resident of the State of Jalisco, United States of Mexico.  Carlos

25   Roe IV was born on May 18, 1985 and is currently 19 years old.  Plaintiff

26   Carlos Roe IV will seek authority to prosecute the within action as a fictitious

–3–

1  plaintiff by order of the United States District Court for the Northern District of

2  California.

3  　　　　　10.　Plaintiff Carlos Roe V is now, and at all times mentioned

4  herein was, a resident of the State of Jalisco, United States of Mexico.  Carlos

5  Roe V was born on November 16, 1985 and is currently 18 years old.  Plaintiff

6  Carlos Roe V will seek authority to prosecute the within action as a fictitious

7  plaintiff by order of the United States District Court for the Northern District of

8  California.

9  　　　　　11.　Plaintiff Jose Roe III, a minor, is now, and at all times

10  mentioned herein was, a resident of the State of Jalisco, United States of

11  Mexico.  Jose Roe III was born on May 9, 1988 and is currently 16 years old.

12  Plaintiff Jose Roe III will seek authority to prosecute the within action as a

13  fictitious plaintiff by order of the United States District Court for the Northern

14  District of California.

15  　　　　　12.　Plaintiff Carlos Roe VI is now, and at all times mentioned

16  herein was, a resident of the State of Jalisco, United States of Mexico.  Carlos

17  Roe VI was born on March 20, 1982 and is currently 22 years old.  Plaintiff

18  Carlos Roe VI will seek authority to prosecute the within action as a fictitious

19  plaintiff by order of the United States District Court for the Northern District of

20  California.

21  　　　　　13.　Plaintiff Carlos Roe VII is now, and at all times mentioned

22  herein was, a resident of the State of Jalisco, United States of Mexico.  Carlos

23  Roe VII was born on January 15, 1985 and is currently 19 years old.  Plaintiff

24  Carlos Roe VII will seek authority to prosecute the within action as a fictitious

25  plaintiff by order of the United States District Court for the Northern District of

26  California.

–4–

1    14.    Plaintiff Carlos Roe VIII is now, and at all times mentioned

2   herein was, a resident of the State of Jalisco, United States of Mexico.  Carlos

3   Roe VII was born on March 13, 1986 and is currently 18 years old.  Plaintiff

4   Carlos Roe VIII will seek authority to prosecute the within action as a fictitious

5   plaintiff by order of the United States District Court for the Northern District of

6   California.

7    15.    Plaintiff Carlos Roe IX is now, and at all times mentioned

8   herein was, a resident of the State of Jalisco, United States of Mexico.  Carlos

9   Roe IX was born on April 28, 1985 and is currently 19 years old.  Plaintiff

10   Carlos Roe IX will seek authority to prosecute the within action as a fictitious

11   plaintiff by order of the United States District Court for the Northern District of

12   California.

13    16.    Plaintiff Carlos Roe X is now, and at all times mentioned

14   herein was, a resident of the State of Jalisco, United States of Mexico.  Carlos

15   Roe X was born on June 1, 1984 and is currently 20 years old.  Plaintiff Carlos

16   Roe X will seek authority to prosecute the within action as a fictitious plaintiff

17   by order of the United States District Court for the Northern District of

18   California.

19    17.    Plaintiff Carlos Roe XI is now, and at all times mentioned

20   herein was, a resident of the State of Jalisco, United States of Mexico.  Carlos

21   Roe XI was born on July 29, 1985 and is currently 19 years old.  Plaintiff

22   Carlos Roe XI will seek authority to prosecute the within action as a fictitious

23   plaintiff by order of the United States District Court for the Northern District of

24   California.

25    18.    Plaintiff Jose Roe IV, a minor, is now, and at all times

26   mentioned herein was, a resident of the State of Jalisco, United States of

–5–

1   Mexico.  Jose Roe IV was born in 1989 and is currently 15 years old.  Plaintiff

2   Jose Roe IV will seek authority to prosecute the within action as a fictitious

3   plaintiff by order of the United States District Court for the Northern District of

4   California.

5          19.   Plaintiff Carlos Roe XII is now, and at all times mentioned

6   herein was, a resident of the State of Jalisco, United States of Mexico.  Carlos

7   Roe XII was born on January 21, 1984 and is currently 20 years old.  Plaintiff

8   Carlos Roe XII will seek authority to prosecute the within action as a fictitious

9   plaintiff by order of the United States District Court for the Northern District of

10  California.

11         20.   Plaintiff Carlos Roe XIII is now, and at all times mentioned

12  herein was, a resident of the State of Jalisco, United States of Mexico.  Carlos

13  Roe XIII was born on October 27, 1985 and is currently 18 years old.  Plaintiff

14  Carlos Roe XIII will seek authority to prosecute the within action as a fictitious

15  plaintiff by order of the United States District Court for the Northern District of

16  California.

17         21.   Plaintiff Carlos Roe XIV is now, and at all times mentioned

18  herein was, a resident of the State of Jalisco, United States of Mexico.  Carlos

19  Roe XIV was born on May 16, 1986 and is currently 18 years old.  Plaintiff

20  Carlos Roe XIV will seek authority to prosecute the within action as a fictitious

21  plaintiff by order of the United States District Court for the Northern District of

22  California.

23         22.   Plaintiff Carlos Roe XV is now, and at all times mentioned

24  herein was, a resident of the State of Jalisco, United States of Mexico.  Carlos

25  Roe XV was born in 1985 and is currently 19 years old.  Plaintiff Carlos Roe XV

26  will seek authority to prosecute the within action as a fictitious plaintiff by

–6–

1   order of the United States District Court for the Northern District of California.

2      23. Plaintiff Carlos Roe XVI is now, and at all times mentioned

3   herein was, a resident of the State of Jalisco, United States of Mexico.  Carlos

4   Roe XVI was born on February 7, 1982 and is currently 22 years old.  Plaintiff

5   Carlos Roe XVI will seek authority to prosecute the within action as a fictitious

6   plaintiff by order of the United States District Court for the Northern District of

7   California.

8      24. Plaintiff Carlos Roe XVII is now, and at all times mentioned

9   herein was, a resident of the State of Jalisco, United States of Mexico.  Carlos

10  Roe XVII was born in 1985 and is currently 19 years old.  Plaintiff Carlos Roe

11  XVII will seek authority to prosecute the within action as a fictitious plaintiff by

12  order of the United States District Court for the Northern District of California.

13     25. Plaintiff Carlos Roe XVIII is now, and at all times mentioned

14  herein was, a resident of the State of Jalisco, United States of Mexico.  Carlos

15  Roe XVIII was born on November 18, 1985 and is currently 19 years old.

16  Plaintiff Carlos Roe XVIII will seek authority to prosecute the within action as a

17  fictitious plaintiff by order of the United States District Court for the Northern

18  District of California.

19     26. Defendant Thomas F. White ("White") is now, and at all times

20  mentioned herein was, a resident of the City and County of San Francisco,

21  State of California.  Plaintiffs are informed and believe, and thereon allege, that

22  White was born on or about February 14, 1935 and is currently 69 years old.

23     27. Defendant Nathan Lovaas ("Lovaas") is now, and at all times

24  mentioned herein was, a resident of the City and County of San Francisco,

25  State of California.  Plaintiffs are informed and believe, and thereon allege, that

26  Lovaas was born on or about November 13, 1976 and is currently 28 years old.

–7–

1        28.  Defendant Arthur J. Collingsworth ("Collingsworth") is now,

2   and at all times mentioned herein was, a resident of the City and County of

3   San Francisco, State of California.  Plaintiffs are informed and believe, and

4   thereon allege, that Collingsworth is approximately 60 years old.

5        29.   Lovaas is now, and at all times mentioned herein was,

6   employed as White's personal assistant.  Plaintiff is further informed and

7   believes, and thereon alleges, that Lovaas's duties as White's personal assistant

8   included: A) procuring minors in order to provide White, Lovaas, Collingsworth

9  and their associates with minors for the purpose of engaging in sexual activity

10   in violation of Sections 2241-48 Title 18 of the United States Code; B) traveling

11   with White, Collingsworth and their associates in foreign commerce for the

12   purpose of engaging in sexual acts with persons under 18 years of age in

13   violation of Section 2423 of Title 18 of the United States Code; and C) assisting

14   White, Collingsworth and their associates in the production and distribution of

15   child pornography in violation of Sections 2251-55 of Title 18 of the United

16   States Code.

17       30.  Plaintiffs are informed and believe, and thereon allege, that

18   each of the Defendants named in this action was the principal, agent, servant,

19   employer, officer, director, co-conspirator, partner or joint venturer of the other

20   Defendants in committing the actions described hereinbelow, and acted within

21   the scope of such agency, relationship, employment, conspiracy, partnership or

22   joint venture.  Plaintiffs are informed and believes, and thereon alleges, that

23   each of the Defendants approved, ratified or acquiesced in the actions and/or

24   conduct of the remaining Defendants described hereinbelow.

25       31.   White maintains a residence and owns multiple business,

26   including a hotel adjacent to a newly constructed orphanage, in Puerto

–8–

1   Vallarta, Mexico.  Plaintiffs are informed and believe, and thereon allege, that

2   White's friends and associates, including Collingsworth, traveled with White

3   and Lovaas to Puerto Vallarta and participated in, or in some way are

4   responsible for, the wrongful conducted alleged herein.  White's associates

5   spoke limited, if any, Spanish and often gave the local children a false name or

6   only a first name.  Plaintiffs are informed and believe, and thereon allege, that

7   White's associates, the Defendants named herein as fictitious Defendants Does

8   1 through 100, inclusive, participated in or in some way are responsible for,

9   the wrongful conduct committed by the other Defendants and the damages and

10  breaches of duties suffered by Plaintiffs.  Due to the factors set forth above, as

11  well as Plaintiffs' young ages, Plaintiffs are unaware of the true identities of

12  Defendants Does 1 through 100 at this time, but will seek leave of court to

13  amend this Complaint to insert the actual names and identities when the same

14  have been ascertained.

15                          **COUNT ONE**

16                     **Childhood Sexual Abuse**

17

18                  **Jose Roe I v. White, et al.**

19          32.  Plaintiff Jose Roe I refers to and incorporates by reference

20  each and every allegation contained in paragraphs 1 through 31 of this

21  Complaint as though fully set forth and pleaded herein.

22          33.  In or about 1998, Defendants knowingly and willfully

23  conspired and agreed among themselves to sexually assault Plaintiff Jose Roe I.

24   In or about 1998, Defendants began traveling from San Francisco to Puerto

25  Vallarta, procuring young boys along the Malecon in Puerto Vallarta, taking

26  them to White's villa known as "Casa Blanca" south of Puerto Vallarta, giving

                              –9–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1  the young boys food, money and drugs, and sexually abusing them in violation

2  of 18 U.S.C. §§ 2241, *et seq.*

3          34.  White first met Plaintiff Jose Roe I at the McDonalds

4  restaurant along the Malecon in 1998.  At that time, Jose Roe I was 9 years old

5  and homeless, spending most nights sleeping under a palapa near the fishing

6  pier.  White bought Jose Roe I food.  White then told Jose Roe I that if he

7  wanted more money he would need to accompany White to his residence, Casa

8  Blanca.  Once at Casa Blanca, White forced Jose Roe I to engage in sexual acts

9  in violation of Sections 2241 *et seq.* of Title 18 of the United States Code.

10          35.  Over the course of the next 4 years, Lovaas, White's personal

11  assistant, would search for homeless children along the Malecon in Puerto

12  Vallarta.  Lovaas would then bring the homeless children, including Jose Roe I,

13  to White's residence, Casa Blanca, to provide Defendants, and each of them,

14  with the opportunity to sexually molest Plaintiff Jose Roe I.  On multiple

15  occasions over a four-year period beginning in 1998, Defendants required

16  Plaintiff Jose Roe I to engage in sexual acts with them, including oral and anal

17  copulation, in violation of Sections 2241 *et seq.* of Title 18 of the United States

18  Code.

19          36.  Defendants' acts, described herein, constitute conduct

20  proscribed by Sections 2241 *et seq.* of Title 18 of the United States Code.

21          37.  At no time did Plaintiff Jose Roe I consent, or have the ability

22  to consent, to any of the acts of Defendants alleged herein.

23          38.  In or about 2001, White was indicted by the State of Jalisco

24  and the United States of Mexico on charges of child rape, child endangerment

25  and child pornography arising out of White's actions in Puerto Vallarta as

26  detailed hereinabove.   Plaintiff Jose Roe I is informed and believes, and

–10–

1    thereon alleges, that the federal court in Guadalajara has custody of video

2    tapes made by White and his associates depicting White, Rolph, Collingsworth

3    and other White associates having sex with minors, including Jose Roe I.

4         39.   After White was indicted by the State of Jalisco, Defendants

5    hired a local Puerto Vallarta attorney, Manuel Flores, to intimidate and bribe

6    the homeless boys, including Plaintiff Jose Roe I, who had signed statements

7    detailing Defendants' childhood sexual abuse of the homeless boys in Puerto

8    Vallarta and the production of child pornography as set forth above.

9         40.   Manuel Flores, acting as Defendants' agent, offered Plaintiff

10   Jose Roe I 200 Pesos and a bicycle if he would sign a false statement

11   exonerating Defendants.   Plaintiff Jose Roe I refused, and continues to refuse,

12   to sign such a false statement.

13        41.   As a direct and proximate result of Defendants' acts as alleged

14   herein, Plaintiff Jose Roe I was hurt and injured in his health, strength and

15   activity, sustaining shock and injury to his nervous system, all of which have

16   caused and continue to cause Plaintiff Jose Roe I great mental pain,

17   embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

18   Jose Roe I's damage in an amount according to proof at trial.

19        42.   As a further direct and proximate result of Defendants' acts as

20   alleged herein, Plaintiff Jose Roe I has been damaged in that he has been

21   required to expend money and incur obligations for medical services required

22   in the treatment and relief of the injuries herein alleged.

23        43.   Defendants engaged in the conduct alleged above with malice,

24   fraud, oppression and/or in conscious disregard for the rights of Plaintiff Jose

25   Roe I.  Plaintiff Jose Roe I is therefore entitled to an award of exemplary and

26   punitive damages.

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1    WHEREFORE, Plaintiff Jose Roe I prays for judgment as set forth

2  below.

### COUNT TWO

### Child Sexual Tourism

### Jose Roe I v. White, et al.

6    44.   Plaintiff Jose Roe I refers to and incorporates by reference

7  each and every allegation contained in paragraphs 1 through 43 of this

8  Complaint as though fully set forth and pleaded herein.

9    45.   Defendants traveled from San Francisco to Mexico, or

10  conspired to travel to Mexico, for the purpose of engaging in a sexual act as

11  defined in Section 2246 of Title 18 of the United States Code with Plaintiff Jose

12  Roe I, a person under the age of 18 years of age, that would be a violation of

13  Chapter 109A of Title 18 if the sexual act occurred in the United States.

14    46.   Defendants' conduct, as set forth above, constitutes child

15  sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

16  States Code.

17    47.   As a direct and proximate result of Defendants' acts as alleged

18  herein, Plaintiff Jose Roe I was hurt and injured in his health, strength and

19  activity, sustaining shock and injury to his nervous system, all of which have

20  caused and continue to cause Plaintiff great mental pain, embarrassment,

21  humiliation, distress, anguish and suffering, all to Plaintiff Jose Roe I's damage

22  in an amount according to proof at trial.

23    48.   As a further direct and proximate result of Defendants' acts as

24  alleged herein, Plaintiff Jose Roe I has been damaged in that he has been

25  required to expend money and incur obligations for medical services required

26  in the treatment and relief of the injuries herein alleged.

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1    49.  Defendants engaged in the conduct alleged above with malice,

2  fraud, oppression and/or in conscious disregard for the rights of Plaintiff Jose

3  Roe I.  Plaintiff Jose Roe I is therefore entitled to an award of exemplary and

4  punitive damages.

5    WHEREFORE, Plaintiff Jose Roe I prays for judgment as set forth

6  below.

### COUNT THREE

### Production and Distribution of Child Pornography

### Jose Roe I v. White, et al.

10    50.  Plaintiff Jose Roe I refers to and incorporates by reference

11  each and every allegation contained in paragraphs 1 through 49 of this

12  Complaint as though fully set forth and pleaded herein.

13    51.   In or about 1998, Defendants knowingly and willfully

14  conspired and agreed among themselves to induce Plaintiff Jose Roe I, a minor,

15  to engage in sexually explicit conduct for the purpose of producing videos of

16  minors engaged in sexually explicit conduct.  On numerous occasions

17  beginning in or about 1998, Defendants, and each of them, videotaped Plaintiff

18  Jose Roe I engaging in sexually explicit conduct with Defendants.  Defendants,

19  and each of them, knew or had reason to know that such visual depiction of

20  sexually explicit conduct of a minor would be transported in interstate or

21  foreign commerce or mailed.  Plaintiff Jose Roe I is informed and believes, and

22  thereon alleges, that some of the pornographic videos depicting Defendants

23  engaging in sexually explicit conduct with minors at Casa Blanca are in the

24  custody of the federal court in Guadalajara, Mexico.

25    52. Defendants' production and distribution of child pornography,

26  described herein, constitutes child sexual exploitation proscribed by Sections

–13–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   2251 *et seq.* of Title 18 of the United States Code.

2        53.  As a direct and proximate result of Defendants' acts as alleged

3   herein, Plaintiff Jose Roe I was hurt and injured in his health, strength and

4   activity, sustaining shock and injury to his nervous system, all of which have

5   caused and continue to cause Plaintiff Jose Roe I great mental pain,

6   embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

7   Jose Roe I's damage in an amount in excess of the minimum subject matter

8   jurisdiction of this court and according to proof at trial.

9        54.  As a further direct and proximate result of Defendants' acts as

10   alleged herein, Plaintiff Jose Roe I has been damaged in that he has been

11   required to expend money and incur obligations for medical services required

12   in the treatment and relief of the injuries herein alleged.

13        55.  Defendants engaged in the conduct alleged above with malice,

14   fraud, oppression and/or in conscious disregard for the rights of Plaintiff Jose

15   Roe I.  Plaintiff Jose Roe I is therefore entitled to an award of exemplary and

16   punitive damages.

17                  **COUNT FOUR**

18         **Intentional Infliction of Emotional Distress**

19            **Jose Roe I v. White, et al.**

20        56.  Plaintiff Jose Roe I refers to and incorporates by reference

21   each and every allegation contained in paragraphs 1 through 55 of this

22   Complaint as though fully set forth and pleaded herein.

23        57.  Defendants' conduct was intentional and malicious and done

24   for the purpose of causing Plaintiff Jose Roe I to suffer humiliation, mental

25   anguish, and emotional and physical distress.

26        58.  As a direct and proximate result of the acts of Defendants, and

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   each of them, Plaintiff Jose Roe I has been hurt and injured in his health,

2   strength, and activity, sustaining injury to their nervous system and person, all

3   of which injuries have caused, and continue to cause, Plaintiff Jose Roe I great

4   mental, physical, and nervous pain and suffering.

5         59.  As a further direct and proximate result of the acts of

6   Defendants, and each of them, Plaintiff Jose Roe I has been damaged in that he

7   has been required to expend money and to incur obligations for medical

8   services reasonably required in the treatment and relief of the injuries herein

9   alleged in an amount according to proof at trial.

10        60.  Defendants engaged in the conduct alleged above with malice,

11   fraud, oppression and/or in conscious disregard for the rights of Plaintiff Jose

12   Roe I.  Plaintiff Jose Roe I is therefore entitled to an award of exemplary and

13   punitive damages.

14        WHEREFORE, Plaintiff Jose Roe I prays for judgment as set forth

15   below.

16

17                  **COUNT FIVE**

18        **Negligent Infliction of Emotional Distress**

19          **Jose Roe I v. White, et al.**

20        61.  Plaintiff Jose Roe I refers to and incorporates by reference

21   each and every allegation contained in paragraphs 1 through 60 of this

22   Complaint as though fully set forth and pleaded herein.

23        62.   Defendants, and each of them, knew, or should have known,

24   that their actions as set forth herein would cause Plaintiff Jose Roe I severe

25   emotional distress.

26        63.  Defendants, and each of them, owed a duty to Plaintiff Jose

–15–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1  Roe I not to sexually abuse, exploit and assault Plaintiff Jose Roe I in violation

2  of Title 18 of the United States Code as set forth herein.

3          64.  Defendants, and each of them, breached their duty to Plaintiff

4  Jose Roe I by engaging in the actions as set forth herein.

5          65.  As a direct and proximate result of the acts of Defendants, and

6  each of them, and of Defendants' breach of their duty to Plaintiff Jose Roe I,

7  Plaintiff Jose Roe I has been hurt and injured in his health, strength, and

8  activity, sustaining injury to his nervous system and person, all of which

9  injuries have caused, and continue to cause, Plaintiff great mental, physical,

10 and nervous pain and suffering.

11         66.  As a further direct and proximate result of the acts of

12 Defendants, and each of them, and of Defendants' breach of their duty to

13 Plaintiff Jose Roe I, Plaintiff Jose Roe I has been damaged in that he has been

14 required to expend money and to incur obligations for medical services and

15 drugs reasonably required in the treatment and relief of the injuries herein

16 alleged in an amount according to proof at trial.

17         WHEREFORE, Plaintiff Jose Roe I prays for judgment as set forth

18 below.

19                              **COUNT SIX**

20                        **Childhood Sexual Abuse**

21                      **Jose Roe II v. White, et al.**

22         67.  Plaintiff Jose Roe II refers to and incorporates by reference

23 each and every allegation contained in paragraphs 1 through 31 of this

24 Complaint as though fully set forth and pleaded herein.

25         68.  In or about 1999, Defendants knowingly and willfully

26 conspired and agreed among themselves to sexually assault Plaintiff Jose Roe

                              –16–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   II.   In or about 1998, Defendants began traveling from San Francisco to

2   Puerto Vallarta, procuring young boys along the Malecon in Puerto Vallarta,

3   taking them to White's villa known as "Casa Blanca" south of Puerto Vallarta,

4   giving the young boys food, money and drugs, and sexually abusing them in

5   violation of 18 U.S.C. §§ 2241, *et seq.*

6           69.   White first met Plaintiff Jose Roe II at White's villa, the Casa

7   Blanca.   Plaintiff Jose Roe II was taken to the Casa Blanca by three other

8   young boys he met on the Malecon, including Carlos Roe I.   At that time, Jose

9   Roe II was 12 years old.

10          70.   When Jose Roe II arrived at the Casa Blanca, White opened

11  the door and invited Jose Roe II and his companions inside.   There were

12  already several young boys at the Casa Blanca.   Once inside the compound,

13  White told Jose Roe II and his companions that they had to remove all their

14  clothes.   Jose Roe II resisted taking off his shorts.   However, after being

15  pressured by White to completely disrobe, Jose Roe II took off his shorts and

16  joined the other boys in the swimming pool.   Once White had Jose Roe II

17  disrobed at Casa Blanca, White forced Jose Roe II to engage in sexual acts in

18  violation of Sections 2241 *et seq.* of Title 18 of the United States Code.

19          71.   White first took three boys to his bedroom, one of whom was

20  Carlos Roe I.   After the first three boys came out of the room, Jose Roe II was

21  taken to White's bedroom with two other boys.   White showed Jose Roe II a

22  video he had made showing White having sex with Carlos Roe I and the other

23  two boys who had gone to his room. The video showed White having both oral

24  and anal sex with the boys, first individually, and later as a group.   White had

25  a box of drugs in his bedroom, including marijuana and crack cocaine, and a

26  large amount of cash.   White then orally copulated Jose Roe II in  violation of

–17–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   Sections 2241 *et seq.* of Title 18 of the United States Code.

2       72.   Jose Roe II spent the night at the Casa Blanca.   The next
3   day, White was naked with Jose Roe II in the swimming pool.   Another boy
4   was taking video pictures of White with Jose Roe II in the pool at White's
5   direction.   White then took Jose Roe II by the arm, grabbed his genitals and
6   forced him inside his bedroom where White orally copulated Jose Roe II.

7       73.   I or about 2001, White was indicted by the State of Jalisco
8   and the United States of Mexico on charges of child rape, child endangerment
9   and child pornography arising out of White's actions in Puerto Vallarta as
10  detailed hereinabove.   Plaintiff Jose Roe II is informed and believes, and
11  thereon alleges, that the federal court in Guadalajara has custody of video
12  tapes made by White and his associates depicting White, Rolph, Collingsworth
13  and other White associates having sex with minors, including Carlos Roe II.

14      74.   After the incident at Casa Blanca outlined above, Jose Roe II
15  began to abuse drugs, including crack cocaine.

16      75.  Defendants' acts, described herein, constitute conduct
17  proscribed by Sections 2241 *et seq.* of Title 18 of the United States Code.

18      76.  At no time did Plaintiff Jose Roe II consent, or have the ability
19  to consent, to any of the acts of Defendants alleged herein.

20      77.   As a direct and proximate result of Defendants' acts as alleged
21  herein, Plaintiff Jose Roe II was hurt and injured in his health, strength and
22  activity, sustaining shock and injury to his nervous system, all of which have
23  caused and continue to cause Plaintiff Jose Roe II great mental pain,
24  embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff
25  Jose Roe II's damage in an amount according to proof at trial.

26      78.   As a further direct and proximate result of Defendants' acts as

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   alleged herein, Plaintiff Jose Roe II has been damaged in that he has been

2   required to expend money and incur obligations for medical services required

3   in the treatment and relief of the injuries herein alleged.

4        79.  Defendants engaged in the conduct alleged above with malice,

5   fraud, oppression and/or in conscious disregard for the rights of Plaintiff Jose

6   Roe II.  Plaintiff Jose Roe II is therefore entitled to an award of exemplary and

7   punitive damages.

8        WHEREFORE, Plaintiff Jose Roe II prays for judgment as set forth

9   below.

### COUNT SEVEN

### Child Sexual Tourism

### Jose Roe II v. White, et al.

13       80.  Plaintiff Jose Roe II refers to and incorporates by reference

14  each and every allegation contained in paragraphs 1 through 31 and 68

15  through 79 of this Complaint as though fully set forth and pleaded herein.

16       81.  Defendants traveled from San Francisco to Mexico, or

17  conspired to travel to Mexico, for the purpose of engaging in a sexual act as

18  defined in Section 2246 of Title 18 of the United States Code with Plaintiff Jose

19  Roe II, a person under the age of 18 years of age, that would be a violation of

20  Chapter 109A of Title 18 if the sexual act occurred in the United States.

21       82.  Defendants' conduct, as set forth above, constitutes child

22  sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

23  States Code.

24       83.  As a direct and proximate result of Defendants' acts as alleged

25  herein, Plaintiff Jose Roe II was hurt and injured in his health, strength and

26  activity, sustaining shock and injury to his nervous system, all of which have

–19–

1  caused and continue to cause Plaintiff great mental pain, embarrassment,

2  humiliation, distress, anguish and suffering, all to Plaintiff Jose Roe II's

3  damage in an amount according to proof at trial.

4       84.  As a further direct and proximate result of Defendants' acts as

5  alleged herein, Plaintiff Jose Roe II has been damaged in that he has been

6  required to expend money and incur obligations for medical services required

7  in the treatment and relief of the injuries herein alleged.

8       85.  Defendants engaged in the conduct alleged above with malice,

9  fraud, oppression and/or in conscious disregard for the rights of Plaintiff Jose

10  Roe II.  Plaintiff Jose Roe II is therefore entitled to an award of exemplary and

11  punitive damages.

12       WHEREFORE, Plaintiff Jose Roe II prays for judgment as set forth

13  below.

### COUNT EIGHT

14

### Production and Distribution of Child Pornography

15

### Jose Roe II v. White, et al.

16

17       86.  Plaintiff Jose Roe II refers to and incorporates by reference

18  each and every allegation contained in paragraphs 1 through 31 and

19  paragraphs 68 through 85 of this Complaint as though fully set forth and

20  pleaded herein.

21       87.   In or about 1999, Defendants knowingly and willfully

22  conspired and agreed among themselves to induce Plaintiff Jose Roe II, a

23  minor, to engage in sexually explicit conduct for the purpose of producing

24  videos of minors engaged in sexually explicit conduct.  In or about 1999,

25  Defendants, and each of them, videotaped Plaintiff Jose Roe II engaging in

26  sexually explicit conduct with Defendants.  Defendants, and each of them,

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   knew or had reason to know that such visual depiction of sexually explicit

2   conduct of a minor would be transported in interstate or foreign commerce or

3   mailed.  Plaintiff Jose Roe II is informed and believes, and thereon alleges, that

4   some of the pornographic videos depicting Defendants engaging in sexually

5   explicit conduct with minors at Casa Blanca are in the custody of the federal

6   court in Guadalajara, Mexico.

7         88. Defendants' production and distribution of child pornography,

8   described herein, constitutes child sexual exploitation proscribed by Sections

9   2251 *et seq.* of Title 18 of the United States Code.

10        89.  As a direct and proximate result of Defendants' acts as alleged

11   herein, Plaintiff Jose Roe II was hurt and injured in his health, strength and

12   activity, sustaining shock and injury to his nervous system, all of which have

13   caused and continue to cause Plaintiff Jose Roe II great mental pain,

14   embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

15   Jose Roe II's damage in an amount in excess of the minimum subject matter

16   jurisdiction of this court and according to proof at trial.

17        90.  As a further direct and proximate result of Defendants' acts as

18   alleged herein, Plaintiff Jose Roe II has been damaged in that he has been

19   required to expend money and incur obligations for medical services required

20   in the treatment and relief of the injuries herein alleged.

21        91.  Defendants engaged in the conduct alleged above with malice,

22   fraud, oppression and/or in conscious disregard for the rights of Plaintiff Jose

23   Roe II.  Plaintiff Jose Roe II is therefore entitled to an award of exemplary and

24   punitive damages.

25        WHEREFORE, Plaintiff Jose Roe II prays for judgment as set forth

26   below.

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

## COUNT NINE

### Intentional Infliction of Emotional Distress

### Jose Roe II v. White, et al.

92.   Plaintiff Jose Roe II refers to and incorporates by reference each and every allegation contained in paragraphs 1 through 31 and 68 through 91 of this Complaint as though fully set forth and pleaded herein.

93.   Defendants' conduct was intentional and malicious and done for the purpose of causing Plaintiff Jose Roe II to suffer humiliation, mental anguish, and emotional and physical distress.

94.   As a direct and proximate result of the acts of Defendants, and each of them, Plaintiff Jose Roe II has been hurt and injured in his health, strength, and activity, sustaining injury to their nervous system and person, all of which injuries have caused, and continue to cause, Plaintiff Jose Roe II great mental, physical, and nervous pain and suffering.

95.   As a further direct and proximate result of the acts of Defendants, and each of them, Plaintiff Jose Roe II has been damaged in that he has been required to expend money and to incur obligations for medical services reasonably required in the treatment and relief of the injuries herein alleged in an amount according to proof at trial.

96.   Defendants engaged in the conduct alleged above with malice, fraud, oppression and/or in conscious disregard for the rights of Plaintiff Jose Roe II.  Plaintiff Jose Roe II is therefore entitled to an award of exemplary and punitive damages.

WHEREFORE, Plaintiff Jose Roe II prays for judgment as set forth below.

### COUNT TEN

–22–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

**Negligent Infliction of Emotional Distress**

**Jose Roe II v. White, et al.**

97.  Plaintiff Jose Roe II refers to and incorporates by reference each and every allegation contained in paragraphs 1 through 31 and 68 through 96 of this Complaint as though fully set forth and pleaded herein.

98.  Defendants, and each of them, knew, or should have known, that their actions as set forth herein would cause Plaintiff Jose Roe II severe emotional distress.

99.  Defendants, and each of them, owed a duty to Plaintiff Jose Roe II not to sexually abuse, exploit and assault Plaintiff Jose Roe II in violation of Title 18 of the United States Code as set forth herein.

100.  Defendants, and each of them, breached their duty to Plaintiff Jose Roe II by engaging in the actions as set forth herein.

101.  As a direct and proximate result of the acts of Defendants, and each of them, and of Defendants' breach of their duty to Plaintiff Jose Roe II, Plaintiff Jose Roe II has been hurt and injured in his health, strength, and activity, sustaining injury to his nervous system and person, all of which injuries have caused, and continue to cause, Plaintiff great mental, physical, and nervous pain and suffering.

102.  As a further direct and proximate result of the acts of Defendants, and each of them, and of Defendants' breach of their duty to Plaintiff Jose Roe II, Plaintiff Jose Roe II has been damaged in that he has been required to expend money and to incur obligations for medical services and drugs reasonably required in the treatment and relief of the injuries herein alleged in an amount according to proof at trial.

WHEREFORE, Plaintiff Jose Roe II prays for judgment as set forth

–23–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1  below.

2                         **COUNT ELEVEN**

3                    **Childhood Sexual Abuse**

4                   **Carlos Roe I v. White, et al.**

5          103.  Plaintiff Carlos Roe I refers to and incorporates by reference

6  each and every allegation contained in paragraphs 1 through 31 and 71 of this

7  Complaint as though fully set forth and pleaded herein.

8          104.  In or about 1998, Defendants knowingly and willfully

9  conspired and agreed among themselves to sexually assault Plaintiff Carlos Roe

10  I.  In or about 1998, Defendants began traveling from San Francisco to Puerto

11  Vallarta, procuring young boys along the Malecon in Puerto Vallarta, taking

12  them to White's villa known as "Casa Blanca" south of Puerto Vallarta, giving

13  the young boys food, money and drugs, and sexually abusing them in violation

14  of 18 U.S.C. §§ 2241, *et seq.*

15          105.  Plaintiff Carlos Roe I first met Defendants in front of the Hard

16  Rock Café along the Malecon in 1999.  At that time, Carlos Roe I was 13 years

17  old and homeless, spending most nights sleeping under a palapa near the

18  fishing pier.  Jerry, a friend of White's, approached Carlos Roe I in front of the

19  Hard Rock Café and engaged him in conversation.  Thereafter, White arrived

20  with a large man from Guadalajara.  White and Jerry then took Carlos Roe I to

21  White's villa, the Casa Blanca, in White's white Mercedes Benz SUV.  Once at

22  Casa Blanca, White told Carlos Roe I that he had to remove all his clothes since

23  clothing was not allowed in the pool.  Carlos Roe I complied with White's

24  demand that he disrobe.   Thereafter, White and Jerry forced Carlos Roe I to

25  engage in sexual acts in violation of Sections 2241 *et seq.* of Title 18 of t4he

26  United States Code.

                                          –24–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1       106.    Once Carlos Roe I was in the swimming pool naked, White

2   and Jerry joined him in the pool, also naked.   White prepared and gave to

3   Carlos Roe I an alcoholic beverage which was laced with a sedative drug.

4   Carlos Roe I became disoriented from the drugged beverage.   Jerry then took

5   Carlos Roe I to a bedroom where he lay naked.   Jerry then masturbated Carlos

6   Roe I and took Carlos Roe I's hand and used it to masturbate himself.   Jerry

7   then anally penetrated Carlos Roe I.   Carlos Roe I then feel asleep as a result of

8   the drugs and alcohol.   The next day, Carlos Roe I left.   Jerry paid Carlos Roe

9   I $200.

10      107.   Several months after his first visit to the Casa Blanca as

11  outlined above, White approached Carlos Roe I when Carlos Roe I was in front

12  of the McDonald's restaurant along the Malecon.   White invited Carlos Roe I,

13  who was 13 years old, to the Casa Blanca.  Carlos Roe I went with White to the

14  Casa Blanca a second time.   Once at the Casa Blanca, White again told Carlos

15  Roe I to disrobe stating that no clothing was allowed in the swimming pool.

16  After Carlos Roe I was in the pool naked, White gave Carlos Roe I an alcoholic

17  beverage.   White then joined him in the pool.   White was also naked.   White

18  then took Carlos Roe I to the Jacuzzi where White orally copulated Carlos Roe

19  I.

20      108.   After White orally copulated Carlos Roe I in the Jacuzzi, and

21  after White gave Carlos Roe I more liquor, White took Carlos Roe I to his

22  bedroom where he anally penetrated Carlos Roe I.   At the time White anally

23  penetrated Carlos Roe I, White played pornography on the television.

