William S. Berland (SBN 043879)
FERGUSON & BERLAND
1816 Fifth Street
Berkeley, California 94710
Telephone: (510) 548-9005
Facsimile: (510) 548-3143

Attorneys for Defendant
Nathan Lovaas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ROE, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>THOMAS F. WHITE, et al.,<br><br>    Defendants. | No. C-03-4035 CRB<br><br>**ANSWER OF DEFENDANT NATHAN LOVAAS TO FOURTH AMENDED COMPLAINT FOR DAMAGES FOR CHILDHOOD SEXUAL ABUSE, CHILD SEXUAL TOURISM, PRODUCTION AND DISTRIBUTION OF CHILD PORNOGRAPHY, INTENTIONAL AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS** |

  Defendant Nathan Lovaas answers the Fourth Amended Complaint for Damages for Childhood Sexual Abuse, Child Sexual Tourism, Production and Distribution of Child Pornography, Intentional and Negligent Infliction of Emotional Distress as follows:

  Defendant asserts his Fifth Amendment privilege against self-incrimination in order to protect himself from prosecution. Defendant is currently being prosecuted in federal court in a case entitled *United States of America v. Nathan Lovaas*, U.S.D.C. Northern District of California, Action No. CR 03 0300 CRB. These federal criminal proceedings arise out of the same or related events and transactions as are alleged in plaintiffs' Fourth Amended Complaint.

//

//

-1-

FERGUSON & BERLAND
A PROFESSIONAL CORPORATION
1816 FIFTH STREET
BERKELEY, CA 94710
TELEPHONE (510) 548-9005
FACSIMILE (510) 548-3143

Answer to 4th Amended Complaint

Defendant reserves the right to withdraw his assertion of his Fifth Amendment privilege and respond to the Fourth Amended Complaint prior to trial.

DATED: October 22, 2004    FERGUSON & BERLAND

By: /s/
WILLIAM S. BERLAND
Attorneys for Defendant Nathan Lovaas

FERGUSON & BERLAND
A PROFESSIONAL CORPORATION
1816 FIFTH STREET
BERKELEY, CA 94710
TELEPHONE (510) 548-9005
FACSIMILE (510) 548-3143

-2-

Answer to 4th Amended Complaint

Case Name:  *Jose Roe v. Thomas F. White, et al.*
Case No.:   C 03 4035 CRB

### PROOF OF SERVICE—-C.C.P. §1013A, F.R.C.P. §5

I, the undersigned, declare:  I am employed in the County of Alameda, State of California.  I am over the age of eighteen (18) years and not a party to the within action.  I am employed by Ferguson & Berland, 1816 Fifth Street, Berkeley, California 94710, and am readily familiar with this firm's business practice of processing of documents for service.

On the date listed below I served a true and correct copy of the attached **ANSWER OF DEFENDANT NATHAN LOVAAS TO FOURTH AMENDED COMPLAINT FOR DAMAGES FOR CHILDHOOD SEXUAL ABUSE, CHILD SEXUAL TOURISM, PRODUCTION AND DISTRIBUTION OF CHILD PORNOGRAPHY, INTENTIONAL AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS** on the following parties by the method indicated below:

David Replogle, Esq.
595 Market Street, Suite 2360
San Francisco, CA 94105

John E. Hill, Esq.
8105 Edgewater Drive, Suite 100
Oakland, CA 94621

Kathleen T. Dyer, Esq.
Clarence & Dyer
899 Ellis Street
San Francisco, CA 94109

√    U.S. Mail: By placing a copy of said document(s) in a sealed envelope, addressed as shown above, with postage thereon fully prepaid, and depositing said envelope with the U.S. Postal Service, following this firm's business practice.

___  Fedex: By placing a copy of said document(s) in a sealed pre-paid overnight package, addressed as shown above, and depositing with Fedex, following this firm's business practices.

___  Facsimile: By sending a copy of said document(s) by facsimile machine to the fax number shown above, following this firm's business practices, as evidenced by the attached transmission report.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 22, 2004, at Berkeley, California.

/s/

_____
JOLYN PARKER

-3-

FERGUSON & BERLAND
A PROFESSIONAL CORPORATION
1816 FIFTH STREET
BERKELEY, CA 94710
TELEPHONE (510) 548-9005
FACSIMILE (510) 548-3143

Answer to 4th Amended Complaint