Nanci Clarence, SBN 122286
Kate Dyer, SBN 171891
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

Attorneys for Defendant Thomas F. White

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ROE, a Minor, by and through MAURICIO RODRIGUEZ BORREGO, his Guardian ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS F. WHITE, NATHAN LOVAAS, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: C-03-4035-CRB<br><br>**ANSWER OF DEFENDANT THOMAS F. WHITE TO FOURTH AMENDED COMPLAINT FOR DAMAGES FOR CHILDHOOD SEXUAL ABUSE, CHILD SEXUAL TOURISM, PRODUCTION AND DISTRIBUTION OF CHILD PORNOGRAPHY, INTENTIONAL AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS** |

Defendant Thomas F. White hereby answers the Fourth Amended Complaint for Damages for Childhood Sexual Abuse, Child Sexual Tourism, Production and Distribution of Child Pornography, Intentional and Negligent Infliction of Emotional Distress as follows:

In response to plaintiffs' Fourth Amended Complaint, defendant asserts his Fifth Amendment privilege against self-incrimination. Defendant has been indicted in *United States of America v. Thomas F. White*, Case No. CR 04-0093 (CRB). This federal criminal proceeding arises out of the same or related events and transactions as are alleged in plaintiffs' Fourth Amended Complaint.

1  Defendant reserves the right to withdraw his assertion of this Fifth Amendment privilege
2  and respond to the Fourth Amended Complaint prior to trial.
3  Dated:  December 3, 2004  CLARENCE & DYER LLP

6  By: ___/s/: Kate Dyer_____
   KATE DYER
7  Attorney for Defendant Thomas F. White

27 ANSWER OF DEFENDANT THOMAS F. WHITE TO FOURTH AMENDED COMPLAINT FOR DAMAGES
   FOR CHILDHOOD SEXUAL ABUSE, CHILD SEXUAL TOURISM, PRODUCTION AND DISTRIBUTION OF
28 CHILD PORNOGRAPHY, INTENTIONAL AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
   Case No.: 03-4035 CRB

2

# PROOF OF SERVICE

I, Abbie Chin, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, CA 94109; I am employed in the City and County of San Francisco, California.

On December 3, 2004, I served a copy, with all exhibits, of the following document(s):

- ANSWER OF DEFENDANT THOMAS F. WHITE TO FOURTH AMENDED COMPLAINT FOR DAMAGES FOR CHILDHOOD SEXUAL ABUSE, CHILD SEXUAL TOURISM, PRODUCTION AND DISTRIBUTION OF CHILD PORNOGRAPHY, INTENTIONAL AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

To be served on the parties or attorneys in this action as follows:

\_\_\_X\_\_\_ **(BY ELECTRONIC SERVICE)** I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing to the addressee(s) noted below.

Attorney for Plaintiff
David Replogle, Esq.
550 Montgomery Street, Suite 550
San Francisco, CA 94111
Email: davidreplogle@aol.com
Fax: (415) 781-6683

Attorney for Plaintiff
John E. Hill, Esq.
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
Email: johnhill-law@msn.com
Fax: (510) 588-1087

Attorney for Defendant
William S. Berland, Esq.
1816 Fifth Street
Berkeley, CA 94710
Email: bill@fergusonberland.com
Fax: ( 510) 548-3143

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 3, 2004.

/s/:Abbie Chin
ABBIE CHIN

ANSWER OF DEFENDANT THOMAS F. WHITE TO FOURTH AMENDED COMPLAINT FOR DAMAGES FOR CHILDHOOD SEXUAL ABUSE, CHILD SEXUAL TOURISM, PRODUCTION AND DISTRIBUTION OF CHILD PORNOGRAPHY, INTENTIONAL AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
Case No.: 03-4035 CRB

3