# EXHIBIT A

1   CLARENCE & DYER LLP
    Nanci L. Clarence (Bar No. 122286)
2   Kate Dyer (Bar No. 171891)
    Jodi Linker (Bar No. 230273)
3   899 Ellis Street
    San Francisco, CA 94109
4   Telephone: (415) 749-1800
    Facsimile: (415) 749-1694
5

6   Attorneys for Defendant Thomas F. White

7

                SUPERIOR COURT OF CALIFORNIA
8
              CITY AND COUNTY OF SAN FRANCISCO
9

10

11   DANIEL GARCIA, et al.,             Case No.: No. CGC-02-414569

12          Plaintiffs,               NOTICE OF TAKING DEPOSITION OF
         vs.                   WITNESS ZEKE FENNEL

13

14   THOMAS F. WHITE, NATHAN LOVAAS, and
    DOES 1 through 20 inclusive,

15          Defendants.

16

17       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18       PLEASE TAKE NOTICE that at *10:00 AM* on January 20, 2005 at 980 Ninth Street, 16th Floor,

19   Sacramento, CA 95814, defendant THOMAS WHITE will take the deposition of the witness, Zeke

20   Fennel, whose address is 6650 Crescent Moon Ct., #307, Raleigh, North Carolina, 27606 or 4800

21   Kokomo Drive, Sacramento, CA 95835, upon oral examination before a court reporter of the state of

22   California, duly authorized to administer an oath. Said deposition will continue from day to day,

23   excluding weekends and holidays, until completed.

24   ///

25   ///

1   PLEASE TAKE FURTHER NOTICE that the testimony will be recorded by stenographic means

2   through the instant visual display of the testimony. Defendants intend to use the transcript at trial in lieu

3   of live testimony, or in addition to live testimony.

4       A copy of the deposition subpoena is attached as Exhibit A.

5       Dated: January 10, 2005

6                                   CLARENCE & DYER LLP

7

8

9                       By: _____
                            KATE DYER
10                          JODI LINKER
                            Attorneys for Defendant Thomas F. White
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF DEPOSITON OF WITNESS ZEKE FENNEL
CASE NO.: CGC-02-414569                                                    2

1

**Proof of Service**

2    I, Abbie Chin, declare as follows:

3    I am over eighteen years of age and not a party to the within action; my business address is 899

4    Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

5    On January 10, 2005, I served a copy, with all exhibits, of the following documents:

6    • NOTICE OF DEPOSITION OF WITNESS ZEKE FENNEL

7    __X__ (BY MAIL) I am readily familiar with my employer's practices for collection and processing
     of correspondence for mailing with the United States Postal Service. Following ordinary business
8    practices and placing a true copy of the above-referenced document(s) enclosed in a sealed envelope,
     with postage fully prepaid, in the United States mail at San Francisco, California, addressed as below:
9

10   _____ (BY FAX) By transmitting by facsimile machine to the number addressed as below; the
     facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported
11   by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a
     transmission record of the transmission.

12
     __X__ (BY PERSONAL SERVICE) By personally delivering a copy of said documents to the
13   address(es) below:

14   _____ (BY OVERNIGHT SERVICE) By depositing copies of the above documents in a box or other
     facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery
15   fees paid or provided for as noted below:

16   Attorney for Plaintiffs                      Attorneys for Plaintiffs (via mail)
     John Hill, Esq.                              David Replogle, Esq.
17   8105 Edgewater Drive, Suite 100              550 Montgomery Street, Suite 550
     Oakland, CA 94621                            San Francisco, CA 94111
18

19   Attorney for Defendant Nathan Lovaas
     Bill Berland, Esq.
20   1816 5th Street
     Berkeley, CA 94710
21

22   I declare under penalty of perjury under the laws of the state of California that the foregoing is
     true and correct and that this declaration was executed on the above stated date.

