1  DAVID REPLOGLE, SBN 077875
   LAW OFFICES OF DAVID REPLOGLE
2  A Professional Corporation
   550 Montgomery Street, Suite 550
3  San Francisco, California 94105
   Telephone: (415) 362-4700
4  Facsimile: (415) 781-6683

5  JOHN E. HILL, SBN 045338
   LAW OFFICES OF JOHN E. HILL
6  A Professional Corporation
   8105 Edgewater Drive, Suite 100
7  Oakland, California 94621
   Telephone: (510) 588-1000
8  Facsimile: (510) 588-1087

9  Attorneys for Plaintiffs Jose Roe I through
   Jose Roe IV, by their guardian ad litem,
10 and Carlos Roe I through Carlos Roe XVIII

11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                SAN FRANCISCO DIVISION

15 JOSE ROE I, a minor, through     )   Case No. No. C-03-4035-CRB
   JOSE ROE IV, a minor, by         )
16 MAURICIO RODRIGUEZ BORREGO,       )   DECLARATION OF DAVID
   their  guardian ad litem; and    )   REPLOGLE REGARDING
17 CARLOS ROE I through CARLOS       )   EX PARTE MOTION TO
   ROE XVIII, inclusive,            )   RETURN EVIDENCE
18                                   )
              Plaintiffs,            )
19                                   )
           vs.                       )
20                                   )
   THOMAS F. WHITE,                  )   Date: February 14, 2005
21 NATHAN LOVAAS,                    )   Time: 3:30 p.m.
   ARTHUR J. COLLINGSWORTH,          )   Courtroom: 8, 19th Floor
22 and DOES 1 through 100,           )
   inclusive,                        )
23                                   )
              Defendants.            )
24 _____  )

25        I, David Replogle, declare and state:

26        1.  I am an attorney licensed to practice before all courts of the

27 State of California, a member of the bar of this Court, and the sole shareholder

28

1   of the Law Offices of David Replogle, a Professional Corporation, attorneys for

2   Plaintiffs in the above-captioned action.   The following facts are known to me

3   personally and if called as a witness I could, and would, testify competently

4   thereto.

5          2.   This morning, for the first time, I was advised by defense

6   counsel of their various meetings and communications with court staff last

7   week concerning evidence apparently now in the custody of the FBI.

8          3.   The documents are stolen property.   Zeke Fennell stole them

9   from Daniel Garcia in November of 2003.   According to an independent

10  witness, Mr. Fennell then refused to return them to Mr. Garcia.   According to

11  Mr. Garcia, Mr. Fennell and his lawyer, Shawn Azizzedah, threatened to turn

12  them over to White's lawyers unless Mr. Garcia paid them $100,000.

13         4.   On Friday of last week at 6:22 p.m. I was also advised that

14  defense counsel had deposited the documents with Judge William Cahill,

15  Retired, the JAMS mediator appointed to hear discovery disputes in the state

16  court action of *Garcia, et al.* v. *White, et al.*; San Francisco County Superior

17  Court case number 414569.   A copy of Ms. Clarence's letter to Judge Cahill is

18  attached hereto, marked Exhibit "A" and incorporated herein.

19         5.   This morning, before I had learned of the ex parte application

20  defense counsel has now filed with this court, I wrote to Judge Cahill to explain

21  the circumstances and request that he return the documents to their rightful

22  owner.   A copy of my letter to Judge Cahill, together with all enclosures, is

23  attached hereto, marked Exhibit "B" and incorporated herein.

24         6.   I also, before learning of this ex parte motion, advised Mr.

25  Fennell's lawyer that I would be seeking an ex parte writ of possession before

26  the Sacramento Superior Court on February 15, 2005 at 9:00 a.m.   I provided

27  Ms. Clarence with a copy of that written notice.   A copy of my letter to Mr.

28

DECLARATION RE MOTION FOR RETURN OF EVIDENCE
ROE V. WHITE, USDC C-03-4035-CRB                                          -2-

1    Azizzadeh is attached hereto, marked Exhibit "C" and incorporated herein.

2         7.   Attached to the letter to Judge Cahill (Exhibit B) is a

3    declaration from Daniel Garcia and a declaration from an independent witness,

4    Robert Tamo.    Those declarations detail how Mr. Fennell stole the property

5    and then refused to return it after repeated demands.    There is also, I

6    understand, a police report that was filed at that time with the Rocklin Police

7    Department and a follow up report filed with the Modesto Police.

8         8.   **Zeke Fennell has not provided this court with any**

9    **testimony disputing the fact that he stole the documents from Daniel**

10   **Garcia in November of 2003.**    Defense counsel has provided no other

11   competent evidence to refute the fact that the documents were stolen by Mr.

