DAVID REPLOGLE, SBN 077875
LAW OFFICES OF DAVID REPLOGLE
A Professional Corporation
550 Montgomery Street, Suite 550
San Francisco, California 94105
Telephone: (415) 362-4700
Facsimile: (415) 781-6683

JOHN E. HILL, SBN 045338
LAW OFFICES OF JOHN E. HILL
A Professional Corporation
8105 Edgewater Drive, Suite 100
Oakland, California 94621
Telephone: (510) 588-1000
Facsimile: (510) 588-1087

Attorneys for Plaintiffs Jose Roe I through Jose Roe IV, by their guardian ad litem, and Carlos Roe I through Carlos Roe XVIII

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ROE I, a minor, through JOSE ROE IV, a minor, by MAURICIO RODRIGUEZ BORREGO, their guardian ad litem; and CARLOS ROE I through CARLOS ROE XVIII, inclusive,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>THOMAS F. WHITE, NATHAN LOVAAS, ARTHUR J. COLLINGSWORTH, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. No. C-03-4035-CRB |

**DECLARATION OF DAVID REPLOGLE**

**IN OPPOSITION TO MOTION TO DISMISS**

I, David Replogle, declare and state:

DECLARATION IN OPPOSITION TO MOTION TO DISMISS
ROE V. WHITE, USDC C-03-4035-CRB                                    -1-

1. I am an attorney licensed to practice before all courts of the State of California, a member of the bar of this court and the sole shareholder of the Law Offices of David Replogle, a Professional Corporation, attorneys for Plaintiffs in the above action. The following facts are known to me personally, and if called as a witness I could, and would, testify competently thereto.

2. This case, and the heightened awareness of the problems caused by child sex tourism, has received a fair amount of press coverage in the past few years. A copy of the People Magazine article concerning Thomas F. White that appeared in October of 2003 is attached hereto, marked Exhibit "A" and incorporated herein. A copy of a recent article in the New York Times concerning the government's pursuit of child sex tourists is attached hereto, marked Exhibit "B" and incorporated herein.

3. The Administration has also spoken out on the issue. A copy of President Bush's remarks before the United Nations in which he discusses the issue on page 4 is attached hereto, marked Exhibit "C" and incorporated herein. A copy of Secretary of State Powell's 2004 interview with Dateline is attached hereto, marked Exhibit "D" and incorporated herein.

4. I have turned over every discoverable document in my possession or control to Defendants. Most of the documents were provided to them approximately 2 months ago. The only remaining discoverable documents (the pictures of the victims and the birth certificates I have collected to date) were provided to defense counsel on March 11, 2005. Documents covered by the work product doctrine and/or the attorney-client privilege were not disclosed.

5. Since at least December 15, 2004, I have repeatedly offered to permit defense counsel to interview the Plaintiffs in preparation for a deposition. Counsel for Defendant White did not agree to interviewing the

1  Plaintiffs until being advised by the court to do so on March 11, 2005.
2  Defense counsel has agreed to interview some of the Plaintiffs beginning on
3  Friday, March 18, 2005.
4      I declare under penalty of perjury under the laws of the United
5  States of America and the State of California that the foregoing is true and
6  correct of my own personal knowledge, except as to matters set forth on
7  information and belief, and as to those matters, I believe them to be true.
8      Executed on March 14, 2005 at San Francisco, California.

*David Replogle*

_____
DAVID REPLOGLE

DECLARATION IN OPPOSITION TO MOTION TO DISMISS
ROE V. WHITE, USDC C-03-4035-CRB                                    -3-

## PROOF OF ELECTRONIC SERVICE

I declare under penalty of perjury that the foregoing is true and correct:

I am a citizen of the United States over the age of eighteen years, employed in the City and County of San Francisco, California, and not a party to the within entitled cause; my business address is 550 Montgomery Street, Suite 550, San Francisco, California.

