**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **March 29, 2005**

**C-03-04035 CRB**

**JOSE ROE** v. **THOMAS F. WHITE**

Attorneys:      David Replogle              Nanci Clarence, Kate Dyer, Jodi Linker

               John Hill                   Gil Eisenberg, Gregory Wilson

Deputy Clerk: **BARBARA ESPINOZA**        Reporter: **Rosita Flores**

**PROCEEDINGS:**                                           **RULING:**

1. D's Motion to Dismiss for Forum Non Conveniens         Denied

2. Alternative to Continue Trial Date                     Granted

3. _____         _____

**ORDERED AFTER HEARING:**

The Court vacates trial date of 8/01/05 and set new date for pre trial conference and jury trial

( ) ORDER TO BE PREPARED BY:   Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For: _____
         ( )By Court         ( )Parties to approach Chief Magistrate in future

( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date Oct. 04, 2005 @ 2:30 p.m.  Trial Date Oct. 11, 2005 @ 8:30 a.m.  Set for _____ days
                              Type of Trial:  (X)Jury   ( )Court

Notes: _____