

| | **CLARENCE** | |
|---|---|---|
| Nanci L. Clarence | | Attorneys At Law |
| Kate Dyer | **& DYER** LLP | 899 Ellis Street |
| Jodi Linker | | San Francisco, CA 94109 |
| Joshua H. Lerner | | Tel. 415.749.1800 |
| | | Fax. 415.749.1694 |
| | | |
| | | www.clarencedyer.com |

April 1, 2005

The Honorable Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94109

  Re: *Roe v. White*, Case No. 03-4035 and *United States v. White*, Case No. CR 04-0093

Dear Judge Breyer:

  Pursuant to your direction, we are writing in response to Special Master Robert Feldman's letter regarding his review of the evidence lodged with the Court. We have reviewed Mr. Feldman's letter and have the following requests.

  First, as the letter indicates, Mr. Feldman's search appears to have been limited to the email messages and certain text files on the CDs. As we stated when the CDs were originally lodged with the Court, we are aware that there are additional privileged documents on the CDs that are not email messages or text files. In particular, we are aware that the discs contain Mr. White's bills from his prior criminal attorney, Arguedas Cassman and Headley. Indeed, we were shown a folder entitled "Tom's Accounts," which we believe contains a series of Mr. White's bills that were fraudulently obtained by Mr. Garcia. While we are aware that the Arguedas Cassman bill is on the CDs, there may also be additional privileged documents that are not email messages. We request that such privileged documents be culled before they are releaed.

  Second, the Court provided plaintiffs' counsel David Replogle with an envelope of documents that Mr. Feldman determined contained Mr. Garcia's privileged communications (Envelope No.3). We request that we promptly be provided with a privilege log of such documents, including the date of the document, it's subject, and the sender and recipient.

  Third, based on our first point above that, at a minimum, the discs contain Mr. White's bills from his attorneys, we believe it would be inappropriate to provide copies of the CDs to the FBI or government. The CDs that Mr. Feldman has created that do not contain Mr. Garcia's privileged information (Nos. 5, 6 and 7) can be provided to counsel for defendant White, and we

request that they be so provided.  However, before a copy of the CDs is provided to the FBI in the Eastern District of California, or to the other parties to this action, we request that a further review is completed that ensures that Mr. White's attorney client privilege materials are removed.

Finally, we understand that this project has been demanding and time-consuming for the Court a well as the Special Master.  We wish to express that these efforts are greatly appreciated.

Thank you for your attention to this matter.

>Very truly yours,
>
>/s/: Nanci Clarence
>Nanci Clarence

cc:   Via Electronic Service
      David Replogle
      John E. Hill
      Gil Eisenberg
      Stuart Hanlon