**FILED**

MAY 1 2 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ROE, a MINOR, by MAURICIO RODRIGUES BORREGO, his guardian ad litem, et al.,

    Plaintiffs,

v.

THOMAS F. WHITE, et al.,

    Defendants.

No. C 03-04035 CRB

**ORDER RE: Special Master Invoice**

Counsel for defendant White are directed to pay the attached invoice from Special Master Robert Feldman, dated April 27, 2005.

**IT IS SO ORDERED.**

Dated: May 12, 2005

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\order2reinvoice.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Roe et al,

          Plaintiff,

v.

White et al,

          Defendant.

Case Number: CV03-04035 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Replogle
Law Offices of David Replogle, APC
595 Market Street
Suite 2360
San Francisco, CA 94105

Gilbert Eisenberg
Law Offices of Gilbert Eisenberg
400 Montgomery Street, Suite 200
San Francisco, CA 94104-1325

Gregory F. Wilson
Wilson & Quint LLP
250 Montgomery Street, 11th Floor
San Francisco, CA 94104

Jan Nielsen Little
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

John E. Hill
Law Offices of John E. Hill
8105 Edgewater Dr.
Suite 100
Oakland, CA 94621

Nanci Lynne Clarence,
Kate Dyer
Jodi Linker
Clarence & Dyer LLP
899 Ellis St
San Francisco, CA 94109

William S. Berland
Ferguson & Berland
1816 Fifth Street
Berkeley, CA 94710

Dated: May 13, 2005

                              Richard W. Wieking, Clerk
                              By: Barbara Espinoza, Deputy Clerk

 **Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

FED TAX I.D. 94-2451946
TEL 650-845-5995
FAX 650-858-4462

finance@wsgr.com

REMIT PAYMENT TO: FILE NO. 73672 / P.O. BOX 60000 / SAN FRANCISCO, CA 94160-3672
CORRESPONDENCE TO: ACCOUNTS RECEIVABLE / 650 PAGE MILL ROAD / PALO ALTO, CA 94304-1050

United States District Court Northern District of California
Attn: Hon Charles Breyer, Judge
450 Golden Gate Ave
San Francisco, CA 94102

Invoice #       : 926961
Invoice Total   : $ 11,754.05
Date            : 04/27/05
Client-Matter   : 31940-500
Attorney        : Robert P. Feldman

United States District Court Northern District of California
Re: Roe v White - Special Master Assignment

| DATE | PROFESSIONAL SERVICES | HOURS |
|---|---|---|
| | *Services performed by Robert P. Feldman* | |
| 03/04/05 | Attention to list from court; attention to system for analyzing documents | 0.5 |
| 03/16/05 | Conference re process for document review | 0.5 |
| | *Subtotal for Robert P. Feldman* | **1.0** |
| | *Services performed by Alyson N. Dinsmore* | |
| 02/23/05 | Review pleadings and file; review documents; telephone conference with R. Feldman re background; conference with L. Felber re logistics of electronic review | 5.8 |
| 02/24/05 | Review electronic documents for privileged material | 2.7 |
| 03/07/05 | Review documents for attorney-client privilege | 4.2 |
| 03/10/05 | Conference with L. Felber re conversion and searching of e-mails; draft letter to J. Breyer re plan for review process; confer with R. Feldman re same; review documents for attorney-client privilege | 3.0 |
| 03/16/05 | Review documents for privilege | 2.8 |
| 03/21/05 | Review documents for privilege | 3.7 |
| 03/22/05 | Review documents for privilege | 5.5 |
| 03/23/05 | Review documents for privilege; draft letter to Judge Breyer re review process; meet with R. Feldman re review and letter to Judge Breyer | 7.2 |
| 03/24/05 | Review and revise letter to Judge Breyer; telephone conference with R. Feldman re same; coordinate with L. Felber re copying of CDs and hard documents; coordinate with R. Arteaga re delivery of CDs and hard documents | 3.2 |
| | *Subtotal for Alyson N. Dinsmore* | **38.1** |

**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

| Roe v White - Special Master Assignment | | **Invoice #** | : | **926961** |
|---|---|---|---|---|
| | | Date | : | 04/27/05 |

| **FEE SUMMARY** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|
| Robert P. Feldman | 1.0 | 660.00 | $ 660.00 |
| Alyson N. Dinsmore | 38.1 | 290.00 | $ 11,049.00 |
| | | **TOTAL CURRENT FEES** | $ 11,709.00 |

| **COSTS AND SUPPORT SERVICES** | **AMOUNT** |
|---|---|
| Reproduction | $ 25.05 |
| Facsimile | $ 6.00 |
| Federal Express | $ 14.00 |
| **TOTAL CURRENT COSTS** | $ 45.05 |

| | **TOTAL INVOICE DUE** | **$ 11,754.05** |
|---|---|---|

**PAYMENT IS DUE UPON RECEIPT. PLEASE REFERENCE THE INVOICE NUMBER WHEN REMITTING PAYMENT.**