**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al., | No. C 03-04035 CRB |
| Plaintiffs, | **ORDER RE: HEARING FOR APPROVAL OF SETTLEMENT** |
| v. | |
| THOMAS F. WHITE, et al., | |
| Defendants. | |

It has come to the attention of the Court that this action has settled in its entirety, and that because some of the plaintiffs are minors, the settlement requires the approval of the Court. Plaintiffs' counsel is directed to file the application for approval of the settlement by 4:00 p.m. on Monday, August 15, 2005. The Court will hold a hearing on the application at 2:15 p.m. on Tuesday, August 16, 2005.

**IT IS SO ORDERED.**

Dated: August 10, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\orderrefileforapproval.wpd