IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al., | No. C 03-04035 CRB |
| Plaintiffs, | **ORDER RE: PLAINTIFF'S APPLICATION FOR CONTINUANCE** |
| v. | |
| THOMAS F. WHITE, et al., | |
| Defendants. | |

The court is in receipt of plaintiffs' application to continue the date for filing motion to approve minors' compromise. Plaintiffs' application is DENIED. The trust need not be in place in order for the Court to approve the terms of the settlement. Plaintiffs' counsel is directed to file the application for approval of the settlement by 12:00 p.m. on Tuesday, August 16, 2005; this extension of the deadline will give counsel the opportunity to consult with Ms. Dyer, if needed. The Court will hold a hearing on the application at 2:15 p.m. on that same day, Tuesday, August 16, 2005.

**IT IS SO ORDERED.**

Dated: August 12, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\orderreapplication.wpd