CLARENCE & DYER LLP
Nanci L. Clarence, SBN 122286
Kate Dyer, SBN 171891
Jodi Linker SBN 230273
899 Ellis Street
San Francisco, CA 94109-7807
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

Attorneys for Defendant
Thomas F. White

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ROE, a MINOR, by MAURICIO RODRIGUEZ BORREGO, his guardian ad litem, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS F. WHITE, NATHAN LOVAAS, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: C-03-4035 CRB <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER TO SEAL TRANSCRIPT OF PROCEEDING** |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that the transcript of the hearing to approve the settlement agreement held on August 16, 2005 be filed under seal given the confidentiality provisions of the settlement agreement.

DATED: August 18, 2005

/s/: Jodi Linker

JODI LINKER

Attorney for Thomas F. White

DATED: August 18, 2005

/s/: David Replogle

DAVID REPLOGLE
Attorney for Plaintiffs

**IT IS SO ORDERED.**

DATED: <u>August 19, 2005</u>

CHARLES R. BREYER
US DISTRICT COURT JUDGE

*[APPROVED — Judge Charles R. Breyer, United States District Court, Northern District of California seal]*