```
 1 | Nanci L. Clarence, SBN 122286
   | Kate Dyer, SBN 171891
 2 | CLARENCE SNELL & DYER LLP
   | Van Ness/Ellis Professional Building
 3 | 899 Ellis Street
   | San Francisco, CA 94109
 4 | Telephone: (415) 749-1800
   | Facsimile: (415) 749-1694
 5 |
   | Attorneys for Defendant
 6 | THOMAS F. WHITE
 7 |
 8 |              UNITED STATES DISTRICT COURT
 9 |              NORTHERN DISTRICT OF CALIFORNIA
10 |
11 | JOSE ROE, a Minor, by and through    ) Case No. C 03 4035 CRB
   | MAURICIO RODRIGUEZ BORREGO, his      )
   | Guardian Ad Litem, et al.            ) WITHDRAWAL OF COUNSEL;
12 |                                      ) SUBSTITUTION OF COUNSEL;
   |          Plaintiffs,                 ) AND [PROPOSED] ORDER
13 |    v.                                ) PERMITTING WITHDRAWAL
   |                                      )
14 | THOMAS F. WHITE et al.                ) Date: August 29, 2005
   |          Defendants.                 ) Time: 10:00 AM
15 |                                      ) Hon. Charles R. Breyer
16 |
   | TO ALL PARTIES AND THEIR COUNSEL OF RECORD:
17 |
   |    Nanci L. Clarence and Kate Dyer of the law firm of
18 |
   |    Clarence & Dyer, LLP
19 |    Van Ness/Ellis Professional Building
   |    899 Ellis Street
20 |    San Francisco, California 94109
   |    (415) 749-1800 (phone)
21 |    (415) 749-1694 (facsimile)
```

hereby seek leave to withdraw as counsel for defendant Thomas F. White in the above-entitled matter. Clarence & Dyer gave Mr. White written notice of the firm's intention to withdraw on August 25, 2005. Clarence & Dyer gave written notice to counsel for all other parties of its intention to withdraw on August 26, 2005. Should the Court enter the [Proposed] Order attached hereto, Clarence & Dyer, LLP should no longer be served with

**WITHDRAWAL OF COUNSEL; SUBSTITUTION OF COUNSEL; AND [PROPOSED]
ORDER PERMITTING WITHDRAWAL**

1 | pleadings and correspondence related thereto.

2 |

3 | Dated: August 2Y, 2005

                               Kate Dyer

4 |                            Clarence & Dyer, LLP

5 |

6 |     Having received notice of Clarence & Dyer's intention to withdraw as counsel, I

7 | intend to have Geoffrey Rotwein of:

8 | Law Offices of Geoffrey Rotwein
    400 Montgomery Street

9 | 2nd Floor
    San Francisco, CA 94104

10 | Telephone: 415-397-0860
    Facsimile: 415-397-0862

11 | substitute for Clarence & Dyer as counsel of record for me in the above-entitled matter.

12 | Dated. August 15 2005

13 |                            Thomas F. White

14 |

15 |     With the Court's permission, Geoffrey Rotwein hereby substitutes in as counsel

16 | of record in the above-entitled matter. Should the Court enter the attached Proposed

17 | Order, all pleadings and correspondence related thereto should be served upon my law

18 | offices at the address above.

19 | Dated: August 29, 2005        /s/

20 |                            Geoffrey Rotwein

28 | WITHDRAWAL OF COUNSEL; SUBSTITUTION OF COUNSEL; AND [PROPOSED]
ORDER PERMITTING WITHDRAWAL

                                                                         2

1  pleadings and correspondence related thereto.

2

3  Dated: August 2%, 2005          /s/: KATE DYER
                                   Kate Dyer
4                                  Clarence & Dyer, LLP

5

6       Having received notice of Clarence & Dyer's intention to withdraw as counsel, I

7  intend to have Geoffrey Rotwein of:

8       Law Offices of Geoffrey Rotwein
        400 Montgomery Street
9       2nd Floor
        San Francisco, CA 94104
10      Telephone: 415-397-0860
        Facsimile: 415-397-0862
11

12 substitute for Clarence & Dyer as counsel of record for me in the above-entitled matter.

   Dated: August 25, 2005
13                                 /s/: THOMAS W. WHITE.
                                   Thomas F. White
14

15      With the Court's permission, Geoffrey Rotwein hereby substitutes in as counsel

16 of record in the above-entitled matter. Should the Court enter the attached Proposed

17 Order, all pleadings and correspondence related thereto should be served upon my law

18 offices at the address above.

19
   Dated: August 29, 2005          /s/
20                                 Geoffrey Rotwein

21

22

23

24

25

26

27

28 **WITHDRAWAL OF COUNSEL; SUBSTITUTION OF COUNSEL; AND [PROPOSED]
   ORDER PERMITTING WITHDRAWAL**

                                                                                    2

[~~PROPOSED~~] ORDER

Pursuant to Civil Local Rule 11-5(a), the Court hereby GRANTS leave to Nanci L. Clarence and Kate Dyer of Clarence & Dyer, LLP to withdraw as counsel of record for Defendant Thomas F. White in Civil Action No. C 03 4035 CRB. All pleadings and correspondence shall hereafter be sent to Geoffrey Rotwein, who has substituted as counsel of record for Mr. White.

Dated: August 29, 2005

Hon. Charles R. Breyer
United States District

APPROVED
Judge Charles R. Breyer

**WITHDRAWAL OF COUNSEL; SUBSTITUTION OF COUNSEL; AND [PROPOSED] ORDER PERMITTING WITHDRAWAL**

3