**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  JOSE ROE, et al.,                        No. C 03-04035 CRB

12          Plaintiffs,                      **ORDER**

13      v.

14  THOMAS F. WHITE, et al.,

15          Defendants.
                                         /
16

17      The Court, having approved the settlement agreement, dismisses this action with

18  prejudice.  The Court retains jurisdiction over the enforceability of the settlement agreement.

19  Defendant is directed to file any objection to the enforceability of the settlement agreement

20  on or before September 6, 2005.  A hearing is set for September 9, 2005 at 2:00 p.m.

21      **IT IS SO ORDERED.**

22

23

24  Dated: August 30, 2005              _____
                                         CHARLES  R. BREYER
25                                       UNITED STATES DISTRICT JUDGE

26

27

28

G:\CRBALL\2003\4035\orderredismissal.wpd