UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE ROE, ET AL.,

    Plaintiff(s),

v.

THOMAS F. WHITE, ET AL.,

    Defendant(s).

No. C-03-4035 CRB (JCS)

**ORDER DISMISSING MISSING PLAINTIFFS**

The parties have entered into a Stipulation and [Proposed] Order Dismissing Missing Plaintiffs, and the Court has approved the settlement in this matter, including settlement of the minors' claims. Plaintiffs Miguel Garcia Fernandez and Armando Perez Chavira, (Carlos Roe XI and Carlos Roe XIV) have not executed the Settlement Agreement in this matter. Accordingly, IT IS HEREBY ORDERED that all claims of these two plaintiffs are dismissed without prejudice.

IT IS SO ORDERED.

Dated: August 31, 2005

CHARLES R. BREYER
United States District Judge

ORIGINAL

1  DAVID REPLOGLE, SBN 077875
   LAW OFFICES OF DAVID REPLOGLE
2  A Professional Corporation
   550 Montgomery Street, Suite 550
3  San Francisco, California 94111
   Telephone: (415) 362-4700
4  Facsimile: (415) 781-6683

5  JOHN E. HILL, SBN 045338
   LAW OFFICES OF JOHN E. HILL
6  A Professional Corporation
   8105 Edgewater Drive, Suite 100
7  Oakland, California 94621
   Telephone: (510) 588-1000
8  Facsimile: (510) 588-1087

9  Attorneys for Plaintiffs Jose Roe I through
   Jose Roe IV, by their guardian ad litem,
10 and Carlos Roe I through Carlos Roe XVIII

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15 JOSE ROE I, a minor, through      )   Case No. No. C-03-4035-CRB
   JOSE ROE IV, a minor, by          )
16 MAURICIO RODRIGUEZ BORREGO,       )
   their guardian ad litem; and      )   **STIPULATION AND [PROPOSED]**
17                                   )   **ORDER DISMISSING**
   CARLOS ROE I through CARLOS       )   **MISSING PLAINTIFFS**
18 ROE XVIII, inclusive,             )
                                     )
19         Plaintiffs,               )
                                     )
20    vs.                            )
                                     )
21 THOMAS F. WHITE,                  )
   NATHAN LOVAAS,                    )
22 ARTHUR J. COLLINGSWORTH,          )
   and DOES 1 through 100,           )
23 inclusive,                        )
                                     )
24         Defendants.               )
                                     )
25 ─────────────────────────────────

26         The parties hereto, through their attorneys of record, hereby

27 stipulate and agree as follows:

28

STIPULATION RE DISMISSAL
ROE V. WHITE, USDC C-03-4035-CRB                              -1-

1    WHEREAS, counsel for all parties have negotiated a settlement of
2 the entire action;

3    WHEREAS, 20 of the 22 plaintiffs in this action have executed the
4 settlement agreement negotiated by counsel;

5    WHEREAS, plaintiffs' counsel diligently has attempted but has
6 failed to located two plaintiffs, to wit: MIGUEL GARCIA FERNANDEZ and
7 ARMANDO PEREZ CHAVIRA, identified in the Fourth Amended Complaint as
8 as Carlos Roe XI and Carlos Roe XIV, respectively;

9    WHEREAS, all parties desire to conclude the settlement as
10 negotiated; and

11    WHEREAS, the settlement requires court approval of the claims of
12 the four minor plaintiffs, so-called "minors' compromises";

13    NOW, THEREFOR, IT IS HEREBY AGREED as follows:

14    1.  Plaintiffs' attorneys shall continue to attempt to locate the
15 missing plaintiffs FERNANDEZ and CHAVIRA pending the date the Court hears
16 the motion to approve the minors' compromises;

17    2.  By this stipulation, the parties agree and the plaintiffs
18 respectfully request that, on the date the Court hears the motion to approve
19 the minors' compromises, any plaintiff who has not executed the settlement
20 agreement be dismissed from this action without prejudice. The parties further
21 agree, and the plaintiffs respectfully request, that any such dismissal(s) be
22 effective on the date the Court hears the motion to approve the minors'
23 compromises.

24 Dated:                              LAW OFFICES OF DAVID REPLOGLE, APC

                                    By:  _____
                                         David Replogle
                                         Attorneys for Plaintiffs

STIPULATION RE DISMISSAL
ROE V. WHITE, USDC C-03-4035-CRB                                    -2-

Dated: 7/2/5

_____
JOHN E. HILL
Attorney for Plaintiffs


Dated: 7/8/05

CLARENCE & DYER, LLP

By: _____
Kate Dyer
Attorneys for Defendant Thomas F. White


Dated:

_____
GILBERT EISENBERG
Attorney for Defendant Arthur J. Collingsworth


[~~PROPOSED~~] **ORDER** ]

The Court, having reviewed the stipulation of the parties set forth above, hereby orders as follows:

1. Plaintiffs' attorneys shall continue to attempt to locate the missing plaintiffs FERNANDEZ and CHAVIRA pending the date the Court hears the motion to approve the minors' compromises;

2. On the date the Court hears the motion to approve the minors' compromises, any plaintiff who has not executed the settlement agreement shall be dismissed from this action without prejudice. Any such dismissal(s) shall be effective on the date the Court hears the motion to approve the minors'

STIPULATION RE DISMISSAL
ROE V. WHITE, USDC C-03-4035-CRB                                    -3-

1 | compromises.

3 | IT IS SO ORDERED.

6 | Dated: August 31, 2005                    _____