**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al., | No. C 03-04035 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| THOMAS F. WHITE, et al., | |
| Defendants. | |

    Now pending before the Court is defendant White's application for shortened time. The application is GRANTED. The Court will hear White's Second Motion to Vacate at 11 a.m. on Friday, October 7, 2005. The Court will hear plaintiffs' Motion for Enforcement of Settlement and Appointment of Receiver at the same time.

    **IT IS SO ORDERED.**

Dated: October 3, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\orderreoctober7hearing.wpd