IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, a MINOR, by MAURICIO RODRIGUES BORREGO, his guardian ad litem, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS F. WHITE, et al.,<br><br>Defendants. | No. C 03-04035 CRB<br><br>**ORDER DENYING MOTION TO SHORTEN TIME** |

Now pending before the Court is defendant White's motion to shorten time to hear his motion to set aside orders approving a stipulation and to strike the stipulation. White's motion to shorten time is DENIED. All of the arguments he makes in support of his motion may be made in opposition to plaintiffs' motion for summary judgment, which is scheduled to be heard on November 4, 2005.

**IT IS SO ORDERED.**

Dated: October 24, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\orderreshorten.wpd