```
1  DAVID REPLOGLE, (Bar No. 077875)
   LAW OFFICES OF DAVID REPLOGLE
2  A Professional Corporation
   550 Montgomery Street, Suite 550
3  San Francisco, California 94111
   Telephone: 415- 362-4700
4  Facsimile: 415-781-6683

5  JOHN E. HILL (Bar No. 45338)
   LAW OFFICES OF JOHN E. HILL
6  A Professional Corporation
   8105 Edgewater Drive, Suite 100
7  Oakland, California 94621
   Telephone: 510-588-1000
8  Facsimile: 510-558-1087

9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE , ROE, a Minor, by MAURICIO RODRIGUEZ BORREGO, his guardian ad litem,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS F. WHITE, NATHAN LOVAAS, and DOES, 1 through 100, inclusive<br><br>Defendants. | CASE NO. C-03-4035-CRB<br><br>(~~PROPOSED~~) ORDER SEALING FURTHER MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND THE DECLARATION OF JOHN HILL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br><br>DATE: November 4, 2005<br>TIME: 2:00 p.m.<br>Courtroom: 8, 19th Floor |

Pursuant to the application of John E. Hill, co-counsel for plaintiffs in this action, and Good Cause appearing therefore:

//

Order to Seal Further Memorandum and Declaration
in Support of Motion for Summary Judgment
No. C-03-4035-CRB                                         1

1   IT IS HEREBY ORDERED THAT Plaintiffs' Further Memorandum of Points and Authorities
2   in Support of Motion for Summary Judgment and the Declaration of John Hill in Support of Motion for
3   Summary Judgment be filed under seal.

5   DATED: October 24, 2005



JUDGE OF THE UNITED STATES DISTRICT COURT

Order to Seal Further Memorandum and Declaration
in Support of Motion for Summary Judgment
No. C-03-4035-CRB                        2