1  DAVID REPLOGLE, SBN 077875
   LAW OFFICES OF DAVID REPLOGLE
2  A Professional Corporation
   550 Montgomery Street, Suite 550
3  San Francisco, California 94111
   Telephone: (415) 362-4700
4  Facsimile: (415) 781-6683

5  JOHN E. HILL, SBN 045338
   LAW OFFICES OF JOHN E. HILL
6  A Professional Corporation
   8105 Edgewater Drive, Suite 100
7  Oakland, California 94621
   Telephone: (510) 588-1000
8  Facsimile: (510) 588-1087

9  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ROE I, a minor, *et al.,* | Case No. No. C-03-4035-CRB |
| Plaintiffs, | |
| vs. | |
| THOMAS F. WHITE, *et al.,* | |
| Defendants. | |

**NOTICE OF CHANGE OF ADDRESS AND FACSIMILE NUMBER**

NOTICE IS HEREBY GIVEN that effective immediately the address and facsimile number of counsel for Plaintiffs Jose Roe I, *et al.,* are as follows:

Law Offices of David Replogle, a Professional Corporation, David Replogle, 550 Montgomery Street, Suite 550, San Francisco, California 94111; telephone

/////

1  (415) 362-4700; facsimile (415) 781-6683.

2  Dated: November 21, 2005.  LAW OFFICES OF DAVID REPLOGLE
   A Professional Corporation

4  *David Replogle*

   _____
5  By, David Replogle
   Attorneys for Plaintiff

NOTICE OF CHANGE OF ADDRESS
ROE V. WHITE, USDC C-03-4035-CRB                -2-

**PROOF OF ELECTRONIC SERVICE**

I declare under penalty of perjury that the foregoing is true and correct:

I am a citizen of the United States over the age of eighteen years, employed in the City and County of San Francisco, California, and not a party to the within entitled cause; my business address is 550 Montgomery Street, Suite 550, San Francisco, California.

On November 21, 2005 I served the following:

**NOTICE OF CHANGE OF ADDRESS AND FACSIMILE NUMBER**

on the interested party(ies) in said cause, by causing an electronic delivery subject to 28 U.S.C. § 1746, Local Rules or General Orders of this Court regarding Electronic Case Filing addressed as follows:

| | |
|---|---|
| Geoffrey Rotwein<br>400 Montgomery St., Ste. 200<br>San Francisco, CA 94104<br>E-mail: geoffrottwein@sbcglobal.net | Attorneys for Defendant<br>Thomas F. White |
| Gilbert Eisenberg<br>400 Montgomery St., Ste. 200<br>San Francisco, CA 94104<br>E-mail: g.eisenberg@sbcglobal.net | Attorneys for Defendant<br>Arthur J. Collingsworth |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 21, 2005 at San Francisco, California.

*David Replogle*
_____
DAVID REPLOGLE

NOTICE OF CHANGE OF ADDRESS
ROE V. WHITE, USDC C-03-4035-CRB                                                                -3-