IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, a MINOR, by MAURICIO RODRIGUES BORREGO, his guardian ad litem, et al., | No. C 03-04035 CRB <br><br> **ORDER** |
| Plaintiffs, | |
| v. | |
| THOMAS F. WHITE, et al., | |
| Defendants. | |

On March 11, 2005, the Court approved a stipulation entering default as to defendant Nathan Lovaas. Since that time, plaintiffs have not taken any action with regard to Lovaas. Accordingly, on or before Friday, December 9, 2005, plaintiffs shall file a motion for a default judgment as to Lovaas or file a dismissal of their claims against Lovaas.

**IT IS SO ORDERED.**

Dated: December 5, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\orderrelovaas.wpd