DAVID REPLOGLE, SBN 077875
LAW OFFICES OF DAVID REPLOGLE
A Professional Corporation
550 Montgomery Street, Suite 550
San Francisco, California 94105
Telephone: (415) 362-4700
Facsimile: (415) 781-6683

JOHN E. HILL, SBN 045338
LAW OFFICES OF JOHN E. HILL
A Professional Corporation
8105 Edgewater Drive, Suite 100
Oakland, California 94621
Telephone: (510) 588-1000
Facsimile: (510) 588-1087

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ROE I, a minor, *et al.*, | Case No. No. C-03-4035-CRB |
| Plaintiffs, | |
| vs. | |
| THOMAS F. WHITE, *et al.*, | Date: December 9, 2005 |
| Defendants. | Time: 10:00 a.m. |
| | Courtroom: 8, 19th Floor |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION TO DISMISS
CLAIMS AGAINST DEFENDANT NATHAN LOVAAS**

Rule 41(a)(2) of the Federal Rules of Civil Procedure provides that the court may dismiss a claim upon such terms and conditions as the court deems proper.

In or about March of 2005, Plaintiffs entered into a stipulation with Defendant Nathan Lovaas.  Under the terms of that stipulation, Lovaas agreed

1  that his answer would be stricken and default entered against him.  In
2  exchange therefor, Plaintiffs agreed that if any judgment were entered that they
3  would not seek to enforce that judgment against Lovaas.  On March 11, 2005,
4  pursuant to that stipulation, the court struck Lovaas' answer and entered
5  default against him.

6  Lovaas is judgment proof.  If a judgment were entered against
7  him, Plaintiffs would not recover any money from him.  Lovaas is 28 years old,
8  comes from a modest family in the Central Valley and began working for White
9  immediately after college.  Lovaas has, therefore, no assets with which to
10 satisfy a judgment.

11 The stipulation was in the best interest of the Plaintiffs and at this
12 time there is no reason not to dismiss all claims against Lovaas.  There will be
13 no prejudice to any other party since Lovaas is judgment proof and since no
14 party has filed a cross-complaint against Lovaas.

15 For each of the foregoing reasons, it is urged that the court dismiss
16 all claims against Nathan Lovaas.

17 Dated: December 6, 2005.       Respectfully submitted,

18                                LAW OFFICES OF DAVID REPLOGLE, APC

19                                LAW OFFICES OF JOHN E. HILL, APC

20                                    *David Replogle*

21                                _____
                                   By, David Replogle
22                                 Attorneys for Plaintiffs

28 MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION TO DISMISS CLAIMS AGAINST DEFENDANT NATHAN LOVAAS
ROE V. WHITE, USDC C-03-4035-CRB                                            -2-

**PROOF OF ELECTRONIC SERVICE**

I declare under penalty of perjury that the foregoing is true and correct:

I am a citizen of the United States over the age of eighteen years, employed in the City and County of San Francisco, California, and not a party to the within entitled cause; my business address is 550 Montgomery Street, Suite 550, San Francisco, California.

On December 6, 2005 I served the following:

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT NATHAN LOVAAS**

on the interested party(ies) in said cause, by causing an electronic delivery subject to 28 U.S.C. § 1746, Local Rules or General Orders of this Court regarding Electronic Case Filing addressed as follows:

| | |
|---|---|
| Geoffrey Rotwein<br>400 Montgomery St., Ste. 200<br>San Francisco, CA 94104<br>E-mail: geoffrottwein@sbcglobal.net | Attorneys for Defendant<br>Thomas F. White |
| William Berland<br>Ferguson & Berland<br>1816 Fifth St.<br>Berkeley, CA 94710<br>E-mail: bberland@pacbell.net | Attorneys for Defendant<br>Nathan Lovaas |
| Gilbert Eisenberg<br>632 Commercial Street<br>San Francisco, CA 94104<br>E-mail: g.eisenberg@sbcglobal.net | Attorneys for Defendant<br>Arthur J. Collingsworth |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 6, 2005 at San Francisco, California.

*David Replogle*
_____
DAVID REPLOGLE