IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ROE, et al.,

    Plaintiffs,

v.

THOMAS F. WHITE, et al.,

    Defendants.

No. C 03-04035 CRB

**ORDER**

Now pending before the Court is plaintiffs' motion to dismiss the claims against defendant Nathan Lovaas. As Lovaas has withdrawn his answer, and the Clerk has entered his default, plaintiffs may dismiss their claims pursuant to Federal Rule of Civil Procedure 41(a)(1). Accordingly, pursuant to that rule, the Court deems plaintiffs' motion to dismiss as a dismissal of their claims against Lovaas.

**IT IS SO ORDERED.**

Dated: December 8, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\orderreshortentime.wpd