IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THOMAS F. WHITE, et al.,<br><br>    Defendants.                    / | No. C 03-04035 CRB<br><br>**ORDER** |

Now pending before the Court is defendant White's motion to shorten time to hear his motion to stay the judgment pending appeal. White's motion is granted. The Court will hear White's motion at 2:00 p.m. on Wednesday, December 14, 2005.

**IT IS SO ORDERED.**

Dated: December 8, 2005

                                                CHARLES R. BREYER
                                                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\orderreshortentime2.wpd