IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, | No. C 03-04035 CRB |
| Plaintiff, | **ORDER RE: ADVANCING HEARING** |
| v. | |
| THOMAS F. WHITE, | |
| Defendant. / | |

At the request of defendant White, the hearing on White's motion for bond pending appeal is advanced to Tuesday, December 13 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: December 12, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\orderreadvance.wpd