**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al., | No. C 03-04035 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| THOMAS F. WHITE, et al., | |
| Defendants. / | |

Now pending before the Court is White's proposed bond pending appeal. Plaintiffs have advised the Court that they have no objections to the proposed bond. In accordance with Federal Rule of Civil Procedure 62(d), the Court approves the bond.

**IT IS SO ORDERED.**

Dated: December 15, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\orderrebond.wpd