1  DAVID REPLOGLE, SBN 077875
   LAW OFFICES OF DAVID REPLOGLE
2  A Professional Corporation
   550 Montgomery Street, Suite 550
3  San Francisco, California 94111
   Telephone: (415) 362-4700
4  Facsimile: (415) 781-6683

5  JOHN E. HILL, SBN 045338
   LAW OFFICES OF JOHN E. HILL
6  A Professional Corporation
   8105 Edgewater Drive, Suite 100
7  Oakland, California 94621
   Telephone: (510) 588-1000
8  Facsimile: (510) 588-1087

9  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOSE ROE I, a minor, *et al.*,  ) Case No. No. C-03-4035-CRB
                                )
           Plaintiffs,          )
                                )
    vs.                         )
                                )
THOMAS F. WHITE, *et al.*,      )
                                )
           Defendants.          )
_____)

**[PROPOSED] ORDER EXTENDING TIME**

**TO FILE MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS**

The Court, having considered the parties stipulation for an order extending time for Plaintiffs' to file their motion for attorneys' fees and bill of costs, and good cause appearing therefor,

IT IS HEREBY ORDERED that the time for filing Plaintiffs' motion for attorneys' fees and bill of costs is extended.    Plaintiffs' shall have through Friday, January 6, 2006 in which to file Plaintiffs' motion for attorneys' fees

1   and bill of costs.

2   Dated: January 3, 2006

4   _____
    CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

*APPROVED — Judge Charles R. Breyer* (United States District Court, Northern District of California seal)

ORDER EXTENDING TIME
ROE V. WHITE, USDC CASE NUMBER 03-4035-CRB                                              -2-