IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, a MINOR, by MAURICIO RODRIGUES BORREGO, his guardian ad litem, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>THOMAS F. WHITE, et al.,<br><br>　　　　　　Defendants.　　　　　　　／ | No. C 03-04035 CRB<br><br>**ORDER RE: Dec. 13, 2005 Transcript** |

　　　The Court Reporter may prepare a transcript of the sealed December 13, 2005 court proceedings, and may provide a copy of the transcript to defendants' counsel and plaintiffs' counsel.

　　　**IT IS SO ORDERED.**

Dated: January 23, 2006

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\orderretranscript.wpd