```
GEOFFREY ROTWEIN (CA SBN 58176)
LAW OFFICES OF GEOFFREY ROTWEIN
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Facsimile: (415) 397-0862
Telephone: (4l5) 397-0860

Attorney for Defendant
THOMAS F. WHITE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, I, a minor, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> THOMAS F. WHITE, et al, <br><br> Defendants. | No. C-03-4035 CRB <br><br> **ORDER GRANTING DEFENDANT LEAVE TO FILE APPLICATION TO FILE PLEADINGS POST-REPLY, AND FILE PLEADINGS UNDER SEAL** |

Pursuant to the application by defendant Thomas F. White herein, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant is granted leave under Local Rule 7-3(d) to file his (1) Objections to Statements in Reply Declaration by David Replogle and Memorandum in Support of Plaintiffs' Motion for Attorney's Fees, Costs And Expenses, *and* (2) Declaration of Kate Dyer in Opposition to Plaintiffs' Motion for Attorney's Fees, Costs and Expenses.

IT IS FURTHER ORDERED that the following pleadings are to be filed under seal: The Objections and Declaration, described above, and defendant's current Application for Leave to File Defendant's Objections and Declaration of Kate Dyer in Opposition to Plaintiffs' Reply Declaration and Memorandum; and Request to File Pleadings under Seal.

DATED: February 8, 2006

JUDGE OF THE FEDERAL DISTRICT COURT

*[Seal: IT IS SO ORDERED — Judge Charles R. Breyer, United States District Court, Northern District of California]*

**ORDER GRANTING LEAVE TO FILE PLEADINGS,**
**AND ORDER SEALING PLEADINGS**
No. C-03-04035 CRB