DAVID REPLOGLE, SBN 077875
LAW OFFICES OF DAVID REPLOGLE
A Professional Corporation
550 Montgomery Street, Suite 550
San Francisco, California 94111
Telephone: (415) 362-4700
Facsimile: (415) 781-6683

JOHN E. HILL, SBN 045338
LAW OFFICES OF JOHN E. HILL
A Professional Corporation
8105 Edgewater Drive, Suite 100
Oakland, California 94621
Telephone: (510) 588-1000
Facsimile: (510) 588-1087

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ROE I, *et al.*, | Case No. C-03-4035CRB |
| Plaintiffs, | |
| vs. | |
| THOMAS F. WHITE, *et al.* | Date:  Nov. 4, 2005 |
| Defendants. | Time: 2:00 p.m.<br>Courtroom: 8, 19th Floor |

**~~[PROPOSED]~~ ORDER SEALING MEMORANDA**

**AND DECLARATIONS FILED IN SUPPORT OF**

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to the application David Replogle, co-counsel for and on behalf of Plaintiffs, for an order sealing memoranda and declarations filed in support of Plaintiffs' motion for summary judgment, and good cause appearing therefor,

IT IS HEREBY ORDERED the application is granted.

ORDER SEALING MEMORANDA AND DECLARATIONS FILED
IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT                   -1-

1    IT IS FURTHER ORDERED that the following documents shall be
2    filed under seal pursuant to Local Rule 79-5:
3        1.   Notice of Motion and Motion for Summary Judgment
4             received by the Court on October 11, 2005.
5        2.   Memorandum of Points and Authorities in Support of
6             Plaintiffs' Motion for Summary Judgment received by the
7             Court on October 11, 2005.
8        3.   Declaration of David Replogle in Support of Plaintiffs' Motion
9             for Summary Judgment received by the Court on October
10            11, 2005.
11       4.   Reply Memorandum of Points and Authorities in Support of
12            Plaintiffs' Motion for Summary Judgment received by the
13            Court on November 2, 2005.
14       5.   Reply Declaration of David Replogle in Support of Plaintiffs'
15            Motion for Summary Judgment received by the Court on
16            November 2, 2005.

17   Dated:   March 16, 2006

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

