| | |
|---|---|
| 1 | DAVID REPLOGLE, SBN 077875 |
| | LAW OFFICES OF DAVID REPLOGLE |
| 2 | A Professional Corporation |
| | 550 Montgomery Street, Suite 550 |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 362-4700 |
| 4 | Facsimile: (415) 781-6683 |
| 5 | JOHN E. HILL, SBN 045338 |
| | LAW OFFICES OF JOHN E. HILL |
| 6 | A Professional Corporation |
| | 8105 Edgewater Drive, Suite 100 |
| 7 | Oakland, California 94621 |
| | Telephone: (510) 588-1000 |
| 8 | Facsimile: (510) 588-1087 |
| 9 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ROE I, *et al.*, | Case No. C-03-4035CRB |
| Plaintiffs, | |
| vs. | |
| THOMAS F. WHITE, *et al.* | |
| Defendants. | |

**[PROPOSED] ORDER RELATING SUBSEQUENT ACTION**

Pursuant to Plaintiffs' administration motion and stipulation of the parties to relate the subsequent action of Martinez, et al. vs. White, District Court Case Number 06-1595-SC to the above-captioned case, and good cause appearing therefor,

IT IS HEREBY ORDERED the administration motion is granted.

IT IS FURTHER ORDERED that the subsequent case of Martinez,

/////

/////

ORDER RELATING SUBSEQUENT CASE                                          -1-

1 | et al. vs. White, District Court Case Number 06-1595-SC be transferred to the
2 | Honorable Charles R. Breyer, District Court Judge, for all further proceedings.
3 | Dated:   March 17, 2006



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE