DAVID REPLOGLE, SBN 077875
LAW OFFICES OF DAVID REPLOGLE
A Professional Corporation
550 Montgomery Street, Suite 550
San Francisco, California 94111
Telephone: (415) 362-4700
Facsimile: (415) 781-6683

JOHN E. HILL, SBN 045338
LAW OFFICES OF JOHN E. HILL
A Professional Corporation
8105 Edgewater Drive, Suite 100
Oakland, California 94621
Telephone: (510) 588-1000
Facsimile: (510) 588-1087

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ROE I, *et al.*, | Case No. C-03-4035CRB |
| Plaintiffs, | |
| vs. | |
| THOMAS F. WHITE, *et al.* | |
| Defendants. | |

**[PROPOSED] ORDER TO FILE UNDER SEAL DOCUMENTS**

**SUBMITTED IN CONNECTION WITH OCTOBER 7, 2005 HEARING**

Pursuant to the application David Replogle, co-counsel for and on behalf of Plaintiffs, for an order to file under seal documents submitted in connection with the October 7, 2005 hearing in this action, and good cause appearing therefor,

IT IS HEREBY ORDERED the application is granted.

IT IS FURTHER ORDERED that the following documents shall be

1  filed under seal pursuant to Local Rule 79-5:

2      1.   Notice of Motion and Motion To Enforce Settlement Agreement,
3      Enter Judgment, and Appoint Stuart M. Kaplan Receiver of the
4      Estate of Thomas F. White submitted on September 27, 2005;

5      2.   Memorandum of Points and Authorities in Opposition To
6      Motion To Permit Defendant To Rescind Settlement Agreement and
7      in Support of Motion To Enforce Settlement Agreement, Enter
8      Judgment and Appoint Stuart Kaplan as Receiver submitted on
9      September 27, 2005;

10      3.   Declaration of David Replogle in Opposition To Motion To
11      Permit Defendant To Rescind Settlement Agreement and in
12      Support of Motion To Enforce Settlement Agreement, Enter
13      Judgment and Appoint Stuart Kaplan as Receiver submitted on
14      September 27, 2005; and

15      4.   Reply Memorandum of Points and Authorities in Opposition To
16      Motion To Permit Defendant To Rescind Settlement Agreement and
17      in Support of Motion To Enforce Settlement Agreement, Enter
18      Judgment and Appoint Stuart Kaplan as Receiver submitted on
19      October 5, 2005.

20  Dated: March 21, 2006

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

