1  GEOFFREY ROTWEIN (CA SBN 58176)
   LAW OFFICES OF GEOFFREY ROTWEIN
2  400 Montgomery Street, Second Floor
   San Francisco, CA  94104
3  Facsimile: (415) 397-0862
   Telephone: (415) 397-0860
4
   Attorney for Defendant
5  THOMAS F. WHITE

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 JOSE ROE, I, a minor, et al,            )   No. C-03-4035 CRB
                                           )
11         Plaintiffs,                     )   **ORDER SEALING PLEADINGS**
                                           )   **FILED IN SUPPORT OF MOTION**
12    vs.                                  )   **TO VACATE JUDGMENT AND FOR**
                                           )   **SANCTIONS**
13 THOMAS F. WHITE, et al,                 )
                                           )   DATE:  To Be Set
14         Defendants.                     )   TIME:  To Be Set
                                           )   CTRM:  8, 19th Floor,
15 _____)          Hon. Charles R. Breyer

16         Pursuant to the application by defendant Thomas F. White herein, and good cause

17 appearing therefor,

18         IT IS HEREBY ORDERED that Defendant's Notice of Motion to Vacate Judgment

19 and for Sanctions, along with the supporting Memorandum of Points and Authorities,

20 Declarations of Geoffrey Rotwein and Nina Safdie-Enoch with attached Exhibits, be filed

21 under seal.

22 DATED: August  04 , 2006
                                           _____
23                                         JUDGE OF THE DISTRICT COURT

   *IT IS SO ORDERED*
   *Judge Charles R. Breyer*