IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ROE, et al.,

    Plaintiffs,

v.

THOMAS F. WHITE, et al.,

    Defendants.
_____/

No. C 03-04035 CRB

**ORDER**

Now pending before the Court is defendant White's motion to shorten time to hear his motion to stay the judgment pending appeal. White's motion is granted. The Court will hear White's motion at 2:00 p.m. on Wednesday, December 14, 2005.

**IT IS SO ORDERED.**

Dated: December 8, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\orderreshortentime2.wpd