IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, a MINOR, by MAURICIO RODRIGUES BORREGO, his guardian ad litem, et al., | No. C 03-04035 CRB |
| Plaintiffs, | **ORDER RE: MOTION FOR SHORTENED TIME** |
| v. | |
| THOMAS F. WHITE, | |
| Defendant. | |

Defendant's motion for an order shortening time is DENIED. Defendant shall file a noticed motion in accordance with the Local Rules of this Court.

**IT IS SO ORDERED.**

Dated: August 7, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\orderreshortenedtime.wpd