IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ROE, a MINOR, by MAURICIO RODRIGUES BORREGO, his guardian ad litem, et al.,

    Plaintiffs,

v.

THOMAS F. WHITE, et al.,

    Defendants.
    _____/

No. C 03-04035 CRB

**ORDER**

Now pending before the Court for decision is plaintiffs' motion for Rule 11 sanctions against counsel for defendant Thomas White. After carefully considering all of the parties' submissions on this motion, and keeping in mind the parties' conduct and allegations throughout this case, the Court concludes that oral argument is unnecessary and DENIES plaintiffs' motion.

**IT IS SO ORDERED.**

Dated: November 20, 2006

                                      CHARLES R. BREYER
                                      UNITED STATES DISTRICT JUDGE