IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, | No. C 03-04035 CRB |
| Plaintiff, | **ORDER RE: CASE MANAGEMENT CONFERENCE** |
| v. | |
| THOMAS F. WHITE, | |
| Defendant. | |

The Court will hold a case management conference in the above matter at 10:00 a.m. on August 3, 2007. At the conference the Court will address the procedure for resolving (1) the issues remaining as a result of the Ninth Circuit's affirmance, and (2) the motion for substitution of counsel by certain of the plaintiffs. The Court will also address plaintiffs' counsel's application for an order authorizing the Clerk of Court to release certified copies of documents filed under seal.

If any party wishes to file a document under seal prior to the case management conference, the party shall follow the procedure set forth in Local Rule 79-5.

**IT IS SO ORDERED.**

Dated: July 11, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\orderrecmc1.wpd