IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, a MINOR, by MAURICIO RODRIGUES BORREGO, his guardian ad litem, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>THOMAS F. WHITE, et al.,<br><br>        Defendants.<br>_____/ | No. C 03-04035 CRB<br><br>**ORDER RE: EX PARTE APPLICATION TO FILE UNDER SEAL** |

Now pending before the Court is the ex parte request of counsel Eric M. Safire to file his Ex Parte Memorandum in Support of Substitution of Counsel, Declaration and exhibits under seal. Counsel's motion is DENIED. Civil Local Rule 79-5 provides that counsel seeking to file an entire document under seal must file a declaration "establishing that the entire document is under seal." Counsel's affidavit does not purport to establish such fact; indeed, the Court's brief perusal of the material counsel seeks to file under seal in its entirety suggests that most of the material is not privileged.

**IT IS SO ORDERED.**

Dated: July 31, 2007

                                           CHARLES R. BREYER
                                           UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\orderresealing.wpd