IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, a MINOR, by MAURICIO RODRIGUES BORREGO, his guardian ad litem, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS F. WHITE, et al.,<br><br>Defendants. | No. C 03-04035 CRB<br><br>**ORDER RE: EX PARTE APPLICATION TO FILE UNDER SEAL** |

Now pending before the Court is plaintiffs' application to file documents under seal. In particular, plaintiffs seek to file under seal in their entirety all documents related to their counsel's motion for attorneys' fees and costs. The motion is DENIED. Civil Local Rule 79-5 provides that counsel seeking to file an entire document under seal must file a declaration "establishing that the entire document is sealable." Counsel's declaration does not purport to establish such fact; instead, he merely attests that such documents "refer to matters which may be deemed to be subject to the confidentiality provisions" of the settlement agreement. Where, as here, only portions of a document are sealable, counsel must

//
//
//

1 | comply with Civil Local Rule 79-5(c).

2 | **IT IS SO ORDERED.**

3 | Dated: August 1, 2007

4 | CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\orderresealing.2.wpd      2