IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, a MINOR, by MAURICIO RODRIGEZ BORREGO, his guardian ad litem, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THOMAS F. WHITE, et al.,<br><br>    Defendants.<br>_____/<br>MAURICIO RODRIGEZ BORREGO,<br><br>    Proposed Intervenor,<br><br>  v.<br><br>DAVID REPLOGLE, et al.,<br><br>    Intervenees<br>_____/ | No. C 03-04035 CRB<br><br>**ORDER RE: EX PARTE APPLICATION TO FILE UNDER SEAL** |

    Now pending before the Court is proposed intervenor's motion to file documents under seal. In particular, the proposed intervenor seeks to file under seal in their entirety all documents related to his motion to intervene because the documents refer to the amount of the settlement. The motion is DENIED. Civil Local Rule 79-5 provides that counsel seeking to file an entire document under seal must file a declaration "establishing that the entire document is sealable." Counsel's declaration does not establish such fact; that a document at

1  times references a confidential fact does not make the entire document sealable.  Where, as
2  here, only portions of a document are sealable, counsel must comply with Civil Local Rule
3  79-5(c).

4  **IT IS SO ORDERED.**

5  Dated: August 6, 2007

6  CHARLES  R. BREYER
   UNITED STATES DISTRICT JUDGE