IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al., | No. C 03-04035 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| THOMAS F. WHITE, et al., | |
| Defendants. | |

At the hearing in this matter on August 3, 2007, the Court directed all parties, including the proposed intervener, to provide to the Court, under seal, copies of all fee agreements in any way connected with this lawsuit. This Order applies to attorney Erik Safire, and anyone who has contacted him in connection with the representation of the plaintiffs, as well as to defendant White and his agents. The parties shall provide the Court with the agreements on or before Tuesday, August 14, 2007 by delivering them, under seal, to chambers.

**IT IS SO ORDERED.**

Dated: August 9, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\orderrefeeagreements.wpd