IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al., | No. C 03-04035 CRB |
| Plaintiffs, | **ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT** |
| v. | |
| THOMAS F. WHITE, | |
| Defendant. | |

Defendant White's motion to amend or alter judgment is DENIED.

**IT IS SO ORDERED.**

Dated: August 16, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\amend\orderreamend1.wpd