Hon. David A. Garcia (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, California 94111
(415) 982-5267 (main)
(415) 982-5287 (fax)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ROE, et al.,

    Plaintiff,

vs.

THOMAS F. WHITE, et al.,

    Defendants.

Case No. C 03-04035 CRB

**Special Master's Report # 1 Regarding Proposed Investigation**

Date:
Time:
Courtroom:
Judge: Hon. Charles R. Breyer

THE UNDERSIGNED, having been appointed by Hon. Charles Breyer, Judge for The United States District Court for the Northern District of California, as Special Master in the above-entitled case, having reviewed the record as supplied by the Court and such other documents and correspondence received from the parties, recommends that the Court order as follows:

1. That the Special Master be directed to proceed to Puerto Vallarta to conduct an investigation in accordance with the Order appointing the Special Master on November 12, 13, and 14, 2007, at a location to be designated

- 1 -
SPECIAL MASTER'S REPORT #1 RE PROPOSED INVESTIGATION
CASE NO. C 03-04035 CRB

hereafter.

2. That David Replogle, Esq. and Eric M. Safire, Esq. direct that all Plaintiffs, who they either represent or seek to represent, submit themselves for an interview to be conducted by the Special Master pursuant to a schedule to be hereafter established by the Special Master or his Case Manager, Karen Clerici, in consultation with David Replogle Esq. and Eric M. Safire, Esq.

3. That the Special Master be permitted to retain an associate to assist him in the conduct of the Plaintiff interviews and such other inquiries conducted by the Special Master while in Puerto Vallarta. That the associate so designated shall sign an affidavit pursuant to 28 U.S.C. §455.

4. That the interviews of the plaintiffs not be recorded and shall be attended solely by the plaintiffs, without participation of any counsel.

5. That the interviews of all other persons hereafter referenced shall not be recorded. Attendees at such other interviews shall be restricted to the person identified and their counsel if such counsel has made an appearance in this action on said person's behalf, special or otherwise.

6. That Eric Safire Esq. direct that Hilario Silva Mena present himself to the Special Master to be interviewed by the Special Master at a time to be hereafter designated.

7. That all counsel, who have contact with Manuel Flores, request that he present himself to the Special Master to be interviewed at 9:00 a.m., Puerto Vallarta time, on November 12, 2007, at a place to be designated.

- 2 -

8. That the Special Master consult with the local prosecuting attorney in the matter of Thomas F. White regarding the subject of his investigation.

9. That Attorneys for the Proposed Intervenor, Mauricio Rodriguez Borrego direct that the Proposed Intervenor present himself to be interviewed by the Special Master at a time to be hereafter arranged by the Special Master or his Case Manager, Karen Clerici, in consultation with counsel for the proposed intervenor.

10. That David Replogle, John Hill, and Eric M. Safire shall meet with the Special Master in San Francisco, California, at such time as the Special Master shall direct for the purpose of being interviewed.

DATED: September 28, 2007

_____
Special Master
Hon. David A. Garcia, (Ret.)