IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al., | No. C 03-04035 CRB |
| Plaintiffs | **ORDER DIRECTING COOPERATION WITH SPECIAL MASTER** |
| v. | |
| THOMAS WHITE, | |
| Defendant. | |

The Court has reviewed and considered the Special Master's Report #1 Regarding Proposed Investigation, dated September 28, 2007 and filed October 1, 2007. Accordingly, the Court orders as follows:

1. The Special Master shall proceed to Puerto Vallarta on November 12, 13, and 14, 2007 to conduct an investigation in accordance with the Order Appointing Special Master.

2. Counsel David Replogle and Eric Safire will direct all plaintiffs, who they represent or seek to represent, to appear for an interview with the Special Master in Puerto Vallarta on November 12, 13, or 14, 2007 as scheduled by the Special Master or his Case Manager, Karen Clerici, in consultation with counsel.

3. The Court authorizes the Special Master to retain Manuel Alvarez, an associate at Sonnenschein, Nath & Rosenthal, to assist the Special Master with his

investigation in Puerto Vallarta and otherwise. Mr. Alvarez shall be compensated at the rate of $240.00 per hour.

5. The Special Master's interviews of the plaintiffs shall not be recorded. As the Special Master is investigating the conflict over the attorney representation of the plaintiffs, the interviews shall be attended solely by the plaintiffs, without the participation of any counsel.

6. Counsel Eric Safire shall cause Hilario Silva Mena to submit himself to the Special Master for an interview in Puerto Vallarta at a location and time as designated by the Special Master. The interview shall not be recorded.

7. All counsel and parties who have contact with Manuel Flores shall use their best efforts to ensure that he appears for an interview with the Special Master at 9:00 a.m., Puerto Vallarta time, on November 12, 2007, at the location designated by the Special Master. Counsel shall advise the Court in writing on or before November 5, 2007, of the steps they have taken to ensure Mr. Flores' compliance with this Court's Order. The Special Master's interview with Mr. Flores shall not be recorded.

8. If the Special Master may consult with the local prosecuting attorney in Mexico regarding Thomas F. White should the Special Master believe such consultation may assist his investigation.

9. Proposed Intervenor and Guardian Ad Litem Mauricio Rodriguez Borrego shall appear for an interview with the Special Master in Puerto Vallarta as directed by the Special Master in consultation with Mr. Borrego's counsel. Mr. Borrego, who is the court-appointed guardian ad-litem, shall also assist in ensuring that plaintiffs appear for their interviews with the Special Master.

10. Counsel David Replogle, John Hill and Eric Safire shall appear for an

//
//
//

interview with the Special Master in San Francisco, California as directed by the Special Master.

**IT IS SO ORDERED.**

Dated: October 12, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\specialmasterproceedings\orderreinterviews.wpd  3