IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al., | No. C 03-04035 CRB |
| Plaintiffs | **ORDER RE PAYMENT OF SPECIAL MASTER INVOICE #1** |
| v. | |
| THOMAS WHITE, | |
| Defendant. | |

The Court has reviewed the invoice from the Special Master, dated September 27, 2007, and finds it reasonable. Accordingly, the Clerk of the Court is directed to pay the invoice in the total amount of $9,327.50 from the settlement fund in this action which is currently deposited with the Court.

**IT IS SO ORDERED.**

Dated: October 12, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\specialmasterproceedings\bills\orderrebill1.wpd