United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, a MINOR, by MAURICIO RODRIGUES BORREGO, his guardian ad litem, et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>THOMAS F. WHITE,<br><br>     Defendant. _____/ | No. C 03-04035 CRB<br><br>**ORDER DENYING MOTIONS** |

Now pending before the Court is plaintiffs' Application For An Order Shortening Time For Hearing On Motion To Deny Eric Safire's Petition To Substitute Into The Action. Plaintiffs' Application is DENIED. As plaintiffs' counsel is well aware, the Court has appointed a Special Master to investigate all the various allegations being made in this action. Accordingly, his motion to deny Eric Safire's petition is DENIED without prejudice to being renewed after the Special Master completes his investigation.

Plaintiffs' Motion to Approve Irrevocable Trust Agreement and Motion for Attorneys' Fees, filed October 12, 2007, as well as the motion for disbursement of funds filed October 5, 2007, are DENIED without prejudice to being renewed after the Special Master completes

//

//

1 his investigation.

2 **IT IS SO ORDERED.**

3 Dated: October 12, 2007

4 CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California