United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ROE, et al.,

       Plaintiffs

   v.

THOMAS WHITE,

       Defendant.

_____/

No. C 03-04035 CRB

**ORDER RE: SPECIAL MASTER
INTERVIEWS**

     Now pending before the Court is defendant White's request that his counsel be permitted to attend the Special Master's interviews and consultations as set forth in the Court's Order of October 12, 2007.  Defendant's request is DENIED.  Defendant's liability in this action has been finally established and was affirmed by the Ninth Circuit.  The purpose of the Special Master's investigation is to assist in the resolution of a dispute involving the representation of plaintiffs, and to discover additional facts relevant to the Court's decision on an award of attorneys' fees to plaintiffs' counsel.

     **IT IS SO ORDERED.**

Dated: October 17, 2007

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\specialmasterproceedings\orderrewhite.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California