1  GEOFFREY ROTWEIN (CA SBN 58176)
   LAW OFFICES OF GEOFFREY ROTWEIN
2  400 Montgomery Street, Second Floor
   San Francisco, CA 94104
3  Facsimile: (415) 397-0862
   Telephone: (4l5) 397-0860
4
   Attorney for Defendant
5  THOMAS F. WHITE

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 JOSE ROE, I, a minor, et al,           )   No. C-03-4035 CRB
                                          )
11         Plaintiffs,                    )   **ORDER EXONERATING**
                                          )   **SUPERSEDEAS APPEAL**
12     vs.                                )   **BOND POSTED BY SURETIES**
                                          )   **FOR DEFENDANT ON**
13 THOMAS F. WHITE, et al,                )   **DECEMBER 19, 2005**
                                          )
14         Defendants.                    )
                                          )
15 _____

16     Pursuant to the application submitted under seal on November 20, 2007, by defendant

17 Thomas F. White herein,

18     IT IS HEREBY ORDERED that the supersedeas appeal bond that was posted by his

19 sureties, American Contractors Indemnity Company and U.S. Specialty Insurance Company,

20 on December 19, 2005, pursuant to Rule 62 of the Federal Rules of Civil Procedure is hereby

21 exonerated.

22 DATED: November 29, 2007            _____
                                       JUDGE OF THE FEDERAL DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

ORDER EXONERATING SUPERSEDEAS APPEAL BOND
No. C-03-04035 CRB