Hon. David A. Garcia (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, California 94111
(415) 982-5267 (main)
(415) 982-5287 (fax)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al., | Case No. C 03-04035 CRB |
| Plaintiff, | **Special Master's Report # 2 Regarding Representation of Plaintiffs and Implementation of Confidential Settlement Agreement** |
| vs. | |
| THOMAS F. WHITE, et al., | Date: |
| Defendants. | Time: |
| | Courtroom: |
| | Judge: Hon. Charles R. Breyer |

THE UNDERSIGNED, having conducted an investigation pursuant to the Order Directing Cooperation with Special Master of the Hon. Charles Breyer, Judge for The United States District Court for the Northern District of California, dated October 12, 2007, the undersigned finds and recommends as follows:

1. Eric M. Safire, Esq. does not represent any of the plaintiffs in the instant action.

- 1 -

SPECIAL MASTER'S REPORT #2 RE REPRESENTATION OF PLAINTIFFS AND IMPLEMENTATION
OF CONFIDENTIAL SETTLEMENT AGREEMENT
CASE NO. C 03-04035 CRB

2.  There is no impediment to honoring the Confidential Settlement Agreement and Mutual Release previously approved by this Court on August 29, 2005, and subsequently affirmed by the Ninth Circuit Court of Appeals on May 23, 2007.

DATED: December 10, 2007

_____
Special Master
Hon. David A. Garcia, (Ret.)