IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al., | No. C 03-04035 CRB |
| Plaintiffs | **ORDER RE: HEARING ON DISTRIBUTION OF SETTLEMENT FUNDS TO PLAINTIFFS** |
| v. | |
| THOMAS WHITE, | |
| Defendant. | |

In June 2007, attorney Eric Safire filed a motion with this Court seeking to be substituted in as counsel for most of the plaintiffs. Safire claimed that these plaintiffs no longer wished to participate in the settlement which the Ninth Circuit had recently confirmed. The Court subsequently appointed a Special Master to investigate: (1) the legal representation of plaintiffs; (2) the relationship between plaintiffs' attorney David Replogle and the guardian ad litem and whatever payment arrangement they may have or had; and (3) any other factual matters related to attorney's fees and the disbursement of the settlement.

The Special Master has since interviewed some of the plaintiffs in Puerto Vallerta, Mexico and most of the attorneys involved with this matter. Based on that investigation, the Special Master issued Report No. 2 finding that attorney Safire *does not* represent the plaintiffs he purported to represent and that there "is no impediment to honoring the

Confidential Settlement Agreement and Mutual Release previously approved by this Court on August 29, 2005, and subsequently affirmed by the Ninth Circuit Court of Appeals on May 23, 2007."

In light of this Report, and attorney Safire's motion to withdraw as counsel for plaintiffs, which is hereby granted, the Court finds that there is no reason to further delay the distribution of the settlement funds to plaintiffs.  Accordingly, the Court will hold a hearing **at 10:00 a.m. on Tuesday, December 18, 2007**, to finalize the distribution of the settlement funds to the plaintiffs through the Trust as set forth in the Confidential Settlement Agreement and plaintiffs' July 2007 Motion to Approve the Trust Instrument.  The proposed Trust Protector, C. Joseph Smith, shall appear at the hearing, along with a representative from Wells Fargo, the proposed institutional trustee.  The Court proposes to distribute to plaintiffs 60 percent of the funds currently held by the Court at that time.

**IT IS SO ORDERED.**

Dated: December 10, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\specialmasterproceedings\orderrereport2.wpd     2