IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al., | No. C 03-04035 CRB |
|     Plaintiffs | **ORDER DENYING DEFENDANT WHITE'S OBJECTIONS TO SPECIAL MASTER'S REPORT NO. 2** |
| v. | |
| THOMAS WHITE, | |
|     Defendant. | |

Defendant's objections to the Special Master's Report No. 2 are DENIED. As this Court has repeatedly noted, defendant's liability in this action has been finally established and was affirmed by the Ninth Circuit. The purpose of the Special Master's investigation is to assist in the resolution of a dispute involving the representation of plaintiffs, and to discover additional facts relevant to the Court's decision on an award of attorneys' fees to plaintiffs' counsel; it has nothing to do with defendant White.

Moreover, the Special Master proceedings are not complete, and the Special Master is preparing a Report which includes factual findings related to, among other things, the arrangements between plaintiffs' counsel and the guardian ad litem.

**IT IS SO ORDERED.**

Dated: December 12, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\specialmasterproceedings\orderrewhite2.frm