IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al., | No. C 03-04035 CRB |
| Plaintiffs | **AMENDED ORDER RE PAYMENT OF SPECIAL MASTER INVOICE #3** |
| v. | |
| THOMAS WHITE, | |
| Defendant. | |

The Court has reviewed the invoice from the Special Master, dated November 30, 2007, and finds it reasonable. Accordingly, the Clerk of the Court is directed to pay the invoice in the total amount of $33,197.14 from the settlement fund in this action which is currently deposited with the Court. This Order replaces the Order filed December 18, 2007.

**IT IS SO ORDERED.**

Dated: December 19, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\specialmasterproceedings\bills\amendedorderrebill3.wpd