IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al., | No. C 03-04035 CRB |
| Plaintiffs, | **ORDER RE: PAYMENT OF FUNDS FROM COURT'S REGISTRY** |
| v. | |
| THOMAS F. WHITE, et al., | |
| Defendants. / | |

The Clerk of the United States District Court for the Northern District of California is directed to pay **$4.2 million** from the Court's Registry account for the above action to **Wells Fargo Bank, N.A., trustee of the Jose Roe v. White Irrevocable Trust**.

When the check has been prepared by the Finance Unit, the check shall be delivered to Opal Madaris, my secretary. The check will then be personally delivered to Wells Fargo.

**IT IS SO ORDERED.**

Dated: December 18, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\settlementfunds\orderrepaymenttotrust1.wpd