IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al., | No. C 03-04035 CRB |
| Plaintiffs | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| v. | |
| THOMAS WHITE, | |
| Defendant. | |

The motion of plaintiffs' counsel, David Replogle, for reconsideration of the Court's order directing all counsel to produce records of their costs and disbursements for which they claim they are entitled to reimbursement is DENIED. As the Court ordered at oral argument on December 18, 2007, any counsel who contends that he has incurred costs for any plaintiffs or made advances, loans or other disbursements to any plaintiffs for which counsel is entitled to reimbursement from the settlement fund and/or plaintiffs shall submit to the Court on or before December 31, 2007 a declaration detailing those costs and advances, loans or other disbursements. Counsel shall include with their detailed declarations all receipts and other documentation supporting said costs and disbursements, as well as any agreements with

//
//
//

plaintiffs concerning any loans, advances or disbursements.

**IT IS SO ORDERED.**

Dated: December 21, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE