IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ROE, et al.,

    Plaintiffs,

v.

THOMAS F. WHITE, et al.,

    Defendants.

                              /

No. C 03-04035 CRB

**ORDER**

       Defendant White's application for an order directing plaintiffs' counsel David Replogle to disclose to White counsel Replogle's fee agreement with Mauricio Rodriguez Borrego is DENIED.

       First, White's motion is in essence a motion to compel the production of documents, yet he does not cite any authority that suggests he is entitled to discovery after judgement has been entered against him and affirmed by the Ninth Circuit.

       Second, White has not established that he has a need for the fee agreement. White is aware of the agreement and there does not appear to be any dispute that the agreement exists. Moreover, White's motion to vacate–which is predicated on the agreement–is based on fraud *on the Court*. The agreement has been submitted to the Court under seal and the Court is capable of evaluating the agreement, and any previous statements made by counsel Replogle

//

about the agreement.

**IT IS SO ORDERED.**

Dated: December 21, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE