IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROE ET AL, | No. C 03-04035 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| WHITE ET AL, | |
| Defendant. | |

The Trust Protector is hereby authorized to reimburse David Replogle for airfare and hotel costs associated with travel to Mexico beginning Sunday, January 13, 2008, not to exceed $1,500.

**IT IS SO ORDERED.**

Dated: January 10, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\orderreimbursement.wpd