IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>THOMAS WHITE,<br><br>    Defendant. | No. C 03-04035 CRB<br><br>**ORDER RE: SPECIAL MASTER REPORT NO. 3** |

The Court and the parties are in receipt of the Special Master's Report No. 3. The parties are ordered to file their objections, if any, to the Report on or before Tuesday, January 29, 2008.

The Court intends to file the Report in the public file. If any party believes that certain portions of the Report must be kept confidential and under seal, the party shall file a submission on or before Tuesday, January 29, 2008 that (1) identifies the specific portion(s) of the Report the party contends must be kept confidential, and (2) provides the Court with law and argument supporting the party's confidentiality assertion.

**IT IS SO ORDERED.**

Dated: January 22, 2008

                                                CHARLES R. BREYER
                                              UNITED STATES DISTRICT JUDGE