IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ROE, et al.,

    Plaintiffs

  v.

THOMAS WHITE,

    Defendant.

No. C 03-04035 CRB

**ORDER RE PAYMENT OF SPECIAL MASTER INVOICE #4**

The Court has reviewed the invoice from the Special Master, dated January 11, 2008 and finds it reasonable. As no objection has been filed, the Clerk of the Court is directed to pay the invoice in the total amount of $14,358.38 from the settlement fund in this action which is currently deposited with the Court.

**IT IS SO ORDERED.**

Dated: January 25, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\specialmasterproceedings\bills\orderrebill4.wpd