1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

JOSE ROE, et al.,

No. C 03-04035 CRB

11

        Plaintiffs

**ORDER RE: PROPOSED
AMENDMENT TO TRUST**

12

 v.

13

THOMAS WHITE,

14

        Defendant.

15

16      By letter dated January 20, 2008, the Trust Protector updated the Court on the

17 distribution of the settlement funds to plaintiffs and provided suggestions for improving the

18 trust procedures. Attached to this Order is a proposed amended trust document which

19 incorporates many of the Trust Protector's suggestions and has been approved by the

20 Trustee, Wells Fargo and the Trust Protector. The Court invites the written comments, if

21 any, of plaintiffs' counsel and the guardian ad litem on or before February 8, 2008. As none

22 of the plaintiffs is still a minor, the Court has not redacted the plaintiffs' names from Court

23 filings.

24      The Court will hold a hearing on the Motion to Approve and Adopt Stipulation of

25 Findings of Fact and Conclusions of Law at 11:00 a.m. on Friday, February 15, 2008.

26     **IT IS SO ORDERED.**

27

Dated: February 1, 2008

28

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\settlementfunds\Trust\orderreamendtrust.wpd