UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 08 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: THOMAS F. WHITE, | No. 08-70226 |
| THOMAS F. WHITE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,<br><br>Respondent,<br><br>JOSE ROE, I-IV, minors, by Mauricio Rodriguez Borrego, their guardian ad litem; et al.,<br><br>Real Parties in Interest. | D.C. No. CV-03-04035-CRB<br>Northern District of California,<br>San Francisco<br><br>AMENDED ORDER<br><br>**FILED**<br>FEB 12 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

Before: KLEINFELD and THOMAS, Circuit Judges, and LARSON,[*] District Judge.

Any further distribution of money from the district court clerk's office or the trust established by the district court is stayed pending further order of this Court.

---

[*] The Honorable Stephen G. Larson, U.S. District Judge for the Central District of California, sitting by designation.

Any party wishing to respond to White's petition for a writ of mandamus may do so within 18 days of the filing date of this order, and any reply White wishes to make may be filed within 6 days after service of the response.

The above named panel will then decide upon the petition for a writ of mandamus.