1
2
3
4
5
6
7
IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ROE, a MINOR, by MAURICIO RODRIGUES BORREGO, his guardian ad litem, et al.,

        Plaintiffs,

  v.

THOMAS F. WHITE,

        Defendant.

_____/

No. C 03-04035 CRB

**ORDER DENYING APPLICATION TO SHORTEN TIME**

    Plaintiffs' Application for an order shortening time for hearing on their motion for sanctions against defendant Thomas White is DENIED.

    **IT IS SO ORDERED.**

Dated: February 12, 2008

                          CHARLES  R. BREYER
                          UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\postappeal\order2reshortentime.wpd