1  GEOFFREY ROTWEIN (CA SBN 58176)
   LAW OFFICES OF GEOFFREY ROTWEIN
2  400 Montgomery Street, Second Floor
   San Francisco, CA 94104
3  Facsimile: (415) 397-0862
   Telephone: (4l5) 397-0860
4
   Attorney for Defendant
5  THOMAS F. WHITE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, I, a minor, et al,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>THOMAS F. WHITE, et al,<br><br>　　　　Defendants. | No. C-03-4035 CRB<br><br>**ORDER SEALING MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO VACATE ORDERS, SETTLEMENT AGREEMENT AND JUDGMENT; AND APPLICATION TO SEAL** |

Pursuant to the application on February 19, 2008, by defendant Thomas F. White herein, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant's *Memorandum of Points and Authorities in Support of Motion to Vacate Orders, Settlement Agreement and Judgment*, filed February 18, 2008, under Docket No. 808, along with the *Application to Seal* submitted on February 19, 2008, both be filed under seal.

DATED: February 20, 2008

_____
JUDGE OF THE FEDERAL DISTRICT COURT

[STAMP: DENIED — Judge Charles R. Breyer — United States District Court, Northern District of California]