IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THOMAS F. WHITE,<br><br>    Defendant._____/ | No. C 03-04035 CRB<br><br>**ORDER SETTING BRIEFING SCHEDULE ON FEES AND COSTS** |

Now pending before the Court is the Guardian Ad Litem Report dated March 7, 2008 and counsel Replogle's response.

On or before March 28, 2008, plaintiffs' counsel and the former guardian ad litem shall provide the Court, with service on all counsel, with revised cost submissions which include the information identified by the Guardian Ad Litem in his March 7 Report.

Should any plaintiffs' counsel wish to file an additional brief in support of the claimed costs and claimed contingency fee, such brief shall also be filed on or before March 28, 2008. Any party, including the Guardian Ad Litem, that wishes to file a response to the cost and/or fee submissions shall do so on or before April 11, 2008.

In light of the stay on the distribution of any proceeds issued by the Ninth Circuit, any

//

//

delay occasioned by this briefing schedule will not prejudice any of the parties or counsel.

**IT IS SO ORDERED.**

Dated: March 17, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\postappeal\orderrebriefing1.wpd