IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al.,<br><br>　　　　Plaintiffs<br><br>　v.<br><br>THOMAS WHITE,<br><br>　　　　Defendant._____/ | No. C 03-04035 CRB<br><br>**ORDER RE PAYMENT OF GUARDIAN AD LITEM INVOICE #1** |

The Court has carefully reviewed the detailed April 11, 2008 billing statement of the guardian ad litem, James Wagstaffe of the law firm Kerr & Wagstaffe, and finds it well supported and reasonable. The Clerk of the Court is directed to pay the invoice in the total amount of $40,448.85 from the settlement fund which is currently deposited with the Court.

**IT IS SO ORDERED.**

Dated: April 14, 2008

　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\guardian\orderreinvoice#1.wpd