IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al.,<br><br>        Plaintiffs<br><br>  v.<br><br>THOMAS WHITE,<br><br>        Defendant.               / | No. C 03-04035 CRB<br><br>**ORDER RE PAYMENT OF SPECIAL MASTER INVOICES NOS. 4 & 5** |

The Court has reviewed the invoices from the Special Master, dated January 31, 2008 and February 29, 2008 and finds them reasonable. As no objection has been filed, the Clerk of the Court is directed to pay the invoices in the total amount of $13,974.00 from the settlement fund in this action which is currently deposited with the Court.

**IT IS SO ORDERED.**

Dated: April 14, 2008

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\specialmasterproceedings\bills\orderrebill#5.wpd