IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS F. WHITE,<br><br>    Defendant._____/ | No. C 03-04035 CRB<br><br>**ORDER SETTING MAGISTRATE JUDGE HEARING AND BRIEFING SCHEDULE** |

    On April 11, 2008, counsel David Replogle and John Hill, and the former guardian ad litem Mauricio Rodriguez Borrego, submitted a stipulation agreeing that this Court has ancillary jurisdiction to determine the overall amount of attorneys' fees and costs. Replogle, Hill and Rodriguez Borrego also agreed to participate in a binding and final arbitration before the Honorable Joseph C. Spero, Magistrate Judge, Northern District of California, to determine the allocation of the awarded fees and costs among Replogle, Hill and Rodriguez Borrego.

    The Court agrees to and has signed the stipulation. In connection with the proceedings before Magistrate Judge Spero, Replogle, Hill and Rodriguez Borrego are directed to file any memoranda, supporting evidence and declarations to be considered by Magistrate Judge Spero on or before April 21, 2008. Any objections thereto shall be filed on or before April 25, 2008. An evidentiary hearing shall be conducted on May 1, 2008 at 9:00

a.m. before Magistrate Judge Spero to be concluded that day.

**IT IS SO ORDERED.**

Dated: April 14, 2008

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\postappeal\orderremagistrateproceedings.wpd