JAMES M. WAGSTAFFE (95535)
HOLLY HOGAN (238714)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Guardian Ad Litem for Jose Roe I, Jose Roe II, Jose Roe III, and Jose Roe IV

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS F. WHITE, et al.,<br><br>Defendants | Case No. C 03-04035 CRB<br><br>**STIPULATION AND ORDER RE: BINDING ARIBTRATION** |

## **STIPULATION**

WHEREAS, there is presently a dispute among David Replogle, John Hill, and Mauricio Rodriguez Borrego regarding the allocation of attorneys' fees and costs in the above-captioned matter amongst themselves;

WHEREAS, Messrs. Replogle, Hill, and Rodriguez Borrego (by and through his attorney William Guire) desire to fully and finally resolve said dispute;

David Replogle, John Hill, and Mauricio Rodriguez Borrego hereby stipulate as follows:

1. Messrs. Replogle, Hill, and Rodriguez Borrego agree that the District Court, should it choose to do so, may exercise its ancillary jurisdiction to determine the overall amount of attorneys' fees and costs in this matter;

2. After and if the District Court exercises such ancillary jurisdiction, Messrs. Replogle, Hill, and Rodriguez Borrego agree to participate in a binding and final arbitration before the Honorable Joseph C. Spero, Magistrate Judge, Northern District of California. The arbitration shall finally and with no further review determine the allocation of attorneys' fees and costs in the above captioned-matter among Messrs. Replogle, Hill, and Rodriguez Borrego. The arbitration shall take place within thirty days of the signing of the accompanying order. It shall involve the exchange of memoranda, supporting evidence, and declarations and a single evidentiary hearing to be conducted pursuant to the Federal Rules of Evidence with cross-examination permitted. Magistrate Judge Spero shall determine the length of examinations and other hearing procedures pursuant to his discretion.

///
///
///
///
///
///
///



CASE NO. C 03-04035 CRB                                            STIPULATION AND ORDER RE: ARIBTRATION

1

1  This Stipulation may be executed in one or more counterparts, each of which shall be
2  deemed an original.
3
4  IT IS SO STIPULATED.
5
6  DATED: April 3, 2008        By _____
                                  DAVID REPLOGLE
7
8  DATED: April ___, 2008      By _____
                                  JOHN HILL
9
10 DATED: April ___, 2008      By _____
                                  WILLIAM GWIRE on behalf of
11                                MAURICIO RODRIGUEZ BORREGO

1   This Stipulation may be executed in one or more counterparts, each of which shall be
2   deemed an original.
3
4   IT IS SO STIPULATED.
5
6   DATED: April ___, 2008          By _____
7                                      DAVID REPLOGLE
8   DATED: April _4_, 2008         By _____
                                       JOHN HILL
9
10  DATED: April ___, 2008         By _____
                                       WILLIAM GWIRE on behalf of
11                                     MAURICIO RODRIGUEZ BORREGO

1  This Stipulation may be executed in one or more counterparts, each of which shall be
2  deemed an original.

4  IT IS SO STIPULATED.

6  DATED: April ___, 2008           By _____
7                                      DAVID REPLOGLE

8  DATED: April ___, 2008           By _____
                                       JOHN HILL
9  DATED: April 3, 2008             By _____
10                                     WILLIAM GWIRE on behalf of
                                       MAURICIO RODRIGUEZ BORREGO

CASE NO. C 03-04035 CRB                        2               STIPULATION AND ORDER RE: ARIBTRATION

# **ORDER**

Pursuant to the foregoing stipulation and good cause appearing, David Replogle, John Hill, and Mauricio Rodriguez Borrego are hereby ordered to participate in final and binding arbitration concerning the allocation of attorneys' fees and costs among themselves before the Honorable Joseph C. Spero.

IT IS SO ORDERED

Signed: April 14, 2008



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE