FILED

APR 15 2008

[RICHARD W. WIEKING]
[CLERK, U.S. DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ROE, et al.,

    Plaintiffs,

v.

THOMAS F. WHITE, et al.,

    Defendants.

No. C 03-04035 CRB

**ORDER RE: PAYMENT OF FUNDS FROM COURT'S REGISTRY**

The Clerk of the United States District Court for the Northern District of California is directed to pay **$1,168,953.00** from the Court's Registry account for the above action to **Wells Fargo Bank, N.A., trustee of the Jose Roe v. White Irrevocable Trust**.

When the check has been prepared by the Finance Unit, the check shall be delivered to Opal Madaris, my secretary. The check will then be delivered by Federal Express to Wells Fargo. This amount represents the approximate difference between the amount in the Court's Registry as of April 15, 2008 and the amount the Court awards to plaintiffs' counsel for attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 15, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\settlementfunds\orderrepaymenttotrust2.wpd