John D. O'Connor (SBN 54238)
Bradley P. Kaplan (SBN 148647)
O'CONNOR AND ASSOCIATES
One Embarcadero Center
Tenth Floor, Suite 1020
San Francisco, CA 94111
Telephone: (415) 693-9960
Facsimile: (415) 981-0222

Special Fee Counsel for
Law Offices of John E. Hill

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JOSE ROE I, et al., | Case No.: C-03-04035-CRB |
|---|---|
| Plaintiff, | **EVIDENCE SUBMITTED BY JOHN HILL IN SUPPORT OF REQUEST FOR ATTORNEYS' FEES** |
| v. | |
| THOMAS F. WHITE, et al., | Hearing Date: May 1, 2008 |
| Defendant. | Time: 9:00 a.m.<br>Courtroom: A – 15th Floor<br>Judge: Magistrate Judge Joseph Spero |

Pursuant to the Court's April 14, 2008 Order assigning this matter to Magistrate Judge Spero for the determination of the allocation of attorneys' fees and costs, John Hill submits this list of the evidence upon which he may rely in support of his claims for attorneys' fees and costs.

| Exhibit | Evidence |
|---|---|
| 1. | Declaration of John Hill (February 13, 2008) (Docket No. 806) |
| 2. | Memorandum And Order Re Counsel Fees And Costs (April 18, 2008 (Docket No. 890) |
| 3. | Contingency Fee Agreement with Daniel Garcia (June 16, 2003) |
| 4. | Contingency Fee Agreement with Joshua Beam (June 20, 2003) |

EVIDENCE SUBMITTED BY JOHN HILL IN SUPP. OF REQ. FOR ATTYS' FEES    Case No. C-03-04035-CRB

1

| | | |
|---|---|---|
| | 5. | Spanish Language Contingency Fee Agreement utilized by the Law Offices of John E. Hill ("Pacto De Couta Litis") |
| | 6. | Complaint For Damages For Childhood Sexual Abuse (September 4, 2003) (Docket No. 1) |
| | 7. | Declaration of David Replogle In Support of Plaintiffs' Application for Order Permitting filing of Complaint Using Fictitious Name and Appointing Mauricio Rodriguez Borrego Guardian ad Litem for Plaintiff (September 4, 2003) (Docket No. 3) |
| | 8. | Second Amended Complaint for Damages for Childhood Sexual Abuse, Child Sexual Tourism, Production and Distribution of Child Pornography, Intentional and Negligent Infliction of Emotional Distress (June 4, 2004) (Docket No. 114) |
| | 9. | Third Amended Complaint for Damages for Childhood Sexual Abuse, Child Sexual Tourism, Production and Distribution of Child Pornography, Intentional and Negligent Infliction of Emotional Distress (August 2, 2004) (Docket 126) |
| | 10. | Fourth Amended Complaint for Damages for Childhood Sexual Abuse, Child Sexual Tourism, Production and Distribution of Child Pornography, Intentional and Negligent Infliction of Emotional Distress (October 1, 2004) (Docket No. 135) |
| | 11. | Chart Summarizing Deposition Attendance |
| | 12. | Spanish Language Contingency Fee Agreement David Replogle claims he utilized in this case ("Pacto De Couta Litis") |
| | 13. | Addendum to Confidential Settlement Agreement and Mutual General Release (executed in counterparts on July 5 and 6, 2005) |
| | 14. | November 9, 2007 Email from J. O'Connor to D. Replogle |
| | 15. | Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Confirm Termination of John E. Hill as Associated Counsel (March 21, 2008) (Docket No. 842) |
| | 16. | Withdrawal of Unauthorized Declaration of John E. Hill Filed by Terminated Associated Counsel John E. Hill (December 14, 2007) (Docket No. 692) |
| | 17. | Transcript of October 7, 2005 Hearing before Judge Breyer (Docket No. 379) |
| | 18. | October 20, 2005 letter from D. Replogle to Judge Breyer (Docket No. 341) |
| | 19. | June 13, 2005 letter from D. Replogle to M. Rodriguez Borrego |
| | 20. | [Proposed] Order Approving and Adopting Findings of Fact and Conclusions of Law (January 29, 2008 (Docket No. 754) |
| | 21. | Declaration of Mauricio Rodriguez Borrego in Support of Joint Stipulation (January 30, 2008) (Docket No. 763) |

EVIDENCE SUBMITTED BY JOHN HILL IN SUPP. OF REQ. FOR ATTYS' FEES   Case No. C-03-04035-CRB

| | | |
|---|---|---|
| 1 | 22. | Series of e-mail beginning with May 16, 2007 e-mail from M. Rodriguez Borrego to D. Replogle with a copy to J. Hill |
| 2 | 23. | Declaration of Geoffrey Rotwein in Opposition to Plaintiffs' Motion For Rule 11 Sanctions, and Request for Sanctions Against Plaintiffs' Counsel David Replogle and John E. Hill (October 27, 2006) (Docket No. 497) |
| 3 | 24. | July 24, 2007 letter from D. Stenson to D. Replogle |
| 4 | 25. | July 31, 2007 e-mail from D. Replogle to J. Hill |
| 5 | 26. | Special masters Report 3 Regarding Representation of Plaintiffs and Implementation of Confidential Settlement Agreement (February 1, 2008 (Docket No. 764) |
| 6 | 27. | Objections to Motion to Approve and Adopt Findings of Fact and Conclusions of Law (February 13, 2008) (Docket No. 793) |
| 7 | 28. | Order Replacing Guardian Ad Litem (February 14, 2008) (Docket No. 804) |
| 8 | 29. | Order Setting Briefing Schedule on Fees and Costs (March 17, 2008) (Docket No. 838) |
| 9 | 30. | Memorandum in Support of John E. Hill and John E. Hill, Professional Corporation, in Support of Application for Attorney Fees (March 28, 2008) (Docket No. 852) |
| 10 | 31. | Declaration of John E. Hill in Response to Order Setting Briefing Schedule on Fees and Costs Filed on March 17, 2008 (March 28, 2008) (Docket No. 853) |
| 11 | 32. | Declaration of Michael P. Guta in Support of Law Offices of John E. Hill Fee Application (March 28, 2008) (Docket No. 856) |
| 12 | 33. | Declaration of Daniel Stenson (April 11, 2008) (Docket No. 869) |
| 13 | 34. | Declaration of John E. Hill (December 31, 2007) (Docket No. 736) |
| 14 | 35. | Legal Bills from O'Connor and Associates to J. Hill |
| 15 | 36. | April 1, 2008 Letter from D. Replogle to J. Hill and J. O'Connor with a copy to J. Breyer (Docket No. 858) |
| 16 | 37. | April 1, 2007 Letter from J. Hill to J. Breyer (Docket No. 859) |

EVIDENCE SUBMITTED BY JOHN HILL IN SUPP. OF REQ. FOR ATTYS' FEES   Case No. C-03-04035-CRB

38. Complaint for Declaratory Relief; For Damages for Interference with Contract; Temporary Restraining Order, Preliminary and Permanent Injunction in *Replogle v. Rodriguez Borrego and Hill*, No. 07-469701 (SF Super. Ct. Dec. 4, 2007)

Dated: April 21, 2008                             O'CONNOR AND ASSOCIATES

_____
JOHN D. O'CONNOR
Special Fee Counsel for
Law Offices of John E. Hill