# EXHIBIT C

```
 1  DAVID REPLOGLE, SBN 077875
    LAW OFFICES OF DAVID REPLOGLE
 2  A Professional Corporation
    550 Montgomery Street, Suite 550
 3  San Francisco, California 94111
    Telephone: (415) 362-4700
 4  Facsimile: (415) 781-6683

 5  Attorneys for Plaintiffs Jose Roe I through
    Jose Roe IV, by their guardian ad litem,
 6  and Carlos Roe I through Carlos Roe XVIII

 7

 8              UNITED STATES DISTRICT COURT

 9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION
```

| | |
|---|---|
| JOSE ROE I, a minor, through JOSE ROE IV, a minor, by MAURICIO RODRIGUEZ BORREGO, their guardian ad litem; and<br><br>CARLOS ROE I through CARLOS ROE XVIII, inclusive,<br><br>      Plaintiffs,<br><br>vs.<br><br>THOMAS F. WHITE,<br>NATHAN LOVAAS,<br>ARTHUR J. COLLINGSWORTH,<br>and DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No. No. C-03-4035-CRB<br><br>**STIPULATION REGARDING PROPOSED SETTLEMENT DISBURSEMENT** |

David Replogle, individually and on behalf of the Law Offices of David Replogle, APC, and John E. Hill, individually on behalf of the Law Offices of John E. Hill, hereby agree as follows:

1. The settlement agreement executed by 20 of the 22 Plaintiffs may be amended so that the proceeds distributed to Plaintiffs can include John E. Hill as a payee.

STIPULATION RE SETTLEMENT DISBURSEMENT
ROE V. WHITE, USDC C-03-4035-CRB

-1-

1      2.   Replogle and Hill stipulate that the proportion of the total fees
2  payable to Replogle, on the one hand, and Hill on the other hand, shall be
3  determined by *quantum meruit*.
4      4.   Replogle and Hill stipulate that the, if they cannot agree on a
5  neutral individual to determine the allocation of the fees, that the Honorable
6  Joseph C. Spero, Magistrate Judge of the United States District Court for the
7  Northern District of California, shall appoint a neutral arbitrator to hear and
8  determine such allocation.

10  Dated:   July 2, 2005

12  _____
    David Replogle

13  Dated:   July 2, 2005

15  _____
    JOHN E. HILL

STIPULATION RE SETTLEMENT DISBURSEMENT
ROE V. WHITE, USDC C-03-4035-CRB                                    -2-