# EXHIBIT H

# LAW OFFICES OF JOHN E. HILL
## A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

John E. Hill *
Daniel A. Stenson
Michael P. Guta
Ian M. Cooper
Mark J. Shostak
Inna Bimits
Joanne A. Helvig

Of Counsel
Melvin M. Belli (1907-1996)

*Certified Specialist: Civil Trial Advocate
Certified by National Board of Trial Advocacy
Accredited by State Bar of California

8105 Edgewater Drive, Suite 100
Oakland, California 94621-2017

Telephone (510) 588-1000
Direct Facsimile: (510) 588-1087
E-mail: johnhill-law@msn.com

San Francisco Office
747 Leavenworth Street
San Francisco, California 94109
Telephone (415) 398-2434
Facsimile (415) 392-2809

Los Angeles Office
1112 11th Street, Suite 3
Santa Monica, California 90403
Telephone: 310-260-2100

March 22, 2004

Nanci L. Clarence
Kate Dyer
CLARENCE SNELL & DYER
899 Ellis Street
San Francisco, California 94109
Facsimile: 415-749-1694

William S. Berland, Esq.
1816 Fifth Street
Berkeley, California 94710
Facsimile: 510-548-3143

Nina Wilder
Wseinberg & Wilder
523 Octavia Street
San Francisco, California 94102
Facsimile: 415-552-2703

Re: *Roe v. White, et al.*

Dear Counsel:

    I just received David Replogle's fax that the deposition of Deborah Kelley scheduled for March 23, 2004 has not been canceled.

    I was out of town over the weekend and did not have the opportunity to communicate with Mr. Replogle that I had agreed with Ms. Wilder to reschedule Deborah Kelley's deposition in view of her being ordered to appear in federal court on a matter that would conflict with this deposition. That agreement, of course, will be honored. The agreement that Ms. Wilde and I made is that she would get some alternative dates that she and defense counsel are available and get back to me the

March 22, 2004
Page 2.

first part of this week.

    Thank you for your courtesy.

                              Very truly yours,

                              JOHN E. HILL

JEH:gnp
cc: David Replogle

# LAW OFFICES OF JOHN E. HILL
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

John E. Hill *
Daniel A. Stenson
Michael P. Guta
Ian M. Cooper
Mark J. Shostak
Inna Bimits
Joanne A. Helvig

Of Counsel
Melvin M. Belli (1907-1996)

8105 Edgewater Drive, Suite 100
Oakland, California 94621-2017

Telephone (510) 588-1000
Direct Facsimile: (510) 588-1087
E-mail: johnhill-law@msn.com

March 23, 2004

San Francisco Office
747 Leavenworth Street
San Francisco, California 94109
Telephone (415) 398-2434
Facsimile (415) 392-2809

Los Angeles Office
1112 11th Street, Suite 3
Santa Monica, California 90403
Telephone: 310-260-2100

*Certified Specialist: Civil Trial Advocate
Certified by National Board of Trial Advocacy
Accredited by State Bar of California

Nanci L. Clarence
Kate Dyer
CLARENCE SNELL & DYER
899 Ellis Street
San Francisco, California 94109
Via Facsimile: 415-749-1694 & US Mail

Re: *Roe v. White*
USDC #C-03-4035-CRB

Counsel:

When we appeared before Judge Breyer last Friday, he ordered Mr. White's deposition to proceed on April 13, 2004. Unfortunately, I was unaware that that entire week is the Christmas/New Years of Thailand and everything is essentially shut down. Under the circumstances I am writing to see if you would be willing to stipulate to another date sometime between April 19th and April 30, 2004. Also, at the hearing you had suggested that if the matter were delayed for 90 days, the deposition of Mr. White in Thailand might not be necessary. If you would be willing to provide us any further information with respect to that suggestion, it is possible that plaintiff would be willing to forgo taking the deposition in Thailand at this time.