24      109.   Carlos Roe I stayed at the Casa Blanca for approximately 8

25  months from late 1999 through late 2000.   On multiple occasions while at the

26  Casa Blanca, White and Rolph required Plaintiff Carlos Roe I to engage in

–25–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1  sexual acts with them, including oral and anal copulation, in violation of

2  Sections 2241 *et seq.* of Title 18 of the United States Code.

3      110.  On more than 20 occasions, White took video pictures of

4  White and Rolph engaging in sexual acts with Carlos Roe I.

5      111.  In late 2000 Rolph forcibly raped Carlos Roe I at the Casa

6  Blanca.   Carlos Roe I went to the Red Cross to have his anus examined

7  because of the extreme paid.   It was after that incident that Carlos Roe I left

8  Puerto Vallarta and returned to his home in Tijuana.

9      112.  White maintained armed guards at the Casa Blanca.  White

10  told Carlos Roe I that if he said anything about the sexual acts outlined above

11  that White would have "his people" hurt his parents.

12      113.  Defendants' acts, described herein, constitute conduct

13  proscribed by Sections 2241 *et seq.* of Title 18 of the United States Code.

14      114.  At no time did Plaintiff Carlos Roe I consent, or have the

15  ability to consent, to any of the acts of Defendants alleged herein.

16      115.   In or about 2001, White was indicted by the State of Jalisco

17  and the United States of Mexico on charges of child rape, child endangerment

18  and child pornography arising out of White's actions in Puerto Vallarta as

19  detailed hereinabove.   Plaintiff Carlos Roe I is informed and believes, and

20  thereon alleges, that the federal court in Guadalajara has custody of video

21  tapes made by White and his associates depicting White, Collingsworth and

22  other White associates having sex with minors, including Carlos Roe I.

23      116.  As a direct and proximate result of Defendants' acts as

24  alleged herein, Plaintiff Carlos Roe I was hurt and injured in his health,

25  strength and activity, sustaining shock and injury to his nervous system, all of

26  which have caused and continue to cause Plaintiff Carlos Roe I great mental

–26–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1    pain, embarrassment, humiliation, distress, anguish and suffering, all to

2    Plaintiff Carlos Roe I's damage in an amount according to proof at trial.

3            117.  As a further direct and proximate result of Defendants' acts

4    as alleged herein, Plaintiff Carlos Roe I has been damaged in that he has been

5    required to expend money and incur obligations for medical services required

6    in the treatment and relief of the injuries herein alleged.

7            118.  Defendants engaged in the conduct alleged above with

8    malice, fraud, oppression and/or in conscious disregard for the rights of

9    Plaintiff Carlos Roe I.  Plaintiff Carlos Roe I is therefore entitled to an award of

10   exemplary and punitive damages.

11           WHEREFORE, Plaintiff Carlos Roe I prays for judgment as set forth

12   below.

**COUNT TWELVE**

**Child Sexual Tourism**

**Carlos Roe I v. White, et al.**

16           119.  Plaintiff Carlos Roe I refers to and incorporates by reference

17   each and every allegation contained in paragraphs 1 through 31, 71 and 104

18   through 118 of this Complaint as though fully set forth and pleaded herein.

19           120.  Defendants traveled from San Francisco to Mexico, or

20   conspired to travel to Mexico, for the purpose of engaging in a sexual act as

21   defined in Section 2246 of Title 18 of the United States Code with Plaintiff

22   Carlos Roe I, a person under the age of 18 years of age, that would be a

23   violation of Chapter 109A of Title 18 if the sexual act occurred in the United

24   States.

25           121.  Defendants' conduct, as set forth above, constitutes child

26   sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

–27–

1    States Code.

2         122.  As a direct and proximate result of Defendants' acts as

3    alleged herein, Plaintiff Carlos Roe I was hurt and injured in his health,

4    strength and activity, sustaining shock and injury to his nervous system, all of

5    which have caused and continue to cause Plaintiff great mental pain,

6    embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

7    Carlos Roe I's damage in an amount according to proof at trial.

8         123.  As a further direct and proximate result of Defendants' acts

9    as alleged herein, Plaintiff Carlos Roe I has been damaged in that he has been

10   required to expend money and incur obligations for medical services required

11   in the treatment and relief of the injuries herein alleged.

12        124.  Defendants engaged in the conduct alleged above with

13   malice, fraud, oppression and/or in conscious disregard for the rights of

14   Plaintiff Carlos Roe I.  Plaintiff Carlos Roe I is therefore entitled to an award of

15   exemplary and punitive damages.

16        WHEREFORE, Plaintiff Carlos Roe I prays for judgment as set forth

17   below.

18                         **COUNT THIRTEEN**

19        **Production and Distribution of Child Pornography**

              **Carlos Roe I v. White, et al.**
20

21        125.  Plaintiff Carlos Roe I refers to and incorporates by reference

22   each and every allegation contained in paragraphs 1 through 31, 71 and 104

23   through 124 of this Complaint as though fully set forth and pleaded herein.

24        126.   In or about 1998, Defendants knowingly and willfully

25   conspired and agreed among themselves to induce Plaintiff Carlos Roe I, a

26   minor, to engage in sexually explicit conduct for the purpose of producing

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   videos of minors engaged in sexually explicit conduct.  On numerous occasions

2   beginning in or about 1998, Defendants, and each of them, videotaped Plaintiff

3   Carlos Roe I engaging in sexually explicit conduct with Defendants.

4   Defendants, and each of them, knew or had reason to know that such visual

5   depiction of sexually explicit conduct of a minor would be transported in

6   interstate or foreign commerce or mailed.   Plaintiff Carlos Roe I is informed

7   and believes, and thereon alleges, that some of the pornographic videos

8   depicting Defendants engaging in sexually explicit conduct with minors at Casa

9   Blanca are in the custody of the federal court in Guadalajara, Mexico.

10          127.  Defendants' production and distribution of child

11   pornography, described herein, constitutes child sexual exploitation proscribed

12   by Sections 2251 *et seq.* of Title 18 of the United States Code.

13          128.  As a direct and proximate result of Defendants' acts as

14   alleged herein, Plaintiff Carlos Roe I was hurt and injured in his health,

15   strength and activity, sustaining shock and injury to his nervous system, all of

16   which have caused and continue to cause Plaintiff Carlos Roe I great mental

17   pain, embarrassment, humiliation, distress, anguish and suffering, all to

18   Plaintiff Carlos Roe I's damage in an amount in excess of the minimum subject

19   matter jurisdiction of this court and according to proof at trial.

20          129.  As a further direct and proximate result of Defendants' acts

21   as alleged herein, Plaintiff Carlos Roe I has been damaged in that he has been

22   required to expend money and incur obligations for medical services required

23   in the treatment and relief of the injuries herein alleged.

24          130.  Defendants engaged in the conduct alleged above with

25   malice, fraud, oppression and/or in conscious disregard for the rights of

26   Plaintiff Carlos Roe I.  Plaintiff Carlos Roe I is therefore entitled to an award of

–29–

1   exemplary and punitive damages.

2          WHEREFORE, Plaintiff Carlos Roe I prays for judgment as set forth

3   below.

4

## COUNT FOURTEEN

### Intentional Infliction of Emotional Distress

### Carlos Roe I v. White, et al.

8          131.  Plaintiff Carlos Roe I refers to and incorporates by reference

9   each and every allegation contained in paragraphs 1 through 31, 71 and 104

10  through  130 of this Complaint as though fully set forth and pleaded herein.

11         132.  Defendants' conduct was intentional and malicious and done

12  for the purpose of causing Plaintiff Carlos Roe I to suffer humiliation, mental

13  anguish, and emotional and physical distress.

14         133.  As a direct and proximate result of the acts of Defendants,

15  and each of them, Plaintiff Carlos Roe I has been hurt and injured in his

16  health, strength, and activity, sustaining injury to their nervous system and

17  person, all of which injuries have caused, and continue to cause, Plaintiff

18  Carlos Roe I great mental, physical, and nervous pain and suffering.

19         134.  As a further direct and proximate result of the acts of

20  Defendants, and each of them, Plaintiff Carlos Roe I has been damaged in that

21  he has been required to expend money and to incur obligations for medical

22  services reasonably required in the treatment and relief of the injuries herein

23  alleged in an amount according to proof at trial.

24         135.  Defendants engaged in the conduct alleged above with

25  malice, fraud, oppression and/or in conscious disregard for the rights of

26  Plaintiff Carlos Roe I.  Plaintiff Carlos Roe I is therefore entitled to an award of

–30–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1    exemplary and punitive damages.

2          WHEREFORE, Plaintiff Carlos Roe I prays for judgment as set forth

3    below.

4    /////

5    /////

6                              **COUNT FIFTEEN**

7              **Negligent Infliction of Emotional Distress**

8                      **Carlos Roe I v. White, et al.**

9          136.  Plaintiff Carlos Roe I refers to and incorporates by reference

10   each and every allegation contained in paragraphs 1 through 31, 71 and 104

11   through 135 of this Complaint as though fully set forth and pleaded herein.

12         137.   Defendants, and each of them, knew, or should have known,

13   that their actions as set forth herein would cause Plaintiff Carlos Roe I severe

14   emotional distress.

15         138.  Defendants, and each of them, owed a duty to Plaintiff Carlos

16   Roe I not to sexually abuse, exploit and assault Plaintiff Carlos Roe I in

17   violation of Title 18 of the United States Code as set forth herein.

18         139.  Defendants, and each of them, breached their duty to

19   Plaintiff Carlos Roe I by engaging in the actions as set forth herein.

20         140.  As a direct and proximate result of the acts of Defendants,

21   and each of them, and of Defendants' breach of their duty to Plaintiff Carlos

22   Roe I, Plaintiff Carlos Roe I has been hurt and injured in his health, strength,

23   and activity, sustaining injury to his nervous system and person, all of which

24   injuries have caused, and continue to cause, Plaintiff great mental, physical,

25   and nervous pain and suffering.

26         141.  As a further direct and proximate result of the acts of

                                    –31–

1   Defendants, and each of them, and of Defendants' breach of their duty to

2   Plaintiff Carlos Roe I, Plaintiff Carlos Roe I has been damaged in that he has

3   been required to expend money and to incur obligations for medical services

4   and drugs reasonably required in the treatment and relief of the injuries herein

5   alleged in an amount according to proof at trial.

6          WHEREFORE, Plaintiff Carlos Roe I prays for judgment as set forth

7   below.

## COUNT SIXTEEN

### Childhood Sexual Abuse

### Carlos Roe II v. White, et al.

11          142.  Plaintiff Carlos Roe II  refers to and incorporates by reference

12   each and every allegation contained in paragraphs 1 through 31 of this

13   Complaint as though fully set forth and pleaded herein.

14          143.  In or about 1998, Defendants knowingly and willfully

15   conspired and agreed among themselves to sexually assault Plaintiff Carlos Roe

16   II.   In or about 1998, Defendants began traveling from San Francisco to Puerto

17   Vallarta, procuring young boys along the Malecon in Puerto Vallarta, taking

18   them to White's villa known as "Casa Blanca" south of Puerto Vallarta, giving

19   the young boys food, money and drugs, and sexually abusing them in violation

20   of 18 U.S.C. §§ 2241, *et  seq.*

21          144.  Plaintiff Carlos Roe II first met White in front of Carlos

22   O'Brien's restaurant along the Malecon in 2000.   At that time, Carlos Roe II

23   was 15 years old. White was driving his white Mercedes SUV. White saw Carlos

24   Roe II in front of Carlos O'Briens's, stopped his car and asked Carlos Roe II if

25   he wanted to have a drink with him.  Carlos Roe II got in White's car.  White

26   gave Carlos Roe II a beer.  After driving around Puerto Vallarta for a while, at

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1    approximately 10:00 p.m. White took Carlos Roe II to his villa, the Casa

2    Blanca.   Once at Casa Blanca, White told Carlos Roe II that he had to remove

3    all his clothes since clothing was not allowed in the pool.   Carlos Roe II

4    complied with White's demand that he disrobe.    Thereafter, White forced

5    Carlos Roe II to engage in sexual acts in violation of Sections 2241 *et seq.* of

6    Title 18 of the United States Code.

7               145.    Once Carlos Roe II was naked, White gave him a alcoholic

8    beverage that was laced with a sedative.   White and Collingsworth both

9    disrobed and joined Carlos Roe II naked in the swimming pool.   White

10   approached Carlos Roe II, grabbed his genitals and then orally copulated him

11   in full view of Collingsworth.

12              146.    White and Collingsworth then took Carlos Roe II to White's

13   bedroom.   In the bedroom White gave Carlos Roe II Viagra, telling him it was

14   necessary because he had been drinking.  There were large quantities of drugs

15   in the room including ecstacy and cocaine.   There was also a video camera to

16   record White's and Collingsworth's sexual encounters with the local children.

17   Both White and Collingsworth were naked and engaged in sexual activity with

18   Carlos Roe II.  Collingsworth was wearing clamps on his teats which were

19   connected by a chain that White pulled during sex.   Carlos Roe II then fell

20   asleep.

21              147.   The next day, White have Carlos Roe II 1,800 Pesos and told

22   him to return at night.

23              148.   That night Carlos Roe II returned to the Casa Blanca where

24   White again engaged  in sexual acts with Carlos Roe II in violation of Sections

25   2241 *et seq.* of Title 18 of the United States Code.    After engaging in further

26   sexual acts with Carlos Roe II, White gave Carlos Roe II 2,500 Pesos.

–33–

1    149.  On at least 2 other occasions before Carlos Roe II was 18

2    years old, Carlos Roe II was taken to the Casa Blanca by White and his

3    associates.   On each of those occasions while at the Casa Blanca, White

4    required Plaintiff Carlos Roe II to engage in sexual acts with them, including

5    oral and anal copulation, in violation of Sections 2241 *et seq.* of Title 18 of the

6    United States Code.

7    150.  As a direct and proximate result of Defendants' acts as

8    alleged herein, Plaintiff Carlos Roe II was hurt and injured in his health,

9    strength and activity, sustaining shock and injury to his nervous system, all of

10   which have caused and continue to cause Plaintiff Carlos Roe II great mental

11   pain, embarrassment, humiliation, distress, anguish and suffering, all to

12   Plaintiff Carlos Roe II's damage in an amount according to proof at trial.

13   151.  As a further direct and proximate result of Defendants' acts

14   as alleged herein, Plaintiff Carlos Roe II has been damaged in that he has been

15   required to expend money and incur obligations for medical services required

16   in the treatment and relief of the injuries herein alleged.

17   152.  Defendants engaged in the conduct alleged above with

18   malice, fraud, oppression and/or in conscious disregard for the rights of

19   Plaintiff Carlos Roe II.  Plaintiff Carlos Roe II is therefore entitled to an award of

20   exemplary and punitive damages.

21   WHEREFORE, Plaintiff Carlos Roe II prays for judgment as set

22   forth below.

23   **COUNT SEVENTEEN**

**Child Sexual Tourism**

24   **Carlos Roe II v. White, et al.**

25

26   153.  Plaintiff Carlos Roe II refers to and incorporates by reference

–34–

1   each and every allegation contained in paragraphs 1 through 31 and 143

2   through 152 of this Complaint as though fully set forth and pleaded herein.

3          154.   Defendants traveled from San Francisco to Mexico, or

4   conspired to travel to Mexico, for the purpose of engaging in a sexual act as

5   defined in Section 2246 of Title 18 of the United States Code with Plaintiff

6   Carlos Roe II, a person under the age of 18 years of age, that would be a

7   violation of Chapter 109A of Title 18 if the sexual act occurred in the United

8   States.

9          155.   Defendants' conduct, as set forth above, constitutes child

10  sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

11  States Code.

12         156.   As a direct and proximate result of Defendants' acts as

13  alleged herein, Plaintiff Carlos Roe II was hurt and injured in his health,

14  strength and activity, sustaining shock and injury to his nervous system, all of

15  which have caused and continue to cause Plaintiff great mental pain,

16  embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

17  Carlos Roe II's damage in an amount according to proof at trial.

18         157   As a further direct and proximate result of Defendants' acts

19  as alleged herein, Plaintiff Carlos Roe II has been damaged in that he has been

20  required to expend money and incur obligations for medical services required

21  in the treatment and relief of the injuries herein alleged.

22         158.   Defendants engaged in the conduct alleged above with

23  malice, fraud, oppression and/or in conscious disregard for the rights of

24  Plaintiff Carlos Roe II.  Plaintiff Carlos Roe II is therefore entitled to an award of

25  exemplary and punitive damages.

26         WHEREFORE, Plaintiff Carlos Roe II prays for judgment as set

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1  forth below.

**COUNT EIGHTEEN**

**Production and Distribution of Child Pornography**

**Carlos Roe II v. White, et al.**

5    159.  Plaintiff Carlos Roe II refers to and incorporates by reference

6  each and every allegation contained in paragraphs 1 through 31 and 143

7  through 158 of this Complaint as though fully set forth and pleaded herein.

8    160.    In or about 1998, Defendants knowingly and willfully

9  conspired and agreed among themselves to induce Plaintiff Carlos Roe II, a

10  minor, to engage in sexually explicit conduct for the purpose of producing

11  videos of minors engaged in sexually explicit conduct.  On numerous occasions

12  beginning in or about 1998, Defendants, and each of them, videotaped Plaintiff

13  Carlos Roe II engaging in sexually explicit conduct with Defendants.

14  Defendants, and each of them, knew or had reason to know that such visual

15  depiction of sexually explicit conduct of a minor would be transported in

16  interstate or foreign commerce or mailed.   Plaintiff Carlos Roe II is informed

17  and believes, and thereon alleges, that some of the pornographic videos

18  depicting Defendants engaging in sexually explicit conduct with minors at Casa

19  Blanca are in the custody of the federal court in Guadalajara, Mexico.

20    161.  Defendants' production and distribution of child

21  pornography, described herein, constitutes child sexual exploitation proscribed

22  by Sections 2251 *et seq.* of Title 18 of the United States Code.

23    162.  As a direct and proximate result of Defendants' acts as

24  alleged herein, Plaintiff Carlos Roe II was hurt and injured in his health,

25  strength and activity, sustaining shock and injury to his nervous system, all of

26  which have caused and continue to cause Plaintiff Carlos Roe II great mental

–36–

1   pain, embarrassment, humiliation, distress, anguish and suffering, all to

2   Plaintiff Carlos Roe II's damage in an amount in excess of the minimum subject

3   matter jurisdiction of this court and according to proof at trial.

4            163.  As a further direct and proximate result of Defendants' acts

5   as alleged herein, Plaintiff Carlos Roe II has been damaged in that he has been

6   required to expend money and incur obligations for medical services required

7   in the treatment and relief of the injuries herein alleged.

8            164.  Defendants engaged in the conduct alleged above with

9   malice, fraud, oppression and/or in conscious disregard for the rights of

10  Plaintiff Carlos Roe II.  Plaintiff Carlos Roe II is therefore entitled to an award of

11  exemplary and punitive damages.

12           WHEREFORE, Plaintiff Carlos Roe II prays for judgment as set

13  forth below.

14  **COUNT NINETEEN**

15  **Intentional Infliction of Emotional Distress**

16  **Carlos Roe II v. White, et al.**

17           165.  Plaintiff Carlos Roe II refers to and incorporates by reference

18  each and every allegation contained in paragraphs 1 through 24 and 136

19  through 157 of this Complaint as though fully set forth and pleaded herein.

20           166.  Defendants' conduct was intentional and malicious and done

21  for the purpose of causing Plaintiff Carlos Roe II to suffer humiliation, mental

22  anguish, and emotional and physical distress.

23           167.  As a direct and proximate result of the acts of Defendants,

24  and each of them, Plaintiff Carlos Roe II has been hurt and injured in his

25  health, strength, and activity, sustaining injury to their nervous system and

26  person, all of which injuries have caused, and continue to cause, Plaintiff

–37–

1   Carlos Roe II great mental, physical, and nervous pain and suffering.

2      168.  As a further direct and proximate result of the acts of

3   Defendants, and each of them, Plaintiff Carlos Roe II has been damaged in that

4   he has been required to expend money and to incur obligations for medical

5   services reasonably required in the treatment and relief of the injuries herein

6   alleged in an amount according to proof at trial.

7      169.  Defendants engaged in the conduct alleged above with

8   malice, fraud, oppression and/or in conscious disregard for the rights of

9   Plaintiff Carlos Roe II.  Plaintiff Carlos Roe II is therefore entitled to an award of

10  exemplary and punitive damages.

11     WHEREFORE, Plaintiff Carlos Roe II prays for judgment as set

12  forth below.

### COUNT TWENTY

### Negligent Infliction of Emotional Distress

### Carlos Roe II v. White, et al.

16     170.  Plaintiff Carlos Roe II refers to and incorporates by reference

17  each and every allegation contained in paragraphs 1 through 31 and 143

18  through 169 of this Complaint as though fully set forth and pleaded herein.

19     171.   Defendants, and each of them, knew, or should have known,

20  that their actions as set forth herein would cause Plaintiff Carlos Roe II severe

21  emotional distress.

22     172.  Defendants, and each of them, owed a duty to Plaintiff Carlos

23  Roe II not to sexually abuse, exploit and assault Plaintiff Carlos Roe II in

24  violation of Title 18 of the United States Code as set forth herein.

25     173.  Defendants, and each of them, breached their duty to

26  Plaintiff Carlos Roe II by engaging in the actions as set forth herein.

–38–

1          174.  As a direct and proximate result of the acts of Defendants,

2  and each of them, and of Defendants' breach of their duty to Plaintiff Carlos

3  Roe II, Plaintiff Carlos Roe II has been hurt and injured in his health, strength,

4  and activity, sustaining injury to his nervous system and person, all of which

5  injuries have caused, and continue to cause, Plaintiff great mental, physical,

6  and nervous pain and suffering.

7          175.  As a further direct and proximate result of the acts of

8  Defendants, and each of them, and of Defendants' breach of their duty to

9  Plaintiff Carlos Roe II, Plaintiff Carlos Roe II has been damaged in that he has

10  been required to expend money and to incur obligations for medical services

11  and drugs reasonably required in the treatment and relief of the injuries herein

12  alleged in an amount according to proof at trial.

13          WHEREFORE, Plaintiff Carlos Roe II prays for judgment as set

14  forth below.

15                    **COUNT TWENTY-ONE**

16                    **Childhood Sexual Abuse**

17                 **Carlos Roe III v. White, et al.**

18          176.  Plaintiff Carlos Roe III  refers to and incorporates by

19  reference each and every allegation contained in paragraphs 1 through 31 of

20  this Complaint as though fully set forth and pleaded herein.

21          177.  In or about 1998, Defendants knowingly and willfully

22  conspired and agreed among themselves to sexually assault Plaintiff Carlos Roe

23  III.   In or about 1998, Defendants began traveling from San Francisco to

24  Puerto Vallarta, procuring young boys along the Malecon in Puerto Vallarta,

25  taking them to White's villa known as "Casa Blanca" south of Puerto Vallarta,

26  giving the young boys food, money and drugs, and sexually abusing them in

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   violation of 18 U.S.C. §§ 2241, *et seq.*

2          178.   Plaintiff Carlos Roe III first met White at the Playa de los

3   Muertas in 2000.   Carlos Roe III was at the beach selling tickets to tourists to

4   ride on the banana boats.   Another young man introduced Carlos Roe III to

5   White.   At that time, Carlos Roe III was 15 years old.   White bought Carlos

6   Roe III a beer while at the beach and invited him to his villa, the Casa Blanca.

7   Carlos Roe III got in White's car and went with him to the Casa Blanca.   Once

8   at the Casa Blanca, White told Carlos Roe III that he had to remove all his

9   clothes since clothing was not allowed in the pool.   Carlos Roe III complied with

10  White's demand that he disrobe.    Thereafter, White forced Carlos Roe III to

11  engage in sexual acts in violation of Sections 2241 *et seq.* of Title 18 of the

12  United States Code.

13         179.   When Carlos Roe III arrived at the Casa Blanca with White,

14  there were many young boys present and well as older men, including

15  Collingsworth,  who appeared to be White's friends from the United States.

16  Carlos Roe III observed White putting what appeared to be drugs in the drinks

17  given to the young boys.

18         180.   Once Carlos Roe III was naked, White gave him more

19  alcoholic beverages.   White then took Carlos Roe III to his room where White

20  orally copulated Carlos Roe III in violation of Sections 2241 *et seq.* of Title 18 of

21  the United States Code.

22         181.   As a direct and proximate result of Defendants' acts as

23  alleged herein, Plaintiff Carlos Roe III was hurt and injured in his health,

24  strength and activity, sustaining shock and injury to his nervous system, all of

25  which have caused and continue to cause Plaintiff Carlos Roe III great mental

26  pain, embarrassment, humiliation, distress, anguish and suffering, all to

–40–

1   Plaintiff Carlos Roe III's damage in an amount according to proof at trial.

2        182. As a further direct and proximate result of Defendants' acts

3 as alleged herein, Plaintiff Carlos Roe III has been damaged in that he has been

4 required to expend money and incur obligations for medical services required

5 in the treatment and relief of the injuries herein alleged.

6        183. Defendants engaged in the conduct alleged above with

7 malice, fraud, oppression and/or in conscious disregard for the rights of

8 Plaintiff Carlos Roe III. Plaintiff Carlos Roe III is therefore entitled to an award

9 of exemplary and punitive damages.

10       WHEREFORE, Plaintiff Carlos Roe III prays for judgment as set

11 forth below.

**COUNT TWENTY-TWO**

12

**Child Sexual Tourism**

13

**Carlos Roe III v. White, et al.**

14

15       184. Plaintiff Carlos Roe III refers to and incorporates by reference

16 each and every allegation contained in paragraphs 1 through 31 and 177

17 through 183 of this Complaint as though fully set forth and pleaded herein.

18       185. Defendants traveled from San Francisco to Mexico, or

19 conspired to travel to Mexico, for the purpose of engaging in a sexual act as

20 defined in Section 2246 of Title 18 of the United States Code with Plaintiff

21 Carlos Roe III, a person under the age of 18 years of age, that would be a

22 violation of Chapter 109A of Title 18 if the sexual act occurred in the United

23 States.

24       186. Defendants' conduct, as set forth above, constitutes child

25 sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

26 States Code.

–41–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1    187.  As a direct and proximate result of Defendants' acts as

2  alleged herein, Plaintiff Carlos Roe III was hurt and injured in his health,

3  strength and activity, sustaining shock and injury to his nervous system, all of

4  which have caused and continue to cause Plaintiff great mental pain,

5  embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

6  Carlos Roe III's damage in an amount according to proof at trial.

7    188  As a further direct and proximate result of Defendants' acts

8  as alleged herein, Plaintiff Carlos Roe III has been damaged in that he has been

9  required to expend money and incur obligations for medical services required

10  in the treatment and relief of the injuries herein alleged.

11    189.  Defendants engaged in the conduct alleged above with

12  malice, fraud, oppression and/or in conscious disregard for the rights of

13  Plaintiff Carlos Roe III.  Plaintiff Carlos Roe III is therefore entitled to an award

14  of exemplary and punitive damages.

15    WHEREFORE, Plaintiff Carlos Roe III prays for judgment as set

16  forth below.

**COUNT TWENTY-THREE**

17

**Production and Distribution of Child Pornography**

18

**Carlos Roe III v. White, et al.**

19

20    190.  Plaintiff Carlos Roe III refers to and incorporates by reference

21  each and every allegation contained in paragraphs 1 through 31 and 177

22  through 189 of this Complaint as though fully set forth and pleaded herein.

23    191.   In or about 1998, Defendants knowingly and willfully

24  conspired and agreed among themselves to induce Plaintiff Carlos Roe III, a

25  minor, to engage in sexually explicit conduct for the purpose of producing

26  videos of minors engaged in sexually explicit conduct.  On numerous occasions

–42–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1  beginning in or about 1998, Defendants, and each of them, videotaped Plaintiff

2  Carlos Roe III engaging in sexually explicit conduct with Defendants.

3  Defendants, and each of them, knew or had reason to know that such visual

4  depiction of sexually explicit conduct of a minor would be transported in

5  interstate or foreign commerce or mailed.   Plaintiff Carlos Roe III is informed

6  and believes, and thereon alleges, that some of the pornographic videos

7  depicting Defendants engaging in sexually explicit conduct with minors at Casa

8  Blanca are in the custody of the federal court in Guadalajara, Mexico.

9          192.  Defendants' production and distribution of child

10  pornography, described herein, constitutes child sexual exploitation proscribed

11  by Sections 2251 *et seq.* of Title 18 of the United States Code.

12          193.  As a direct and proximate result of Defendants' acts as

13  alleged herein, Plaintiff Carlos Roe III was hurt and injured in his health,

14  strength and activity, sustaining shock and injury to his nervous system, all of

15  which have caused and continue to cause Plaintiff Carlos Roe III great mental

16  pain, embarrassment, humiliation, distress, anguish and suffering, all to

17  Plaintiff Carlos Roe III's damage in an amount in excess of the minimum

18  subject matter jurisdiction of this court and according to proof at trial.

19          194.  As a further direct and proximate result of Defendants' acts

20  as alleged herein, Plaintiff Carlos Roe III has been damaged in that he has been

21  required to expend money and incur obligations for medical services required

22  in the treatment and relief of the injuries herein alleged.

23          195.  Defendants engaged in the conduct alleged above with

24  malice, fraud, oppression and/or in conscious disregard for the rights of

25  Plaintiff Carlos Roe III.  Plaintiff Carlos Roe III is therefore entitled to an award

26  of exemplary and punitive damages.

–43–

1         WHEREFORE, Plaintiff Carlos Roe III prays for judgment as set

2  forth below.

### COUNT TWENTY-FOUR

3

4           **Intentional Infliction of Emotional Distress**

5              **Carlos Roe III v. White, et al.**

6        196.  Plaintiff Carlos Roe III refers to and incorporates by reference

7  each and every allegation contained in paragraphs 1 through 31 and 177

8  through 195 of this Complaint as though fully set forth and pleaded herein.

9        197.  Defendants' conduct was intentional and malicious and done

10  for the purpose of causing Plaintiff Carlos Roe III to suffer humiliation, mental

11  anguish, and emotional and physical distress.

12        198.  As a direct and proximate result of the acts of Defendants,

13  and each of them, Plaintiff Carlos Roe III has been hurt and injured in his

14  health, strength, and activity, sustaining injury to their nervous system and

15  person, all of which injuries have caused, and continue to cause, Plaintiff

16  Carlos Roe III great mental, physical, and nervous pain and suffering.

17        199.  As a further direct and proximate result of the acts of

18  Defendants, and each of them, Plaintiff Carlos Roe III has been damaged in

19  that he has been required to expend money and to incur obligations for medical

20  services reasonably required in the treatment and relief of the injuries herein

21  alleged in an amount according to proof at trial.

22        200.  Defendants engaged in the conduct alleged above with

23  malice, fraud, oppression and/or in conscious disregard for the rights of

24  Plaintiff Carlos Roe III.  Plaintiff Carlos Roe III is therefore entitled to an award

25  of exemplary and punitive damages.

26         WHEREFORE, Plaintiff Carlos Roe III prays for judgment as set

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1  forth below.

2                    **COUNT TWENTY-FIVE**

3           **Negligent Infliction of Emotional Distress**

4                 **Carlos Roe III v. White, et al.**

5           201.  Plaintiff Carlos Roe III refers to and incorporates by reference

6  each and every allegation contained in paragraphs 1 through 31 and 177

7  through 200 of this Complaint as though fully set forth and pleaded herein.

8           202.   Defendants, and each of them, knew, or should have known,

9  that their actions as set forth herein would cause Plaintiff Carlos Roe III severe

10  emotional distress.

11          203.  Defendants, and each of them, owed a duty to Plaintiff Carlos

12  Roe III not to sexually abuse, exploit and assault Plaintiff Carlos Roe III in

13  violation of Title 18 of the United States Code as set forth herein.

14          204.  Defendants, and each of them, breached their duty to

15  Plaintiff Carlos Roe III by engaging in the actions as set forth herein.

16          205.  As a direct and proximate result of the acts of Defendants,

17  and each of them, and of Defendants' breach of their duty to Plaintiff Carlos

18  Roe III, Plaintiff Carlos Roe III has been hurt and injured in his health,

19  strength, and activity, sustaining injury to his nervous system and person, all

20  of which injuries have caused, and continue to cause, Plaintiff great mental,

21  physical, and nervous pain and suffering.

22          206.  As a further direct and proximate result of the acts of

23  Defendants, and each of them, and of Defendants' breach of their duty to

24  Plaintiff Carlos Roe III, Plaintiff Carlos Roe III has been damaged in that he has

25  been required to expend money and to incur obligations for medical services

26  and drugs reasonably required in the treatment and relief of the injuries herein

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1  alleged in an amount according to proof at trial.

2          WHEREFORE, Plaintiff Carlos Roe III prays for judgment as set

3  forth below.

**COUNT TWENTY-SIX**

**Childhood Sexual Abuse**

**Carlos Roe IV v. White, et al.**

7          207.  Plaintiff Carlos Roe IV  refers to and incorporates by

8  reference each and every allegation contained in paragraphs 1 through 31 of

9  this Complaint as though fully set forth and pleaded herein.