23

24   Abbie Chin

25

NOTICE OF DEPOSITON OF WITNESS ZEKE FENNEL
CASE NO.: CGC-02-414569

**EXHIBIT A**

982(a)(15.4)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| JODI LINKER, SBN230273 <br> Clarence & Dyer LLP <br> 899 Ellis Street <br> San Francisco, CA 94109 <br> TELEPHONE NO.: 415.749.1800    FAX NO.: 415.749.1694 <br> ATTORNEY FOR *(Name):* Thomas F. White | |

NAME OF COURT: Superior Court of California, County of San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94109
BRANCH NAME:

PLAINTIFF/ PETITIONER: Daniel Garcia, et. al

DEFENDANT/ RESPONDENT: Thomas F. White, et. al

| DEPOSITION SUBPOENA <br> For Personal Appearance and Production of Documents and Things | CASE NUMBER: <br> CGC-02-414569 |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*
Zeke Fennel, 6650 Crescent Moon Ct., #307, Raleigh, North Carolina 27606
4800 Kokomo Drive, #311, Sacramento, CA 95835

1. YOU ARE ORDERED TO APPEAR IN PERSON TO TESTIFY AS A WITNESS in this action at the following date, time, and place:

   | Date: Jan. 20, 2005 | Time: 10:00 am | Address: 980 Ninth Street, 16th Floor, Sacramento, CA 95814 |
   |---|---|---|

   a. [ ]  As a deponent who is not a natural person, you are ordered to designate one or more persons to testify on your behalf as to the matters described in item 4. (Code Civ. Proc., § 2025, subd. (d)(6).)
   b. You are ordered to produce the documents and things described in item 3.
   c. [✓] This deposition will be recorded stenographically   [✓] through the instant visual display of testimony, and by [ ] audiotape   [ ] videotape.
   d. [ ]  This videotape deposition is intended for possible use at trial under Code of Civil Procedure section 2025(u)(4).

2. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena. The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.

3. The documents and things to be produced and any testing or sampling being sought are described as follows:

   [✓] Continued on Attachment 3.

4. If the witness is a representative of a business or other entity, the matters upon which the witness is to be examined are described as follows:

   [ ] Continued on Attachment 4.

5. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

6. *At the deposition, you will be asked questions under oath. Questions and answers are recorded stenographically at the deposition; later they are transcribed for possible use at trial. You may read the written record and change any incorrect answers before you sign the deposition. You are entitled to receive witness fees and mileage actually traveled both ways. The money must be paid, at the option of the party giving notice of the deposition, either with service of this subpoena or at the time of the deposition.*

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date issued: Jan. 10, 2005

Jodi Linker
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PERSON ISSUING SUBPOENA)

_____
(TITLE)

(Proof of service on reverse)

DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE
AND PRODUCTION OF DOCUMENTS AND THINGS

Code of Civil Procedure,
§§ 2020, 2025;
Government Code, § 68097.1

American LegalNet, Inc. | www.USCourtForms.com

| PLAINTIFF/PETITIONER: Daniel Garcia, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Thomas F. White, et al. | CGC-02-414569 |

## PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS

1. I served this *Deposition Subpoena for Personal Appearance and Production of Documents and Things* by personally delivering a copy to the person served as follows:

   a. Person served *(name)*:

   b. Address where served:

   c. Date of delivery:

   d. Time of delivery:

   e. Witness fees and mileage both ways *(check one)*:
      (1) ☐ were paid. Amount: . . . . . . . . . . $ _____
      (2) ☐ were not paid.
      (3) ☐ were tendered to the witness's public entity employer as required by Government Code section 68097.2. The amount tendered was *(specify)*: . . . . . . . . $ _____

   f. Fee for service: . . . . . . . . . . . . . . . . . . . . . . $ _____

2. I received this subpoena for service on *(date)*:

3. Person serving:
   a. ☐ Not a registered California process server.
   b. ☐ California sheriff or marshal.
   c. ☐ Registered California process server.
   d. ☐ Employee or independent contractor of a registered California process server.
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b).
   f. ☐ Registered professional photocopier.
   g. ☐ Exempt from registration under Business and Professions Code section 22451.
   h. Name, address, telephone number, and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

(For California sheriff or marshal use only)
I certify that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

982(a)(15.4) [New January 1, 2000]

**PROOF OF SERVICE**
DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE
AND PRODUCTION OF DOCUMENTS AND THINGS

Page two

Any and all writings as defined by California Evidence Code section 250 relating to payments from Thomas F. White, aka Thomas Frank White (SSN 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), whose date of birth is February 14, 1936, and/or payments from Daniel Garcia, aka Daniel Carlos Garcia, aka Daniel Dresser, aka Daniel C. Garcia (SNN 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), including but not limited to all bank statements, deposit records, receipts, checks, and credit cards.