12   Fennell.    In the papers filed with the court there is no statement by Mr.

13   Fennell disputing the declarations of Mr. Garcia and that of Robert Tamo, an

14   independent witness.

15        9.   Because White has no defense to the state court action, his

16   lawyers have embarked on an orchestrated smear campaign against Daniel

17   Garcia.    I have received several reports that their investigators have gone to

18   Mr. Garcia's hometown and called him everything from a male prostitute to a

19   pedophile himself, all in an effort, apparently, to discredit him.    Furthermore,

20   rather than deposing witnesses who might have evidence of the molestation,

21   White's lawyers have simply scoured the Central Valley for anyone who might

22   have a grudge against Daniel Garcia.    It appears that all they have come up

23   with is a group of documents which were stolen by Mr. Fennell.

24        10.   I have no idea what documents are now in the possession of

25   the FBI.  Although White's lawyers insinuate that I might have obtained

26   confidential communications, I have not.    I would also be surprised if any

27   such documents exist since Mr. White has been in a Thai prison for over 2

28

1   years and I have been told by his lawyers that the only way they can

2   meaningfully communicate with him is in person in Bangkok.

3          11.   If the court is inclined to take any action, I believe that to the

4   extent that the documents contain confidential communications between White

5   and his lawyers that those documents should be returned to them.   However,

6   all other documents should be returned to their rightful owner, Daniel Garcia.

7   If defense counsel needs access to discoverable documents, they should be

8   required  to utilize statutory discovery means and not rely on the receipt of

9   stolen property.

10         I declare under penalty of perjury under the laws of the State of

11   California and of the United States of America that the foregoing is true and

12   correct of my own personal knowledge, except as to matters set forth on

13   information and belief, and as to those matters, I believe them to be true.

14         Executed on February 14, 2004 at San Francisco, California.

15

16                              *David Replogle*
                      _____

17                              DAVID REPLOGLE

18

19

20

21

22

23

24

25

26

27

28

1

2  ## **PROOF OF ELECTRONIC SERVICE**

3         I declare under penalty of perjury that the foregoing is true and
correct:

4

5         I am a citizen of the United States over the age of eighteen years,
employed in the City and County of San Francisco, California, and not a party
to the within entitled cause;  my business address is 550 Montgomery Street,

6  Suite 550, San Francisco, California.

7         On February 14, 2005 I served the following:

8  **DECLARATION RE MOTION FOR RETURN OF
EVIDENCE**

9

10  on the interested party(ies) in said cause, by causing an electronic delivery
subject to 28 U.S.C. § 1746, Locals Rules or General Orders of this Court
regarding Electronic Case Filing.   All pleadings and papers must be

11  electronically served in accordance with those Rules or General Orders.

12

13  Nanci Clarence             Attorneys for Defendant
Clarence, Snell & Dyer     Thomas F. White

14  899 Ellis Street
San Francisco, CA 94109
E-mail: nclarence@clarencedyer.com

15

16  William Berland          Attorneys for Defendant
Ferguson & Berland       Nathan Lovaas

17  1816 Fifth St.
Berkeley, CA 94710
E-mail: bberland@pacbell.net

18

19  Gilbert Eisenberg        Attorneys for Defendant
400 Montgomery St., Ste. 200  Arthur Collingsworth

20  San Francisco, CA 94104
E-mail: g.eisenberg@sbcglobal.net

21

22         I declare under penalty of perjury that the foregoing is true and
correct and that this declaration was executed on February 15, 2005 at San
Francisco, California.

23

24               *David Replogle*
             _____

25               DAVID REPLOGLE

26

27

28