On March 14, 2005 I served the following:

**DECLARATION OF MAURICIO RODRIGUEZ BORREGO IN OPPOSITION TO MOTION TO DISMISS**

on the interested party(ies) in said cause, by causing an electronic delivery subject to 28 U.S.C. § 1746, Local Rules or General Orders of this Court regarding Electronic Case Filing addressed as follows:

| | |
|---|---|
| Nanci Clarence<br>Clarence, Snell & Dyer<br>899 Ellis Street<br>San Francisco, CA 94109<br>E-mail: nclarence@clarencedyer.com | Attorneys for Defendant<br>Thomas F. White |
| William Berland<br>Ferguson & Berland<br>1816 Fifth St.<br>Berkeley, CA 94710<br>E-mail: bberland@pacbell.net | Attorneys for Defendant<br>Nathan Lovaas |
| Gilbert Eisenberg<br>632 Commercial Street<br>San Francisco, CA 94104<br>E-mail: g.eisenberg@sbcglobal.net | Attorneys for Defendant<br>Arthur J. Collingsworth |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 14, 2005 at San Francisco, California.

*David Replogle*

_____
DAVID REPLOGLE

# EXHIBIT A

Crime



"I felt dirty," says alleged victim Josh Beam (left, in front of White's San Francisco home with fellow accuser Danny Garcia).

# Child Savior or Predator in Disguise?

### Posing as a philanthropist, police say, San Francisco millionaire Thomas White molested needy boys



"This person is sick," says a Mexican prosecutor of White (after his capture).

Josh Beam was a country boy new to the city when a mutual friend invited him to the home of San Francisco millionaire Thomas White in 2000. The house, says Beam, had everything: a roof deck with a view of the Golden Gate Bridge, a hot tub, even a private disco. After downing several glasses of Scotch, Beam, who was 16 at the time, says he accepted an invitation from White, then 65, to strip naked and jump into the hot tub. What happened next, according to Beam, was both consensual—and illegal. "I let it all happen," says Beam, who alleges White had sex with him repeatedly over the next two years. "But I was taken advantage of, to say the least."

Now Beam and another San Francisco man, Danny Garcia, 20, are suing White for most of his $100 million fortune, claiming the older man had unlawful sex with them when they were minors. Last month a 14 year-old Mexican boy also filed suit, alleging White molested him starting at age 9. In a statement, White's lawyers call their client a "target of false claims brought in the hope of financial gain." But he faces other legal woes: As the result of an investigation spanning two continents, police in Thailand arrested White earlier this year on child-sex charges brought in Mexico. There, 14 boys have accused him of coercing them into having sex and filming some of the acts—all while he was building a $2.5 million school for orphans.

"Behind the curtain of being a philanthropist, he was doing so many dark things," says Maria Nicolasa Garcia Reynoso, 39, a children's rights activist who first reported White to officials in 2000. Child-welfare advocates say the White case is part of a decadelong increase in child-sex tourism. In Mexico as many as 16,000 children survive by selling their bodies, often to Amer-

## Crime



White's palatial Mexican home is patrolled by armed guards and rottweilers.

accused attorney denies the charges.

In San Francisco—where White was known as a successful businessman and the father of an adopted son—many cannot believe such allegations. A Chicago native, he founded his brokerage firm Thomas White & Co. in 1978. "He started on his dining-room table and ended up with a company worth $50 to $100 million," says a pal, insurance agent John Schwobeda. White bought a multimillion-dollar home and gave generously to the San Francisco Ballet and a local gay and lesbian center. "I've known him to be a decent guy," says

> "When it was my turn, he told me he gives me 50 pesos for him to [have oral sex with me]."
> —from a deposition by MIGUEL, 10, a Puerto Vallarta bubble-gum seller

icans. "These tourists live double lives," says Juan Manuel Estrada, president of FIND, a Guadalajara missing-children's group. "They come here to live out fantasies."