Also, you had requested that the so-called anonymous declaration be withdrawn from the file. Plaintiff is willing to do so, but I am unaware of the procedure for accomplishing such a withdrawal. If you could provide me with the legal authority outlining the procedure for accomplishing the withdrawal, please let me know.

On another note, Ms Wilder contacted me and requested that the Kelley deposition be moved, because of her recently being ordered to be in federal court on a matter. I asked her to get alternative dates from you that all of you would be available and then to get back to me the first of this week. Hopefully, we can get the Kelley deposition back on track as soon as possible.

Very truly yours,

[signature]

JOHN E. HILL

JEH:gnp
cc: William S. Berland, Esq.
    David Replogle, Esq.

40323 RvW

# LAW OFFICES OF JOHN E. HILL

## A Professional Corporation

### ATTORNEYS AT LAW

John E. Hill *
Daniel A. Stenson
Michael P. Guta
Ian M. Cooper
Mark J. Shostak
Inna Bimits
Joanne A. Helvig
Paralegal
David E. Henry

Of Counsel
Melvin M. Belli (1907-1996)

*Certified Specialist: Civil Trial Advocate
Certified by National Board of Trial Advocacy
Accredited by State Bar of California

8105 Edgewater Drive, Suite 100
Oakland, California 94621-2017
Telephone (510) 588-1000
General Facsimile (510) 729-6333
E-mail: johnhill-law@msn.com

San Francisco Office
747 Leavenworth Street
San Francisco, California 94109
Telephone (415) 398-2434
Facsimile (415) 392-2809

Los Angeles Office
1112 11th Street, Suite 3
Santa Monica, California 90403
Telephone: 310-260-2100

September 3, 2004

Ms. Nancy Clarence
481 Alta Vita Way
Laguna Beach, 92651
Tel: 949-715-2603

RE:   *Roe vs. White*

Dear Nancy

Enclosed please find the C.V.'s for Edgar Omar Angelone, Ph.D. and Stephen M. Raffle, M.D. and Dr. Angelone's report on Mr. Domingo Gomez Sereno. In view of the nature of the report, I would request that you treat it confidentially and sensitively, making the contents available only on a need to know basis. Further reports will be available next week, and I will contact your office to get your address in Bangkok for FedEx delivery to you there.

Enjoy the long weekend and have a safe flight.

Very truly yours,

JOHN HILL

# LAW OFFICES OF JOHN E. HILL

### A PROFESSIONAL CORPORATION

John E. Hill *
Daniel A. Stenson
Michael P. Guta
Jan M. Cooper
Mark J. Shostak
Inna Bimits
Joanne A. Helvig

Of Counsel
Melvin M. Belli (1907-1996)

*Certified Specialist: Civil Trial Advocate
Certified by National Board of Trial Advocacy
Accredited by State Bar of California

### ATTORNEYS AT LAW

8105 Edgewater Drive, Suite 100
Oakland, California 94621-2017
Telephone (510) 588-1000
General Facsimile (510) 729-6333
E-mail: johnhill@hill-law-offices.com

San Francisco Office
747 Leavenworth Street
San Francisco, California 94109
Telephone (415) 398-2xxx
Facsimile (415) 392-2xxx

Los Angeles Office
1112 11th Street, Suite
Santa Monica, California 90403
Telephone: 310-260-2xxx

September 30, 2004

Steven Saltiel, Esq.
Assistant United States Attorney
Department of Justice
Office of the United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Re: *Roe v. White*, No. C 03-4035 CRB

Dear Mr. Saltiel:

I am in receipt of your September 10, 2004 correspondence requesting a declaration re: the video tapes. Enclosed please find the Declaration of David Replogle, Esq.

After you have reviewed the declaration, please call me to discuss.