10          208.  In or about 1998, Defendants knowingly and willfully

11  conspired and agreed among themselves to sexually assault Plaintiff Carlos Roe

12  IV.   In or about 1998, Defendants began traveling from San Francisco to

13  Puerto Vallarta, procuring young boys along the Malecon in Puerto Vallarta,

14  taking them to White's villa known as "Casa Blanca" south of Puerto Vallarta,

15  giving the young boys food, money and drugs, and sexually abusing them in

16  violation of 18 U.S.C. §§ 2241, *et  seq.*

17          209.  Plaintiff Carlos Roe IV first met White in 2000.   At that time,

18  Carlos Roe IV was 15 years old.   Carlos Roe IV met Lovaas at the Playa de los

19  Muertas.   Lovaas was driving White's white Mercedes SUV and told Carlos Roe

20  IV that he would take him to the Casa Blanca to meet White.   Once at Casa

21  Blanca, White told Carlos Roe IV that he had to remove all his clothes since

22  clothing was not allowed in the pool.   Carlos Roe IV complied with White's

23  demand that he disrobe.    Thereafter, White forced Carlos Roe IV to engage in

24  sexual acts in violation of Sections 2241 *et seq.* of Title 18 of the United States

25  Code.

26          210.   Once Carlos Roe IV was naked, he took a shower as

–46–

1   instructed by Nestor, White's employee.   When Carlos Roe IV got out of the

2   shower, White, Collingsworth and Lovaas were present.   White told Carlos Roe

3   IV that he had to keep his clothes off since clothing was not permitted in the

4   swimming pool.   White then took Carlos Roe IV to the kitchen and asked him if

5   he wanted a drink.  White then gave Carlos Roe IV an alcoholic beverage.  After

6   Carlos Roe IV drank the beverage, it was clear that White had laced the

7   beverage with a sedative since Carlos Roe IV quickly became disoriented.

8         211.   White then took Carlos Roe IV to his bedroom where there

9   were already 2 underage boys having sex.   White, together with 2 other adult

10  Americans, then engaged in sexual activity with Carlos Roe IV in violation of

11  Sections 2241 *et seq.* of Title 18 of the United States Code.

12        212.   On at least 2 other occasions before Carlos Roe IV was 18

13  years old, Carlos Roe IV was taken to the Casa Blanca by White and his

14  associates.   On each of those occasions while at the Casa Blanca, White

15  required Plaintiff Carlos Roe IV to engage in sexual acts with them, including

16  oral and anal copulation, in violation of Sections 2241 *et seq.* of Title 18 of the

17  United States Code.

18        213.  As a direct and proximate result of Defendants' acts as

19  alleged herein, Plaintiff Carlos Roe IV was hurt and injured in his health,

20  strength and activity, sustaining shock and injury to his nervous system, all of

21  which have caused and continue to cause Plaintiff Carlos Roe IV great mental

22  pain, embarrassment, humiliation, distress, anguish and suffering, all to

23  Plaintiff Carlos Roe IV's damage in an amount according to proof at trial.

24        214.  As a further direct and proximate result of Defendants' acts

25  as alleged herein, Plaintiff Carlos Roe IV has been damaged in that he has been

26  required to expend money and incur obligations for medical services required

–47–

1    in the treatment and relief of the injuries herein alleged.

2         215.  Defendants engaged in the conduct alleged above with

3    malice, fraud, oppression and/or in conscious disregard for the rights of

4    Plaintiff Carlos Roe IV.  Plaintiff Carlos Roe IV is therefore entitled to an award

5    of exemplary and punitive damages.

6         WHEREFORE, Plaintiff Carlos Roe IV prays for judgment as set

7    forth below.

**COUNT TWENTY-SEVEN**

**Child Sexual Tourism**

**Carlos Roe IV v. White, et al.**

11         216.  Plaintiff Carlos Roe IV refers to and incorporates by reference

12    each and every allegation contained in paragraphs 1 through 31 and 208

13    through 215 of this Complaint as though fully set forth and pleaded herein.

14         217.  Defendants traveled from San Francisco to Mexico, or

15    conspired to travel to Mexico, for the purpose of engaging in a sexual act as

16    defined in Section 2246 of Title 18 of the United States Code with Plaintiff

17    Carlos Roe IV, a person under the age of 18 years of age, that would be a

18    violation of Chapter 109A of Title 18 if the sexual act occurred in the United

19    States.

20         218.  Defendants' conduct, as set forth above, constitutes child

21    sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

22    States Code.

23         219.  As a direct and proximate result of Defendants' acts as

24    alleged herein, Plaintiff Carlos Roe IV was hurt and injured in his health,

25    strength and activity, sustaining shock and injury to his nervous system, all of

26    which have caused and continue to cause Plaintiff great mental pain,

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

2   Carlos Roe IV's damage in an amount according to proof at trial.

3        220.   As a further direct and proximate result of Defendants' acts

4   as alleged herein, Plaintiff Carlos Roe IV has been damaged in that he has been

5   required to expend money and incur obligations for medical services required

6   in the treatment and relief of the injuries herein alleged.

7        221.   Defendants engaged in the conduct alleged above with

8   malice, fraud, oppression and/or in conscious disregard for the rights of

9   Plaintiff Carlos Roe IV.  Plaintiff Carlos Roe IV is therefore entitled to an award

10  of exemplary and punitive damages.

11       WHEREFORE, Plaintiff Carlos Roe IV prays for judgment as set

12  forth below.

**COUNT TWENTY-EIGHT**

13

**Production and Distribution of Child Pornography**

14

**Carlos Roe IV v. White, et al.**

15

16       222.   Plaintiff Carlos Roe IV refers to and incorporates by reference

17  each and every allegation contained in paragraphs 1 through 31 and 208

18  through 221 of this Complaint as though fully set forth and pleaded herein.

19       223.    In or about 1998, Defendants knowingly and willfully

20  conspired and agreed among themselves to induce Plaintiff Carlos Roe IV, a

21  minor, to engage in sexually explicit conduct for the purpose of producing

22  videos of minors engaged in sexually explicit conduct.  On numerous occasions

23  beginning in or about 1998, Defendants, and each of them, videotaped Plaintiff

24  Carlos Roe IV engaging in sexually explicit conduct with Defendants.

25  Defendants, and each of them, knew or had reason to know that such visual

26  depiction of sexually explicit conduct of a minor would be transported in

–49–

1    interstate or foreign commerce or mailed.   Plaintiff Carlos Roe IV is informed

2    and believes, and thereon alleges, that some of the pornographic videos

3    depicting Defendants engaging in sexually explicit conduct with minors at Casa

4    Blanca are in the custody of the federal court in Guadalajara, Mexico.

5           224.  Defendants' production and distribution of child

6    pornography, described herein, constitutes child sexual exploitation proscribed

7    by Sections 2251 *et seq.* of Title 18 of the United States Code.

8           225.  As a direct and proximate result of Defendants' acts as

9    alleged herein, Plaintiff Carlos Roe IV was hurt and injured in his health,

10   strength and activity, sustaining shock and injury to his nervous system, all of

11   which have caused and continue to cause Plaintiff Carlos Roe IV great mental

12   pain, embarrassment, humiliation, distress, anguish and suffering, all to

13   Plaintiff Carlos Roe IV's damage in an amount in excess of the minimum

14   subject matter jurisdiction of this court and according to proof at trial.

15          226.  As a further direct and proximate result of Defendants' acts

16   as alleged herein, Plaintiff Carlos Roe IV has been damaged in that he has been

17   required to expend money and incur obligations for medical services required

18   in the treatment and relief of the injuries herein alleged.

19          227.  Defendants engaged in the conduct alleged above with

20   malice, fraud, oppression and/or in conscious disregard for the rights of

21   Plaintiff Carlos Roe IV.  Plaintiff Carlos Roe IV is therefore entitled to an award

22   of exemplary and punitive damages.

23          WHEREFORE, Plaintiff Carlos Roe IV prays for judgment as set

24   forth below.

25                          **COUNT TWENTY-NINE**

26          **Intentional Infliction of Emotional Distress**

–50–

1          **Carlos Roe IV v. White, et al.**

2          228.  Plaintiff Carlos Roe IV refers to and incorporates by reference

3    each and every allegation contained in paragraphs 1 through 31 and 208

4    through 227 of this Complaint as though fully set forth and pleaded herein.

5          229.  Defendants' conduct was intentional and malicious and done

6    for the purpose of causing Plaintiff Carlos Roe IV to suffer humiliation, mental

7    anguish, and emotional and physical distress.

8          230.  As a direct and proximate result of the acts of Defendants,

9    and each of them, Plaintiff Carlos Roe IV has been hurt and injured in his

10   health, strength, and activity, sustaining injury to their nervous system and

11   person, all of which injuries have caused, and continue to cause, Plaintiff

12   Carlos Roe IV great mental, physical, and nervous pain and suffering.

13         231.  As a further direct and proximate result of the acts of

14   Defendants, and each of them, Plaintiff Carlos Roe IV has been damaged in

15   that he has been required to expend money and to incur obligations for medical

16   services reasonably required in the treatment and relief of the injuries herein

17   alleged in an amount according to proof at trial.

18         232.  Defendants engaged in the conduct alleged above with

19   malice, fraud, oppression and/or in conscious disregard for the rights of

20   Plaintiff Carlos Roe IV.  Plaintiff Carlos Roe IV is therefore entitled to an award

21   of exemplary and punitive damages.

22         WHEREFORE, Plaintiff Carlos Roe IV prays for judgment as set

23   forth below.

24   /////

25   /////

26         **COUNT THIRTY**

–51–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1    **Negligent Infliction of Emotional Distress**

2    **Carlos Roe IV v. White, et al.**

3         233.  Plaintiff Carlos Roe IV refers to and incorporates by reference

4    each and every allegation contained in paragraphs 1 through 31 and 208

5    through 232 of this Complaint as though fully set forth and pleaded herein.

6         234.   Defendants, and each of them, knew, or should have known,

7    that their actions as set forth herein would cause Plaintiff Carlos Roe IV severe

8    emotional distress.

9         235.  Defendants, and each of them, owed a duty to Plaintiff Carlos

10   Roe IV not to sexually abuse, exploit and assault Plaintiff Carlos Roe IV in

11   violation of Title 18 of the United States Code as set forth herein.

12        236.  Defendants, and each of them, breached their duty to

13   Plaintiff Carlos Roe IV by engaging in the actions as set forth herein.

14        237.  As a direct and proximate result of the acts of Defendants,

15   and each of them, and of Defendants' breach of their duty to Plaintiff Carlos

16   Roe IV, Plaintiff Carlos Roe IV has been hurt and injured in his health,

17   strength, and activity, sustaining injury to his nervous system and person, all

18   of which injuries have caused, and continue to cause, Plaintiff great mental,

19   physical, and nervous pain and suffering.

20        238.  As a further direct and proximate result of the acts of

21   Defendants, and each of them, and of Defendants' breach of their duty to

22   Plaintiff Carlos Roe IV, Plaintiff Carlos Roe IV has been damaged in that he has

23   been required to expend money and to incur obligations for medical services

24   and drugs reasonably required in the treatment and relief of the injuries herein

25   alleged in an amount according to proof at trial.

26        WHEREFORE, Plaintiff Carlos Roe IV prays for judgment as set

–52–

1   forth below.

2                    **COUNT THIRTY-ONE**

3                    **Childhood Sexual Abuse**

4                    **Carlos Roe V v. White, et al.**

5          239.  Plaintiff Carlos Roe V  refers to and incorporates by reference

6   each and every allegation contained in paragraphs 1 through 31 of this

7   Complaint as though fully set forth and pleaded herein.

8          240.  In or about 1998, Defendants knowingly and willfully

9   conspired and agreed among themselves to sexually assault Plaintiff Carlos Roe

10  V.   In or about 1998, Defendants began traveling from San Francisco to Puerto

11  Vallarta, procuring young boys along the Malecon in Puerto Vallarta, taking

12  them to White's villa known as "Casa Blanca" south of Puerto Vallarta, giving

13  the young boys food, money and drugs, and sexually abusing them in violation

14  of 18 U.S.C. §§ 2241, *et  seq.*

15         241.  Plaintiff Carlos Roe V first met White at the Playa de los

16  Muertas in 2000.   At that time, Carlos Roe V was 15 years old.  White

17  approached Carlos Roe V at the beach and invited him to the Casa Blanca.

18  White told Carlos Roe V that he would buy him clothes and food.  Once at Casa

19  Blanca, White gave him a beer and told Carlos Roe V that he had to remove all

20  his clothes since clothing was not allowed in the pool.  Carlos Roe V complied

21  with White's demand that he disrobe.    Thereafter, White forced Carlos Roe II

22  to engage in sexual acts in violation of Sections 2241 *et seq.* of Title 18 of the

23  United States Code.

24         242.   Once Carlos Roe V was naked, White gave him a alcoholic

25  beverage.  White then disrobed and joined Carlos Roe V naked in the swimming

26  pool.  White approached Carlos Roe V, grabbed his genitals and then orally

                                        –53–

1   copulated him in the pool.

2       243.   White then asked Carlos Roe V to join him in his bedroom.

3   After joining White in his bedroom, White again orally copulated Carlos Roe V.

4   White videotaped his sexual acts with Carlos Roe V.

5       244.   During this initial visit to the Casa Blanca, Collingsworth

6   and approximately 5 other older Americans were present.   There were also

7   many young boys around the house and the pool.  Collingsworth also orally

8   copulated Carlos Roe V during this initial visit to the Casa Blanca.

9       245.  On at least 1 other occasion before Carlos Roe V was 18

10  years old, Carlos Roe V was taken to the Casa Blanca by White and his

11  associates.   White again required Plaintiff Carlos Roe V to engage in sexual

12  acts with them, including oral and anal copulation, in violation of Sections

13  2241 *et seq.* of Title 18 of the United States Code.

14      246.  As a direct and proximate result of Defendants' acts as

15  alleged herein, Plaintiff Carlos Roe V was hurt and injured in his health,

16  strength and activity, sustaining shock and injury to his nervous system, all of

17  which have caused and continue to cause Plaintiff Carlos Roe V great mental

18  pain, embarrassment, humiliation, distress, anguish and suffering, all to

19  Plaintiff Carlos Roe V's damage in an amount according to proof at trial.

20      247.  As a further direct and proximate result of Defendants' acts

21  as alleged herein, Plaintiff Carlos Roe V has been damaged in that he has been

22  required to expend money and incur obligations for medical services required

23  in the treatment and relief of the injuries herein alleged.

24      248.  Defendants engaged in the conduct alleged above with

25  malice, fraud, oppression and/or in conscious disregard for the rights of

26  Plaintiff Carlos Roe V.  Plaintiff Carlos Roe V is therefore entitled to an award of

–54–

1    exemplary and punitive damages.

2        WHEREFORE, Plaintiff Carlos Roe V prays for judgment as set

3    forth below.

**COUNT THIRTY-TWO**

**Child Sexual Tourism**

**Carlos Roe V v. White, et al.**

7        249.  Plaintiff Carlos Roe V refers to and incorporates by reference

8    each and every allegation contained in paragraphs 1 through 31 and 240

9    through 248 of this Complaint as though fully set forth and pleaded herein.

10        250.  Defendants traveled from San Francisco to Mexico, or

11    conspired to travel to Mexico, for the purpose of engaging in a sexual act as

12    defined in Section 2246 of Title 18 of the United States Code with Plaintiff

13    Carlos Roe V, a person under the age of 18 years of age, that would be a

14    violation of Chapter 109A of Title 18 if the sexual act occurred in the United

15    States.

16        251.  Defendants' conduct, as set forth above, constitutes child

17    sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

18    States Code.

19        252.  As a direct and proximate result of Defendants' acts as

20    alleged herein, Plaintiff Carlos Roe V was hurt and injured in his health,

21    strength and activity, sustaining shock and injury to his nervous system, all of

22    which have caused and continue to cause Plaintiff great mental pain,

23    embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

24    Carlos Roe V's damage in an amount according to proof at trial.

25        253.  As a further direct and proximate result of Defendants' acts

26    as alleged herein, Plaintiff Carlos Roe V has been damaged in that he has been

–55–

1  required to expend money and incur obligations for medical services required

2  in the treatment and relief of the injuries herein alleged.

3      254.  Defendants engaged in the conduct alleged above with

4  malice, fraud, oppression and/or in conscious disregard for the rights of

5  Plaintiff Carlos Roe V.  Plaintiff Carlos Roe V is therefore entitled to an award of

6  exemplary and punitive damages.

7      WHEREFORE, Plaintiff Carlos Roe V prays for judgment as set

8  forth below.

### COUNT THIRTY-THREE

### Production and Distribution of Child Pornography

### Carlos Roe V v. White, et al.

12      255.  Plaintiff Carlos Roe V refers to and incorporates by reference

13  each and every allegation contained in paragraphs 1 through 31 and 240

14  through 254 of this Complaint as though fully set forth and pleaded herein.

15      256.   In or about 1998, Defendants knowingly and willfully

16  conspired and agreed among themselves to induce Plaintiff Carlos Roe V, a

17  minor, to engage in sexually explicit conduct for the purpose of producing

18  videos of minors engaged in sexually explicit conduct.  On numerous occasions

19  beginning in or about 1998, Defendants, and each of them, videotaped Plaintiff

20  Carlos Roe V engaging in sexually explicit conduct with Defendants.

21  Defendants, and each of them, knew or had reason to know that such visual

22  depiction of sexually explicit conduct of a minor would be transported in

23  interstate or foreign commerce or mailed.   Plaintiff Carlos Roe V is informed

24  and believes, and thereon alleges, that some of the pornographic videos

25  depicting Defendants engaging in sexually explicit conduct with minors at Casa

26  Blanca are in the custody of the federal court in Guadalajara, Mexico.

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1          257.  Defendants' production and distribution of child

2   pornography, described herein, constitutes child sexual exploitation proscribed

3   by Sections 2251 *et seq.* of Title 18 of the United States Code.

4          258.  As a direct and proximate result of Defendants' acts as

5   alleged herein, Plaintiff Carlos Roe V was hurt and injured in his health,

6   strength and activity, sustaining shock and injury to his nervous system, all of

7   which have caused and continue to cause Plaintiff Carlos Roe V great mental

8   pain, embarrassment, humiliation, distress, anguish and suffering, all to

9   Plaintiff Carlos Roe V's damage in an amount in excess of the minimum subject

10   matter jurisdiction of this court and according to proof at trial.

11          259.  As a further direct and proximate result of Defendants' acts

12   as alleged herein, Plaintiff Carlos Roe V has been damaged in that he has been

13   required to expend money and incur obligations for medical services required

14   in the treatment and relief of the injuries herein alleged.

15          260.  Defendants engaged in the conduct alleged above with

16   malice, fraud, oppression and/or in conscious disregard for the rights of

17   Plaintiff Carlos Roe V.  Plaintiff Carlos Roe V is therefore entitled to an award of

18   exemplary and punitive damages.

19          WHEREFORE, Plaintiff Carlos Roe V prays for judgment as set

20   forth below.

21                          **COUNT THIRTY-FOUR**

22                  **Intentional Infliction of Emotional Distress**

23                      **Carlos Roe V v. White, et al.**

24          261.  Plaintiff Carlos Roe V refers to and incorporates by reference

25   each and every allegation contained in paragraphs 1 through 31 and 240

26   through 260 of this Complaint as though fully set forth and pleaded herein.

–57–

1    262.   Defendants' conduct was intentional and malicious and done

2    for the purpose of causing Plaintiff Carlos Roe V to suffer humiliation, mental

3    anguish, and emotional and physical distress.

4    263.   As a direct and proximate result of the acts of Defendants,

5    and each of them, Plaintiff Carlos Roe V has been hurt and injured in his

6    health, strength, and activity, sustaining injury to their nervous system and

7    person, all of which injuries have caused, and continue to cause, Plaintiff

8    Carlos Roe V great mental, physical, and nervous pain and suffering.

9    264.   As a further direct and proximate result of the acts of

10   Defendants, and each of them, Plaintiff Carlos Roe V has been damaged in that

11   he has been required to expend money and to incur obligations for medical

12   services reasonably required in the treatment and relief of the injuries herein

13   alleged in an amount according to proof at trial.

14   265.   Defendants engaged in the conduct alleged above with

15   malice, fraud, oppression and/or in conscious disregard for the rights of

16   Plaintiff Carlos Roe V.   Plaintiff Carlos Roe V is therefore entitled to an award of

17   exemplary and punitive damages.

18   WHEREFORE, Plaintiff Carlos Roe V prays for judgment as set

19   forth below.

20                          **COUNT THIRTY-FIVE**

21                **Negligent Infliction of Emotional Distress**

22                      **Carlos Roe V v. White, et al.**

23   266.   Plaintiff Carlos Roe V refers to and incorporates by reference

24   each and every allegation contained in paragraphs 1 through 31 and 240

25   through 265 of this Complaint as though fully set forth and pleaded herein.

26   267.   Defendants, and each of them, knew, or should have known,

–58–

1   that their actions as set forth herein would cause Plaintiff Carlos Roe V severe

2   emotional distress.

3        268.  Defendants, and each of them, owed a duty to Plaintiff Carlos

4   Roe V not to sexually abuse, exploit and assault Plaintiff Carlos Roe V in

5   violation of Title 18 of the United States Code as set forth herein.

6        269.  Defendants, and each of them, breached their duty to

7   Plaintiff Carlos Roe V by engaging in the actions as set forth herein.

8        270.  As a direct and proximate result of the acts of Defendants,

9   and each of them, and of Defendants' breach of their duty to Plaintiff Carlos

10  Roe V, Plaintiff Carlos Roe V has been hurt and injured in his health, strength,

11  and activity, sustaining injury to his nervous system and person, all of which

12  injuries have caused, and continue to cause, Plaintiff great mental, physical,

13  and nervous pain and suffering.

14       271.  As a further direct and proximate result of the acts of

15  Defendants, and each of them, and of Defendants' breach of their duty to

16  Plaintiff Carlos Roe V, Plaintiff Carlos Roe V has been damaged in that he has

17  been required to expend money and to incur obligations for medical services

18  and drugs reasonably required in the treatment and relief of the injuries herein

19  alleged in an amount according to proof at trial.

20       WHEREFORE, Plaintiff Carlos Roe V prays for judgment as set

21  forth below.

22                          **COUNT THIRTY-SIX**

23                       **Childhood Sexual Abuse**

24                     **Jose Roe III v. White, et al.**

25       272.  Plaintiff Jose Roe III refers to and incorporates by reference

26  each and every allegation contained in paragraphs 1 through 31 of this

–59–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1    Complaint as though fully set forth and pleaded herein.

2            273.  In or about 1999, Defendants knowingly and willfully

3    conspired and agreed among themselves to sexually assault Plaintiff Jose Roe

4    III.    In or about 1998, Defendants began traveling from San Francisco to

5    Puerto Vallarta, procuring young boys along the Malecon in Puerto Vallarta,

6    taking them to White's villa known as "Casa Blanca" south of Puerto Vallarta,

7    giving the young boys food, money and drugs, and sexually abusing them in

8    violation of 18 U.S.C. §§ 2241, *et seq.*

9            274.  White first met Plaintiff Jose Roe III in front of the

10   McDonald's Restaurant along the Malecon in Puerto Vallarta.  Carlos Roe I was

11   also present.   Plaintiff Jose Roe III and Carlos Roe I were the taken to the Casa

12   Blanca in White's white Eddie Bauer SUV by White's driver.  White would often

13   point out the children he wanted in front of the McDonald's restaurant and

14   then have his driver bring them to his villa.   At that time, Jose Roe III was 9

15   years old.

16           275.  When Jose Roe III arrived at the Casa Blanca, White opened

17   the door and invited Jose Roe III and Carlos Roe I inside.   Once inside the

18   compound, White told Jose Roe III that he had to remove all his clothes and

19   that if he was naked he could get anything he wanted.  Jose Roe III then took

20   off all his clothes.  Jose Roe then ate, drank 2 beers and went into the

21   swimming pool where there were 2 other underage boys.

22           276.   Jose Roe III was then taken to White's bedroom where he

23   began to watch children's programs on the television.   Carlos Roe I was also in

24   the bedroom.   White then came into the room and changed the television

25   program to show heterosexual pornography.  This was the first time nine year

26   old Jose Roe III had seen pornography and he became sexually aroused.  White

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   then orally copulated Jose Roe III in  violation of Sections 2241 *et seq.* of Title

2   18 of the United States Code.   Jose Roe III ejaculated into White's mouth.

3   White swallowed Jose Roe III's ejaculation.   Jose Roe III felt ashamed and

4   disgusted by what White had done to him.   White then gave Jose Roe III $400

5   pesos and telephoned a taxi so that Jose Roe III could return to the Malecon.

6          277.   Jose Roe III returned to the Casa Blanca approximately once

7   each week until late 2000.   White as well as friends of White he does not

8   remember regularly orally copulated Jose Roe III in  violation of Sections 2241

9   *et seq.* of Title 18 of the United States Code.   Jose Roe III further saw many

10   Americans at the Casa Blanca and many Americans having sex with children.

11    Jose Roe III stopped going to the Casa Blanca when he saw the local

12   authorities taking pictures of the Casa Blanca.

13          278.   In or about 2001, White was indicted by the State of Jalisco

14   and the United States of Mexico on charges of child rape, child endangerment

15   and child pornography arising out of White's actions in Puerto Vallarta as

16   detailed hereinabove.   Plaintiff Jose Roe III is informed and believes, and

17   thereon alleges, that the federal court in Guadalajara has custody of video

18   tapes made by White and his associates depicting White, Rolph, Collingsworth

19   and other White associates having sex with minors, including Jose Roe III.

20          279.   After the incident at Casa Blanca outlined above, Jose Roe

21   III began to abuse drugs, including crack cocaine.

22          280.  Defendants' acts, described herein, constitute conduct

23   proscribed by Sections 2241 *et seq.* of Title 18 of the United States Code.

24          281.   At no time did Plaintiff Jose Roe III consent, or have the

25   ability to consent, to any of the acts of Defendants alleged herein.

26          282.  As a direct and proximate result of Defendants' acts as

–61–

1  alleged herein, Plaintiff Jose Roe III was hurt and injured in his health,

2  strength and activity, sustaining shock and injury to his nervous system, all of

3  which have caused and continue to cause Plaintiff Jose Roe III great mental

4  pain, embarrassment, humiliation, distress, anguish and suffering, all to

5  Plaintiff Jose Roe III's damage in an amount according to proof at trial.

6       283.  As a further direct and proximate result of Defendants' acts

7  as alleged herein, Plaintiff Jose Roe III has been damaged in that he has been

8  required to expend money and incur obligations for medical services required

9  in the treatment and relief of the injuries herein alleged.

10       284.  Defendants engaged in the conduct alleged above with

11  malice, fraud, oppression and/or in conscious disregard for the rights of

12  Plaintiff Jose Roe III.  Plaintiff Jose Roe III is therefore entitled to an award of

13  exemplary and punitive damages.

14       WHEREFORE, Plaintiff Jose Roe III prays for judgment as set forth

15  below.

**COUNT THIRTY-SEVEN**

**Child Sexual Tourism**

**Jose Roe III v. White, et al.**

19       285.  Plaintiff Jose Roe III refers to and incorporates by reference

20  each and every allegation contained in paragraphs 1 through 24 and 266

21  through 277 of this Complaint as though fully set forth and pleaded herein.

22       286.  Defendants traveled from San Francisco to Mexico, or

23  conspired to travel to Mexico, for the purpose of engaging in a sexual act as

24  defined in Section 2246 of Title 18 of the United States Code with Plaintiff Jose

25  Roe III, a person under the age of 18 years of age, that would be a violation of

26  Chapter 109A of Title 18 if the sexual act occurred in the United States.

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   287. Defendants' conduct, as set forth above, constitutes child

2 sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

3 States Code.

4   288. As a direct and proximate result of Defendants' acts as

5 alleged herein, Plaintiff Jose Roe III was hurt and injured in his health,

6 strength and activity, sustaining shock and injury to his nervous system, all of

7 which have caused and continue to cause Plaintiff great mental pain,

8 embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

9 Jose Roe III's damage in an amount according to proof at trial.

10   289. As a further direct and proximate result of Defendants' acts

11 as alleged herein, Plaintiff Jose Roe III has been damaged in that he has been

12 required to expend money and incur obligations for medical services required

13 in the treatment and relief of the injuries herein alleged.

14   290. Defendants engaged in the conduct alleged above with

15 malice, fraud, oppression and/or in conscious disregard for the rights of

16 Plaintiff Jose Roe III. Plaintiff Jose Roe III is therefore entitled to an award of

17 exemplary and punitive damages.

18   WHEREFORE, Plaintiff Jose Roe III prays for judgment as set forth

19 below.

20

### COUNT THIRTY-EIGHT

### Production and Distribution of Child Pornography

21

### Jose Roe III v. White, et al.

22

23   291. Plaintiff Jose Roe III refers to and incorporates by reference

24 each and every allegation contained in paragraphs 1 through 31 and

25 paragraphs 273 through 290 of this Complaint as though fully set forth and

26 pleaded herein.

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1       292.   In or about 1999, Defendants knowingly and willfully

2   conspired and agreed among themselves to induce Plaintiff Jose Roe III, a

3   minor, to engage in sexually explicit conduct for the purpose of producing

4   videos of minors engaged in sexually explicit conduct.  In or about 1999 and

5   2000, Defendants, and each of them, videotaped Plaintiff Jose Roe III engaging

6   in sexually explicit conduct with Defendants.  Defendants, and each of them,

7   knew or had reason to know that such visual depiction of sexually explicit

8   conduct of a minor would be transported in interstate or foreign commerce or

9   mailed.  Plaintiff Jose Roe III is informed and believes, and thereon alleges, that

10   some of the pornographic videos depicting Defendants engaging in sexually

11   explicit conduct with minors at Casa Blanca are in the custody of the federal

12   court in Guadalajara, Mexico.

13       293. Defendants' production and distribution of child pornography,

14   described herein, constitutes child sexual exploitation proscribed by Sections

15   2251 *et seq.* of Title 18 of the United States Code.

16       294.  As a direct and proximate result of Defendants' acts as

17   alleged herein, Plaintiff Jose Roe III was hurt and injured in his health,

18   strength and activity, sustaining shock and injury to his nervous system, all of

19   which have caused and continue to cause Plaintiff Jose Roe III great mental

20   pain, embarrassment, humiliation, distress, anguish and suffering, all to

21   Plaintiff Jose Roe III's damage in an amount in excess of the minimum subject

22   matter jurisdiction of this court and according to proof at trial.

23       295.  As a further direct and proximate result of Defendants' acts

24   as alleged herein, Plaintiff Jose Roe III has been damaged in that he has been

25   required to expend money and incur obligations for medical services required

26   in the treatment and relief of the injuries herein alleged.

–64–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1    296.  Defendants engaged in the conduct alleged above with

2    malice, fraud, oppression and/or in conscious disregard for the rights of

3    Plaintiff Jose Roe III.  Plaintiff Jose Roe III is therefore entitled to an award of

4    exemplary and punitive damages.

5    WHEREFORE, Plaintiff Jose Roe III prays for judgment as set forth

6    below.

7    **COUNT THIRTY-NINE**

8    **Intentional Infliction of Emotional Distress**

9    **Jose Roe III v. White, et al.**

10   297.  Plaintiff Jose Roe III refers to and incorporates by reference

11   each and every allegation contained in paragraphs 1 through 24 and 266

12   through 290 of this Complaint as though fully set forth and pleaded herein.

13   298.  Defendants' conduct was intentional and malicious and done

14   for the purpose of causing Plaintiff Jose Roe III to suffer humiliation, mental

15   anguish, and emotional and physical distress.

16   299.  As a direct and proximate result of the acts of Defendants,

17   and each of them, Plaintiff Jose Roe III has been hurt and injured in his health,

18   strength, and activity, sustaining injury to their nervous system and person, all

19   of which injuries have caused, and continue to cause, Plaintiff Jose Roe III

20   great mental, physical, and nervous pain and suffering.

21   300.  As a further direct and proximate result of the acts of

22   Defendants, and each of them, Plaintiff Jose Roe III has been damaged in that

23   he has been required to expend money and to incur obligations for medical

24   services reasonably required in the treatment and relief of the injuries herein

25   alleged in an amount according to proof at trial.

26   301.  Defendants engaged in the conduct alleged above with

–65–

1  malice, fraud, oppression and/or in conscious disregard for the rights of

2  Plaintiff Jose Roe III.  Plaintiff Jose Roe III is therefore entitled to an award of

3  exemplary and punitive damages.

4          WHEREFORE, Plaintiff Jose Roe III prays for judgment as set forth

5  below.

6                          **COUNT FORTY**

7          **Negligent Infliction of Emotional Distress**

8                  **Jose Roe III v. White, et al.**

9          302.  Plaintiff Jose Roe III refers to and incorporates by reference

10  each and every allegation contained in paragraphs 1 through 31 and 273

11  through 301 of this Complaint as though fully set forth and pleaded herein.

12          303.   Defendants, and each of them, knew, or should have known,

13  that their actions as set forth herein would cause Plaintiff Jose Roe III severe

14  emotional distress.

15          304.  Defendants, and each of them, owed a duty to Plaintiff Jose

16  Roe III not to sexually abuse, exploit and assault Plaintiff Jose Roe III in

17  violation of Title 18 of the United States Code as set forth herein.

18          305.  Defendants, and each of them, breached their duty to

19  Plaintiff Jose Roe III by engaging in the actions as set forth herein.

20          306.  As a direct and proximate result of the acts of Defendants,

21  and each of them, and of Defendants' breach of their duty to Plaintiff Jose Roe

22  III, Plaintiff Jose Roe III has been hurt and injured in his health, strength, and

23  activity, sustaining injury to his nervous system and person, all of which

24  injuries have caused, and continue to cause, Plaintiff great mental, physical,

25  and nervous pain and suffering.

26          307.  As a further direct and proximate result of the acts of

–66–

1   Defendants, and each of them, and of Defendants' breach of their duty to

2   Plaintiff Jose Roe III, Plaintiff Jose Roe III has been damaged in that he has

3   been required to expend money and to incur obligations for medical services

4   and drugs reasonably required in the treatment and relief of the injuries herein

5   alleged in an amount according to proof at trial.

6          WHEREFORE, Plaintiff Jose Roe III prays for judgment as set forth

7   below.