| | CASE NUMBER: |
|---|---|
| PLAINTIFF/PETITIONER: Daniel Garcia, et. al | CGC-02-414569 |
| DEFENDANT/RESPONDENT: Thomas F. White, et. al | |

## PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE
## AND PRODUCTION OF DOCUMENTS AND THINGS

1. I served this *Deposition Subpoena for Personal Appearance and Production of Documents and Things* by personally delivering a copy to the person served as follows:

   a. Person served *(name)*:
      ZEKE FENNELL

   b. Address where served:
      4800 KOKOMO DRIVE, #311, SACRAMENTO, CA 95835

   c. Date of delivery:
      1/10/04

   d. Time of delivery:
      8:45 PM

   e. Witness fees and mileage both ways *(check one)*:
      (1) ☐ were paid. Amount: . . . . . . . . . . . $ _____
      (2) ☒ were not paid.
      (3) ☐ were tendered to the witness's public entity employer as required by Government Code section 68097.2. The amount tendered was *(specify)*: . . . . . . . . . $ _____

   f. Fee for service: . . . . . . . . . . . . . . . . . . . . . $ _____

2. I received this subpoena for service on *(date)*:

3. Person serving:
   a. ☒ Not a registered California process server.
   b. ☐ California sheriff or marshal.
   c. ☐ Registered California process server.
   d. ☐ Employee or independent contractor of a registered California process server.
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b).
   f. ☐ Registered professional photocopier.
   g. ☐ Exempt from registration under Business and Professions Code section 22451.
   h. Name, address, telephone number, and, if applicable, county of registration and number:
      MIKE TRAVERS
      1339 61ST ST
      EMERYVILLE, CA 94608

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/10/04

▷ _____
     [SIGNATURE]

(For California sheriff or marshal use only)
I certify that the foregoing is true and correct.

Date:

▷ _____
     [SIGNATURE]

982(a)(15-1) (New January 1, 2000)

**PROOF OF SERVICE**
**DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE**
**AND PRODUCTION OF DOCUMENTS AND THINGS**

# EXHIBIT B

CLARENCE & DYER LLP
Nanci L. Clarence (Bar No. 122286)
Kate Dyer (Bar No. 171891)
Jodi Linker (Bar No. 230273)
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

Attorneys for Defendant Thomas F. White

## SUPERIOR COURT OF CALIFORNIA

## CITY AND COUNTY OF SAN FRANCISCO

| | |
|---|---|
| DANIEL GARCIA, et al., | Case No.: No. CGC-02-414569 |
| Plaintiffs, | NOTICE OF TAKING DEPOSITION OF WITNESS ZEKE FENNELL |
| vs. | |
| THOMAS F. WHITE, NATHAN LOVAAS, and DOES 1 through 20 inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at 10:00 PM, on February 4, 2005 at 980 Ninth Street, 16th Floor, Sacramento, CA 95814, defendant THOMAS WHITE will take the deposition of the witness, Zeke Fennell, whose address is 6650 Crescent Moon Ct., #307, Raleigh, North Carolina, 27606 or 4800 Kokomo Drive, Sacramento, CA 95835, upon oral examination before a court reporter of the state of California, duly authorized to administer an oath. Said deposition will continue from day to day, excluding weekends and holidays, until completed.

///

///

1    PLEASE TAKE FURTHER NOTICE that the testimony will be recorded by stenographic means

2  through the instant visual display of the testimony. Defendants intend to use the transcript at trial in lieu

3  of live testimony, or in addition to live testimony.

4    A copy of the deposition subpoena is attached as Exhibit A.

5    Dated: January 28, 2005

6                                        CLARENCE & DYER LLP

7

8

9                           By: _____
                                JODI LINKER
10                              Attorney for Defendant Thomas F. White

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF DEPOSITON OF WITNESS ZEKE FENNELL
CASE NO.: CGC-02-414569                                                  2

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| JODI LINKER, SBN230273<br>Clarence & Dyer LLP<br>899 Ellis Street<br>San Francisco, CA 94109<br>TELEPHONE NO.: 415.749.1800   FAX NO.: 415.749.1694<br>ATTORNEY FOR *(Name):* Thomas F. White | |