In California the FBI has seized computer files from White's home, and on Sept. 16 arrested his assistant Nathan Lovaas and charged him with trafficking in child pornography and traveling for sex with a minor. Meanwhile, White remains in Thailand fighting extradition to Mexico, where he faces a possible 20-year sentence (a final hearing is scheduled for Oct. 10). His Mexican attorneys say the prosecution is the result of a vendetta. "White is the victim of a conspiracy by a person who claims to be a human-rights organizer," says lawyer José Maria Ortega Padilla. "Most of the boys were pressured by [Garcia Reynoso], and most have made retractions." Garcia Reynoso has countered by suing someone she says is one of White's Mexican legal team, claiming he bribed those who recanted with food, clothes and more. "They were being offered $20 and a bike to change their stories," says David Replogle, the lawyer who represents the California plaintiffs. The

Wayne Friday, a police commissioner and newspaper columnist.

For a time White was also admired in Puerto Vallarta, where he bought an estate named Casa Blanca (the White House) in 1998. He won praise by bringing clean water to a poor village and in 1999 broke ground for Los Niños de Vallarta (the Children of Vallarta), a school for 100 orphans, with a pool and computer labs.

By then Garcia Reynoso, an ex-seamstress who works for a group called the Mexican Human Rights Front, had heard tales about the Casa Blanca. "The boys began telling me about this gringo named Tom who asked them to take their clothes off," she recalls. Garcia Reynoso videotaped some of the boys' stories and gave them to officials, who eventually denied White a permit to open the school.

In early 2001 authorities issued an arrest warrant, but White had already fled. Traveling to Russia, Costa Rica, Chile and other countries, he settled in Thailand in May 2002, buying a villa near the beach. "We don't know what to think," says one Thai resort manager about White's arrest. "In my eyes, he is very kind." But to others, like alleged San Francisco victim Josh Beam, White's kindly facade masked sinister motives. "I convinced myself he cared," says Beam. "Now I want to take back what was taken from me."

**J.D. HEYMAN**
**Adrienne Bard** in Puerto Vallarta, **Frank Swertlow** and **Maureen Harrington** in San Francisco, **John Perra** in New York City and **Karen Emmons** in Thailand



"I couldn't close my eyes to what happened," says children's rights activist Garcia Reynoso.

# EXHIBIT B

# The New York Times

Copyright © 2004 The New York Times

TUESDAY, JUNE 8, 2004

## U.S. Is Now Pursuing Americans Who Commit Sex Crimes Overseas



Ads are being placed at airports in several countries as warnings.

### By ERIC LICHTBLAU and JAMES DAO

WASHINGTON, June 7 — One suspect was a convicted pedophile from Baltimore accused of molesting boys in two Asian countries. Another was a doctor from Georgia who the Russian police said drugged his young victims in a St. Petersburg hotel. A third was a retired Army sergeant from Seattle who may have molested up to 50 children.

The three men would once have almost certainly fallen outside the grasp of United States prosecutors. But with the long arm of American law growing ever longer, all three could face significant prison sentences in the United States because of a measure passed by Congress last year that gives federal officials much more power to prosecute people suspected of molesting children on foreign soil. Officials have already used their expanded authority to prosecute five American men, four of whom are awaiting trial. Dozens more investigations are under way from Sri Lanka to Costa Rica.

American officials are hoping their investigations will help break what they believe are shadowy Internet networks used by pedophiles to share photographs of children and travel tips about countries with thriving child sex industries.

But so far, prosecutions under the new law have focused on people who traveled on their own.

The initiative dovetails with two priorities for the Bush administration: adopting a more aggressive agenda abroad to protect American interests at home and attacking what President Bush has called the "special evil" of child trafficking and exploitation. In the process, federal officials have forged an alliance with humanitarian groups in exposing havens for so-called sex tourists.

"We're no longer having to fight alone on this," said Joseph Mettimano, child protection policy adviser for a Christian-based group called World Vision. "We have a very active and very engaged government power working with us now."

But that new power is also prompting debate in federal courts and in public policy circles over how far the United States can and should go to combat child exploitation abroad.