Very truly yours,

/s/

Michael P. Guta

MPG/m
Encl.
Cc: David Replogle, Esq.
040914 5

# LAW OFFICES OF JOHN E. HILL
## A PROFESSIONAL CORPORATION

John E. Hill
Daniel A. Stenson
Michael P. Guta

Of Counsel
Melvin M. Belli (1907-1996)

8105 Edgewater Drive, Suite 100
Oakland, California 94621

Telephone (510) 588-1000
danielstenson@hill-law-offices.com
Facsimile (510) 729-6333

Ian M. Cooper
Mark J. Shostak
Inna Bimits
Joann Attard-Helvig

February 28, 2006

Geoffrey Rotwein
Attorney at Law
400 Montgomery Street, Second Floor
San Francisco, CA 94104

**VIA FACSIMILE & U.S. MAIL**

RE: *Roe v White*

Dear Mr. Rotwein:

Mr. Hill is in trial in Los Angeles. I am writing after receipt of your letter of this date by facsimile regarding the briefing schedule in this matter.

Every effort was made prior to preparation of the Motion to Dismiss to determine whether your office had filed the Opening Brief and whether the Court had taken any action on your motion to extend the briefing schedule. As of yesterday, we understood the brief had not been filed and no extension to file it had been granted. I would trust that you can understand why on that basis the motion to dismiss the appeal was an appropriate course to pursue.

While subsequent notice of the issuance of the Court's order extending the briefing schedule now ends the pursuit of the motion, there can be no question but that without the Opening Brief having been filed and without any extension having been granted, the Motion to Dismiss the appeal was an appropriate course to pursue.

With Mr. Hill in Los Angeles, please look to Mr. Replogle to provide confirmation that the Motion to Dismiss is not being pursued in light of the Court's just entered order. And know that any effort on your part to suggest that the facts here could form the basis of a motion seeking sanctions against Mr. Hill or this office will be vigorously opposed. Instead, we look forward to receipt of your client's Opening Brief, to having an opportunity to respond, and to having an opportunity to bring closure to this matter.

Very truly yours,

DANIEL A. STENSON

DAS:dn
cc: David Replogle

# LAW OFFICES OF JOHN E. HILL
A PROFESSIONAL CORPORATION

John E. Hill *
Daniel A. Stenson
Michael P. Guta
Ian M. Cooper
Mark J. Shostak
Inna Bimits
Joanne A. Helvig

Of Counsel
Melvin M. Belli (1907-1996)

*Certified Specialist: Civil Trial Advocate
Certified by National Board of Trial Advocacy
Accredited by State Bar of California

ATTORNEYS AT LAW

8105 Edgewater Drive, Suite 100
Oakland, California 94621-2017
Telephone (510) 588-1000
Facsimile (510) 588-1087
johnhill@hill-law-offices.com

November 14, 2006

San Francisco Office
747 Leavenworth Street
San Francisco, California 94109
Telephone (415) 398-2434
Facsimile (510) 588-1087

Los Angeles Office
1112 - 11th Street, Suite 3
Santa Monica, CA 90403
Telephone (800) 945-0250

The Honorable Andrew J. Kleinfeld
The Honorable Sidney R. Thomas
The Honorable Stephen G. Larson
James R. Browning US Courthouse
United States Court of Appeals-9th Circuit
95 Seventh Street
San Francisco, CA. 94103

RE: **_Roe Et al v White et al_**
#05-17398

Your Honors:

During the argument on this matter yesterday, the court *sua sponte* questioned whether the court had jurisdiction to hear the appeal. At that time, I was not able to give the court citations to the record that may bear on that issue. With respect to that issue, I have reviewed the record and refer the court to the following excerpts:

Volume IV, pages 897-901( Reporter's Transcript
of Proceedings on November 4, 2005, Pages 2:15-6:11).

Volume IV, page 949 (Memorandum and
Order, Page 1:24-28).

Volume IV, page 963 (Memorandum and
Order, Page 15:21-2.).

Volume II, pages 490-492( Reporter's Transcript of Proceedings on September 9, 2005, Pages 30:7-40:19).

Respectfully,

John E. Hill

cc: The Honorable Charles R. Breyer
    Mr. Geoffrey Rotwein
    Mr. David Replogle