8                            **COUNT FORTY-ONE**

9                          **Childhood Sexual Abuse**

10                      **Carlos Roe VI v. White, et al.**

11         308.  Plaintiff Carlos Roe VI refers to and incorporates by reference

12   each and every allegation contained in paragraphs 1 through 31 of this

13   Complaint as though fully set forth and pleaded herein.

14         309.  In or about 1998, Defendants knowingly and willfully

15   conspired and agreed among themselves to sexually assault Plaintiff Carlos Roe

16   VI.   In or about 1998, Defendants began traveling from San Francisco to

17   Puerto Vallarta, procuring young boys along the Malecon in Puerto Vallarta,

18   taking them to White's villa known as "Casa Blanca" south of Puerto Vallarta,

19   giving the young boys food, money and drugs, and sexually abusing them in

20   violation of 18 U.S.C. §§ 2241, *et seq.*

21         310.  Plaintiff Carlos Roe VI first met Defendants in front of the

22   McDonald's Restaurant along the Malecon in 1999.  At that time, Carlos Roe VI

23   was 17 years old and homeless, spending most nights sleeping near the fishing

24   pier.   White approached Carlos Roe VI and his friends in front of the

25   McDonald's Restaurant and engaged them in conversation.   It was morning

26   and White invited them to his house for breakfast.  Once at Casa Blanca, White

–67–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1  told Carlos Roe VI that he had to remove all his clothes since clothing was not

2  allowed in the pool.   Carlos Roe VI complied with White's demand that he

3  disrobe and went into the swimming pool.

4          311.   Once Carlos Roe VI was in the swimming pool naked, White

5  joined him in the pool, also naked.   White then took Carlos Roe VI and another

6  young boy to White's bedroom where he gave Carlos VI crack cocaine.   It was

7  the first time Carlos VI had had crack cocaine.   White first began to orally

8  copulate one of the other boys, and then orally copulated Carlos Roe VI  in

9  violation of Sections 2241 *et seq.* of Title 18 of the United States Code.

10  After having sex with Carlos Roe VI and the other boy, White gave them each a

11  soft drink.   White had placed a drug in the soft drink which caused Carlos Roe

12  VI to pass out.   Carlos Roe VI does not remember what happened when he was

13  unconscious, but when he woke up White's domestic employees were laughing

14  at him.

15          312.   Three days  after his first visit to the Casa Blanca as

16  outlined above, Carlos Roe VI returned to the Casa Blanca with an American

17  boy who was about 15 years old.   White again orally copulated Carlos Roe VI

18  in violation of Sections 2241 *et seq.* of Title 18 of the United States Code.

19  Thereafter, for a period of approximately one year, Carlos Roe VI would return

20  to the Casa Blanca where White would orally copulate him in violation of

21  Sections 2241 *et seq.* of Title 18 of the United States Code.   Initially, Carlos

22  Roe VI came to the Casa Blanca for the money White gave him.  However,

23  Carlos Roe VI became addicted to crack cocaine as a result of being repeatedly

24  given the drug by White and soon returned to the Casa Blanca in order to get

25  more crack cocaine.

26          313.  On many occasions, White took video pictures of White and

–68–

1  his friends engaging in sexual acts with Carlos Roe VI.   White told Carlos Roe

2  VI that if he said anything about White's activities that Carlos Roe VI would get

3  in trouble because White had everything on video tape.

4        314.   White maintained armed guards at the Casa Blanca.  White

5  told Carlos Roe VI that if he said anything about the sexual acts outlined above

6  that White would have "his people" hurt his parents.

7        315.   In or about 2001, White was indicted by the State of Jalisco

8  and the United States of Mexico on charges of child rape, child endangerment

9  and child pornography arising out of White's actions in Puerto Vallarta as

10  detailed hereinabove.   Plaintiff Carlos Roe VI is informed and believes, and

11  thereon alleges, that the federal court in Guadalajara has custody of video

12  tapes made by White and his associates depicting White, Rolph, Collingsworth

13  and other White associates having sex with minors, including Carlos Roe VI.

14        316.  After White was indicted by the State of Jalisco, Defendants

15  hired a local Puerto Vallarta attorney, Manuel Flores, to intimidate and bribe

16  the homeless boys, including Plaintiff Carlos Roe VI, who had signed

17  statements detailing Defendants' childhood sexual abuse of the homeless boys

18  in Puerto Vallarta and the production of child pornography as set forth above.

19        317.   Manuel Flores, acting as Defendants' agent, first approached

20  Carlos Roe VI in 2003 and offered Plaintiff Carlos Roe VI $1,000 Pesos to

21  change his declaration.  Flores did not tell Carlos Roe VI that he was working

22  for White in an effort to undermine the criminal charges.   Carlos Roe VI was

23  addicted to crack cocaine as a result of being introduced to the drug by White.

24   Carlos Roe VI complied with Flores' request and signed a false declaration in

25  order to get money for his drug addiction.   Thereafter, Carlos Roe VI returned

26  to Flores' office and was given more money.

–69–

1       318.   As late as April of 2004, Flores, again acting on White's

2  behalf, told Carlos Roe VI that if he said anything about White that he would go

3  to jail because of the false declaration he signed for Flores.   Flores, again

4  acting on White's behalf, offered Carlos Roe VI more money and a Chevrolet

5  Suburban if he would continue to work for Flores and steal papers from the

6  files of Mauricio Rodriguez Borrego, the guardian ad litem in this case.

7       319.   Defendants' acts, described herein, constitute conduct

8  proscribed by Sections 2241 *et seq.* of Title 18 of the United States Code.

9       320.   At no time did Plaintiff Carlos Roe VI consent, or have the

10  ability to consent, to any of the acts of Defendants alleged herein.

11       321.   As a direct and proximate result of Defendants' acts as

12  alleged herein, Plaintiff Carlos Roe VI was hurt and injured in his health,

13  strength and activity, sustaining shock and injury to his nervous system, all of

14  which have caused and continue to cause Plaintiff Carlos Roe VI great mental

15  pain, embarrassment, humiliation, distress, anguish and suffering, all to

16  Plaintiff Carlos Roe VI's damage in an amount according to proof at trial.

17       322.   As a further direct and proximate result of Defendants' acts

18  as alleged herein, Plaintiff Carlos Roe VI has been damaged in that he has been

19  required to expend money and incur obligations for medical services required

20  in the treatment and relief of the injuries herein alleged.

21       323.   Defendants engaged in the conduct alleged above with

22  malice, fraud, oppression and/or in conscious disregard for the rights of

23  Plaintiff Carlos Roe VI.   Plaintiff Carlos Roe VI is therefore entitled to an award

24  of exemplary and punitive damages.

25       WHEREFORE, Plaintiff Carlos Roe VI prays for judgment as set

26  forth below.

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

**COUNT FORTY-TWO**

**Child Sexual Tourism**

**Carlos Roe VI v. White, et al.**

324. Plaintiff Carlos Roe VI refers to and incorporates by reference each and every allegation contained in paragraphs 1 through 31 and 309 through 323 of this Complaint as though fully set forth and pleaded herein.

325. Defendants traveled from San Francisco to Mexico, or conspired to travel to Mexico, for the purpose of engaging in a sexual act as defined in Section 2246 of Title 18 of the United States Code with Plaintiff Carlos Roe VI, a person under the age of 18 years of age, that would be a violation of Chapter 109A of Title 18 if the sexual act occurred in the United States.

326. Defendants' conduct, as set forth above, constitutes child sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United States Code.

327. As a direct and proximate result of Defendants' acts as alleged herein, Plaintiff Carlos Roe VI was hurt and injured in his health, strength and activity, sustaining shock and injury to his nervous system, all of which have caused and continue to cause Plaintiff great mental pain, embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff Carlos Roe VI's damage in an amount according to proof at trial.

328. As a further direct and proximate result of Defendants' acts as alleged herein, Plaintiff Carlos Roe VI has been damaged in that he has been required to expend money and incur obligations for medical services required in the treatment and relief of the injuries herein alleged.

329. Defendants engaged in the conduct alleged above with

–71–

1  malice, fraud, oppression and/or in conscious disregard for the rights of

2  Plaintiff Carlos Roe VI.  Plaintiff Carlos Roe VI is therefore entitled to an award

3  of exemplary and punitive damages.

4         WHEREFORE, Plaintiff Carlos Roe VI prays for judgment as set

5  forth below.

### COUNT FORTY-THREE

### Production and Distribution of Child Pornography

### Carlos Roe VI v. White, et al.

9         330.  Plaintiff Carlos Roe VI refers to and incorporates by reference

10  each and every allegation contained in paragraphs 1 through 31 and 309

11  thorough 329 of this Complaint as though fully set forth and pleaded herein.

12         331.   In or about 1998, Defendants knowingly and willfully

13  conspired and agreed among themselves to induce Plaintiff Carlos Roe VI, a

14  minor, to engage in sexually explicit conduct for the purpose of producing

15  videos of minors engaged in sexually explicit conduct.  On numerous occasions

16  beginning in or about 1998, Defendants, and each of them, videotaped Plaintiff

17  Carlos Roe VI engaging in sexually explicit conduct with Defendants.

18  Defendants, and each of them, knew or had reason to know that such visual

19  depiction of sexually explicit conduct of a minor would be transported in

20  interstate or foreign commerce or mailed.   Plaintiff Carlos Roe VI is informed

21  and believes, and thereon alleges, that some of the pornographic videos

22  depicting Defendants engaging in sexually explicit conduct with minors at Casa

23  Blanca are in the custody of the federal court in Guadalajara, Mexico.

24         332.  Defendants' production and distribution of child

25  pornography, described herein, constitutes child sexual exploitation proscribed

26  by Sections 2251 *et seq.* of Title 18 of the United States Code.

–72–

1   333.  As a direct and proximate result of Defendants' acts as

2 alleged herein, Plaintiff Carlos Roe VI was hurt and injured in his health,

3 strength and activity, sustaining shock and injury to his nervous system, all of

4 which have caused and continue to cause Plaintiff Carlos Roe VI great mental

5 pain, embarrassment, humiliation, distress, anguish and suffering, all to

6 Plaintiff Carlos Roe VI's damage in an amount in excess of the minimum

7 subject matter jurisdiction of this court and according to proof at trial.

8   334.  As a further direct and proximate result of Defendants' acts

9 as alleged herein, Plaintiff Carlos Roe VI has been damaged in that he has been

10 required to expend money and incur obligations for medical services required

11 in the treatment and relief of the injuries herein alleged.

12   335.  Defendants engaged in the conduct alleged above with

13 malice, fraud, oppression and/or in conscious disregard for the rights of

14 Plaintiff Carlos Roe VI.  Plaintiff Carlos Roe VI is therefore entitled to an award

15 of exemplary and punitive damages.

16   WHEREFORE, Plaintiff Carlos Roe VI prays for judgment as set

17 forth below.

18 /////

19 /////

20 /////

21

### COUNT FORTY-FOUR

22

### Intentional Infliction of Emotional Distress

23

### Carlos Roe VI v. White, et al.

24   336.  Plaintiff Carlos Roe VI refers to and incorporates by reference

25 each and every allegation contained in paragraphs 1 through 31 and 309

26 through 335 of this Complaint as though fully set forth and pleaded herein.

–73–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1       337.  Defendants' conduct was intentional and malicious and done

2   for the purpose of causing Plaintiff Carlos Roe VI to suffer humiliation, mental

3   anguish, and emotional and physical distress.

4       338.  As a direct and proximate result of the acts of Defendants,

5   and each of them, Plaintiff Carlos Roe VI has been hurt and injured in his

6   health, strength, and activity, sustaining injury to their nervous system and

7   person, all of which injuries have caused, and continue to cause, Plaintiff

8   Carlos Roe VI great mental, physical, and nervous pain and suffering.

9       339.  As a further direct and proximate result of the acts of

10   Defendants, and each of them, Plaintiff Carlos Roe VI has been damaged in

11   that he has been required to expend money and to incur obligations for medical

12   services reasonably required in the treatment and relief of the injuries herein

13   alleged in an amount according to proof at trial.

14       340.  Defendants engaged in the conduct alleged above with

15   malice, fraud, oppression and/or in conscious disregard for the rights of

16   Plaintiff Carlos Roe VI.  Plaintiff Carlos Roe VI is therefore entitled to an award

17   of exemplary and punitive damages.

18       WHEREFORE, Plaintiff Carlos Roe VI prays for judgment as set

19   forth below.

20   /////

21   /////

22                 **COUNT FORTY-FIVE**

23          **Negligent Infliction of Emotional Distress**

24             **Carlos Roe VI v. White, et al.**

25       341.  Plaintiff Carlos Roe VI refers to and incorporates by reference

26   each and every allegation contained in paragraphs 1 through 31 and 309

–74–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   through 340 of this Complaint as though fully set forth and pleaded herein.

2          342.   Defendants, and each of them, knew, or should have known,

3   that their actions as set forth herein would cause Plaintiff Carlos Roe VI severe

4   emotional distress.

5          343.  Defendants, and each of them, owed a duty to Plaintiff Carlos

6   Roe VI not to sexually abuse, exploit and assault Plaintiff Carlos Roe VI in

7   violation of Title 18 of the United States Code as set forth herein.

8          344.  Defendants, and each of them, breached their duty to

9   Plaintiff Carlos Roe VI by engaging in the actions as set forth herein.

10         345.  As a direct and proximate result of the acts of Defendants,

11  and each of them, and of Defendants' breach of their duty to Plaintiff Carlos

12  Roe VI, Plaintiff Carlos Roe VI has been hurt and injured in his health,

13  strength, and activity, sustaining injury to his nervous system and person, all

14  of which injuries have caused, and continue to cause, Plaintiff great mental,

15  physical, and nervous pain and suffering.

16         346.  As a further direct and proximate result of the acts of

17  Defendants, and each of them, and of Defendants' breach of their duty to

18  Plaintiff Carlos Roe VI, Plaintiff Carlos Roe VI has been damaged in that he has

19  been required to expend money and to incur obligations for medical services

20  and drugs reasonably required in the treatment and relief of the injuries herein

21  alleged in an amount according to proof at trial.

22         WHEREFORE, Plaintiff Carlos Roe VI prays for judgment as set

23  forth below.

24                           **COUNT FORTY-SIX**

25                          **Childhood Sexual Abuse**

26                       **Carlos Roe VII v. White, et al.**

–75–

1          347.  Plaintiff Carlos Roe VII refers to and incorporates by

2  reference each and every allegation contained in paragraphs 1 through 31 of

3  this Complaint as though fully set forth and pleaded herein.

4          348.  In or about 1998, Defendants knowingly and willfully

5  conspired and agreed among themselves to sexually assault Plaintiff Carlos Roe

6  VII.   In or about 1998, Defendants began traveling from San Francisco to

7  Puerto Vallarta, procuring young boys along the beach in Puerto Vallarta,

8  taking them to White's villa known as "Casa Blanca" south of Puerto Vallarta,

9  giving the young boys food, money and drugs, and sexually abusing them in

10  violation of 18 U.S.C. §§ 2241, *et seq.*

11          349.  Plaintiff Carlos Roe VII first met White along the Playa de los

12  Muertos in 1999.  At that time, Carlos Roe VII was 14 years old and homeless,

13  spending most nights sleeping at the beach.   White approached Carlos Roe VII

14  and asked him if he wanted to swim in his swimming pool at the Casa Blanca.

15   Carlos Roe VII then went with White and another young boy to the Casa

16  Blanca.   Once at Casa Blanca, White told Carlos Roe VII that he had to

17  remove all his clothes since clothing was not allowed in the pool.   White told

18  Carlos Roe VII to feel at home and gave Carlos Roe VII another beer and also

19  cocaine.

20          350.  Carlos Roe VII complied with White's demand that he

21  disrobe and went into the swimming pool.  Once Carlos Roe VII was in the

22  swimming pool naked, White joined him in the pool, also naked.   White

23  touched Carlos Roe VII and groped his gentitles.   White then took Carlos Roe

24  VII to his bedroom where White had a pornographic video on the television.

25  White then orally copulated Carlos Roe VII in violation of 18 U.S.C. §§ 2241, *et*

26  *seq.*  Carlos Roe VII stayed the entire night with White, leaving the next day.

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1          351.   Carlos Roe VII returned to the Casa Blanca daily for one

2    week, and thereafter at least once a week for many months.   White, Lovaas

3    and another American named Thomas Zickgraf  orally copulated Carlos Roe VII

4    on numerous occasions in violation of 18 U.S.C. §§ 2241, *et seq.*

5          352.  On many occasions, White took video pictures of White,

6    Lovaas and other Americans engaging in sexual acts with Carlos Roe VII.

7          353.   Defendants' acts, described herein, constitute conduct

8    proscribed by Sections 2241 *et seq.* of Title 18 of the United States Code.

9          354.  At no time did Plaintiff Carlos Roe VII consent, or have the

10   ability to consent, to any of the acts of Defendants alleged herein.

11         355.   In or about 2001, White was indicted by the State of Jalisco

12   and the United States of Mexico on charges of child rape, child endangerment

13   and child pornography arising out of White's actions in Puerto Vallarta as

14   detailed hereinabove.   Plaintiff Carlos Roe VII is informed and believes, and

15   thereon alleges, that the federal court in Guadalajara has custody of video

16   tapes made by White and his associates depicting White, Rolph, Collingsworth,

17   Lovaas and other White associates having sex with minors, including Carlos

18   Roe VII.

19         356.  As a direct and proximate result of Defendants' acts as

20   alleged herein, Plaintiff Carlos Roe VII was hurt and injured in his health,

21   strength and activity, sustaining shock and injury to his nervous system, all of

22   which have caused and continue to cause Plaintiff Carlos Roe VII great mental

23   pain, embarrassment, humiliation, distress, anguish and suffering, all to

24   Plaintiff Carlos Roe VI's damage in an amount according to proof at trial.

25         357.  As a further direct and proximate result of Defendants' acts

26   as alleged herein, Plaintiff Carlos Roe VII has been damaged in that he has

–77–

1    been required to expend money and incur obligations for medical services

2    required in the treatment and relief of the injuries herein alleged.

3          358.  Defendants engaged in the conduct alleged above with

4    malice, fraud, oppression and/or in conscious disregard for the rights of

5    Plaintiff Carlos Roe VII.  Plaintiff Carlos Roe VII is therefore entitled to an

6    award of exemplary and punitive damages.

7          WHEREFORE, Plaintiff Carlos Roe VII prays for judgment as set

8    forth below.

### COUNT FORTY-SEVEN

### Child Sexual Tourism

### Carlos Roe VII v. White, et al.

12          359.  Plaintiff Carlos Roe VII refers to and incorporates by

13    reference each and every allegation contained in paragraphs 1 through 31 and

14    348 through 358 of this Complaint as though fully set forth and pleaded

15    herein.

16          360.  Defendants traveled from San Francisco to Mexico, or

17    conspired to travel to Mexico, for the purpose of engaging in a sexual act as

18    defined in Section 2246 of Title 18 of the United States Code with Plaintiff

19    Carlos Roe VII, a person under the age of 18 years of age, that would be a

20    violation of Chapter 109A of Title 18 if the sexual act occurred in the United

21    States.

22          361.  Defendants' conduct, as set forth above, constitutes child

23    sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

24    States Code.

25          362.  As a direct and proximate result of Defendants' acts as

26    alleged herein, Plaintiff Carlos Roe VII was hurt and injured in his health,

–78–

1  strength and activity, sustaining shock and injury to his nervous system, all of

2  which have caused and continue to cause Plaintiff great mental pain,

3  embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

4  Carlos Roe VII's damage in an amount according to proof at trial.

5  363.  As a further direct and proximate result of Defendants' acts

6  as alleged herein, Plaintiff Carlos Roe VII has been damaged in that he has

7  been required to expend money and incur obligations for medical services

8  required in the treatment and relief of the injuries herein alleged.

9  364.  Defendants engaged in the conduct alleged above with

10  malice, fraud, oppression and/or in conscious disregard for the rights of

11  Plaintiff Carlos Roe VII.  Plaintiff Carlos Roe VII is therefore entitled to an

12  award of exemplary and punitive damages.

13  WHEREFORE, Plaintiff Carlos Roe VII prays for judgment as set

14  forth below.

**COUNT FORTY-EIGHT**

15
**Production and Distribution of Child Pornography**

16
**Carlos Roe VII v. White, et al.**

17

18  365.  Plaintiff Carlos Roe VII refers to and incorporates by

19  reference each and every allegation contained in paragraphs 1 through 31 and

20  348 thorough 364 of this Complaint as though fully set forth and pleaded

21  herein.

22  366.   In or about 1998, Defendants knowingly and willfully

23  conspired and agreed among themselves to induce Plaintiff Carlos Roe VII, a

24  minor, to engage in sexually explicit conduct for the purpose of producing

25  videos of minors engaged in sexually explicit conduct.  On numerous occasions

26  beginning in or about 1998, Defendants, and each of them, videotaped Plaintiff

–79–

1    Carlos Roe VII engaging in sexually explicit conduct with Defendants.

2    Defendants, and each of them, knew or had reason to know that such visual

3    depiction of sexually explicit conduct of a minor would be transported in

4    interstate or foreign commerce or mailed.   Plaintiff Carlos Roe VII is informed

5    and believes, and thereon alleges, that some of the pornographic videos

6    depicting Defendants engaging in sexually explicit conduct with minors at Casa

7    Blanca are in the custody of the federal court in Guadalajara, Mexico.

8          367.  Defendants' production and distribution of child

9    pornography, described herein, constitutes child sexual exploitation proscribed

10   by Sections 2251 *et seq.* of Title 18 of the United States Code.

11         368.  As a direct and proximate result of Defendants' acts as

12   alleged herein, Plaintiff Carlos Roe VII was hurt and injured in his health,

13   strength and activity, sustaining shock and injury to his nervous system, all of

14   which have caused and continue to cause Plaintiff Carlos Roe VII great mental

15   pain, embarrassment, humiliation, distress, anguish and suffering, all to

16   Plaintiff Carlos Roe VII's damage in an amount in excess of the minimum

17   subject matter jurisdiction of this court and according to proof at trial.

18         369.  As a further direct and proximate result of Defendants' acts

19   as alleged herein, Plaintiff Carlos Roe VII has been damaged in that he has

20   been required to expend money and incur obligations for medical services

21   required in the treatment and relief of the injuries herein alleged.

22         370.  Defendants engaged in the conduct alleged above with

23   malice, fraud, oppression and/or in conscious disregard for the rights of

24   Plaintiff Carlos Roe VII.  Plaintiff Carlos Roe VII is therefore entitled to an

25   award of exemplary and punitive damages.

26         WHEREFORE, Plaintiff Carlos Roe VII prays for judgment as set

–80–

1   forth below.

2   /////

3   /////

4                      **COUNT FORTY-NINE**

5       **Intentional Infliction of Emotional Distress**

6              **Carlos Roe VII v. White, et al.**

7               371.  Plaintiff Carlos Roe VII refers to and incorporates by

8   reference each and every allegation contained in paragraphs 1 through 31 and

9   348 through 370 of this Complaint as though fully set forth and pleaded

10  herein.

11              372.  Defendants' conduct was intentional and malicious and done

12  for the purpose of causing Plaintiff Carlos Roe VII to suffer humiliation, mental

13  anguish, and emotional and physical distress.

14              373.  As a direct and proximate result of the acts of Defendants,

15  and each of them, Plaintiff Carlos Roe VII has been hurt and injured in his

16  health, strength, and activity, sustaining injury to their nervous system and

17  person, all of which injuries have caused, and continue to cause, Plaintiff

18  Carlos Roe VII great mental, physical, and nervous pain and suffering.

19              374.  As a further direct and proximate result of the acts of

20  Defendants, and each of them, Plaintiff Carlos Roe VII has been damaged in

21  that he has been required to expend money and to incur obligations for medical

22  services reasonably required in the treatment and relief of the injuries herein

23  alleged in an amount according to proof at trial.

24              375.  Defendants engaged in the conduct alleged above with

25  malice, fraud, oppression and/or in conscious disregard for the rights of

26  Plaintiff Carlos Roe VII.  Plaintiff Carlos Roe VII is therefore entitled to an

                              –81–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1    award of exemplary and punitive damages.

2           WHEREFORE, Plaintiff Carlos Roe VII prays for judgment as set

3    forth below.

4    /////

5    /////

6                              **COUNT FIFTY**

7              **Negligent Infliction of Emotional Distress**

8                   **Carlos Roe VII v. White, et al.**

9           376.  Plaintiff Carlos Roe VII refers to and incorporates by

10   reference each and every allegation contained in paragraphs 1 through 31 and

11   348 through 375 of this Complaint as though fully set forth and pleaded

12   herein.

13          377.   Defendants, and each of them, knew, or should have known,

14   that their actions as set forth herein would cause Plaintiff Carlos Roe VII severe

15   emotional distress.

16          378.  Defendants, and each of them, owed a duty to Plaintiff Carlos

17   Roe VII not to sexually abuse, exploit and assault Plaintiff Carlos Roe VI in

18   violation of Title 18 of the United States Code as set forth herein.

19          379.  Defendants, and each of them, breached their duty to

20   Plaintiff Carlos Roe VII by engaging in the actions as set forth herein.

21          380.  As a direct and proximate result of the acts of Defendants,

22   and each of them, and of Defendants' breach of their duty to Plaintiff Carlos

23   Roe VII, Plaintiff Carlos Roe VII has been hurt and injured in his health,

24   strength, and activity, sustaining injury to his nervous system and person, all

25   of which injuries have caused, and continue to cause, Plaintiff great mental,

26   physical, and nervous pain and suffering.

                              –82–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1          381.  As a further direct and proximate result of the acts of

2   Defendants, and each of them, and of Defendants' breach of their duty to

3   Plaintiff Carlos Roe VII, Plaintiff Carlos Roe VII has been damaged in that he

4   has been required to expend money and to incur obligations for medical

5   services and drugs reasonably required in the treatment and relief of the

6   injuries herein alleged in an amount according to proof at trial.

7          WHEREFORE, Plaintiff Carlos Roe VII prays for judgment as set

8   forth below.

9                    **COUNT FIFTY-ONE**

10                **Childhood Sexual Abuse**

11           **Carlos Roe VIII v. White, et al.**

12          382.  Plaintiff Carlos Roe VIII refers to and incorporates by

13   reference each and every allegation contained in paragraphs 1 through 31 of

14   this Complaint as though fully set forth and pleaded herein.

15          383.  In or about 1998, Defendants knowingly and willfully

16   conspired and agreed among themselves to sexually assault Plaintiff Carlos Roe

17   VIII.   In or about 1998, Defendants began traveling from San Francisco to

18   Puerto Vallarta, procuring young boys along the beach in Puerto Vallarta,

19   taking them to White's villa known as "Casa Blanca" south of Puerto Vallarta,

20   giving the young boys food, money and drugs, and sexually abusing them in

21   violation of 18 U.S.C. §§ 2241, *et seq.*

22          384.  Plaintiff Carlos Roe VIII first met Defendants at the Playa de

23   los Muertos  in 2000.  At that time, Carlos Roe VIII was 14 years old and

24   homeless, spending most nights sleeping at the beach.   White and

25   Collingsworth approached Carlos Roe VIII at the beach and Collingsworth

26   asked Carlos Roe VIII if he wanted to come to the Casa Blanca.   White and

–83–

1   Collingsworth told Carlos Roe VIII they would buy him clothes and provide him

2   with money.    White and Collingsworth then took Carlos Roe VIII to White's

3   villa, the Casa Blanca.   Once at Casa Blanca, White told Carlos Roe VIII that

4   he had to remove all his clothes since clothing was not allowed in the pool.

5   Carlos Roe VIII complied with White's demand that he disrobe.    White then

6   gave Carlos Roe VIII a drink which made him feel disoriented as if he had been

7   drugged.

8            385.   Carlos Roe VIII went into the swimming pool naked.  There

9   were already three other young boys in the pool, also naked.   White, Lovaas

10  and Collingsworth joined the boys in the swimming pool, also naked.  While in

11  the swimming pool, White and Collingsworth orally copulated Carlos Roe VIII

12  in violation of Sections 2241 *et seq.* of Title 18 of the United States Code.

13  Thereafter,  White paid Carlos Roe VIII several hundred Pesos and he returned

14  to the beach.

15           386.  Defendants' acts, described herein, constitute conduct

16  proscribed by Sections 2241 *et seq.* of Title 18 of the United States Code.

17           387.  At no time did Plaintiff Carlos Roe VIII consent, or have the

18  ability to consent, to any of the acts of Defendants alleged herein.

19           388.   In or about 2001, White was indicted by the State of Jalisco

20  and the United States of Mexico on charges of child rape, child endangerment

21  and child pornography arising out of White's actions in Puerto Vallarta as

22  detailed hereinabove.   Plaintiff Carlos Roe VIII is informed and believes, and

23  thereon alleges, that the federal court in Guadalajara has custody of video

24  tapes made by White and his associates depicting White, Rolph, Collingsworth

25  and other White associates having sex with minors, including Carlos Roe VIII.

26           389.  As a direct and proximate result of Defendants' acts as

–84–

1   alleged herein, Plaintiff Carlos Roe VIII was hurt and injured in his health,

2   strength and activity, sustaining shock and injury to his nervous system, all of

3   which have caused and continue to cause Plaintiff Carlos Roe VIII great mental

4   pain, embarrassment, humiliation, distress, anguish and suffering, all to

5   Plaintiff Carlos Roe VIII's damage in an amount according to proof at trial.

6        390.  As a further direct and proximate result of Defendants' acts

7   as alleged herein, Plaintiff Carlos Roe VIII has been damaged in that he has

8   been required to expend money and incur obligations for medical services

9   required in the treatment and relief of the injuries herein alleged.

10       391.  Defendants engaged in the conduct alleged above with

11   malice, fraud, oppression and/or in conscious disregard for the rights of

12   Plaintiff Carlos Roe VIII.  Plaintiff Carlos Roe VIII is therefore entitled to an

13   award of exemplary and punitive damages.

14       WHEREFORE, Plaintiff Carlos Roe VIII prays for judgment as set

15   forth below.

16                     **COUNT FIFTY-TWO**

17                     **Child Sexual Tourism**

18               **Carlos Roe VIII v. White, et al.**

19       392.  Plaintiff Carlos Roe VIII refers to and incorporates by

20   reference each and every allegation contained in paragraphs 1 through 31 and

21   383 through 391 of this Complaint as though fully set forth and pleaded

22   herein.

23       393.  Defendants traveled from San Francisco to Mexico, or

24   conspired to travel to Mexico, for the purpose of engaging in a sexual act as

25   defined in Section 2246 of Title 18 of the United States Code with Plaintiff

26   Carlos Roe VIII, a person under the age of 18 years of age, that would be a

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1  violation of Chapter 109A of Title 18 if the sexual act occurred in the United

2  States.

3      394.  Defendants' conduct, as set forth above, constitutes child

4  sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

5  States Code.

6      395.  As a direct and proximate result of Defendants' acts as

7  alleged herein, Plaintiff Carlos Roe VIII was hurt and injured in his health,

8  strength and activity, sustaining shock and injury to his nervous system, all of

9  which have caused and continue to cause Plaintiff great mental pain,

10  embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

11  Carlos Roe VIII's damage in an amount according to proof at trial.

12      396.  As a further direct and proximate result of Defendants' acts

13  as alleged herein, Plaintiff Carlos Roe VIII has been damaged in that he has

14  been required to expend money and incur obligations for medical services

15  required in the treatment and relief of the injuries herein alleged.

16      397.  Defendants engaged in the conduct alleged above with

17  malice, fraud, oppression and/or in conscious disregard for the rights of

18  Plaintiff Carlos Roe VIII.  Plaintiff Carlos Roe VIII is therefore entitled to an

19  award of exemplary and punitive damages.

20      WHEREFORE, Plaintiff Carlos Roe VIII prays for judgment as set

21  forth below.

**COUNT FIFTY-THREE**

22

**Production and Distribution of Child Pornography**

23

**Carlos Roe VIII v. White, et al.**

24

25      398.  Plaintiff Carlos Roe VIII refers to and incorporates by

26  reference each and every allegation contained in paragraphs 1 through 31 and

–86–

1   383 thorough 397 of this Complaint as though fully set forth and pleaded

2   herein.

3           399.    In or about 1998, Defendants knowingly and willfully

4   conspired and agreed among themselves to induce Plaintiff Carlos Roe VIII, a

5   minor, to engage in sexually explicit conduct for the purpose of producing

6   videos of minors engaged in sexually explicit conduct.  On numerous occasions

7   beginning in or about 1998, Defendants, and each of them, videotaped

8   Plaintiffs, including Carlos Roe VIII, engaging in sexually explicit conduct with

9   Defendants.  Defendants, and each of them, knew or had reason to know that

10  such visual depiction of sexually explicit conduct of a minor would be

11  transported in interstate or foreign commerce or mailed.   Plaintiff Carlos Roe

12  VIII is informed and believes, and thereon alleges, that some of the

13  pornographic videos depicting Defendants engaging in sexually explicit conduct

14  with minors at Casa Blanca are in the custody of the federal court in

15  Guadalajara, Mexico.

16          400.  Defendants' production and distribution of child

17  pornography, described herein, constitutes child sexual exploitation proscribed

18  by Sections 2251 *et seq.* of Title 18 of the United States Code.

19          401.  As a direct and proximate result of Defendants' acts as

20  alleged herein, Plaintiff Carlos Roe VIII was hurt and injured in his health,

21  strength and activity, sustaining shock and injury to his nervous system, all of

22  which have caused and continue to cause Plaintiff Carlos Roe VIII great mental

23  pain, embarrassment, humiliation, distress, anguish and suffering, all to

24  Plaintiff Carlos Roe VIII's damage in an amount in excess of the minimum

25  subject matter jurisdiction of this court and according to proof at trial.

26          402.  As a further direct and proximate result of Defendants' acts

–87–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   as alleged herein, Plaintiff Carlos Roe VIII has been damaged in that he has

2   been required to expend money and incur obligations for medical services

3   required in the treatment and relief of the injuries herein alleged.

4         403.   Defendants engaged in the conduct alleged above with

5   malice, fraud, oppression and/or in conscious disregard for the rights of

6   Plaintiff Carlos Roe VIII.  Plaintiff Carlos Roe VIII is therefore entitled to an

7   award of exemplary and punitive damages.

8         WHEREFORE, Plaintiff Carlos Roe VIII prays for judgment as set

9   forth below.

10  /////

11  /////

12  /////

13                    **COUNT FIFTY-FOUR**

14        **Intentional Infliction of Emotional Distress**

15             **Carlos Roe VIII v. White, et al.**

16        404.   Plaintiff Carlos Roe VIII refers to and incorporates by

17  reference each and every allegation contained in paragraphs 1 through 31 and

18  383 through 403 of this Complaint as though fully set forth and pleaded

19  herein.