NAME OF COURT: Superior Court of California, County of San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94109
BRANCH NAME:

PLAINTIFF/ PETITIONER: Daniel Garcia, et. al

DEFENDANT/ RESPONDENT: Thomas F. White, et. al

| DEPOSITION SUBPOENA<br>For Personal Appearance and Production of Documents and Things | CASE NUMBER:<br>CGC-02-414569 |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*
Zeke Fennel, 6650 Crescent Moon Ct., #307, Raleigh, North Carolina 27606
4800 Kokomo Drive, #311, Sacramento, CA 95835

1. **YOU ARE ORDERED TO APPEAR IN PERSON TO TESTIFY AS A WITNESS** in this action at the following date, time, and place:

| Date: Feb. 4, 2005 | Time: 10:00 am | Address: 980 Ninth Street, 16th Floor, Sacramento, CA 95814 |
|---|---|---|

   a. ☐ As a deponent who is not a natural person, you are ordered to designate one or more persons to testify on your behalf as to the matters described in item 4. (Code Civ. Proc., § 2025, subd. (d)(6).)
   b. You are ordered to produce the documents and things described in item 3.
   c. ☑ This deposition will be recorded stenographically ☑ through the instant visual display of testimony, and by ☐ audiotape ☐ videotape.
   d. ☐ This videotape deposition is intended for possible use at trial under Code of Civil Procedure section 2025(u)(4).

2. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena. The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.

3. The documents and things to be produced and any testing or sampling being sought are described as follows:

   ☑ Continued on Attachment 3.

4. If the witness is a representative of a business or other entity, the matters upon which the witness is to be examined are described as follows:

   ☐ Continued on Attachment 4.

5. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

6. *At the deposition, you will be asked questions under oath. Questions and answers are recorded stenographically at the deposition; later they are transcribed for possible use at trial. You may read the written record and change any incorrect answers before you sign the deposition. You are entitled to receive witness fees and mileage actually traveled both ways. The money must be paid, at the option of the party giving notice of the deposition, either with service of this subpoena or at the time of the deposition.*

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date issued: Jan. 27, 2005

Jodi Linker
*(TYPE OR PRINT NAME)*

                                                                 (SIGNATURE OF PERSON ISSUING SUBPOENA)

                                                                     (TITLE)

*(Proof of service on reverse)*

Form Adopted for Mandatory Use<br>Judicial Council of California<br>982(a)(15.4) [New January 1, 2000]

**DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE
AND PRODUCTION OF DOCUMENTS AND THINGS**

Code of Civil Procedure,<br>§§ 2020, 2025;<br>Government Code, § 68097.1<br>American LegalNet, Inc. | www.USCourtForms.com

Attachment 3

Any and all writings as defined by California Evidence Code section 250, including but
not limited to all writings in electronic form, that refer or relate to Thomas F. White, aka
Thomas Frank White (SSN 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), whose date of birth is February 14, 1936,
and/or Daniel Garcia, aka Daniel Carlos Garcia, aka Daniel Dresser, aka Daniel C.
Garcia (SNN 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), and/or Nathan Lovaas.

Any and all writings as defined by California Evidence Code section 250, relating to
payments from Thomas F. White, aka Thomas Frank White (SSN 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), whose
date of birth is February 14, 1936, and/or Daniel Garcia, aka Daniel Carlos Garcia, aka
Daniel Dresser, aka Daniel C. Garcia (SNN 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), including but not limited to all
bank statements deposit records receipts checks, and credit cards.

| PLAINTIFF/PETITIONER: Daniel Garcia, et. al | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Thomas F. White, et. al | CGC-02-414569 |

## PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS

1. I served this *Deposition Subpoena for Personal Appearance and Production of Documents and Things* by personally delivering a copy to the person served as follows:

   a. Person served *(name)*: Shawn Azizzadeh, Attorney for Zeke Fennell

   b. Address where served: The Clift Hotel
      495 Geary St
      SF, CA 94102

   c. Date of delivery: 1/27/05

   d. Time of delivery: 11:35 pm

   e. Witness fees and mileage both ways *(check one)*:
      (1) ☐ were paid. Amount: . . . . . . . . . . $ _____
      (2) ☒ were not paid.
      (3) ☐ were tendered to the witness's
          public entity employer as
          required by Government Code
          section 68097.2. The amount
          tendered was *(specify)*: . . . . . . . . $ _____