Some critics of the initiative, including defense lawyers and law professors, question why, at a time of pressing counterterrorism needs at home, investigators from the Department of Homeland Security are using scarce resources to go after molesters abroad. Others accuse the Bush administration and Congress of overreaching by seeking to create what amounts to a global police presence. "What we're seeing is the ever-expanding authority of the federal government in the criminal justice arena," said Mike Filipovic, a public defender in Seattle who represents Michael L. Clark, the former sergeant picked up in Cambodia.

"Stopping child abuse is a laudable goal, but it's really somewhat patronizing to these other countries to say that we feel that the only way to solve this problem is for us to do it for you," Mr. Filipovic said. "The issue here is should our government be able to prosecute our citizens for acts committed anywhere in the world?"

Some child-advocacy groups estimate that as many as 25 percent of all sex tourists abroad come from the United States. Although the data is inexact, Americans who have sex with children abroad are thought to number in the thousands, with hardcore pedophiles, casual tourists and

# U.S. Prosecutors Are Pursuing American Citizens Who Commit Sex Crimes Overseas

business people taking advantage of lax enforcement, child advocacy groups and American officials say.

Indeed, some countries in Southeast Asia and Latin America are now seen as havens for molesters, turning a blind eye or even tacitly welcoming such tourists to promote their economies, experts say. Against that backdrop, agents for the Bureau of Immigration and Customs Enforcement, within the Department of Homeland Security, have mounted an aggressive effort with their new power. Investigations number in the dozens, officials said, with targets in Cambodia, the Philippines, Thailand, Sri Lanka, India, Russia, Mexico, Costa Rica and elsewhere.

American agents are careful to open investigations only with the cooperation of host countries, said Michael J. Garcia, who oversees immigration and customs enforcement. In Cambodia, for instance, the police have in several cases charged Americans under local ordinances, then held them for extradition in close coordination with American officials.

And in the Washington suburbs, several analysts at the immigration agency's cybercrimes unit now peruse the Internet and follow tips about sex tourism networks abroad.

The government's expanded legal authority to pursue molesters abroad comes as part of a 2003 federal law known as the Protect Act, a package of child-protection measures best known for the creation of the Amber Alert for missing children. A more obscure provision eliminated an obstacle for prosecutors seeking charges against Americans accused of molesting children abroad.

Previously, prosecutors had to prove that a suspect left the United States "for the purpose" of molesting a child, a standard that authorities said made it almost impossible to bring charges. The Protect Act eliminated that and imposed a 30-year sentence for a conviction.

"The big change here," said Charles A. Ray, the American ambassador to Cambodia, "is that we can actually take aggressive action against these people and see results."

Mr. Clark, who lived in Cambodia for about five years before his arrest and had returned occasionally to Seattle, is the first to challenge the new law. According to the criminal complaint against Mr. Clark, he told investigators that he had molested "approximately 40 to 50 children, stating that some of them may have been 18 years old." He was charged with molesting two boys and pleaded guilty to the charges in March. But he also argued that the legal expansion was unconstitutional and an abuse of Congress' authority to regulate commerce.

On April 26 a federal judge in Seattle upheld the constitutionality of the law, saying Congress had acted within its power. Mr. Clark is to be sentenced June 25 but may still appeal the ruling.

American officials acknowledge that privately, some countries remain wary of working so closely with United States agencies. But so far, American officials say, foreign nations have been largely receptive.

Cambodia, in particular, is considered "a paradise" for foreign pedophiles, said Aarti Kapoor, a lawyer with a Cambodia-based group that assists prostitutes and abuse victims. Many residents are young and impoverished, the country's judicial system is prone to bribery and corruption and neighboring Thailand—also a favorite destination for sex tourists — has cracked down on the sex trade, Ms. Kapoor said. "U.S. law enforcement represents the only hope of finding justice," she said.

Federal officials point to Richard Arthur Schmidt as just the kind of person that the new law was intended to snare.

Mr. Schmidt, 61, is a former schoolteacher from the Baltimore area who was repeatedly arrested in the mid-1980's for abusing boys.