20        405.   Defendants' conduct was intentional and malicious and done

21  for the purpose of causing Plaintiff Carlos Roe VIII to suffer humiliation, mental

22  anguish, and emotional and physical distress.

23        406.   As a direct and proximate result of the acts of Defendants,

24  and each of them, Plaintiff Carlos Roe VIII has been hurt and injured in his

25  health, strength, and activity, sustaining injury to their nervous system and

26  person, all of which injuries have caused, and continue to cause, Plaintiff

–88–

1   Carlos Roe VIII great mental, physical, and nervous pain and suffering.

2        407.  As a further direct and proximate result of the acts of

3   Defendants, and each of them, Plaintiff Carlos Roe VIII has been damaged in

4   that he has been required to expend money and to incur obligations for medical

5   services reasonably required in the treatment and relief of the injuries herein

6   alleged in an amount according to proof at trial.

7        408.  Defendants engaged in the conduct alleged above with

8   malice, fraud, oppression and/or in conscious disregard for the rights of

9   Plaintiff Carlos Roe VIII.  Plaintiff Carlos Roe VIII is therefore entitled to an

10  award of exemplary and punitive damages.

11       WHEREFORE, Plaintiff Carlos Roe VIII prays for judgment as set

12  forth below.

13

14                      **COUNT FIFTY-FIVE**

15              **Negligent Infliction of Emotional Distress**

16                  **Carlos Roe VIII v. White, et al.**

17       409.  Plaintiff Carlos Roe VIII refers to and incorporates by

18  reference each and every allegation contained in paragraphs 1 through 31 and

19  383 through 408 of this Complaint as though fully set forth and pleaded

20  herein.

21       410.   Defendants, and each of them, knew, or should have known,

22  that their actions as set forth herein would cause Plaintiff Carlos Roe VIII

23  severe emotional distress.

24       411.  Defendants, and each of them, owed a duty to Plaintiff Carlos Roe

25  VIII not to sexually abuse, exploit and assault Plaintiff Carlos Roe VIII in

26  violation of Title 18 of the United States Code as set forth herein.

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1      412.  Defendants, and each of them, breached their duty to

2   Plaintiff Carlos Roe VIII by engaging in the actions as set forth herein.

3      413.  As a direct and proximate result of the acts of Defendants,

4   and each of them, and of Defendants' breach of their duty to Plaintiff Carlos

5   Roe VIII, Plaintiff Carlos Roe VIII has been hurt and injured in his health,

6   strength, and activity, sustaining injury to his nervous system and person, all

7   of which injuries have caused, and continue to cause, Plaintiff great mental,

8   physical, and nervous pain and suffering.

9      414.  As a further direct and proximate result of the acts of

10  Defendants, and each of them, and of Defendants' breach of their duty to

11  Plaintiff Carlos Roe VIII, Plaintiff Carlos Roe VIII has been damaged in that he

12  has been required to expend money and to incur obligations for medical

13  services and drugs reasonably required in the treatment and relief of the

14  injuries herein alleged in an amount according to proof at trial.

15      WHEREFORE, Plaintiff Carlos Roe VIII prays for judgment as set

16  forth below.

17                         **COUNT FIFTY-SIX**

18                       **Childhood Sexual Abuse**

19                     **Carlos Roe IX v. White, et al.**

20      415.  Plaintiff Carlos Roe IX refers to and incorporates by reference

21  each and every allegation contained in paragraphs 1 through 31 of this

22  Complaint as though fully set forth and pleaded herein.

23      416.  In or about 1998, Defendants knowingly and willfully

24  conspired and agreed among themselves to sexually assault Plaintiff Carlos Roe

25  IX.  In or about 1998, Defendants began traveling from San Francisco to

26  Puerto Vallarta, procuring young boys along the beach in Puerto Vallarta,

–90–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1  taking them to White's villa known as "Casa Blanca" south of Puerto Vallarta,

2  giving the young boys food, money and drugs, and sexually abusing them in

3  violation of 18 U.S.C. §§ 2241, *et seq.*

4        417.  Plaintiff Carlos Roe IX first met Defendants at the Playa de

5  los Muertos in 1999.  At that time, Carlos Roe IX was 15 years old and

6  homeless, spending most nights sleeping at the beach.   White approached

7  Carlos Roe IX and asked him if he wanted a drink.   White, accompanied by

8  John Schwobeda,  then took Carlos Roe IX to a restaurant called Las Ranas

9  where he had red wine.   White and Schwobeda then took Carlos Roe IX to

10  White's villa, the Casa Blanca, in White's white Mercedes Benz SUV.   When

11  Carlos Roe IX arrived at the Casa Blanca, there were other Americans present.

12   White told Carlos Roe IX that he had to remove all his clothes since clothing

13  was not allowed in the pool.   Carlos Roe IX complied with White's demand that

14  he disrobe.

15        418.   Once Carlos Roe VI was in the swimming pool naked, White

16  and Collingsworth joined him in the pool, also naked.   While in the swimming

17  pool, White and Collingsworth orally copulated Carlos Roe IX in violation of

18  Sections 2241 *et seq.* of Title 18 of the United States Code.   White then paid

19  Carlos Roe IX $400 and he returned to the beach.

20        419.   Defendants' acts, described herein, constitute conduct

21  proscribed by Sections 2241 *et seq.* of Title 18 of the United States Code.

22        420.  At no time did Plaintiff Carlos Roe IX consent, or have the

23  ability to consent, to any of the acts of Defendants alleged herein.

24        421.   In or about 2001, White was indicted by the State of Jalisco

25  and the United States of Mexico on charges of child rape, child endangerment

26  and child pornography arising out of White's actions in Puerto Vallarta as

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1  detailed hereinabove.   Plaintiff Carlos Roe IX is informed and believes, and

2  thereon alleges, that the federal court in Guadalajara has custody of video

3  tapes made by White and his associates depicting White, Rolph, Collingsworth

4  and other White associates having sex with minors, including Carlos Roe IX.

5          422.   As a direct and proximate result of Defendants' acts as

6  alleged herein, Plaintiff Carlos Roe IX was hurt and injured in his health,

7  strength and activity, sustaining shock and injury to his nervous system, all of

8  which have caused and continue to cause Plaintiff Carlos Roe IX great mental

9  pain, embarrassment, humiliation, distress, anguish and suffering, all to

10  Plaintiff Carlos Roe IX's damage in an amount according to proof at trial.

11          423.   As a further direct and proximate result of Defendants' acts

12  as alleged herein, Plaintiff Carlos Roe IX has been damaged in that he has been

13  required to expend money and incur obligations for medical services required

14  in the treatment and relief of the injuries herein alleged.

15          424.   Defendants engaged in the conduct alleged above with

16  malice, fraud, oppression and/or in conscious disregard for the rights of

17  Plaintiff Carlos Roe IX.  Plaintiff Carlos Roe IX is therefore entitled to an award

18  of exemplary and punitive damages.

19          WHEREFORE, Plaintiff Carlos Roe IX prays for judgment as set

20  forth below.

21                              **COUNT FIFTY-SEVEN**

22                              **Child Sexual Tourism**

23                              **Carlos Roe IX v. White, et al.**

24          425.   Plaintiff Carlos Roe IX refers to and incorporates by reference

25  each and every allegation contained in paragraphs 1 through 31 and 416

26  through 424 of this Complaint as though fully set forth and pleaded herein.

–92–

1          426.  Defendants traveled from San Francisco to Mexico, or

2   conspired to travel to Mexico, for the purpose of engaging in a sexual act as

3   defined in Section 2246 of Title 18 of the United States Code with Plaintiff

4   Carlos Roe IX, a person under the age of 18 years of age, that would be a

5   violation of Chapter 109A of Title 18 if the sexual act occurred in the United

6   States.

7          427.  Defendants' conduct, as set forth above, constitutes child

8   sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

9   States Code.

10         428.  As a direct and proximate result of Defendants' acts as

11  alleged herein, Plaintiff Carlos Roe IX was hurt and injured in his health,

12  strength and activity, sustaining shock and injury to his nervous system, all of

13  which have caused and continue to cause Plaintiff great mental pain,

14  embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

15  Carlos Roe IX's damage in an amount according to proof at trial.

16         429.  As a further direct and proximate result of Defendants' acts

17  as alleged herein, Plaintiff Carlos Roe IX has been damaged in that he has been

18  required to expend money and incur obligations for medical services required

19  in the treatment and relief of the injuries herein alleged.

20         430.  Defendants engaged in the conduct alleged above with

21  malice, fraud, oppression and/or in conscious disregard for the rights of

22  Plaintiff Carlos Roe IX.  Plaintiff Carlos Roe IX is therefore entitled to an award

23  of exemplary and punitive damages.

24         WHEREFORE, Plaintiff Carlos Roe IX prays for judgment as set

25  forth below.

26                              **COUNT FIFTY-EIGHT**

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

**Production and Distribution of Child Pornography**

**Carlos Roe IX v. White, et al.**

1

2

3      431.  Plaintiff Carlos Roe IX refers to and incorporates by reference

4   each and every allegation contained in paragraphs 1 through 31 and 416

5   thorough 430 of this Complaint as though fully set forth and pleaded herein.

6      432.   In or about 1998, Defendants knowingly and willfully

7   conspired and agreed among themselves to induce Plaintiff Carlos Roe IX, a

8   minor, to engage in sexually explicit conduct for the purpose of producing

9   videos of minors engaged in sexually explicit conduct.  On numerous occasions

10   beginning in or about 1998, Defendants, and each of them, videotaped

11   Plaintiffs, including Carlos Roe IX, engaging in sexually explicit conduct with

12   Defendants.  Defendants, and each of them, knew or had reason to know that

13   such visual depiction of sexually explicit conduct of a minor would be

14   transported in interstate or foreign commerce or mailed.   Plaintiff Carlos Roe

15   IX is informed and believes, and thereon alleges, that some of the pornographic

16   videos depicting Defendants engaging in sexually explicit conduct with minors

17   at Casa Blanca are in the custody of the federal court in Guadalajara, Mexico.

18      433.  Defendants' production and distribution of child

19   pornography, described herein, constitutes child sexual exploitation proscribed

20   by Sections 2251 *et seq.* of Title 18 of the United States Code.

21      434.  As a direct and proximate result of Defendants' acts as

22   alleged herein, Plaintiff Carlos Roe IX was hurt and injured in his health,

23   strength and activity, sustaining shock and injury to his nervous system, all of

24   which have caused and continue to cause Plaintiff Carlos Roe IX great mental

25   pain, embarrassment, humiliation, distress, anguish and suffering, all to

26   Plaintiff Carlos Roe IX's damage in an amount in excess of the minimum

–94–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   subject matter jurisdiction of this court and according to proof at trial.

2       435.   As a further direct and proximate result of Defendants' acts

3   as alleged herein, Plaintiff Carlos Roe IX has been damaged in that he has been

4   required to expend money and incur obligations for medical services required

5   in the treatment and relief of the injuries herein alleged.

6       436.   Defendants engaged in the conduct alleged above with

7   malice, fraud, oppression and/or in conscious disregard for the rights of

8   Plaintiff Carlos Roe IX.  Plaintiff Carlos Roe IX is therefore entitled to an award

9   of exemplary and punitive damages.

10      WHEREFORE, Plaintiff Carlos Roe IX prays for judgment as set

11  forth below.

12                        **COUNT FIFTY-NINE**

13          **Intentional Infliction of Emotional Distress**

14              **Carlos Roe IX v. White, et al.**

15      437.   Plaintiff Carlos Roe IX refers to and incorporates by reference

16  each and every allegation contained in paragraphs 1 through 31 and 416

17  through 436 of this Complaint as though fully set forth and pleaded herein.

18      438.   Defendants' conduct was intentional and malicious and done

19  for the purpose of causing Plaintiff Carlos Roe IX to suffer humiliation, mental

20  anguish, and emotional and physical distress.

21      439.   As a direct and proximate result of the acts of Defendants,

22  and each of them, Plaintiff Carlos Roe IX has been hurt and injured in his

23  health, strength, and activity, sustaining injury to their nervous system and

24  person, all of which injuries have caused, and continue to cause, Plaintiff

25  Carlos Roe IX great mental, physical, and nervous pain and suffering.

26      440.   As a further direct and proximate result of the acts of

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1  Defendants, and each of them, Plaintiff Carlos Roe IX has been damaged in

2  that he has been required to expend money and to incur obligations for medical

3  services reasonably required in the treatment and relief of the injuries herein

4  alleged in an amount according to proof at trial.

5          441.  Defendants engaged in the conduct alleged above with

6  malice, fraud, oppression and/or in conscious disregard for the rights of

7  Plaintiff Carlos Roe IX.  Plaintiff Carlos Roe IX is therefore entitled to an award

8  of exemplary and punitive damages.

9          WHEREFORE, Plaintiff Carlos Roe IX prays for judgment as set

10  forth below.

11                              **COUNT SIXTY**

12                **Negligent Infliction of Emotional Distress**

13                    **Carlos Roe IX v. White, et al.**

14          442.  Plaintiff Carlos Roe IX refers to and incorporates by reference

15  each and every allegation contained in paragraphs 1 through 31 and 416

16  through 441 of this Complaint as though fully set forth and pleaded herein.

17          443.   Defendants, and each of them, knew, or should have known,

18  that their actions as set forth herein would cause Plaintiff Carlos Roe IX severe

19  emotional distress.

20          444.  Defendants, and each of them, owed a duty to Plaintiff Carlos

21  Roe IX not to sexually abuse, exploit and assault Plaintiff Carlos Roe IX in

22  violation of Title 18 of the United States Code as set forth herein.

23          445.  Defendants, and each of them, breached their duty to

24  Plaintiff Carlos Roe IX by engaging in the actions as set forth herein.

25          446.  As a direct and proximate result of the acts of Defendants,

26  and each of them, and of Defendants' breach of their duty to Plaintiff Carlos

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   Roe IX, Plaintiff Carlos Roe IX has been hurt and injured in his health,

2   strength, and activity, sustaining injury to his nervous system and person, all

3   of which injuries have caused, and continue to cause, Plaintiff great mental,

4   physical, and nervous pain and suffering.

5           447.  As a further direct and proximate result of the acts of

6   Defendants, and each of them, and of Defendants' breach of their duty to

7   Plaintiff Carlos Roe IX, Plaintiff Carlos Roe IX has been damaged in that he has

8   been required to expend money and to incur obligations for medical services

9   and drugs reasonably required in the treatment and relief of the injuries herein

10  alleged in an amount according to proof at trial.

11          WHEREFORE, Plaintiff Carlos Roe IX prays for judgment as set

12  forth below.

13                          **COUNT SIXTY-ONE**

14                          **Childhood Sexual Abuse**

15                          **Carlos Roe X v. White, et al.**

16          448.  Plaintiff Carlos Roe X refers to and incorporates by reference

17  each and every allegation contained in paragraphs 1 through 31 of this

18  Complaint as though fully set forth and pleaded herein.

19          449.  In or about 1998, Defendants knowingly and willfully

20  conspired and agreed among themselves to sexually assault Plaintiff Carlos Roe

21  X.  In or about 1998, Defendants began traveling from San Francisco to Puerto

22  Vallarta, procuring young boys along the beach in Puerto Vallarta, taking them

23  to White's villa known as "Casa Blanca" south of Puerto Vallarta, giving the

24  young boys food, money and drugs, and sexually abusing them in violation of

25  18 U.S.C. §§ 2241, *et seq.*

26          450.  Plaintiff Carlos Roe X first met Defendants in front of

–97–

1   Sharkie's Restaurant at the Playa de los Muertas in 1999.  At that time, Carlos

2   Roe X was 14 years old and homeless, spending most nights sleeping at the

3   beach.   White approached Carlos Roe X and asked him if he wanted a drink

4   and invited him to his home.  Lovass, who was with White, then took Carlos

5   Roe X and another young boy to White's villa, the Casa Blanca, in White's

6   white Mercedes Benz SUV.   Once at Casa Blanca, White told Carlos Roe X that

7   he had to remove all his clothes since clothing was not allowed in the pool.

8   Carlos Roe X complied with White's demand that he disrobe.

9          451.   Once Carlos Roe X was in the swimming pool naked, White

10   and Lovaas joined him in the pool, also naked.   While in the swimming pool,

11   White and Lovaas orally copulated Carlos Roe X in violation of Sections 2241 *et*

12   *seq.* of Title 18 of the United States Code.

13          452.   White and Lovaas then took Carlos Roe X to White's

14   bedroom where he lay naked.   White had a pornographic video playing on the

15   television.   In the bedroom, White and Lovaas again orally copulated Carlos

16   Roe X.   Carlos Roe X then anally penetrated White.  White then gave Carlos

17   Roe X $100 U.S. dollars and he left.

18          453.   During the next few months, Carlos Roe X returned to the

19   Casa Blanca on several occasions.  On each occasion, White again orally

20   copulated Carlos Roe X in violation of Sections 2241 *et seq.* of Title 18 of the

21   United States Code.

22          454.  Defendants' acts, described herein, constitute conduct

23   proscribed by Sections 2241 *et seq.* of Title 18 of the United States Code.

24          455.  At no time did Plaintiff Carlos Roe X consent, or have the

25   ability to consent, to any of the acts of Defendants alleged herein.

26          456.   In or about 2001, White was indicted by the State of Jalisco

–98–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   and the United States of Mexico on charges of child rape, child endangerment

2   and child pornography arising out of White's actions in Puerto Vallarta as

3   detailed hereinabove.   Plaintiff Carlos Roe X is informed and believes, and

4   thereon alleges, that the federal court in Guadalajara has custody of video

5   tapes made by White and his associates depicting White, Rolph, Collingsworth,

6   Lovaas and other White associates having sex with minors, including Carlos

7   Roe X.

8          457.  As a direct and proximate result of Defendants' acts as

9   alleged herein, Plaintiff Carlos Roe X was hurt and injured in his health,

10   strength and activity, sustaining shock and injury to his nervous system, all of

11   which have caused and continue to cause Plaintiff Carlos Roe X great mental

12   pain, embarrassment, humiliation, distress, anguish and suffering, all to

13   Plaintiff Carlos Roe X's damage in an amount according to proof at trial.

14          458.  As a further direct and proximate result of Defendants' acts

15   as alleged herein, Plaintiff Carlos Roe X has been damaged in that he has been

16   required to expend money and incur obligations for medical services required

17   in the treatment and relief of the injuries herein alleged.

18          459.  Defendants engaged in the conduct alleged above with

19   malice, fraud, oppression and/or in conscious disregard for the rights of

20   Plaintiff Carlos Roe X.  Plaintiff Carlos Roe X is therefore entitled to an award of

21   exemplary and punitive damages.

22          WHEREFORE, Plaintiff Carlos Roe X prays for judgment as set

23   forth below.

24                         **COUNT SIXTY-TWO**

25                         **Child Sexual Tourism**

26                    **Carlos Roe X v. White, et al.**

–99–

1    460.   Plaintiff Carlos Roe X refers to and incorporates by reference

2    each and every allegation contained in paragraphs 1 through 31 and 449

3    through 459 of this Complaint as though fully set forth and pleaded herein.

4    461.   Defendants traveled from San Francisco to Mexico, or

5    conspired to travel to Mexico, for the purpose of engaging in a sexual act as

6    defined in Section 2246 of Title 18 of the United States Code with Plaintiff

7    Carlos Roe X, a person under the age of 18 years of age, that would be a

8    violation of Chapter 109A of Title 18 if the sexual act occurred in the United

9    States.

10    462.   Defendants' conduct, as set forth above, constitutes child

11    sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

12    States Code.

13    463.   As a direct and proximate result of Defendants' acts as

14    alleged herein, Plaintiff Carlos Roe X was hurt and injured in his health,

15    strength and activity, sustaining shock and injury to his nervous system, all of

16    which have caused and continue to cause Plaintiff great mental pain,

17    embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

18    Carlos Roe X's damage in an amount according to proof at trial.

19    464.   As a further direct and proximate result of Defendants' acts

20    as alleged herein, Plaintiff Carlos Roe X has been damaged in that he has been

21    required to expend money and incur obligations for medical services required

22    in the treatment and relief of the injuries herein alleged.

23    465.   Defendants engaged in the conduct alleged above with

24    malice, fraud, oppression and/or in conscious disregard for the rights of

25    Plaintiff Carlos Roe X.  Plaintiff Carlos Roe X is therefore entitled to an award of

26    exemplary and punitive damages.

–100–

1    WHEREFORE, Plaintiff Carlos Roe X prays for judgment as set

2   forth below.

### COUNT SIXTY-THREE

### Production and Distribution of Child Pornography

### Carlos Roe X v. White, et al.

6    466.   Plaintiff Carlos Roe X refers to and incorporates by reference

7   each and every allegation contained in paragraphs 1 through 31 and 449

8   thorough 465 of this Complaint as though fully set forth and pleaded herein.

9    467.   In or about 1998, Defendants knowingly and willfully

10  conspired and agreed among themselves to induce Plaintiff Carlos Roe X, a

11  minor, to engage in sexually explicit conduct for the purpose of producing

12  videos of minors engaged in sexually explicit conduct.  On numerous occasions

13  beginning in or about 1998, Defendants, and each of them, videotaped Plaintiff

14  Carlos Roe X engaging in sexually explicit conduct with Defendants.

15  Defendants, and each of them, knew or had reason to know that such visual

16  depiction of sexually explicit conduct of a minor would be transported in

17  interstate or foreign commerce or mailed.   Plaintiff Carlos Roe X is informed

18  and believes, and thereon alleges, that some of the pornographic videos

19  depicting Defendants engaging in sexually explicit conduct with minors at Casa

20  Blanca are in the custody of the federal court in Guadalajara, Mexico.

21   468.  Defendants' production and distribution of child

22  pornography, described herein, constitutes child sexual exploitation proscribed

23  by Sections 2251 *et seq.* of Title 18 of the United States Code.

24   469.  As a direct and proximate result of Defendants' acts as

25  alleged herein, Plaintiff Carlos Roe X was hurt and injured in his health,

26  strength and activity, sustaining shock and injury to his nervous system, all of

–101–

1  which have caused and continue to cause Plaintiff Carlos Roe X great mental

2  pain, embarrassment, humiliation, distress, anguish and suffering, all to

3  Plaintiff Carlos Roe X's damage in an amount in excess of the minimum subject

4  matter jurisdiction of this court and according to proof at trial.

5          470.  As a further direct and proximate result of Defendants' acts

6  as alleged herein, Plaintiff Carlos Roe X has been damaged in that he has been

7  required to expend money and incur obligations for medical services required

8  in the treatment and relief of the injuries herein alleged.

9          471.  Defendants engaged in the conduct alleged above with

10  malice, fraud, oppression and/or in conscious disregard for the rights of

11  Plaintiff Carlos Roe X.  Plaintiff Carlos Roe X is therefore entitled to an award of

12  exemplary and punitive damages.

13          WHEREFORE, Plaintiff Carlos Roe X prays for judgment as set

14  forth below.

**COUNT SIXTY-FOUR**

15

16          **Intentional Infliction of Emotional Distress**

17                  **Carlos Roe X v. White, et al.**

18          472.  Plaintiff Carlos Roe X refers to and incorporates by reference

19  each and every allegation contained in paragraphs 1 through 31 and 449

20  through 471 of this Complaint as though fully set forth and pleaded herein.

21          473.  Defendants' conduct was intentional and malicious and done

22  for the purpose of causing Plaintiff Carlos Roe X to suffer humiliation, mental

23  anguish, and emotional and physical distress.

24          474.  As a direct and proximate result of the acts of Defendants,

25  and each of them, Plaintiff Carlos Roe X has been hurt and injured in his

26  health, strength, and activity, sustaining injury to their nervous system and

–102–

1   person, all of which injuries have caused, and continue to cause, Plaintiff

2   Carlos Roe I great mental, physical, and nervous pain and suffering.

3         475.  As a further direct and proximate result of the acts of

4   Defendants, and each of them, Plaintiff Carlos Roe X has been damaged in that

5   he has been required to expend money and to incur obligations for medical

6   services reasonably required in the treatment and relief of the injuries herein

7   alleged in an amount according to proof at trial.

8         476.  Defendants engaged in the conduct alleged above with

9   malice, fraud, oppression and/or in conscious disregard for the rights of

10   Plaintiff Carlos Roe X.  Plaintiff Carlos Roe X is therefore entitled to an award of

11   exemplary and punitive damages.

12         WHEREFORE, Plaintiff Carlos Roe X prays for judgment as set

13   forth below.

14                    **COUNT SIXTY-FIVE**

15          **Negligent Infliction of Emotional Distress**

16               **Carlos Roe X v. White, et al.**

17         477.  Plaintiff Carlos Roe X refers to and incorporates by reference

18   each and every allegation contained in paragraphs 1 through 31 and 449

19   through 476 of this Complaint as though fully set forth and pleaded herein.

20         478.   Defendants, and each of them, knew, or should have known,

21   that their actions as set forth herein would cause Plaintiff Carlos Roe X severe

22   emotional distress.

23         479.  Defendants, and each of them, owed a duty to Plaintiff Carlos

24   Roe X not to sexually abuse, exploit and assault Plaintiff Carlos Roe X in

25   violation of Title 18 of the United States Code as set forth herein.

26         480.  Defendants, and each of them, breached their duty to

–103–

1    Plaintiff Carlos Roe X by engaging in the actions as set forth herein.

2         481.  As a direct and proximate result of the acts of Defendants,

3    and each of them, and of Defendants' breach of their duty to Plaintiff Carlos

4    Roe X, Plaintiff Carlos Roe X has been hurt and injured in his health, strength,

5    and activity, sustaining injury to his nervous system and person, all of which

6    injuries have caused, and continue to cause, Plaintiff great mental, physical,

7    and nervous pain and suffering.

8         482.  As a further direct and proximate result of the acts of

9    Defendants, and each of them, and of Defendants' breach of their duty to

10   Plaintiff Carlos Roe X, Plaintiff Carlos Roe X has been damaged in that he has

11   been required to expend money and to incur obligations for medical services

12   and drugs reasonably required in the treatment and relief of the injuries herein

13   alleged in an amount according to proof at trial.

14        WHEREFORE, Plaintiff Carlos Roe X prays for judgment as set

15   forth below.

16                          **COUNT SIXTY-SIX**

17                        **Childhood Sexual Abuse**

18                     **Carlos Roe XI v. White, et al.**

19        483.  Plaintiff Carlos Roe XI refers to and incorporates by reference

20   each and every allegation contained in paragraphs 1 through 31 of this

21   Complaint as though fully set forth and pleaded herein.

22        484.  In or about 1998, Defendants knowingly and willfully

23   conspired and agreed among themselves to sexually assault Plaintiff Carlos Roe

24   XI.  In or about 1998, Defendants began traveling from San Francisco to

25   Puerto Vallarta, procuring young boys along the beach in Puerto Vallarta,

26   taking them to White's villa known as "Casa Blanca" south of Puerto Vallarta,

                                  –104–
FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1  giving the young boys food, money and drugs, and sexually abusing them in

2  violation of 18 U.S.C. §§ 2241, *et seq.*

3         485.   Plaintiff Carlos Roe XI first met Defendants in front of the

4  fish market across from McDonald's Restaurant along the Malecon in 1999.  At

5  that time, Carlos Roe XI was 14 years old and homeless, spending most nights

6  sleeping at the beach.   White approached Carlos Roe XI and asked him if he

7  wanted a drink and invited him to his home.  White then took Carlos Roe XI to

8  his villa, the Casa Blanca, in White's white car.   Once at Casa Blanca,  White

9  told Carlos Roe XI that he had to remove all his clothes since clothing was not

10  allowed in the pool.  Carlos Roe XI complied with White's demand that he

11  disrobe.   Collingsworth and other Americans unknown to Carlos Roe XI, and

12  other young boys, were at the Casa Blanca when Carlos Roe XI arrived.

13         486.   Collingsworth then took Carlos Roe XI to a bedroom where

14  he lay naked.   First, Collingsworth orally copulated Carlos Roe XI.   Then

15  Collingsworth got a condom and Carlos Roe XI anally penetrated Collingsworth.

16   Collingsworth then gave Carlos Roe XI $500 Pesos and he left.

17         487.   One week later, Carlos Roe XI was again approached by

18  White in front of the McDonald's Restaurant along the Malecon.   Carlos Roe XI

19  returned to the Casa Blanca with White.   Once at Casa Blanca,  White again

20  told Carlos Roe XI that he had to remove all his clothes since clothing was not

21  allowed in the pool.  Carlos Roe XI complied with White's demand that he

22  disrobe.   Collingsworth then asked Carlos Roe XI if he would have sex with

23  him for money.

24         488.   Collingsworth again took Carlos Roe XI to a bedroom where

25  he lay naked.   First, Collingsworth orally copulated Carlos Roe XI.   Then

26  Collingsworth got a condom and Carlos Roe XI anally penetrated Collingsworth.

–105–

1    Collingsworth then gave Carlos Roe XI another $500 Pesos and he left.

2            489.   During Carlos Roe XI's third visit to the Casa Blanca, Carlos

3    Roe XI was again told to disrobe.   White groped Carlos Roe XI's genitals while

4    he was sitting on a sofa.

5            490.   Several weeks later, Carlos Roe XI met White's driver in front

6    of the McDonald's Restaurant along the Malecon.   White's driver, a Mexican

7    national, took Carlos Roe XI to the Casa Blanca.

8            491.   Once at Casa Blanca,  White again told Carlos Roe XI that

9    he had to remove all his clothes since clothing was not allowed in the pool.

10   Carlos Roe XI complied with White's demand that he disrobe.   Collingsworth

11   and approximately 4 other Americans unknown to Carlos Roe XI were at the

12   Casa Blanca when Carlos Roe XI arrived.

13           492.   Collingsworth then took Carlos Roe XI to a bedroom where

14   he lay naked.   First, Collingsworth orally copulated Carlos Roe XI.   Then

15   Collingsworth got a condom and Carlos Roe XI anally penetrated Collingsworth.

16    Collingsworth then gave Carlos Roe XI $500 Pesos and he left.

17           493.  Defendants' acts, described herein, constitute conduct

18   proscribed by Sections 2241 *et seq.* of Title 18 of the United States Code.

19           494.  At no time did Plaintiff Carlos Roe XI consent, or have the

20   ability to consent, to any of the acts of Defendants alleged herein.

21           495.   In or about 2001, White was indicted by the State of Jalisco

22   and the United States of Mexico on charges of child rape, child endangerment

23   and child pornography arising out of White's actions in Puerto Vallarta as

24   detailed hereinabove.   Plaintiff Carlos Roe XI is informed and believes, and

25   thereon alleges, that the federal court in Guadalajara has custody of video

26   tapes made by White and his associates depicting White, Rolph, Collingsworth,

–106–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   Lovaas and other White associates having sex with minors, including Carlos

2   Roe XI.

3          496.  As a direct and proximate result of Defendants' acts as

4   alleged herein, Plaintiff Carlos Roe XI was hurt and injured in his health,

5   strength and activity, sustaining shock and injury to his nervous system, all of

6   which have caused and continue to cause Plaintiff Carlos Roe XI great mental

7   pain, embarrassment, humiliation, distress, anguish and suffering, all to

8   Plaintiff Carlos Roe XI's damage in an amount according to proof at trial.

9          497.  As a further direct and proximate result of Defendants' acts

10   as alleged herein, Plaintiff Carlos Roe XI has been damaged in that he has been

11   required to expend money and incur obligations for medical services required

12   in the treatment and relief of the injuries herein alleged.

13          498.  Defendants engaged in the conduct alleged above with

14   malice, fraud, oppression and/or in conscious disregard for the rights of

15   Plaintiff Carlos Roe XI.  Plaintiff Carlos Roe XI is therefore entitled to an award

16   of exemplary and punitive damages.

17          WHEREFORE, Plaintiff Carlos Roe XI prays for judgment as set

18   forth below.

19                    **COUNT SIXTY-SEVEN**

20                    **Child Sexual Tourism**

21                    **Carlos Roe XI v. White, et al.**

22          499.  Plaintiff Carlos Roe XI refers to and incorporates by reference

23   each and every allegation contained in paragraphs 1 through 31 and 484

24   through 498 of this Complaint as though fully set forth and pleaded herein.

25          500.  Defendants traveled from San Francisco to Mexico, or

26   conspired to travel to Mexico, for the purpose of engaging in a sexual act as

–107–

1 defined in Section 2246 of Title 18 of the United States Code with Plaintiff

2 Carlos Roe XI, a person under the age of 18 years of age, that would be a

3 violation of Chapter 109A of Title 18 if the sexual act occurred in the United

4 States.

5       501. Defendants' conduct, as set forth above, constitutes child

6 sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

7 States Code.

8       502. As a direct and proximate result of Defendants' acts as

9 alleged herein, Plaintiff Carlos Roe XI was hurt and injured in his health,

10 strength and activity, sustaining shock and injury to his nervous system, all of

11 which have caused and continue to cause Plaintiff great mental pain,

12 embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

13 Carlos Roe XI's damage in an amount according to proof at trial.

14       503. As a further direct and proximate result of Defendants' acts

15 as alleged herein, Plaintiff Carlos Roe XI has been damaged in that he has been

16 required to expend money and incur obligations for medical services required

17 in the treatment and relief of the injuries herein alleged.

18       504. Defendants engaged in the conduct alleged above with

19 malice, fraud, oppression and/or in conscious disregard for the rights of

20 Plaintiff Carlos Roe XI. Plaintiff Carlos Roe XI is therefore entitled to an award

21 of exemplary and punitive damages.

22       WHEREFORE, Plaintiff Carlos Roe XI prays for judgment as set

23 forth below.

**COUNT SIXTY-EIGHT**

24

**Production and Distribution of Child Pornography**

25

**Carlos Roe XI v. White, et al.**

26

–108–

1          505.  Plaintiff Carlos Roe XI refers to and incorporates by reference

2  each and every allegation contained in paragraphs 1 through 31 and 484

3  through 504 of this Complaint as though fully set forth and pleaded herein.

4          506.   In or about 1998, Defendants knowingly and willfully

5  conspired and agreed among themselves to induce Plaintiff Carlos Roe XI, a

6  minor, to engage in sexually explicit conduct for the purpose of producing

7  videos of minors engaged in sexually explicit conduct.  On numerous occasions

8  beginning in or about 1998, Defendants, and each of them, videotaped Plaintiff

9  Carlos Roe XI engaging in sexually explicit conduct with Defendants.

10  Defendants, and each of them, knew or had reason to know that such visual

11  depiction of sexually explicit conduct of a minor would be transported in

12  interstate or foreign commerce or mailed.   Plaintiff Carlos Roe XI is informed

13  and believes, and thereon alleges, that some of the pornographic videos

14  depicting Defendants engaging in sexually explicit conduct with minors at Casa

15  Blanca are in the custody of the federal court in Guadalajara, Mexico.

16          507.  Defendants' production and distribution of child

17  pornography, described herein, constitutes child sexual exploitation proscribed

18  by Sections 2251 *et seq.* of Title 18 of the United States Code.