   f. Fee for service: . . . . . . . . . . . . . . . . . . . . . . $ _____

2. I received this subpoena for service on *(date)*:

3. Person serving:
   a. ☒ Not a registered California process server.
   b. ☐ California sheriff or marshal.
   c. ☐ Registered California process server.
   d. ☐ Employee or independent contractor of a registered California process server.
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b).
   f. ☐ Registered professional photocopier.
   g. ☐ Exempt from registration under Business and Professions Code section 22451.
   h. Name, address, telephone number, and, if applicable, county of registration and number:

I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/28/05

▶ _Jodi Zinker_ (SIGNATURE)

**(For California sheriff or marshal use only)**
I **certify** that the foregoing is true and correct.

Date:

▶ _____ (SIGNATURE)

**PROOF OF SERVICE**
**DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE**
**AND PRODUCTION OF DOCUMENTS AND THINGS**

**Proof of Service**

I, Daniel Portman, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On January 28, 2005, I served a copy, with all exhibits, of the following documents:

• NOTICE OF DEPOSITION OF WITNESS ZEKE FENNELL

_____ (BY MAIL) I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service. Following ordinary business practices and placing a true copy of the above-referenced document(s) enclosed in a sealed envelope, with postage fully prepaid, in the United States mail at San Francisco, California, addressed as below:

__X__ (BY FAX) By transmitting by facsimile machine to the number addressed as below; the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

_____ (BY PERSONAL SERVICE) By personally delivering a copy of said documents to the address(es) below:

_____ (BY OVERNIGHT SERVICE) By depositing copies of the above documents in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for as noted below:

Attorney for Plaintiffs                          Attorneys for Plaintiffs (via mail)
John Hill, Esq.                                  David Replogle, Esq.
8105 Edgewater Drive, Suite 100                  550 Montgomery Street, Suite 550
Oakland, CA 94621                                San Francisco, CA 94111

Attorney for Defendant Nathan Lovaas
Bill Berland, Esq.
1816 5th Street
Berkeley, CA 94710

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

_Daniel Portman_

Daniel Portman

NOTICE OF DEPOSITON OF WITNESS ZEKE FENNELL
CASE NO.: CGC-02-414569

3

# EXHIBIT C

LAW OFFICES OF

# DAVID REPLOGLE
### A PROFESSIONAL CORPORATION

550 MONTGOMERY STREET, SUITE 550
SAN FRANCISCO, CALIFORNIA 94111

TELEPHONE
(415) 362-4700

FACSIMILE
(415) 781-6683

January 28, 2005

VIA FACSIMILE TO: (415) 749-1694

Nanci L. Clarence
Clarence & Dyer
899 Ellis Street
San Francisco, CA 94109

> Re:   Garcia, *et al.* v. White, *et al.*;
>       San Francisco Superior Court;
>       Case Number 414569

Dear Ms. Clarence:

I understand that you are in possession of property stolen from Daniel Garcia by Zeke Fennel in November of 2003.

In November of 2003 Mr. Fennel took Mr. Garcia's computer which contained many documents concerning the referenced action and correspondence with counsel. Mr. Garcia filed a police report on this theft with the Rockland Police Department in the first week of December of 2003.

After the computer was taken, and the information downloaded by Mr. Fennel, Mr. Garcia was contacted by a lawyer in Los Angeles by the name of Shawn Azzizadeh. The lawyer said they if Mr. Garcia did not pay Mr. Fennel $100,000 that they would, among other things, contact Mr. White's attorneys with the information they had.

You should also be aware that after the death of his father, Zeke Fennel impersonated his father, using his dead father's credit cards.  We believe that the amount charged was in the $150,000 range. Apparently, the attempt to extort money from Mr. Garcia was done in an attempt to cover Mr. Fennel's credit card fraud.

In view of the fact that the documents you have are stolen property, and the fact that you now are on notice that they were stolen,

Nanci Clarence
January 28, 2005
Page two

demand is made that you return all such documents to my office by 5:00 p.m.
today. If the documents are not returned to their rightful owner, a police
report will be filed with the San Francisco Police Department against you for
the receipt of stolen property, among other things.

Very truly yours,

DAVID REPLOGLE