In 1987, Mr. Schmidt was sentenced to an 18-year prison term after being convicted of multiple counts of sexually abusing a 12-year-old boy in Baltimore, court records show. He served 13 years, spending part of that time enrolled in a sex-offender program, officials said.

In 2000, he was released early for good behavior and settled in an upscale neighborhood in north Baltimore. But in 2003, state investigators said that he had tried to take pornographic photographs of two boys in the Baltimore area, state officials said. A warrant for his arrest was issued, but he fled, first to North Carolina and then to the Philippines.

Last year, the Philippine police arrested Mr. Schmidt and charged him with having sex with underage boys. He fled again, this time to Cambodia. And within weeks, he was again spotted having liaisons with young boys.

This time, workers with private child welfare organizations spotted Mr. Schmidt taking a Cambodian boy to his apartment in Phnom Penh. According to court papers, the workers called the Cambodian police, who arrested Mr. Schmidt. Cambodian officials notified American investigators, who interviewed Mr. Schmidt him and began building a case for his indictment in the United States.

Two Cambodian brothers, ages 10 and 13, told investigators that Mr. Schmidt had taken them to his apartment several times, teaching them English and computer games, then photographing them naked in the shower. A Cambodian judge released Mr. Schmidt last Dec. 25, but confiscated his passport and placed him on police watch.

Two days later, a social worker with a French group, Action for the Children, saw Mr. Schmidt check into a guesthouse with a 12-year-old boy, officials said. The social worker, who had been tailing Mr. Schmidt, called the police, who arrested Mr. Schmidt again. The boy later told investigators that Mr. Schmidt had sodomized him.

Mr. Schmidt was returned to Baltimore in February to face charges under the Protect Act and is in jail awaiting trial. His lawyer could not be reached for comment.

One group, the International Justice Mission, has investigators who build cases against suspected offenders, then turn the evidence over to law enforcement officials. The group has also been training Cambodian police in collecting evidence that can be used in American courts.

Another group, World Vision, serves as a clearinghouse for tips on foreign sexual predators and has mounted a $2-million advertising campaign, financed in part by the State Department, to warn Americans against committing sexual offenses abroad. The group plans campaigns in Thailand and Costa Rica, and with billboards near the airport in Phnom Penh and elsewhere in Cambodia.

"Abuse a child in this country," reads one poster, "go to jail in yours."



Aarti Kapoor, right, a lawyer with a Cambodia-based group that assists prostitutes and abuse victims, with a 19-year-old victim.

*Associated Press*

**CASEBOOK**

## More Power for Sex-Crime Prosecutions

Five men in the United States have been charged under a provision passed by Congress last year that gives the authorities broad power to prosecute Americans for sex crimes against minors committed overseas. Four of the five are now awaiting trial. One, Michael L. Clark, has pleaded guilty and will be sentenced on June 25.

| **Michael L. Clark**, 70 | **Gary E. Jackson**, 56 | **Gregory C. Kapordelis**, 43 | **Richard A. Schmidt**, 61 | **John W. Seljan**, 86 |
|---|---|---|---|---|
| *Seattle* | *Bainbridge I., Wash.* | *Gainesville, Ga.* | *Baltimore* | *Garden Grove, Calif.* |
| An Army veteran, he was charged in September 2003 with having sexual relations in Cambodia with two boys, approximately ages 10 and 13. | He was charged in November 2003 with having sexual relations with three boys in Cambodia. The authorities said he used a camera to record his sexual contact with the boys. | An anesthesiologist and physician at summer camps, he was charged in April 2004 with molesting underage boys at a hotel in St. Petersburg, Russia, in 2003. | A former schoolteacher, he was charged in February 2004 with several counts of molesting underage boys in the Philippines and Cambodia. | He has been charged with attempting to fly to the Philippines to have sex with two pre-teenage girls. He was arrested at Los Angeles International Airport in October 2003 carrying pornography. |

Source: Immigration and Customs Enforcement, Department of Homeland Security

*The New York Times*