19          508.  As a direct and proximate result of Defendants' acts as

20  alleged herein, Plaintiff Carlos Roe XI was hurt and injured in his health,

21  strength and activity, sustaining shock and injury to his nervous system, all of

22  which have caused and continue to cause Plaintiff Carlos Roe X great mental

23  pain, embarrassment, humiliation, distress, anguish and suffering, all to

24  Plaintiff Carlos Roe X's damage in an amount in excess of the minimum subject

25  matter jurisdiction of this court and according to proof at trial.

26          509.  As a further direct and proximate result of Defendants' acts

1    as alleged herein, Plaintiff Carlos Roe XI has been damaged in that he has been

2    required to expend money and incur obligations for medical services required

3    in the treatment and relief of the injuries herein alleged.

4            510.   Defendants engaged in the conduct alleged above with

5    malice, fraud, oppression and/or in conscious disregard for the rights of

6    Plaintiff Carlos Roe XI.  Plaintiff Carlos Roe XI is therefore entitled to an award

7    of exemplary and punitive damages.

8            WHEREFORE, Plaintiff Carlos Roe XI prays for judgment as set

9    forth below.

10                        **COUNT SIXTY-NINE**

11            **Intentional Infliction of Emotional Distress**

12                    **Carlos Roe XI v. White, et al.**

13            511.   Plaintiff Carlos Roe XI refers to and incorporates by reference

14   each and every allegation contained in paragraphs 1 through 31 and 484

15   through 510 of this Complaint as though fully set forth and pleaded herein.

16            512.   Defendants' conduct was intentional and malicious and done

17   for the purpose of causing Plaintiff Carlos Roe XI to suffer humiliation, mental

18   anguish, and emotional and physical distress.

19            513.   As a direct and proximate result of the acts of Defendants,

20   and each of them, Plaintiff Carlos Roe XI has been hurt and injured in his

21   health, strength, and activity, sustaining injury to their nervous system and

22   person, all of which injuries have caused, and continue to cause, Plaintiff

23   Carlos Roe XI great mental, physical, and nervous pain and suffering.

24            514.   As a further direct and proximate result of the acts of

25   Defendants, and each of them, Plaintiff Carlos Roe XI has been damaged in

26   that he has been required to expend money and to incur obligations for medical

                                   –110–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   services reasonably required in the treatment and relief of the injuries herein

2   alleged in an amount according to proof at trial.

3         515.  Defendants engaged in the conduct alleged above with

4   malice, fraud, oppression and/or in conscious disregard for the rights of

5   Plaintiff Carlos Roe XI.  Plaintiff Carlos Roe XI is therefore entitled to an award

6   of exemplary and punitive damages.

7         WHEREFORE, Plaintiff Carlos Roe XI prays for judgment as set

8   forth below.

9   **COUNT SEVENTY**

10   **Negligent Infliction of Emotional Distress**

11   **Carlos Roe XI v. White, et al.**

12         516.  Plaintiff Carlos Roe XI refers to and incorporates by reference

13   each and every allegation contained in paragraphs 1 through 31 and 484

14   through 515 of this Complaint as though fully set forth and pleaded herein.

15         517.   Defendants, and each of them, knew, or should have known,

16   that their actions as set forth herein would cause Plaintiff Carlos Roe XI severe

17   emotional distress.

18         518.  Defendants, and each of them, owed a duty to Plaintiff Carlos

19   Roe XI not to sexually abuse, exploit and assault Plaintiff Carlos Roe XI in

20   violation of Title 18 of the United States Code as set forth herein.

21         519.  Defendants, and each of them, breached their duty to

22   Plaintiff Carlos Roe XI by engaging in the actions as set forth herein.

23         520.  As a direct and proximate result of the acts of Defendants,

24   and each of them, and of Defendants' breach of their duty to Plaintiff Carlos

25   Roe XI, Plaintiff Carlos Roe XI has been hurt and injured in his health,

26   strength, and activity, sustaining injury to his nervous system and person, all

–111–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1  of which injuries have caused, and continue to cause, Plaintiff great mental,

2  physical, and nervous pain and suffering.

3      521.  As a further direct and proximate result of the acts of

4  Defendants, and each of them, and of Defendants' breach of their duty to

5  Plaintiff Carlos Roe XI, Plaintiff Carlos Roe XI has been damaged in that he has

6  been required to expend money and to incur obligations for medical services

7  and drugs reasonably required in the treatment and relief of the injuries herein

8  alleged in an amount according to proof at trial.

9      WHEREFORE, Plaintiff Carlos Roe XI prays for judgment as set

10  forth below.

11                   **COUNT SEVENTY-ONE**

12                   **Childhood Sexual Abuse**

13                   **Jose Roe IV v. White, et al.**

14      522.  Plaintiff Jose Roe IV refers to and incorporates by reference

15  each and every allegation contained in paragraphs 1 through 31 of this

16  Complaint as though fully set forth and pleaded herein.

17      523.  In or about 1999, Defendants knowingly and willfully

18  conspired and agreed among themselves to sexually assault Plaintiff Jose Roe

19  IV.   In or about 1998, Defendants began traveling from San Francisco to

20  Puerto Vallarta, procuring young boys along the Malecon in Puerto Vallarta,

21  taking them to White's villa known as "Casa Blanca" south of Puerto Vallarta,

22  giving the young boys food, money and drugs, and sexually abusing them in

23  violation of 18 U.S.C. §§ 2241, *et seq.*

24      524.  White first met Plaintiff Jose Roe IV in front of the

25  McDonald's Restaurant along the Malecon in Puerto Vallarta.  Jose Roe IV was

26  with a friend when White approached in his Mercedes automobile and began to

–112–

1   talk to them.  White invited Jose Roe IV to come to his villa, the Casa Blanca,

2   to have something to eat.  At that time, Jose Roe IV was 10 years old.

3           525.   When Jose Roe IV arrived at the Casa Blanca, White gave

4   him some fish to eat and told him to take off his clothes.   After White asked

5   Jose Roe IV his age, Jose Roe IV told White he was too young an had a little

6   penis.   White asked to see his penis.   White then began to orally copulate Jose

7   Roe IV in  violation of Sections 2241 *et seq.* of Title 18 of the United States

8   Code.   Jose Roe IV ejaculated into White's mouth.   White swallowed Jose Roe

9   IV's ejaculation.   Jose Roe IV felt ashamed and disgusted by what White had

10   done to him.   White then gave Jose Roe IV money and he returned to the

11   Malecon.

12           526.   Jose Roe IV returned to the Casa Blanca on approximately

13   five additional occasions.  Each time, White orally copulated Jose Roe IV in

14   violation of Sections 2241 *et seq.* of Title 18 of the United States Code.   Jose

15   Roe IV further saw many Americans at the Casa Blanca and many Americans

16   having sex with children.  Each time White orally copulated Jose Roe IV, White

17   gave Jose Roe IV money.

18           527.   In or about 2001, White was indicted by the State of Jalisco

19   and the United States of Mexico on charges of child rape, child endangerment

20   and child pornography arising out of White's actions in Puerto Vallarta as

21   detailed hereinabove.   Plaintiff Jose Roe IV is informed and believes, and

22   thereon alleges, that the federal court in Guadalajara has custody of video

23   tapes made by White and his associates depicting White, Collingsworth and

24   other White associates having sex with minors, including Jose Roe IV.

25           528.   After the incident at Casa Blanca outlined above, Jose Roe

26   IV began to abuse drugs, including crack cocaine.

–113–

1      529.  Defendants' acts, described herein, constitute conduct

2   proscribed by Sections 2241 *et seq.* of Title 18 of the United States Code.

3      530.  At no time did Plaintiff Jose Roe IV consent, or have the

4   ability to consent, to any of the acts of Defendants alleged herein.

5      531.  As a direct and proximate result of Defendants' acts as

6   alleged herein, Plaintiff Jose Roe IV was hurt and injured in his health,

7   strength and activity, sustaining shock and injury to his nervous system, all of

8   which have caused and continue to cause Plaintiff Jose Roe IV great mental

9   pain, embarrassment, humiliation, distress, anguish and suffering, all to

10   Plaintiff Jose Roe IV's damage in an amount according to proof at trial.

11      532.  As a further direct and proximate result of Defendants' acts

12   as alleged herein, Plaintiff Jose Roe IV has been damaged in that he has been

13   required to expend money and incur obligations for medical services required

14   in the treatment and relief of the injuries herein alleged.

15      533.  Defendants engaged in the conduct alleged above with

16   malice, fraud, oppression and/or in conscious disregard for the rights of

17   Plaintiff Jose Roe IV.  Plaintiff Jose Roe IV is therefore entitled to an award of

18   exemplary and punitive damages.

19      WHEREFORE, Plaintiff Jose Roe IV prays for judgment as set forth

20   below.

### COUNT SEVENTY-TWO

### Child Sexual Tourism

### Jose Roe IV v. White, et al.

24      534.  Plaintiff Jose Roe IV refers to and incorporates by reference

25   each and every allegation contained in paragraphs 1 through 31 and 523

26   through 533 of this Complaint as though fully set forth and pleaded herein.

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1    535.  Defendants traveled from San Francisco to Mexico, or

2    conspired to travel to Mexico, for the purpose of engaging in a sexual act as

3    defined in Section 2246 of Title 18 of the United States Code with Plaintiff Jose

4    Roe IV, a person under the age of 18 years of age, that would be a violation of

5    Chapter 109A of Title 18 if the sexual act occurred in the United States.

6    536.  Defendants' conduct, as set forth above, constitutes child

7    sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

8    States Code.

9    537.  As a direct and proximate result of Defendants' acts as

10   alleged herein, Plaintiff Jose Roe IV was hurt and injured in his health,

11   strength and activity, sustaining shock and injury to his nervous system, all of

12   which have caused and continue to cause Plaintiff great mental pain,

13   embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

14   Jose Roe IV's damage in an amount according to proof at trial.

15   538.  As a further direct and proximate result of Defendants' acts

16   as alleged herein, Plaintiff Jose Roe IV has been damaged in that he has been

17   required to expend money and incur obligations for medical services required

18   in the treatment and relief of the injuries herein alleged.

19   539.  Defendants engaged in the conduct alleged above with

20   malice, fraud, oppression and/or in conscious disregard for the rights of

21   Plaintiff Jose Roe IV.  Plaintiff Jose Roe IV is therefore entitled to an award of

22   exemplary and punitive damages.

23   WHEREFORE, Plaintiff Jose Roe IV prays for judgment as set forth

24   below.

**COUNT SEVENTY-THREE**

25

**Production and Distribution of Child Pornography**

26

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

### Jose Roe IV v. White, et al.

1

2    540.  Plaintiff Jose Roe IV refers to and incorporates by reference

3    each and every allegation contained in paragraphs 1 through 31 and

4    paragraphs 523 through 539 of this Complaint as though fully set forth and

5    pleaded herein.

6    541.   In or about 1999, Defendants knowingly and willfully

7    conspired and agreed among themselves to induce Plaintiff Jose Roe IV, a

8    minor, to engage in sexually explicit conduct for the purpose of producing

9    videos of minors engaged in sexually explicit conduct.  In or about 1999 and

10   2000, Defendants, and each of them, videotaped Plaintiff Jose Roe IV engaging

11   in sexually explicit conduct with Defendants.  Defendants, and each of them,

12   knew or had reason to know that such visual depiction of sexually explicit

13   conduct of a minor would be transported in interstate or foreign commerce or

14   mailed.  Plaintiff Jose Roe IV is informed and believes, and thereon alleges, that

15   some of the pornographic videos depicting Defendants engaging in sexually

16   explicit conduct with minors at Casa Blanca are in the custody of the federal

17   court in Guadalajara, Mexico.

18   542. Defendants' production and distribution of child pornography,

19   described herein, constitutes child sexual exploitation proscribed by Sections

20   2251 *et seq.* of Title 18 of the United States Code.

21   543.  As a direct and proximate result of Defendants' acts as

22   alleged herein, Plaintiff Jose Roe IV was hurt and injured in his health,

23   strength and activity, sustaining shock and injury to his nervous system, all of

24   which have caused and continue to cause Plaintiff Jose Roe IV great mental

25   pain, embarrassment, humiliation, distress, anguish and suffering, all to

26   Plaintiff Jose Roe IV's damage in an amount in excess of the minimum subject

–116–

1   matter jurisdiction of this court and according to proof at trial.

2          544.  As a further direct and proximate result of Defendants' acts

3   as alleged herein, Plaintiff Jose Roe IV has been damaged in that he has been

4   required to expend money and incur obligations for medical services required

5   in the treatment and relief of the injuries herein alleged.

6          545.  Defendants engaged in the conduct alleged above with

7   malice, fraud, oppression and/or in conscious disregard for the rights of

8   Plaintiff Jose Roe IV.  Plaintiff Jose Roe IV is therefore entitled to an award of

9   exemplary and punitive damages.

10          WHEREFORE, Plaintiff Jose Roe IV prays for judgment as set forth

11   below.

12   /////

13   /////

14   /////

15                    **COUNT SEVENTY-FOUR**

16            **Intentional Infliction of Emotional Distress**

17                    **Jose Roe IV v. White, et al.**

18          546.  Plaintiff Jose Roe IV refers to and incorporates by reference

19   each and every allegation contained in paragraphs 1 through 31 and 523

20   through 545 of this Complaint as though fully set forth and pleaded herein.

21          547.  Defendants' conduct was intentional and malicious and done

22   for the purpose of causing Plaintiff Jose Roe IV to suffer humiliation, mental

23   anguish, and emotional and physical distress.

24          548.  As a direct and proximate result of the acts of Defendants,

25   and each of them, Plaintiff Jose Roe IV has been hurt and injured in his health,

26   strength, and activity, sustaining injury to their nervous system and person, all

                                            –117–

1  of which injuries have caused, and continue to cause, Plaintiff Jose Roe IV

2  great mental, physical, and nervous pain and suffering.

3        549.  As a further direct and proximate result of the acts of

4  Defendants, and each of them, Plaintiff Jose Roe IV has been damaged in that

5  he has been required to expend money and to incur obligations for medical

6  services reasonably required in the treatment and relief of the injuries herein

7  alleged in an amount according to proof at trial.

8        550.  Defendants engaged in the conduct alleged above with

9  malice, fraud, oppression and/or in conscious disregard for the rights of

10  Plaintiff Jose Roe IV.  Plaintiff Jose Roe IV is therefore entitled to an award of

11  exemplary and punitive damages.

12        WHEREFORE, Plaintiff Jose Roe IV prays for judgment as set forth

13  below.

14  /////

15  /////

16        **COUNT SEVENTY-FIVE**

17        **Negligent Infliction of Emotional Distress**

18        **Jose Roe IV v. White, et al.**

19        551.  Plaintiff Jose Roe IV refers to and incorporates by reference

20  each and every allegation contained in paragraphs 1 through 31 and 523

21  through 550 of this Complaint as though fully set forth and pleaded herein.

22        552.  Defendants, and each of them, knew, or should have known,

23  that their actions as set forth herein would cause Plaintiff Jose Roe IV severe

24  emotional distress.

25        553.  Defendants, and each of them, owed a duty to Plaintiff Jose

26  Roe IV not to sexually abuse, exploit and assault Plaintiff Jose Roe IV in

–118–

1   violation of Title 18 of the United States Code as set forth herein.

2          554.  Defendants, and each of them, breached their duty to

3   Plaintiff Jose Roe IV by engaging in the actions as set forth herein.

4          555.  As a direct and proximate result of the acts of Defendants,

5   and each of them, and of Defendants' breach of their duty to Plaintiff Jose Roe

6   IV, Plaintiff Jose Roe IV has been hurt and injured in his health, strength, and

7   activity, sustaining injury to his nervous system and person, all of which

8   injuries have caused, and continue to cause, Plaintiff great mental, physical,

9   and nervous pain and suffering.

10          556.  As a further direct and proximate result of the acts of

11   Defendants, and each of them, and of Defendants' breach of their duty to

12   Plaintiff Jose Roe IV, Plaintiff Jose Roe IV has been damaged in that he has

13   been required to expend money and to incur obligations for medical services

14   and drugs reasonably required in the treatment and relief of the injuries herein

15   alleged in an amount according to proof at trial.

16          WHEREFORE, Plaintiff Jose Roe IV prays for judgment as set forth

17   below.

18                        **COUNT SEVENTY-SIX**

19                        **Childhood Sexual Abuse**

20                     **Carlos Roe XII v. White, et al.**

21          557.  Plaintiff Carlos Roe XII refers to and incorporates by

22   reference each and every allegation contained in paragraphs 1 through 31 of

23   this Complaint as though fully set forth and pleaded herein.

24          558.  In or about 1999, Defendants knowingly and willfully

25   conspired and agreed among themselves to sexually assault Plaintiff Carlos Roe

26   XII.  In or about 1998, Defendants began traveling from San Francisco to

–119–

1  Puerto Vallarta, procuring young boys along the beach in Puerto Vallarta,

2  taking them to White's villa known as "Casa Blanca" south of Puerto Vallarta,

3  giving the young boys food, money and drugs, and sexually abusing them in

4  violation of 18 U.S.C. §§ 2241, *et seq.*

5         559.  Plaintiff Carlos Roe XII first met White along the Malecon in

6  1999.  At that time, Carlos Roe XII was 15 years old and homeless, spending

7  most nights sleeping at the beach.   White approached Carlos Roe XII and

8  asked him if he wanted to come to his villa, the Casa Blanca, for something to

9  eat.   Carlos Roe XII then went with White to the Casa Blanca.    Once at Casa

10  Blanca, White told Carlos Roe XII that he had to remove all his clothes since

11  clothing was not allowed in the pool.

12         560.   Carlos Roe XII complied with White's demand that he

13  disrobe and went into the swimming pool.  There were four other underage

14  boys in the pool.  Once Carlos Roe XII was in the swimming pool naked, White

15  joined them in the pool, also naked.   White touched Carlos Roe XII and groped

16  his genitals.  White then orally copulated Carlos Roe XII in violation of 18

17  U.S.C. §§ 2241, *et seq.*

18         561.  After leaving the swimming pool, White ordered pizza and

19  gave wine to the underage boys, including Carlos Roe XII.  White showed the

20  underage boys, including Carlos Roe XII, pornographic films while they were

21  eating the pizza.   The pornographic films included films of children engaging in

22  sex with adults.   After White then took two of the underage boys to a private

23  room where they engaged in sexual acts, Carlos Roe XII asked to leave.   White

24  gave Carlos Roe XII $500 pesos and he left.

25         562.   Carlos Roe XII returned to the Casa Blanca three or four

26  more times.   On each occasion, White  orally copulated Carlos Roe XII in

–120–

1   violation of 18 U.S.C. §§ 2241, *et seq.*

2        563.   On many occasions, White took video pictures of White,

3   Lovaas and other Americans engaging in sexual acts with Carlos Roe XII.

4        564.   Defendants' acts, described herein, constitute conduct

5   proscribed by Sections 2241 *et seq.* of Title 18 of the United States Code.

6        565.   At no time did Plaintiff Carlos Roe XII consent, or have the

7   ability to consent, to any of the acts of Defendants alleged herein.

8        566.   In or about 2001, White was indicted by the State of Jalisco

9   and the United States of Mexico on charges of child rape, child endangerment

10  and child pornography arising out of White's actions in Puerto Vallarta as

11  detailed hereinabove.   Plaintiff Carlos Roe XII is informed and believes, and

12  thereon alleges, that the federal court in Guadalajara has custody of video

13  tapes made by White and his associates depicting White, Collingsworth, Lovaas

14  and other White associates having sex with minors, including Carlos Roe XII.

15       567.   As a direct and proximate result of Defendants' acts as

16  alleged herein, Plaintiff Carlos Roe XII was hurt and injured in his health,

17  strength and activity, sustaining shock and injury to his nervous system, all of

18  which have caused and continue to cause Plaintiff Carlos Roe XII great mental

19  pain, embarrassment, humiliation, distress, anguish and suffering, all to

20  Plaintiff Carlos Roe XII's damage in an amount according to proof at trial.

21       568.   As a further direct and proximate result of Defendants' acts

22  as alleged herein, Plaintiff Carlos Roe XII has been damaged in that he has

23  been required to expend money and incur obligations for medical services

24  required in the treatment and relief of the injuries herein alleged.

25       569.   Defendants engaged in the conduct alleged above with

26  malice, fraud, oppression and/or in conscious disregard for the rights of

–121–

1    Plaintiff Carlos Roe XII.  Plaintiff Carlos Roe XII is therefore entitled to an

2    award of exemplary and punitive damages.

3            WHEREFORE, Plaintiff Carlos Roe XII prays for judgment as set

4    forth below.

### COUNT SEVENTY-SEVEN

### Child Sexual Tourism

### Carlos Roe XII v. White, et al.

8            570.  Plaintiff Carlos Roe XII refers to and incorporates by

9    reference each and every allegation contained in paragraphs 1 through 31 and

10   558 through 569 of this Complaint as though fully set forth and pleaded

11   herein.

12           571.  Defendants traveled from San Francisco to Mexico, or

13   conspired to travel to Mexico, for the purpose of engaging in a sexual act as

14   defined in Section 2246 of Title 18 of the United States Code with Plaintiff

15   Carlos Roe XII, a person under the age of 18 years of age, that would be a

16   violation of Chapter 109A of Title 18 if the sexual act occurred in the United

17   States.

18           572.  Defendants' conduct, as set forth above, constitutes child

19   sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

20   States Code.

21           573.  As a direct and proximate result of Defendants' acts as

22   alleged herein, Plaintiff Carlos Roe XII was hurt and injured in his health,

23   strength and activity, sustaining shock and injury to his nervous system, all of

24   which have caused and continue to cause Plaintiff great mental pain,

25   embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

26   Carlos Roe XII's damage in an amount according to proof at trial.

–122–

1    574.  As a further direct and proximate result of Defendants' acts

2   as alleged herein, Plaintiff Carlos Roe XII has been damaged in that he has

3   been required to expend money and incur obligations for medical services

4   required in the treatment and relief of the injuries herein alleged.

5    575.  Defendants engaged in the conduct alleged above with

6   malice, fraud, oppression and/or in conscious disregard for the rights of

7   Plaintiff Carlos Roe XII.  Plaintiff Carlos Roe XII is therefore entitled to an

8   award of exemplary and punitive damages.

9    WHEREFORE, Plaintiff Carlos Roe XII prays for judgment as set

10   forth below.

11    **COUNT SEVENTY-EIGHT**

12    **Production and Distribution of Child Pornography**

13    **Carlos Roe XII v. White, et al.**

14    576.  Plaintiff Carlos Roe XII refers to and incorporates by

15   reference each and every allegation contained in paragraphs 1 through 31 and

16   558 thorough 575 of this Complaint as though fully set forth and pleaded

17   herein.

18    577.   In or about 1998, Defendants knowingly and willfully

19   conspired and agreed among themselves to induce Plaintiff Carlos Roe XII, a

20   minor, to engage in sexually explicit conduct for the purpose of producing

21   videos of minors engaged in sexually explicit conduct.  On numerous occasions

22   beginning in or about 1998, Defendants, and each of them, videotaped Plaintiff

23   Carlos Roe XII engaging in sexually explicit conduct with Defendants.

24   Defendants, and each of them, knew or had reason to know that such visual

25   depiction of sexually explicit conduct of a minor would be transported in

26   interstate or foreign commerce or mailed.   Plaintiff Carlos Roe XII is informed

–123–

1   and believes, and thereon alleges, that some of the pornographic videos

2   depicting Defendants engaging in sexually explicit conduct with minors at Casa

3   Blanca are in the custody of the federal court in Guadalajara, Mexico.

4        578.   Defendants' production and distribution of child

5   pornography, described herein, constitutes child sexual exploitation proscribed

6   by Sections 2251 *et seq.* of Title 18 of the United States Code.

7        579.   As a direct and proximate result of Defendants' acts as

8   alleged herein, Plaintiff Carlos Roe XII was hurt and injured in his health,

9   strength and activity, sustaining shock and injury to his nervous system, all of

10   which have caused and continue to cause Plaintiff Carlos Roe XII great mental

11   pain, embarrassment, humiliation, distress, anguish and suffering, all to

12   Plaintiff Carlos Roe XII's damage in an amount in excess of the minimum

13   subject matter jurisdiction of this court and according to proof at trial.

14        580.   As a further direct and proximate result of Defendants' acts

15   as alleged herein, Plaintiff Carlos Roe XII has been damaged in that he has

16   been required to expend money and incur obligations for medical services

17   required in the treatment and relief of the injuries herein alleged.

18        581.   Defendants engaged in the conduct alleged above with

19   malice, fraud, oppression and/or in conscious disregard for the rights of

20   Plaintiff Carlos Roe XII.   Plaintiff Carlos Roe XII is therefore entitled to an

21   award of exemplary and punitive damages.

22        WHEREFORE, Plaintiff Carlos Roe XII prays for judgment as set

23   forth below.

24   **COUNT SEVENTY-NINE**

25   **Intentional Infliction of Emotional Distress**

26   **Carlos Roe XII v. White, et al.**

–124–

1    582.  Plaintiff Carlos Roe XII refers to and incorporates by

2   reference each and every allegation contained in paragraphs 1 through 31 and

3   558 through 581 of this Complaint as though fully set forth and pleaded

4   herein.

5    583.  Defendants' conduct was intentional and malicious and done

6   for the purpose of causing Plaintiff Carlos Roe XII to suffer humiliation, mental

7   anguish, and emotional and physical distress.

8    584.  As a direct and proximate result of the acts of Defendants,

9   and each of them, Plaintiff Carlos Roe XII has been hurt and injured in his

10  health, strength, and activity, sustaining injury to their nervous system and

11  person, all of which injuries have caused, and continue to cause, Plaintiff

12  Carlos Roe XII great mental, physical, and nervous pain and suffering.

13   585.  As a further direct and proximate result of the acts of

14  Defendants, and each of them, Plaintiff Carlos Roe XII has been damaged in

15  that he has been required to expend money and to incur obligations for medical

16  services reasonably required in the treatment and relief of the injuries herein

17  alleged in an amount according to proof at trial.

18   586.  Defendants engaged in the conduct alleged above with

19  malice, fraud, oppression and/or in conscious disregard for the rights of

20  Plaintiff Carlos Roe XII.  Plaintiff Carlos Roe XII is therefore entitled to an

21  award of exemplary and punitive damages.

22   WHEREFORE, Plaintiff Carlos Roe XII prays for judgment as set

23  forth below.

24  /////

25  /////

26                          **COUNT EIGHTY**

–125–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1            **Negligent Infliction of Emotional Distress**

2                **Carlos Roe XII v. White, et al.**

3       587.  Plaintiff Carlos Roe XII refers to and incorporates by

4 reference each and every allegation contained in paragraphs 1 through 31 and

5 558 through 586 of this Complaint as though fully set forth and pleaded

6 herein.

7       588.   Defendants, and each of them, knew, or should have known,

8 that their actions as set forth herein would cause Plaintiff Carlos Roe XII severe

9 emotional distress.

10       589.  Defendants, and each of them, owed a duty to Plaintiff Carlos

11 Roe XII not to sexually abuse, exploit and assault Plaintiff Carlos Roe XII in

12 violation of Title 18 of the United States Code as set forth herein.

13       590.  Defendants, and each of them, breached their duty to

14 Plaintiff Carlos Roe XII by engaging in the actions as set forth herein.

15       591.  As a direct and proximate result of the acts of Defendants,

16 and each of them, and of Defendants' breach of their duty to Plaintiff Carlos

17 Roe XII, Plaintiff Carlos Roe XII has been hurt and injured in his health,

18 strength, and activity, sustaining injury to his nervous system and person, all

19 of which injuries have caused, and continue to cause, Plaintiff great mental,

20 physical, and nervous pain and suffering.

21       592.  As a further direct and proximate result of the acts of

22 Defendants, and each of them, and of Defendants' breach of their duty to

23 Plaintiff Carlos Roe XII, Plaintiff Carlos Roe XII has been damaged in that he

24 has been required to expend money and to incur obligations for medical

25 services and drugs reasonably required in the treatment and relief of the

26 injuries herein alleged in an amount according to proof at trial.

1      WHEREFORE, Plaintiff Carlos Roe XII prays for judgment as set

2  forth below.

### COUNT EIGHTY-ONE

### Childhood Sexual Abuse

### Carlos Roe XIII v. White, et al.

6      593.  Plaintiff Carlos Roe XIII refers to and incorporates by

7  reference each and every allegation contained in paragraphs 1 through 31 of

8  this Complaint as though fully set forth and pleaded herein.

9      594.  In or about 1999, Defendants knowingly and willfully

10  conspired and agreed among themselves to sexually assault Plaintiff Carlos Roe

11  XIII.   In or about 1998, Defendants began traveling from San Francisco to

12  Puerto Vallarta, procuring young boys along the Malecon  in Puerto Vallarta,

13  taking them to White's villa known as "Casa Blanca" south of Puerto Vallarta,

14  giving the young boys food, money and drugs, and sexually abusing them in

15  violation of 18 U.S.C. §§ 2241, *et seq.*

16      595.  Plaintiff Carlos Roe XIII first met White in front of the

17  McDonalds Restaurant along the Malecon in 1999.  At that time, Carlos Roe

18  XIII was 14 years old and homeless, spending most nights sleeping at the

19  beach.   Carlos Roe XIII was washing cars at the fish market in front of

20  McDonalds when another underage boy told him that there was a rich

21  American at the McDonalds and he could get food.   White asked the underage

22  boys, including Carlos Roe XIII, if they wanted to come to Casa Blanca to have

23  something to eat.   Carlos Roe XIII then went with White and two other

24  underage boys to the Casa Blanca.   Once at Casa Blanca, White told Carlos

25  Roe XIII that he had to remove all his clothes since clothing was not allowed in

26  the pool.

–127–

1    596.   Carlos Roe XIII complied with White's demand that he

2    disrobe and went to sit next to the swimming pool.   He was then given some

3    food and a drink that made him feel disoriented.

4    597.   Carlos Roe XIII was then called into a bedroom at the Casa

5    Blanca.   White and three other underage boys were in the room.   White had

6    heterosexual pornography playing on one television and a Nintendo game on

7    the other television.   Carlos Roe XIII became aroused by watching the

8    pornography and White gave him a condom so that he could sodomize White.

9    Carlos Roe XIII went to the bathroom to put on the condom.   White followed

10   Carlos Roe XIII to the bathroom where White orally copulated Carlos Roe XIII

11   in violation of 18 U.S.C. §§ 2241, *et seq.*   Thereafter, one of the underage boys

12   sodomized White while White orally copulated the anus of another underage

13   boy.   The other underage boy was playing Nintendo at that time.   At

14   approximately 10:00 p.m., White gave me $300 pesos and returned us to the

15   Malecon.

16   598.   Carlos Roe XIII returned to the Casa Blanca on several other

17   occasions.   On each occasion White orally copulated Carlos Roe XIII in

18   violation of 18 U.S.C. §§ 2241, *et seq.*

19   599.   On many occasions, White took video pictures of White,

20   Lovaas and other Americans engaging in sexual acts with Carlos Roe XIII.

21   600.   Defendants' acts, described herein, constitute conduct

22   proscribed by Sections 2241 *et seq.* of Title 18 of the United States Code.

23   601.   At no time did Plaintiff Carlos Roe XIII consent, or have the

24   ability to consent, to any of the acts of Defendants alleged herein.

25   602.   In or about 2001, White was indicted by the State of Jalisco

26   and the United States of Mexico on charges of child rape, child endangerment

–128–

1  and child pornography arising out of White's actions in Puerto Vallarta as

2  detailed hereinabove.   Plaintiff Carlos Roe XIII is informed and believes, and

3  thereon alleges, that the federal court in Guadalajara has custody of video

4  tapes made by White and his associates depicting White, Collingsworth, Lovaas

5  and other White associates having sex with minors, including Carlos Roe XIII.

6       603.  As a direct and proximate result of Defendants' acts as

7  alleged herein, Plaintiff Carlos Roe XIII was hurt and injured in his health,

8  strength and activity, sustaining shock and injury to his nervous system, all of

9  which have caused and continue to cause Plaintiff Carlos Roe XIII great mental

10  pain, embarrassment, humiliation, distress, anguish and suffering, all to

11  Plaintiff Carlos Roe XIII's damage in an amount according to proof at trial.

12       604.  As a further direct and proximate result of Defendants' acts

13  as alleged herein, Plaintiff Carlos Roe XIII has been damaged in that he has

14  been required to expend money and incur obligations for medical services

15  required in the treatment and relief of the injuries herein alleged.

16       605.  Defendants engaged in the conduct alleged above with

17  malice, fraud, oppression and/or in conscious disregard for the rights of

18  Plaintiff Carlos Roe XIII.  Plaintiff Carlos Roe XIII is therefore entitled to an

19  award of exemplary and punitive damages.

20       WHEREFORE, Plaintiff Carlos Roe XIII prays for judgment as set

21  forth below.

22                    **COUNT EIGHTY-TWO**

23                    **Child Sexual Tourism**

                     **Carlos Roe XIII v. White, et al.**

24

25       606.  Plaintiff Carlos Roe XIII refers to and incorporates by

26  reference each and every allegation contained in paragraphs 1 through 31 and

–129–

1   594 through 605 of this Complaint as though fully set forth and pleaded

2   herein.

3          607.  Defendants traveled from San Francisco to Mexico, or

4   conspired to travel to Mexico, for the purpose of engaging in a sexual act as

5   defined in Section 2246 of Title 18 of the United States Code with Plaintiff

6   Carlos Roe XIII, a person under the age of 18 years of age, that would be a

7   violation of Chapter 109A of Title 18 if the sexual act occurred in the United

8   States.

9          608.  Defendants' conduct, as set forth above, constitutes child

10  sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

11  States Code.

12         609.  As a direct and proximate result of Defendants' acts as

13  alleged herein, Plaintiff Carlos Roe XIII was hurt and injured in his health,

14  strength and activity, sustaining shock and injury to his nervous system, all of

15  which have caused and continue to cause Plaintiff great mental pain,

16  embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

17  Carlos Roe XIII's damage in an amount according to proof at trial.

18         610.  As a further direct and proximate result of Defendants' acts

19  as alleged herein, Plaintiff Carlos Roe XIII has been damaged in that he has

20  been required to expend money and incur obligations for medical services

21  required in the treatment and relief of the injuries herein alleged.

22         611.  Defendants engaged in the conduct alleged above with

23  malice, fraud, oppression and/or in conscious disregard for the rights of

24  Plaintiff Carlos Roe XIII.  Plaintiff Carlos Roe XIII is therefore entitled to an

25  award of exemplary and punitive damages.

26         WHEREFORE, Plaintiff Carlos Roe XIII prays for judgment as set

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1  forth below.

**COUNT EIGHTY-THREE**

2

**Production and Distribution of Child Pornography**

3

**Carlos Roe XIII v. White, et al.**

4

5  612.  Plaintiff Carlos Roe XIII refers to and incorporates by

6  reference each and every allegation contained in paragraphs 1 through 31 and

7  594 thorough 611 of this Complaint as though fully set forth and pleaded

8  herein.

9  613.  In or about 1998, Defendants knowingly and willfully

10  conspired and agreed among themselves to induce Plaintiff Carlos Roe XIII, a

11  minor, to engage in sexually explicit conduct for the purpose of producing

12  videos of minors engaged in sexually explicit conduct.  On numerous occasions

13  beginning in or about 1998, Defendants, and each of them, videotaped Plaintiff

14  Carlos Roe XIII engaging in sexually explicit conduct with Defendants.

15  Defendants, and each of them, knew or had reason to know that such visual

16  depiction of sexually explicit conduct of a minor would be transported in

17  interstate or foreign commerce or mailed.   Plaintiff Carlos Roe XIII is informed

18  and believes, and thereon alleges, that some of the pornographic videos

19  depicting Defendants engaging in sexually explicit conduct with minors at Casa

20  Blanca are in the custody of the federal court in Guadalajara, Mexico.

21  614.  Defendants' production and distribution of child

22  pornography, described herein, constitutes child sexual exploitation proscribed

23  by Sections 2251 *et seq.* of Title 18 of the United States Code.

24  615.  As a direct and proximate result of Defendants' acts as

25  alleged herein, Plaintiff Carlos Roe XIII was hurt and injured in his health,

26  strength and activity, sustaining shock and injury to his nervous system, all of

–131–

1  which have caused and continue to cause Plaintiff Carlos Roe XIII great mental

2  pain, embarrassment, humiliation, distress, anguish and suffering, all to

3  Plaintiff Carlos Roe XIII's damage in an amount in excess of the minimum

4  subject matter jurisdiction of this court and according to proof at trial.

5      616.  As a further direct and proximate result of Defendants' acts

6  as alleged herein, Plaintiff Carlos Roe XIII has been damaged in that he has

7  been required to expend money and incur obligations for medical services

8  required in the treatment and relief of the injuries herein alleged.

9      617.  Defendants engaged in the conduct alleged above with

10  malice, fraud, oppression and/or in conscious disregard for the rights of

11  Plaintiff Carlos Roe XIII.  Plaintiff Carlos Roe XIII is therefore entitled to an

12  award of exemplary and punitive damages.

13      WHEREFORE, Plaintiff Carlos Roe XIII prays for judgment as set

14  forth below.

15  **COUNT EIGHTY-FOUR**

16  **Intentional Infliction of Emotional Distress**

17  **Carlos Roe XIII v. White, et al.**

18      618.  Plaintiff Carlos Roe XIII refers to and incorporates by

19  reference each and every allegation contained in paragraphs 1 through 31 and

20  594 through 617 of this Complaint as though fully set forth and pleaded

21  herein.

22      619.  Defendants' conduct was intentional and malicious and done

23  for the purpose of causing Plaintiff Carlos Roe XIII to suffer humiliation, mental

24  anguish, and emotional and physical distress.

25      620.  As a direct and proximate result of the acts of Defendants,

26  and each of them, Plaintiff Carlos Roe XIII has been hurt and injured in his

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   health, strength, and activity, sustaining injury to their nervous system and

2   person, all of which injuries have caused, and continue to cause, Plaintiff

3   Carlos Roe XIII great mental, physical, and nervous pain and suffering.

4         621.  As a further direct and proximate result of the acts of

5   Defendants, and each of them, Plaintiff Carlos Roe XIII has been damaged in

6   that he has been required to expend money and to incur obligations for medical

7   services reasonably required in the treatment and relief of the injuries herein

8   alleged in an amount according to proof at trial.

9         622.  Defendants engaged in the conduct alleged above with

10   malice, fraud, oppression and/or in conscious disregard for the rights of

11   Plaintiff Carlos Roe XIII.  Plaintiff Carlos Roe XIII is therefore entitled to an

12   award of exemplary and punitive damages.

13         WHEREFORE, Plaintiff Carlos Roe XIII prays for judgment as set

14   forth below.

15                        **COUNT EIGHTY-FIVE**

16              **Negligent Infliction of Emotional Distress**

17                  **Carlos Roe XIII v. White, et al.**

18         623.  Plaintiff Carlos Roe XIII refers to and incorporates by

19   reference each and every allegation contained in paragraphs 1 through 31 and

20   594 through 622 of this Complaint as though fully set forth and pleaded

21   herein.

22         624.   Defendants, and each of them, knew, or should have known,

23   that their actions as set forth herein would cause Plaintiff Carlos Roe XIII

24   severe emotional distress.

25         625.  Defendants, and each of them, owed a duty to Plaintiff Carlos

26   Roe XIII not to sexually abuse, exploit and assault Plaintiff Carlos Roe XIII in

–133–

1    violation of Title 18 of the United States Code as set forth herein.

2         626.  Defendants, and each of them, breached their duty to

3    Plaintiff Carlos Roe XIII by engaging in the actions as set forth herein.

4         627.  As a direct and proximate result of the acts of Defendants,

5    and each of them, and of Defendants' breach of their duty to Plaintiff Carlos

6    Roe XIII, Plaintiff Carlos Roe XIII has been hurt and injured in his health,

7    strength, and activity, sustaining injury to his nervous system and person, all

8    of which injuries have caused, and continue to cause, Plaintiff great mental,

9    physical, and nervous pain and suffering.

10        628.  As a further direct and proximate result of the acts of

11   Defendants, and each of them, and of Defendants' breach of their duty to

12   Plaintiff Carlos Roe XIII, Plaintiff Carlos Roe XIII has been damaged in that he

13   has been required to expend money and to incur obligations for medical

14   services and drugs reasonably required in the treatment and relief of the

15   injuries herein alleged in an amount according to proof at trial.

16        WHEREFORE, Plaintiff Carlos Roe XIII prays for judgment as set

17   forth below.

## COUNT EIGHTY-SIX

### Childhood Sexual Abuse

### Carlos Roe XIV v. White, et al.

21        629.  Plaintiff Carlos Roe XIV refers to and incorporates by

22   reference each and every allegation contained in paragraphs 1 through 31 of

23   this Complaint as though fully set forth and pleaded herein.

24        630.  In or about 1998, Defendants knowingly and willfully

25   conspired and agreed among themselves to sexually assault Plaintiff Carlos Roe

26   XIV.  In or about 1998, Defendants began traveling from San Francisco to

–134–

1   Puerto Vallarta, procuring young boys along the beach in Puerto Vallarta,

2   taking them to White's villa known as "Casa Blanca" south of Puerto Vallarta,

3   giving the young boys food, money and drugs, and sexually abusing them in

4   violation of 18 U.S.C. §§ 2241, *et seq.*

5        631.   Plaintiff Carlos Roe XIV first met White at the fish market in

6   front of the McDonalds Restaurant along the Malecon in 1999.  At that time,

7   Carlos Roe XII was 14 years old and homeless, spending most nights sleeping

8   at the beach.   White approached Carlos Roe XIV and asked him and another

9   underage boy who was with him if they wanted to come to Casa Blanca to have

10  something to eat.   Later that day, Carlos Roe XIV then went with his

11  companion, another underage boy, to the Casa Blanca.    White met Carlos Roe

12  XIV at the door.  White told Carlos Roe XIV that he had to remove all his

13  clothes since clothing was not allowed in the pool.   Carlos Roe XIV complied

14  with White's demand and removed all his clothing.

15        632.   White then gave Carlos Roe XIV some wine and he sat down

16  on a sofa.   White sat next to Carlos Roe XIV and began to grope him.   Carlos

17  Roe XIV.   White then orally copulated Carlos Roe XII in violation of 18 U.S.C.

18  §§ 2241, *et seq.*

19        633.   White then took Carlos Roe XIV to his bedroom where White,

20  Carlos Roe XIV and two other underage boys watched heterosexual

21  pornography.   White then again orally copulated Carlos Roe XII in violation of

22  18 U.S.C. §§ 2241, *et seq.*   Carlos Roe XIV stayed for several hours and left

23  after White gave him $500 pesos.

24        634.   Carlos Roe XIV returned to the Casa Blanca on at least two

25  other occasions.   On each occasion White orally copulated Carlos Roe XIV in

26  violation of 18 U.S.C. §§ 2241, *et seq.*

–135–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1    635.  On many occasions, White took video pictures of White,

2    Lovaas and other Americans engaging in sexual acts with Carlos Roe XIV.

3    636.   Defendants' acts, described herein, constitute conduct

4    proscribed by Sections 2241 *et seq.* of Title 18 of the United States Code.

5    637.  At no time did Plaintiff Carlos Roe XIV consent, or have the

6    ability to consent, to any of the acts of Defendants alleged herein.

7    638.   In or about 2001, White was indicted by the State of Jalisco

8    and the United States of Mexico on charges of child rape, child endangerment

9    and child pornography arising out of White's actions in Puerto Vallarta as

10   detailed hereinabove.   Plaintiff Carlos Roe XIV is informed and believes, and

11   thereon alleges, that the federal court in Guadalajara has custody of video

12   tapes made by White and his associates depicting White, Collingsworth, Lovaas

13   and other White associates having sex with minors, including Carlos Roe XIV.

14   639.  As a direct and proximate result of Defendants' acts as

15   alleged herein, Plaintiff Carlos Roe XIV was hurt and injured in his health,

16   strength and activity, sustaining shock and injury to his nervous system, all of

17   which have caused and continue to cause Plaintiff Carlos Roe XIV great mental

18   pain, embarrassment, humiliation, distress, anguish and suffering, all to

19   Plaintiff Carlos Roe XIV's damage in an amount according to proof at trial.

20   640.  As a further direct and proximate result of Defendants' acts

21   as alleged herein, Plaintiff Carlos Roe XIV has been damaged in that he has

22   been required to expend money and incur obligations for medical services

23   required in the treatment and relief of the injuries herein alleged.

24   641.  Defendants engaged in the conduct alleged above with

25   malice, fraud, oppression and/or in conscious disregard for the rights of

26   Plaintiff Carlos Roe XIV.  Plaintiff Carlos Roe XIV is therefore entitled to an

–136–

1    award of exemplary and punitive damages.

2           WHEREFORE, Plaintiff Carlos Roe XIV prays for judgment as set

3    forth below.

### COUNT EIGHTY-SEVEN

### Child Sexual Tourism

### Carlos Roe XIV v. White, et al.

7           642.   Plaintiff Carlos Roe XIV refers to and incorporates by

8    reference each and every allegation contained in paragraphs 1 through 31 and

9    630 through 641 of this Complaint as though fully set forth and pleaded

10   herein.

11          643.   Defendants traveled from San Francisco to Mexico, or

12   conspired to travel to Mexico, for the purpose of engaging in a sexual act as

13   defined in Section 2246 of Title 18 of the United States Code with Plaintiff

14   Carlos Roe XIV, a person under the age of 18 years of age, that would be a

15   violation of Chapter 109A of Title 18 if the sexual act occurred in the United

16   States.

17          644.   Defendants' conduct, as set forth above, constitutes child

18   sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

19   States Code.

20          645.   As a direct and proximate result of Defendants' acts as

21   alleged herein, Plaintiff Carlos Roe XIV was hurt and injured in his health,

22   strength and activity, sustaining shock and injury to his nervous system, all of

23   which have caused and continue to cause Plaintiff great mental pain,

24   embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

25   Carlos Roe XIV's damage in an amount according to proof at trial.

26          646.   As a further direct and proximate result of Defendants' acts

–137–

1   as alleged herein, Plaintiff Carlos Roe XIV has been damaged in that he has

2   been required to expend money and incur obligations for medical services

3   required in the treatment and relief of the injuries herein alleged.

4          647.  Defendants engaged in the conduct alleged above with

5   malice, fraud, oppression and/or in conscious disregard for the rights of

6   Plaintiff Carlos Roe XIV.  Plaintiff Carlos Roe XIV is therefore entitled to an

7   award of exemplary and punitive damages.

8          WHEREFORE, Plaintiff Carlos Roe XIV prays for judgment as set

9   forth below.

10  /////

11  /////

12  /////

13

14                        **COUNT EIGHTY-EIGHT**

15        **Production and Distribution of Child Pornography**

                 **Carlos Roe XIV v. White, et al.**

16

17         648.  Plaintiff Carlos Roe XIV refers to and incorporates by

18  reference each and every allegation contained in paragraphs 1 through 31 and

19  630 thorough 647 of this Complaint as though fully set forth and pleaded

20  herein.

21         649.   In or about 1998, Defendants knowingly and willfully

22  conspired and agreed among themselves to induce Plaintiff Carlos Roe XIV, a

23  minor, to engage in sexually explicit conduct for the purpose of producing

24  videos of minors engaged in sexually explicit conduct.  On numerous occasions

25  beginning in or about 1998, Defendants, and each of them, videotaped Plaintiff

26  Carlos Roe XIV engaging in sexually explicit conduct with Defendants.

–138–

1    Defendants, and each of them, knew or had reason to know that such visual

2    depiction of sexually explicit conduct of a minor would be transported in

3    interstate or foreign commerce or mailed.   Plaintiff Carlos Roe XIV is informed

4    and believes, and thereon alleges, that some of the pornographic videos

5    depicting Defendants engaging in sexually explicit conduct with minors at Casa

6    Blanca are in the custody of the federal court in Guadalajara, Mexico.

7           650.  Defendants' production and distribution of child

8    pornography, described herein, constitutes child sexual exploitation proscribed

9    by Sections 2251 *et seq.* of Title 18 of the United States Code.

10          651.  As a direct and proximate result of Defendants' acts as

11   alleged herein, Plaintiff Carlos Roe XIV was hurt and injured in his health,

12   strength and activity, sustaining shock and injury to his nervous system, all of

13   which have caused and continue to cause Plaintiff Carlos Roe XIV great mental

14   pain, embarrassment, humiliation, distress, anguish and suffering, all to

15   Plaintiff Carlos Roe XIV's damage in an amount in excess of the minimum

16   subject matter jurisdiction of this court and according to proof at trial.

17          652.  As a further direct and proximate result of Defendants' acts

18   as alleged herein, Plaintiff Carlos Roe XIV has been damaged in that he has

19   been required to expend money and incur obligations for medical services

20   required in the treatment and relief of the injuries herein alleged.

21          653.  Defendants engaged in the conduct alleged above with

22   malice, fraud, oppression and/or in conscious disregard for the rights of

23   Plaintiff Carlos Roe XIV.  Plaintiff Carlos Roe XIV is therefore entitled to an

24   award of exemplary and punitive damages.

25          WHEREFORE, Plaintiff Carlos Roe XIV prays for judgment as set

26   forth below.

–139–

## COUNT EIGHTY-NINE

### Intentional Infliction of Emotional Distress

### Carlos Roe XIV v. White, et al.

654. Plaintiff Carlos Roe XIV refers to and incorporates by reference each and every allegation contained in paragraphs 1 through 31 and 630 through 653 of this Complaint as though fully set forth and pleaded herein.

655. Defendants' conduct was intentional and malicious and done for the purpose of causing Plaintiff Carlos Roe XIV to suffer humiliation, mental anguish, and emotional and physical distress.

656. As a direct and proximate result of the acts of Defendants, and each of them, Plaintiff Carlos Roe XIV has been hurt and injured in his health, strength, and activity, sustaining injury to their nervous system and person, all of which injuries have caused, and continue to cause, Plaintiff Carlos Roe XIV great mental, physical, and nervous pain and suffering.

657. As a further direct and proximate result of the acts of Defendants, and each of them, Plaintiff Carlos Roe XIV has been damaged in that he has been required to expend money and to incur obligations for medical services reasonably required in the treatment and relief of the injuries herein alleged in an amount according to proof at trial.

658. Defendants engaged in the conduct alleged above with malice, fraud, oppression and/or in conscious disregard for the rights of Plaintiff Carlos Roe XIV. Plaintiff Carlos Roe XIV is therefore entitled to an award of exemplary and punitive damages.

WHEREFORE, Plaintiff Carlos Roe XIV prays for judgment as set forth below.

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1              **COUNT NINETY**

2       **Negligent Infliction of Emotional Distress**

3            **Carlos Roe XIV v. White, et al.**

4              659.  Plaintiff Carlos Roe XIV refers to and incorporates by

5    reference each and every allegation contained in paragraphs 1 through 31 and

6    630 through 658 of this Complaint as though fully set forth and pleaded

7    herein.

8              660.   Defendants, and each of them, knew, or should have known,

9    that their actions as set forth herein would cause Plaintiff Carlos Roe XIV

10   severe emotional distress.

11             661.  Defendants, and each of them, owed a duty to Plaintiff Carlos

12   Roe XIV not to sexually abuse, exploit and assault Plaintiff Carlos Roe XIV in

13   violation of Title 18 of the United States Code as set forth herein.

14             662.  Defendants, and each of them, breached their duty to

15   Plaintiff Carlos Roe XIV by engaging in the actions as set forth herein.

16             663.  As a direct and proximate result of the acts of Defendants,

17   and each of them, and of Defendants' breach of their duty to Plaintiff Carlos

18   Roe XIV, Plaintiff Carlos Roe XIV has been hurt and injured in his health,

19   strength, and activity, sustaining injury to his nervous system and person, all

20   of which injuries have caused, and continue to cause, Plaintiff great mental,

21   physical, and nervous pain and suffering.

22             664.  As a further direct and proximate result of the acts of

23   Defendants, and each of them, and of Defendants' breach of their duty to

24   Plaintiff Carlos Roe XIV, Plaintiff Carlos Roe XIV has been damaged in that he

25   has been required to expend money and to incur obligations for medical

26   services and drugs reasonably required in the treatment and relief of the

                                      –141–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   injuries herein alleged in an amount according to proof at trial.

2          WHEREFORE, Plaintiff Carlos Roe XIV prays for judgment as set

3   forth below.

### COUNT NINETY-ONE

### Childhood Sexual Abuse

### Carlos Roe XV v. White, et al.

7          665.   Plaintiff Carlos Roe XV refers to and incorporates by

8   reference each and every allegation contained in paragraphs 1 through 31 of

9   this Complaint as though fully set forth and pleaded herein.

10         666.   In or about 1998, Defendants knowingly and willfully

11  conspired and agreed among themselves to sexually assault Plaintiff Carlos Roe

12  XV.   In or about 1998, Defendants began traveling from San Francisco to

13  Puerto Vallarta, procuring young boys along the beach in Puerto Vallarta,

14  taking them to White's villa known as "Casa Blanca" south of Puerto Vallarta,

15  giving the young boys food, money and drugs, and sexually abusing them in

16  violation of 18 U.S.C. §§ 2241, *et seq.*

17         667.  Plaintiff Carlos Roe XV first met White in front of Carlos

18  O'Brien's Restaurant along the Malecon in 1998.  At that time, Carlos Roe XV

19  was 14 years old and homeless, spending most nights sleeping at the beach.

20  White approached Carlos Roe XV and asked him if he wanted to come to his

21  home to have something to eat.   Carlos Roe XV then went with White to the

22  Casa Blanca.   Once at Casa Blanca, White told Carlos Roe XV that he had to

23  remove all his clothes since clothing was not allowed in the pool.   White told

24  Carlos Roe XV to feel at home and gave Carlos Roe XV an alcoholic beverage.

25  Carlos Roe XV felt disoriented after finishing the drink provided by White and

26  White began to touch his genitals.   Carlos Roe XV attempted to leave but

–142–

1   found the door was locked.   White offered Carlos Roe XV $100 pesos if he

2   would allow White to orally copulate him.   White then orally copulated Carlos

3   Roe XV in violation of 18 U.S.C. §§ 2241, *et seq.*

4          668.  Carlos Roe XV returned to the Casa Blanca many times

5   during the next year.   On each occasion White, and other Americans, orally

6   copulated Carlos Roe XV on numerous occasions in violation of 18 U.S.C. §§

7   2241, *et seq.* Carlos Roe XV also sodomized White on a regular basis during

8   his visits to the Casa Blanca in violation of 18 U.S.C. §§ 2241, *et seq*

9          669.  On many occasions, White took video pictures of White,

10   Lovaas and other Americans engaging in sexual acts with Carlos Roe XV.

11          670.   Defendants' acts, described herein, constitute conduct

12   proscribed by Sections 2241 *et seq.* of Title 18 of the United States Code.

13          671.  At no time did Plaintiff Carlos Roe XV consent, or have the

14   ability to consent, to any of the acts of Defendants alleged herein.

15          672.   In or about 2001, White was indicted by the State of Jalisco

16   and the United States of Mexico on charges of child rape, child endangerment

17   and child pornography arising out of White's actions in Puerto Vallarta as

18   detailed hereinabove.   Plaintiff Carlos Roe XV is informed and believes, and

19   thereon alleges, that the federal court in Guadalajara has custody of video

20   tapes made by White and his associates depicting White, Collingsworth, Lovaas

21   and other White associates having sex with minors, including Carlos Roe XV.

22          673.  As a direct and proximate result of Defendants' acts as

23   alleged herein, Plaintiff Carlos Roe XV was hurt and injured in his health,

24   strength and activity, sustaining shock and injury to his nervous system, all of

25   which have caused and continue to cause Plaintiff Carlos Roe XV great mental

26   pain, embarrassment, humiliation, distress, anguish and suffering, all to

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1    Plaintiff Carlos Roe XV's damage in an amount according to proof at trial.

2    674.   As a further direct and proximate result of Defendants' acts

3    as alleged herein, Plaintiff Carlos Roe XV has been damaged in that he has

4    been required to expend money and incur obligations for medical services

5    required in the treatment and relief of the injuries herein alleged.

6    675.   Defendants engaged in the conduct alleged above with

7    malice, fraud, oppression and/or in conscious disregard for the rights of

8    Plaintiff Carlos Roe XV.  Plaintiff Carlos Roe XV is therefore entitled to an

9    award of exemplary and punitive damages.

10    WHEREFORE, Plaintiff Carlos Roe XV prays for judgment as set

11    forth below.

**COUNT NINETY-TWO**

**Child Sexual Tourism**

**Carlos Roe XV v. White, et al.**

15    676.   Plaintiff Carlos Roe XV refers to and incorporates by

16    reference each and every allegation contained in paragraphs 1 through 31 and

17    666 through 675 of this Complaint as though fully set forth and pleaded

18    herein.

19    677.   Defendants traveled from San Francisco to Mexico, or

20    conspired to travel to Mexico, for the purpose of engaging in a sexual act as

21    defined in Section 2246 of Title 18 of the United States Code with Plaintiff

22    Carlos Roe XV, a person under the age of 18 years of age, that would be a

23    violation of Chapter 109A of Title 18 if the sexual act occurred in the United

24    States.

25    678.   Defendants' conduct, as set forth above, constitutes child

26    sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

–144–

1   States Code.

2          679.  As a direct and proximate result of Defendants' acts as

3   alleged herein, Plaintiff Carlos Roe XV was hurt and injured in his health,

4   strength and activity, sustaining shock and injury to his nervous system, all of

5   which have caused and continue to cause Plaintiff great mental pain,

6   embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

7   Carlos Roe XV's damage in an amount according to proof at trial.

8          680.  As a further direct and proximate result of Defendants' acts

9   as alleged herein, Plaintiff Carlos Roe XV has been damaged in that he has

10  been required to expend money and incur obligations for medical services

11  required in the treatment and relief of the injuries herein alleged.

12         681.  Defendants engaged in the conduct alleged above with

13  malice, fraud, oppression and/or in conscious disregard for the rights of

14  Plaintiff Carlos Roe XV.  Plaintiff Carlos Roe XV is therefore entitled to an

15  award of exemplary and punitive damages.

16         WHEREFORE, Plaintiff Carlos Roe XV prays for judgment as set

17  forth below.

18                    **COUNT NINETY-THREE**

19          **Production and Distribution of Child Pornography**

20               **Carlos Roe XV v. White, et al.**

21         682.  Plaintiff Carlos Roe XV refers to and incorporates by

22  reference each and every allegation contained in paragraphs 1 through 31 and

23  666 thorough 681 of this Complaint as though fully set forth and pleaded

24  herein.

25         683.   In or about 1998, Defendants knowingly and willfully

26  conspire and agreed among themselves to induce Plaintiff Carlos Roe XV, a

–145–

1 minor, to engage in sexually explicit conduct for the purpose of producing

2 videos of minors engaged in sexually explicit conduct. On numerous occasions

3 beginning in or about 1998, Defendants, and each of them, videotaped Plaintiff

4 Carlos Roe XV engaging in sexually explicit conduct with Defendants.

5 Defendants, and each of them, knew or had reason to know that such visual

6 depiction of sexually explicit conduct of a minor would be transported in

7 interstate or foreign commerce or mailed. Plaintiff Carlos Roe XV is informed

8 and believes, and thereon alleges, that some of the pornographic videos

9 depicting Defendants engaging in sexually explicit conduct with minors at Casa

10 Blanca are in the custody of the federal court in Guadalajara, Mexico.

11      684. Defendants' production and distribution of child

12 pornography, described herein, constitutes child sexual exploitation proscribed

13 by Sections 2251 *et seq.* of Title 18 of the United States Code.

14      685. As a direct and proximate result of Defendants' acts as

15 alleged herein, Plaintiff Carlos Roe XV was hurt and injured in his health,

16 strength and activity, sustaining shock and injury to his nervous system, all of

17 which have caused and continue to cause Plaintiff Carlos Roe XV great mental

18 pain, embarrassment, humiliation, distress, anguish and suffering, all to

19 Plaintiff Carlos Roe XV's damage in an amount in excess of the minimum

20 subject matter jurisdiction of this court and according to proof at trial.

21      686. As a further direct and proximate result of Defendants' acts

22 as alleged herein, Plaintiff Carlos Roe XV has been damaged in that he has

23 been required to expend money and incur obligations for medical services

24 required in the treatment and relief of the injuries herein alleged.

25      687. Defendants engaged in the conduct alleged above with

26 malice, fraud, oppression and/or in conscious disregard for the rights of

–146–

1   Plaintiff Carlos Roe XV.  Plaintiff Carlos Roe XV is therefore entitled to an

2   award of exemplary and punitive damages.

3           WHEREFORE, Plaintiff Carlos Roe XV prays for judgment as set

4   forth below.

### COUNT NINETY-FOUR

5

6   ### Intentional Infliction of Emotional Distress

7   ### Carlos Roe XV v. White, et al.

8           688.  Plaintiff Carlos Roe XV refers to and incorporates by

9   reference each and every allegation contained in paragraphs 1 through 31 and

10  666 through 687 of this Complaint as though fully set forth and pleaded

11  herein.

12          689.  Defendants' conduct was intentional and malicious and done

13  for the purpose of causing Plaintiff Carlos Roe XV to suffer humiliation, mental

14  anguish, and emotional and physical distress.

15          690.  As a direct and proximate result of the acts of Defendants,

16  and each of them, Plaintiff Carlos Roe XV has been hurt and injured in his

17  health, strength, and activity, sustaining injury to their nervous system and

18  person, all of which injuries have caused, and continue to cause, Plaintiff

19  Carlos Roe XV great mental, physical, and nervous pain and suffering.

20          691.  As a further direct and proximate result of the acts of

21  Defendants, and each of them, Plaintiff Carlos Roe XV has been damaged in

22  that he has been required to expend money and to incur obligations for medical

23  services reasonably required in the treatment and relief of the injuries herein

24  alleged in an amount according to proof at trial.

25          692.  Defendants engaged in the conduct alleged above with

26  malice, fraud, oppression and/or in conscious disregard for the rights of

–147–

1  Plaintiff Carlos Roe XV.  Plaintiff Carlos Roe XV is therefore entitled to an

2  award of exemplary and punitive damages.

3        WHEREFORE, Plaintiff Carlos Roe XV prays for judgment as set

4  forth below.

5                        **COUNT NINETY-FIVE**

6              **Negligent Infliction of Emotional Distress**

7                    **Carlos Roe XV v. White, et al.**

8        693.  Plaintiff Carlos Roe XV refers to and incorporates by

9  reference each and every allegation contained in paragraphs 1 through 31 and

10  666 through 692 of this Complaint as though fully set forth and pleaded

11  herein.

12        694.   Defendants, and each of them, knew, or should have known,

13  that their actions as set forth herein would cause Plaintiff Carlos Roe XV severe

14  emotional distress.

15        695.  Defendants, and each of them, owed a duty to Plaintiff Carlos

16  Roe XV not to sexually abuse, exploit and assault Plaintiff Carlos Roe XV in

17  violation of Title 18 of the United States Code as set forth herein.

18        696.  Defendants, and each of them, breached their duty to

19  Plaintiff Carlos Roe XV by engaging in the actions as set forth herein.

20        697.  As a direct and proximate result of the acts of Defendants,

21  and each of them, and of Defendants' breach of their duty to Plaintiff Carlos

22  Roe XV, Plaintiff Carlos Roe XV has been hurt and injured in his health,

23  strength, and activity, sustaining injury to his nervous system and person, all

24  of which injuries have caused, and continue to cause, Plaintiff great mental,

25  physical, and nervous pain and suffering.

26        698.  As a further direct and proximate result of the acts of

                              –148–

1   Defendants, and each of them, and of Defendants' breach of their duty to

2   Plaintiff Carlos Roe XV, Plaintiff Carlos Roe XV has been damaged in that he

3   has been required to expend money and to incur obligations for medical

4   services and drugs reasonably required in the treatment and relief of the

5   injuries herein alleged in an amount according to proof at trial.

6          WHEREFORE, Plaintiff Carlos Roe XV prays for judgment as set

7   forth below.

8                          **COUNT NINETY-SIX**

9                        **Childhood Sexual Abuse**

10                      **Carlos Roe XVI v. White, et al.**

11          699.  Plaintiff Carlos Roe XVI refers to and incorporates by

12   reference each and every allegation contained in paragraphs 1 through 31 of

13   this Complaint as though fully set forth and pleaded herein.

14          700.  In or about 1998, Defendants knowingly and willfully

15   conspired and agreed among themselves to sexually assault Plaintiff Carlos Roe

16   XVI.   In or about 1998, Defendants began traveling from San Francisco to

17   Puerto Vallarta, procuring young boys along the beach in Puerto Vallarta,

18   taking them to White's villa known as "Casa Blanca" south of Puerto Vallarta,

19   giving the young boys food, money and drugs, and sexually abusing them in

20   violation of 18 U.S.C. §§ 2241, *et seq.*

21          701.  Plaintiff Carlos Roe XVI first met White on the beach in front

22   of the Casa Blanca in 1998.  At that time, Carlos Roe XVI was 16 years old and

23   homeless, spending most nights sleeping at the beach.   Carlos Roe XVI was

24   boogie board surfing in front of the property where White was building the

25   Casa Blanca.   Carlos Roe XVI was with two companions who introduced him

26   to White and told that if he went to White's house he would give you clothing if

–149–

1   you let White orally copulate you.  Carlos Roe XVI then went with White and

2   the two other underage boys to the Casa Blanca.    Once at Casa Blanca, White

3   told Carlos Roe XVI that he had to remove all his clothes since clothing was not

4   allowed in the pool.

5           702.  Carlos Roe XVI complied with White's demand that he

6   disrobe and went into the swimming pool.  Once Carlos Roe XVI was in the

7   swimming pool naked, White joined him in the pool, also naked.   White

8   touched Carlos Roe XVI and groped his genitals.   White then took Carlos Roe

9   XVI to his bedroom where White had a pornographic video on the television.

10  White then orally copulated Carlos Roe XVI in violation of 18 U.S.C. §§ 2241, *et*

11  *seq.*  Carlos Roe XVI also sodomized White in violation of 18 U.S.C. §§ 2241, *et*

12  *seq.*

13          703.  Carlos Roe XVI returned to the Casa Blanca regularly for

14  more than one year.   White, Lovaas and another American named Kevin  orally

15  copulated Carlos Roe XVI on numerous occasions in violation of 18 U.S.C. §§

16  2241, *et seq.*

17          704.  On many occasions, White took video pictures of White,

18  Lovaas and other Americans engaging in sexual acts with Carlos Roe XVI.

19          705.   Defendants' acts, described herein, constitute conduct

20  proscribed by Sections 2241 *et seq.* of Title 18 of the United States Code.

21          706.  At no time did Plaintiff Carlos Roe XVI consent, or have the

22  ability to consent, to any of the acts of Defendants alleged herein.

23          707.   In or about 2001, White was indicted by the State of Jalisco

24  and the United States of Mexico on charges of child rape, child endangerment

25  and child pornography arising out of White's actions in Puerto Vallarta as

26  detailed hereinabove.   Plaintiff Carlos Roe XVI is informed and believes, and

–150–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1  thereon alleges, that the federal court in Guadalajara has custody of video

2  tapes made by White and his associates depicting White, Collingsworth, Lovaas

3  and other White associates having sex with minors, including Carlos Roe XVI.

4        708.  As a direct and proximate result of Defendants' acts as

5  alleged herein, Plaintiff Carlos Roe XVI was hurt and injured in his health,

6  strength and activity, sustaining shock and injury to his nervous system, all of

7  which have caused and continue to cause Plaintiff Carlos Roe XVI great mental

8  pain, embarrassment, humiliation, distress, anguish and suffering, all to

9  Plaintiff Carlos Roe XVI's damage in an amount according to proof at trial.

10        709.  As a further direct and proximate result of Defendants' acts

11  as alleged herein, Plaintiff Carlos Roe XVI has been damaged in that he has

12  been required to expend money and incur obligations for medical services

13  required in the treatment and relief of the injuries herein alleged.

14        710.  Defendants engaged in the conduct alleged above with

15  malice, fraud, oppression and/or in conscious disregard for the rights of

16  Plaintiff Carlos Roe XVI.  Plaintiff Carlos Roe XVI is therefore entitled to an

17  award of exemplary and punitive damages.

18        WHEREFORE, Plaintiff Carlos Roe XVI prays for judgment as set

19  forth below.

20  **COUNT NINETY-SEVEN**

21  **Child Sexual Tourism**

22  **Carlos Roe XVI v. White, et al.**

23        711.  Plaintiff Carlos Roe XVI refers to and incorporates by

24  reference each and every allegation contained in paragraphs 1 through 31 and

25  700 through 710 of this Complaint as though fully set forth and pleaded

26  herein.

–151–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1       712.  Defendants traveled from San Francisco to Mexico, or

2  conspired to travel to Mexico, for the purpose of engaging in a sexual act as

3  defined in Section 2246 of Title 18 of the United States Code with Plaintiff

4  Carlos Roe XVI, a person under the age of 18 years of age, that would be a

5  violation of Chapter 109A of Title 18 if the sexual act occurred in the United

6  States.

7       713.  Defendants' conduct, as set forth above, constitutes child

8  sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

9  States Code.

10      714.  As a direct and proximate result of Defendants' acts as

11  alleged herein, Plaintiff Carlos Roe XVI was hurt and injured in his health,

12  strength and activity, sustaining shock and injury to his nervous system, all of

13  which have caused and continue to cause Plaintiff great mental pain,

14  embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

15  Carlos Roe XVI's damage in an amount according to proof at trial.

16      715.  As a further direct and proximate result of Defendants' acts

17  as alleged herein, Plaintiff Carlos Roe XVI has been damaged in that he has

18  been required to expend money and incur obligations for medical services

19  required in the treatment and relief of the injuries herein alleged.

20      716.  Defendants engaged in the conduct alleged above with

21  malice, fraud, oppression and/or in conscious disregard for the rights of

22  Plaintiff Carlos Roe XVI.  Plaintiff Carlos Roe XVI is therefore entitled to an

23  award of exemplary and punitive damages.

24      WHEREFORE, Plaintiff Carlos Roe XVI prays for judgment as set

25  forth below.

                              **COUNT NINETY-EIGHT**

26

–152–

**Production and Distribution of Child Pornography**

**Carlos Roe XVI v. White, et al.**

1

2

3      717.  Plaintiff Carlos Roe XVI refers to and incorporates by

4 reference each and every allegation contained in paragraphs 1 through 31 and

5 700 thorough 716 of this Complaint as though fully set forth and pleaded

6 herein.

7      718.   In or about 1998, Defendants knowingly and willfully

8 conspired and agreed among themselves to induce Plaintiff Carlos Roe XVI, a

9 minor, to engage in sexually explicit conduct for the purpose of producing

10 videos of minors engaged in sexually explicit conduct.  On numerous occasions

11 beginning in or about 1998, Defendants, and each of them, videotaped Plaintiff

12 Carlos Roe XVI engaging in sexually explicit conduct with Defendants.

13 Defendants, and each of them, knew or had reason to know that such visual

14 depiction of sexually explicit conduct of a minor would be transported in

15 interstate or foreign commerce or mailed.   Plaintiff Carlos Roe XVI is informed

16 and believes, and thereon alleges, that some of the pornographic videos

17 depicting Defendants engaging in sexually explicit conduct with minors at Casa

18 Blanca are in the custody of the federal court in Guadalajara, Mexico.

19      719.  Defendants' production and distribution of child

20 pornography, described herein, constitutes child sexual exploitation proscribed

21 by Sections 2251 *et seq.* of Title 18 of the United States Code.

22      720.  As a direct and proximate result of Defendants' acts as

23 alleged herein, Plaintiff Carlos Roe XVI was hurt and injured in his health,

24 strength and activity, sustaining shock and injury to his nervous system, all of

25 which have caused and continue to cause Plaintiff Carlos Roe XVI great mental

26 pain, embarrassment, humiliation, distress, anguish and suffering, all to

–153–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1  Plaintiff Carlos Roe XVI's damage in an amount in excess of the minimum

2  subject matter jurisdiction of this court and according to proof at trial.

3           721.  As a further direct and proximate result of Defendants' acts

4  as alleged herein, Plaintiff Carlos Roe XVI has been damaged in that he has

5  been required to expend money and incur obligations for medical services

6  required in the treatment and relief of the injuries herein alleged.

7           722.  Defendants engaged in the conduct alleged above with

8  malice, fraud, oppression and/or in conscious disregard for the rights of

9  Plaintiff Carlos Roe XVI.  Plaintiff Carlos Roe XVI is therefore entitled to an

10  award of exemplary and punitive damages.

11          WHEREFORE, Plaintiff Carlos Roe XVI prays for judgment as set

12  forth below.

13                          **COUNT NINETY-NINE**

14          **Intentional Infliction of Emotional Distress**

15                 **Carlos Roe XVI v. White, et al.**

16          723.  Plaintiff Carlos Roe XVI refers to and incorporates by

17  reference each and every allegation contained in paragraphs 1 through 31 and

18  700 through 722 of this Complaint as though fully set forth and pleaded

19  herein.

20          724.  Defendants' conduct was intentional and malicious and done

21  for the purpose of causing Plaintiff Carlos Roe XVI to suffer humiliation, mental

22  anguish, and emotional and physical distress.

23          725.  As a direct and proximate result of the acts of Defendants,

24  and each of them, Plaintiff Carlos Roe XVI has been hurt and injured in his

25  health, strength, and activity, sustaining injury to their nervous system and

26  person, all of which injuries have caused, and continue to cause, Plaintiff

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   Carlos Roe XVI great mental, physical, and nervous pain and suffering.

2   726.  As a further direct and proximate result of the acts of

3   Defendants, and each of them, Plaintiff Carlos Roe XVI has been damaged in

4   that he has been required to expend money and to incur obligations for medical

5   services reasonably required in the treatment and relief of the injuries herein

6   alleged in an amount according to proof at trial.

7   727.  Defendants engaged in the conduct alleged above with

8   malice, fraud, oppression and/or in conscious disregard for the rights of

9   Plaintiff Carlos Roe XVI.  Plaintiff Carlos Roe XVI is therefore entitled to an

10  award of exemplary and punitive damages.

11  WHEREFORE, Plaintiff Carlos Roe XVI prays for judgment as set

12  forth below.

13  **COUNT ONE HUNDRED**

14  **Negligent Infliction of Emotional Distress**

15  **Carlos Roe XVI v. White, et al.**

16  728.  Plaintiff Carlos Roe XVI refers to and incorporates by

17  reference each and every allegation contained in paragraphs 1 through 31 and

18  700 through 727 of this Complaint as though fully set forth and pleaded

19  herein.

20  729.  Defendants, and each of them, knew, or should have known,

21  that their actions as set forth herein would cause Plaintiff Carlos Roe XVI

22  severe emotional distress.

23  730.  Defendants, and each of them, owed a duty to Plaintiff Carlos

24  Roe XVI not to sexually abuse, exploit and assault Plaintiff Carlos Roe XVI in

25  violation of Title 18 of the United States Code as set forth herein.

26  731.  Defendants, and each of them, breached their duty to

–155–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1    Plaintiff Carlos Roe XVI by engaging in the actions as set forth herein.

2    732.  As a direct and proximate result of the acts of Defendants,

3    and each of them, and of Defendants' breach of their duty to Plaintiff Carlos

4    Roe XVI, Plaintiff Carlos Roe XVI has been hurt and injured in his health,

5    strength, and activity, sustaining injury to his nervous system and person, all

6    of which injuries have caused, and continue to cause, Plaintiff great mental,

7    physical, and nervous pain and suffering.

8    733.  As a further direct and proximate result of the acts of

9    Defendants, and each of them, and of Defendants' breach of their duty to

10   Plaintiff Carlos Roe XVI, Plaintiff Carlos Roe XVI has been damaged in that he

11   has been required to expend money and to incur obligations for medical

12   services and drugs reasonably required in the treatment and relief of the

13   injuries herein alleged in an amount according to proof at trial.

14   WHEREFORE, Plaintiff Carlos Roe XVI prays for judgment as set

15   forth below.

16                        **COUNT ONE HUNDRED ONE**

17                          **Childhood Sexual Abuse**

18                        **Carlos Roe XVII v. White, et al.**

19   734.  Plaintiff Carlos Roe XVII refers to and incorporates by

20   reference each and every allegation contained in paragraphs 1 through 31 of

21   this Complaint as though fully set forth and pleaded herein.

22   735.  In or about 1998, Defendants knowingly and willfully

23   conspired and agreed among themselves to sexually assault Plaintiff Carlos Roe

24   XVII.  In or about 1998, Defendants began traveling from San Francisco to

25   Puerto Vallarta, procuring young boys along the beach in Puerto Vallarta,

26   taking them to White's villa known as "Casa Blanca" south of Puerto Vallarta,

                                    –156–

1   giving the young boys food, money and drugs, and sexually abusing them in

2   violation of 18 U.S.C. §§ 2241, *et seq.*

3         736.   Plaintiff Carlos Roe XVII first met White along the Playa de

4   los Muertos in 1999.  At that time, Carlos Roe XVII was 15 years old and

5   homeless, spending most nights sleeping at the beach.   White approached

6   Carlos Roe XVII while he was swimming and asked him if he wanted to swim in

7   his swimming pool at the Casa Blanca.   Carlos Roe XVII then went with White

8   and the owner of a bar named "Por Que No" to the Casa Blanca.    Once at

9   Casa Blanca, White told Carlos Roe XVII that he had to remove all his clothes

10  since clothing was not allowed in the pool.   White gave Carlos Roe XVII food

11  and beer.

12        737.   Carlos Roe XVII complied with White's demand that he

13  disrobe and went into the swimming pool.  Once Carlos Roe XVII was in the

14  swimming pool naked, White joined him in the pool, also naked.   White

15  touched Carlos Roe XVII and groped his genitals.   White then orally copulated

16  Carlos Roe XVII in violation of 18 U.S.C. §§ 2241, *et seq.*  Carlos Roe XVII

17  stayed the entire night with White, leaving the next day.

18        738.   Carlos Roe XVII returned to the Casa Blanca on many

19  occasions during the next year.   White, and other Americans at the Casa

20  Blanca,  orally copulated Carlos Roe XVII on numerous occasions in violation

21  of 18 U.S.C. §§ 2241, *et seq.*   On many occasions, White had Carlos Roe XII

22  sodomize him in violation of 18 U.S.C. §§ 2241, *et seq*

23        739.   On many occasions, White took video pictures of White,

24  Lovaas and other Americans engaging in sexual acts with Carlos Roe XVII.

25        740.    Defendants' acts, described herein, constitute conduct

26  proscribed by Sections 2241 *et seq.* of Title 18 of the United States Code.

–157–

1        741.  At no time did Plaintiff Carlos Roe XVII consent, or have the

2  ability to consent, to any of the acts of Defendants alleged herein.

3        742.   In or about 2001, White was indicted by the State of Jalisco

4  and the United States of Mexico on charges of child rape, child endangerment

5  and child pornography arising out of White's actions in Puerto Vallarta as

6  detailed hereinabove.   Plaintiff Carlos Roe XVII is informed and believes, and

7  thereon alleges, that the federal court in Guadalajara has custody of video

8  tapes made by White and his associates depicting White, Collingsworth, Lovaas

9  and other White associates having sex with minors, including Carlos Roe XVII.

10        743.  As a direct and proximate result of Defendants' acts as

11  alleged herein, Plaintiff Carlos Roe XVII was hurt and injured in his health,

12  strength and activity, sustaining shock and injury to his nervous system, all of

13  which have caused and continue to cause Plaintiff Carlos Roe XVII great

14  mental pain, embarrassment, humiliation, distress, anguish and suffering, all

15  to Plaintiff Carlos Roe XVII's damage in an amount according to proof at trial.

16        744.  As a further direct and proximate result of Defendants' acts

17  as alleged herein, Plaintiff Carlos Roe XVII has been damaged in that he has

18  been required to expend money and incur obligations for medical services

19  required in the treatment and relief of the injuries herein alleged.

20        745.  Defendants engaged in the conduct alleged above with

21  malice, fraud, oppression and/or in conscious disregard for the rights of

22  Plaintiff Carlos Roe XVII.  Plaintiff Carlos Roe XVII is therefore entitled to an

23  award of exemplary and punitive damages.

24        WHEREFORE, Plaintiff Carlos Roe XVII prays for judgment as set

25  forth below.

                    **COUNT ONE HUNDRED TWO**

26

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

**Child Sexual Tourism**

**Carlos Roe XVII v. White, et al.**

1

2

3          746.  Plaintiff Carlos Roe XVII refers to and incorporates by

4   reference each and every allegation contained in paragraphs 1 through 31 and

5   735 through 745 of this Complaint as though fully set forth and pleaded

6   herein.

7          747.  Defendants traveled from San Francisco to Mexico, or

8   conspired to travel to Mexico, for the purpose of engaging in a sexual act as

9   defined in Section 2246 of Title 18 of the United States Code with Plaintiff

10  Carlos Roe XVII, a person under the age of 18 years of age, that would be a

11  violation of Chapter 109A of Title 18 if the sexual act occurred in the United

12  States.

13         748.  Defendants' conduct, as set forth above, constitutes child

14  sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

15  States Code.

16         749.  As a direct and proximate result of Defendants' acts as

17  alleged herein, Plaintiff Carlos Roe XVII was hurt and injured in his health,

18  strength and activity, sustaining shock and injury to his nervous system, all of

19  which have caused and continue to cause Plaintiff great mental pain,

20  embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

21  Carlos Roe XVII's damage in an amount according to proof at trial.

22         750.  As a further direct and proximate result of Defendants' acts

23  as alleged herein, Plaintiff Carlos Roe XVII has been damaged in that he has

24  been required to expend money and incur obligations for medical services

25  required in the treatment and relief of the injuries herein alleged.

26         751.  Defendants engaged in the conduct alleged above with

–159–

1   malice, fraud, oppression and/or in conscious disregard for the rights of

2   Plaintiff Carlos Roe XVII.  Plaintiff Carlos Roe XVII is therefore entitled to an

3   award of exemplary and punitive damages.

4          WHEREFORE, Plaintiff Carlos Roe XVII prays for judgment as set

5   forth below.

**COUNT ONE HUNDRED THREE**

**Production and Distribution of Child Pornography**

**Carlos Roe XVII v. White, et al.**

9          752.  Plaintiff Carlos Roe XVII refers to and incorporates by

10   reference each and every allegation contained in paragraphs 1 through 31 and

11   735 thorough 751 of this Complaint as though fully set forth and pleaded

12   herein.

13          753.   In or about 1998, Defendants knowingly and willfully

14   conspired and agreed among themselves to induce Plaintiff Carlos Roe XVII, a

15   minor, to engage in sexually explicit conduct for the purpose of producing

16   videos of minors engaged in sexually explicit conduct.  On numerous occasions

17   beginning in or about 1998, Defendants, and each of them, videotaped Plaintiff

18   Carlos Roe XVII engaging in sexually explicit conduct with Defendants.

19   Defendants, and each of them, knew or had reason to know that such visual

20   depiction of sexually explicit conduct of a minor would be transported in

21   interstate or foreign commerce or mailed.   Plaintiff Carlos Roe XVII is informed

22   and believes, and thereon alleges, that some of the pornographic videos

23   depicting Defendants engaging in sexually explicit conduct with minors at Casa

24   Blanca are in the custody of the federal court in Guadalajara, Mexico.

25          754.  Defendants' production and distribution of child

26   pornography, described herein, constitutes child sexual exploitation proscribed

1   by Sections 2251 *et seq.* of Title 18 of the United States Code.

2        755.  As a direct and proximate result of Defendants' acts as

3   alleged herein, Plaintiff Carlos Roe XVII was hurt and injured in his health,

4   strength and activity, sustaining shock and injury to his nervous system, all of

5   which have caused and continue to cause Plaintiff Carlos Roe XVII great

6   mental pain, embarrassment, humiliation, distress, anguish and suffering, all

7   to Plaintiff Carlos Roe XVII's damage in an amount in excess of the minimum

8   subject matter jurisdiction of this court and according to proof at trial.

9        756.  As a further direct and proximate result of Defendants' acts

10  as alleged herein, Plaintiff Carlos Roe XVII has been damaged in that he has

11  been required to expend money and incur obligations for medical services

12  required in the treatment and relief of the injuries herein alleged.

13       757.  Defendants engaged in the conduct alleged above with

14  malice, fraud, oppression and/or in conscious disregard for the rights of

15  Plaintiff Carlos Roe XVII.  Plaintiff Carlos Roe XVII is therefore entitled to an

16  award of exemplary and punitive damages.

17       WHEREFORE, Plaintiff Carlos Roe XVII prays for judgment as set

18  forth below.

19  **COUNT ONE HUNDRED FOUR**

20  **Intentional Infliction of Emotional Distress**

21  **Carlos Roe XVII v. White, et al.**

22       758.  Plaintiff Carlos Roe XVII refers to and incorporates by

23  reference each and every allegation contained in paragraphs 1 through 31 and

24  735 through 757 of this Complaint as though fully set forth and pleaded

25  herein.

26       759.  Defendants' conduct was intentional and malicious and done

–161–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   for the purpose of causing Plaintiff Carlos Roe XVII to suffer humiliation,

2   mental anguish, and emotional and physical distress.

3          760.  As a direct and proximate result of the acts of Defendants,

4   and each of them, Plaintiff Carlos Roe XVII has been hurt and injured in his

5   health, strength, and activity, sustaining injury to their nervous system and

6   person, all of which injuries have caused, and continue to cause, Plaintiff

7   Carlos Roe XVII great mental, physical, and nervous pain and suffering.

8          761.  As a further direct and proximate result of the acts of

9   Defendants, and each of them, Plaintiff Carlos Roe XVII has been damaged in

10  that he has been required to expend money and to incur obligations for medical

11  services reasonably required in the treatment and relief of the injuries herein

12  alleged in an amount according to proof at trial.

13         762.  Defendants engaged in the conduct alleged above with

14  malice, fraud, oppression and/or in conscious disregard for the rights of

15  Plaintiff Carlos Roe XVII.  Plaintiff Carlos Roe XVII is therefore entitled to an

16  award of exemplary and punitive damages.

17         WHEREFORE, Plaintiff Carlos Roe XVII prays for judgment as set

18  forth below.

19                    **COUNT ONE HUNDRED FIVE**

20              **Negligent Infliction of Emotional Distress**

21                   **Carlos Roe XVII v. White, et al.**

22         763.  Plaintiff Carlos Roe XVII refers to and incorporates by

23  reference each and every allegation contained in paragraphs 1 through 31 and

24  735 through 762 of this Complaint as though fully set forth and pleaded

25  herein.

26         764.  Defendants, and each of them, knew, or should have known,

–162–

1  that their actions as set forth herein would cause Plaintiff Carlos Roe XVII

2  severe emotional distress.

3      765.  Defendants, and each of them, owed a duty to Plaintiff Carlos Roe

4  XVII not to sexually abuse, exploit and assault Plaintiff Carlos Roe XVII in

5  violation of Title 18 of the United States Code as set forth herein.

6          766.  Defendants, and each of them, breached their duty to

7  Plaintiff Carlos Roe XVII by engaging in the actions as set forth herein.

8          767.  As a direct and proximate result of the acts of Defendants,

9  and each of them, and of Defendants' breach of their duty to Plaintiff Carlos

10  Roe XVII, Plaintiff Carlos Roe XVII has been hurt and injured in his health,

11  strength, and activity, sustaining injury to his nervous system and person, all

12  of which injuries have caused, and continue to cause, Plaintiff great mental,

13  physical, and nervous pain and suffering.

14          768.  As a further direct and proximate result of the acts of

15  Defendants, and each of them, and of Defendants' breach of their duty to

16  Plaintiff Carlos Roe XVII, Plaintiff Carlos Roe XVII has been damaged in that he

17  has been required to expend money and to incur obligations for medical

18  services and drugs reasonably required in the treatment and relief of the

19  injuries herein alleged in an amount according to proof at trial.

20          WHEREFORE, Plaintiff Carlos Roe XVII prays for judgment as set

21  forth below.

22              **COUNT ONE HUNDRED SIX**

23              **Childhood Sexual Abuse**

24              **Carlos Roe XVIII v. White, et al.**

25      769.  Plaintiff Carlos Roe XVIII refers to and incorporates by

26  reference each and every allegation contained in paragraphs 1 through 31 of

–163–

1   this Complaint as though fully set forth and pleaded herein.

2          770.  In or about 1998, Defendants knowingly and willfully

3   conspired and agreed among themselves to sexually assault Plaintiff Carlos Roe

4   XVIII.  In or about 1998, Defendants began traveling from San Francisco to

5   Puerto Vallarta, procuring young boys along the beach in Puerto Vallarta,

6   taking them to White's villa known as "Casa Blanca" south of Puerto Vallarta,

7   giving the young boys food, money and drugs, and sexually abusing them in

8   violation of 18 U.S.C. §§ 2241, *et seq.*

9          771.  Plaintiff Carlos Roe XVIII first met White in 1999.  At that

10  time, Carlos Roe XII was 14 years old and homeless, spending most nights

11  sleeping at the beach.   Another underage boy took Carlos Roe XVIII to the

12  Casa Blanca in order to get something to eat.   Once at Casa Blanca, White told

13  Carlos Roe XII that he had to remove all his clothes since clothing was not

14  allowed in the pool.

15         772.  Carlos Roe XVIII complied with White's demand that he

16  disrobe.  White then took Carlos Roe XVIII and another underage boy to his

17  bedroom where homosexual pornography was on the television.  White gave

18  Carlos Roe XVIII a small bottle of unknown liquid to sniff.   White then asked

19  Carlos Roe XVIII and the other underage boy to act like the people on the video

20  were acting.   Carlos Roe XVIII and the other underage boy complied and had

21  sex while White took pictures.   White then orally copulated Carlos Roe XVIII in

22  violation of 18 U.S.C. §§ 2241, *et seq.*   Thereafter, White gave Carlos Roe XVIII

23  $400 pesos and he left.

24         773.  Carlos Roe XVIII returned to the Casa Blanca approximately

25  5 more times.   On each occasion, White orally copulated Carlos Roe XVIII in

26  violation of 18 U.S.C. §§ 2241, *et seq.*

–164–

1    774.  On many occasions, White took video pictures of White,

2   Lovaas and other Americans engaging in sexual acts with Carlos Roe XVIII.

3    775.   Defendants' acts, described herein, constitute conduct

4   proscribed by Sections 2241 *et seq.* of Title 18 of the United States Code.

5    776.  At no time did Plaintiff Carlos Roe XVIII consent, or have the

6   ability to consent, to any of the acts of Defendants alleged herein.

7    777.   In or about 2001, White was indicted by the State of Jalisco

8   and the United States of Mexico on charges of child rape, child endangerment

9   and child pornography arising out of White's actions in Puerto Vallarta as

10  detailed hereinabove.   Plaintiff Carlos Roe XVIII is informed and believes, and

11  thereon alleges, that the federal court in Guadalajara has custody of video

12  tapes made by White and his associates depicting White, Collingsworth, Lovaas

13  and other White associates having sex with minors, including Carlos Roe XVIII.

14   778.  As a direct and proximate result of Defendants' acts as

15  alleged herein, Plaintiff Carlos Roe XVIII was hurt and injured in his health,

16  strength and activity, sustaining shock and injury to his nervous system, all of

17  which have caused and continue to cause Plaintiff Carlos Roe XVIII great

18  mental pain, embarrassment, humiliation, distress, anguish and suffering, all

19  to Plaintiff Carlos Roe XVIII's damage in an amount according to proof at trial.

20   779.  As a further direct and proximate result of Defendants' acts

21  as alleged herein, Plaintiff Carlos Roe XVIII has been damaged in that he has

22  been required to expend money and incur obligations for medical services

23  required in the treatment and relief of the injuries herein alleged.

24   780.  Defendants engaged in the conduct alleged above with

25  malice, fraud, oppression and/or in conscious disregard for the rights of

26  Plaintiff Carlos Roe XVIII.  Plaintiff Carlos Roe XVIII is therefore entitled to an

–165–

1   award of exemplary and punitive damages.

2          WHEREFORE, Plaintiff Carlos Roe XVIII prays for judgment as set

3   forth below.

### COUNT ONE HUNDRED SEVEN

### Child Sexual Tourism

### Carlos Roe XVIII v. White, et al.

7          781.  Plaintiff Carlos Roe XVIII refers to and incorporates by

8   reference each and every allegation contained in paragraphs 1 through 31 and

9   770 through 780 of this Complaint as though fully set forth and pleaded

10  herein.

11         782.  Defendants traveled from San Francisco to Mexico, or

12  conspired to travel to Mexico, for the purpose of engaging in a sexual act as

13  defined in Section 2246 of Title 18 of the United States Code with Plaintiff

14  Carlos Roe XVIII, a person under the age of 18 years of age, that would be a

15  violation of Chapter 109A of Title 18 if the sexual act occurred in the United

16  States.

17         783.  Defendants' conduct, as set forth above, constitutes child

18  sexual tourism in violation of Section 2423, *et seq.* of Title 18 of the United

19  States Code.

20         784.  As a direct and proximate result of Defendants' acts as

21  alleged herein, Plaintiff Carlos Roe XVIII was hurt and injured in his health,

22  strength and activity, sustaining shock and injury to his nervous system, all of

23  which have caused and continue to cause Plaintiff great mental pain,

24  embarrassment, humiliation, distress, anguish and suffering, all to Plaintiff

25  Carlos Roe XVIII's damage in an amount according to proof at trial.

26         785.  As a further direct and proximate result of Defendants' acts

–166–

1   as alleged herein, Plaintiff Carlos Roe XVIII has been damaged in that he has

2   been required to expend money and incur obligations for medical services

3   required in the treatment and relief of the injuries herein alleged.

4          786.   Defendants engaged in the conduct alleged above with

5   malice, fraud, oppression and/or in conscious disregard for the rights of

6   Plaintiff Carlos Roe XVIII.  Plaintiff Carlos Roe XVIII is therefore entitled to an

7   award of exemplary and punitive damages.

8          WHEREFORE, Plaintiff Carlos Roe XVIII prays for judgment as set

9   forth below.

**COUNT ONE HUNDRED EIGHT**

10

**Production and Distribution of Child Pornography**

11

**Carlos Roe XVIII v. White, et al.**

12

13         787.   Plaintiff Carlos Roe XVIII refers to and incorporates by

14   reference each and every allegation contained in paragraphs 1 through 31 and

15   770 thorough 786 of this Complaint as though fully set forth and pleaded

16   herein.

17         788.    In or about 1998, Defendants knowingly and willfully

18   conspired and agreed among themselves to induce Plaintiff Carlos Roe XVIII, a

19   minor, to engage in sexually explicit conduct for the purpose of producing

20   videos of minors engaged in sexually explicit conduct.  On numerous occasions

21   beginning in or about 1998, Defendants, and each of them, videotaped Plaintiff

22   Carlos Roe XVIII engaging in sexually explicit conduct with Defendants.

23   Defendants, and each of them, knew or had reason to know that such visual

24   depiction of sexually explicit conduct of a minor would be transported in

25   interstate or foreign commerce or mailed.   Plaintiff Carlos Roe XVIII is

26   informed and believes, and thereon alleges, that some of the pornographic

–167–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1   videos depicting Defendants engaging in sexually explicit conduct with minors

2   at Casa Blanca are in the custody of the federal court in Guadalajara, Mexico.

3       789.  Defendants' production and distribution of child

4   pornography, described herein, constitutes child sexual exploitation proscribed

5   by Sections 2251 *et seq.* of Title 18 of the United States Code.

6       790.  As a direct and proximate result of Defendants' acts as

7   alleged herein, Plaintiff Carlos Roe XVIII was hurt and injured in his health,

8   strength and activity, sustaining shock and injury to his nervous system, all of

9   which have caused and continue to cause Plaintiff Carlos Roe XVIII great

10   mental pain, embarrassment, humiliation, distress, anguish and suffering, all

11   to Plaintiff Carlos Roe XVIII's damage in an amount in excess of the minimum

12   subject matter jurisdiction of this court and according to proof at trial.

13       791.  As a further direct and proximate result of Defendants' acts

14   as alleged herein, Plaintiff Carlos Roe XVIII has been damaged in that he has

15   been required to expend money and incur obligations for medical services

16   required in the treatment and relief of the injuries herein alleged.

17       792.  Defendants engaged in the conduct alleged above with

18   malice, fraud, oppression and/or in conscious disregard for the rights of

19   Plaintiff Carlos Roe XVIII.  Plaintiff Carlos Roe XVIII is therefore entitled to an

20   award of exemplary and punitive damages.

21       WHEREFORE, Plaintiff Carlos Roe XVIII prays for judgment as set

22   forth below.

23   **COUNT ONE HUNDRED NINE**

24   **Intentional Infliction of Emotional Distress**

25   **Carlos Roe XVIII v. White, et al.**

26       793.  Plaintiff Carlos Roe XVIII refers to and incorporates by

–168–

1   reference each and every allegation contained in paragraphs 1 through 31 and

2   770 through 792 of this Complaint as though fully set forth and pleaded

3   herein.

4          794.   Defendants' conduct was intentional and malicious and done

5   for the purpose of causing Plaintiff Carlos Roe XVIII to suffer humiliation,

6   mental anguish, and emotional and physical distress.

7          795.   As a direct and proximate result of the acts of Defendants,

8   and each of them, Plaintiff Carlos Roe XVIII has been hurt and injured in his

9   health, strength, and activity, sustaining injury to their nervous system and

10  person, all of which injuries have caused, and continue to cause, Plaintiff

11  Carlos Roe XVIII great mental, physical, and nervous pain and suffering.

12         796.   As a further direct and proximate result of the acts of

13  Defendants, and each of them, Plaintiff Carlos Roe XVIII has been damaged in

14  that he has been required to expend money and to incur obligations for medical

15  services reasonably required in the treatment and relief of the injuries herein

16  alleged in an amount according to proof at trial.

17         797.   Defendants engaged in the conduct alleged above with

18  malice, fraud, oppression and/or in conscious disregard for the rights of

19  Plaintiff Carlos Roe XVIII.  Plaintiff Carlos Roe XVIII is therefore entitled to an

20  award of exemplary and punitive damages.

21         WHEREFORE, Plaintiff Carlos Roe XVIII prays for judgment as set

22  forth below.

23                  **COUNT ONE HUNDRED TEN**

24              **Negligent Infliction of Emotional Distress**

25                  **Carlos Roe XVIII v. White, et al.**

26         798.  Plaintiff Carlos Roe XVIII refers to and incorporates by

–169–

1  reference each and every allegation contained in paragraphs 1 through 31 and

2  770 through 797 of this Complaint as though fully set forth and pleaded

3  herein.

4         799.   Defendants, and each of them, knew, or should have known,

5  that their actions as set forth herein would cause Plaintiff Carlos Roe XVIII

6  severe emotional distress.

7         800.  Defendants, and each of them, owed a duty to Plaintiff Carlos Roe

8  XVIII not to sexually abuse, exploit and assault Plaintiff Carlos Roe XVIII in

9  violation of Title 18 of the United States Code as set forth herein.

10        801.   Defendants, and each of them, breached their duty to

11 Plaintiff Carlos Roe XVIII by engaging in the actions as set forth herein.

12        802.  As a direct and proximate result of the acts of Defendants,

13 and each of them, and of Defendants' breach of their duty to Plaintiff Carlos

14 Roe XVIII, Plaintiff Carlos Roe XVIII has been hurt and injured in his health,

15 strength, and activity, sustaining injury to his nervous system and person, all

16 of which injuries have caused, and continue to cause, Plaintiff great mental,

17 physical, and nervous pain and suffering.

18        803.  As a further direct and proximate result of the acts of

19 Defendants, and each of them, and of Defendants' breach of their duty to

20 Plaintiff Carlos Roe XVIII, Plaintiff Carlos Roe XVIII has been damaged in that

21 he has been required to expend money and to incur obligations for medical

22 services and drugs reasonably required in the treatment and relief of the

23 injuries herein alleged in an amount according to proof at trial.

24        WHEREFORE, Plaintiff Carlos Roe XVIII prays for judgment as set

25 forth below.

26                    **PRAYER FOR RELIEF**

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1        WHEREFORE, Plaintiffs, and each of them, pray for judgment

2   against Defendants, and each of them, as follows:

3        1.  For general damages in an amount to be proved at trial.

4        2.  For medical and related expenses in an amount to be proved at

5   trial.

6        3.  For exemplary and punitive damages.

7        4.  For costs of suit, including reasonable attorneys' fees.

8        5.  For such other and further relief as the court may

9

10

11  deem just and proper.

12  Dated: October 1,  2004.     LAW OFFICES OF DAVID REPLOGLE, APC

13                                 LAW OFFICES OF JOHN E. HILL, APC

14                                 *David Replogle*

                                 _____

15                                 By, David Replogle

                                 Attorneys for Plaintiffs Jose Roe I through

16                                 Jose Roe III, by and through their guardian

                                 ad litem, Mauricio Rodriguez Borrego,

17                                 and Carlos Roe I through Carlos Roe XI

18                   **DEMAND FOR JURY TRIAL**

19        Plaintiffs hereby demand a trial by jury.

20  Dated: October 1, 2004.      LAW OFFICES OF DAVID REPLOGLE, APC

21                                   LAW OFFICES OF JOHN E. HILL, APC

22                                 *David Replogle*

                                 _____

23                                 By, David Replogle

                                 Attorneys for Plaintiffs Jose Roe I through

24                                   Jose Roe IV, by and through their guardian

                                 ad litem, Mauricio Rodriguez Borrego,

25                                 and Carlos Roe I through Carlos Roe XVIII

26

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1

2

3

4

5

6

7

8

9

10

11

12

## PROOF OF SERVICE (ELECTRONIC)

13    I declare under penalty of perjury that the foregoing is true and
correct:

14

15    I am a citizen of the United States over the age of eighteen years,
employed in the City and County of San Francisco, California, and not a party
16  to the within entitled cause;  my business address is 550 Montgomery Street,
Suite 550, San Francisco, California.

17    On October 1, 2004 I served the following:

18  **FOURTH AMENDED COMPLAINT**

19  on the interested panties or attorneys by causing an electronic delivery subject
to 28 U.S.C. § 1746, Local Rules or General Orders of this court regarding
20  Electronic Case Filing to the addresses as follows:

21  Nanci Clarence            Attorneys for Defendant
Kate Dyer                 Thomas F. White
22  Clarence & Dyer
899 Ellis Street
23  San Francisco, CA 94109
E-mail: kdyer@clarencesnell.com
24

25  William Berland           Attorneys for Defendant
Ferguson & Berland        Nathan Lovaas
26  1816 Fifth St.

–172–

FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB

1    Berkeley, CA 94710
     E-mail: bill@fergusonberland.com

2        I declare under penalty of perjury that the foregoing is true and
correct and that this declaration was executed on October 1, 2004 at San
3    Francisco, California.

4

5                                              *David Replogle*
                                        _____
6                                              DAVID REPLOGLE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                    –173–
FOURTH AMENDED COMPLAINT
ROE V. WHITE, USDC C-03-4035-CRB