# EXHIBIT I

LAW OFFICES OF

# DAVID REPLOGLE
A PROFESSIONAL CORPORATION

550 MONTGOMERY STREET, SUITE 550
SAN FRANCISCO, CALIFORNIA 94111

TELEPHONE
(415) 362-4700

FACSIMILE
(415) 781-6683

JALISCO, MEXICO OFFICE
PLAZA MARINA, OFFICINA C12
FRACC. MARINA VALLARTA
PUERTO VALLARTA, JALISCO

June 28, 2005

VIA FACSIMILE TO: (415) 749-1694

Kate Dyer
Clarence & Dyer
899 Ellis Street
San Francisco, CA 94109

Re:   Roe v. White, *et al.*;
Case Number C-03-4035-CRB

Dear Ms. Dyer:

As you know, I devoted the day to going to Tijuana to get the signature of one the plaintiffs.   Although I called several times during the course of the day, I was always advised you were unavailable.

In any event, late tomorrow I will have the contract signed by 20 of the 22 plaintiffs.   The 2 that we will not have are the same 2 we discussed before.   Neither Mauricio nor I has seen either of them for at least 8 months. Apparently, there are no longer in Puerto Vallarta.

I will be in most of the day tomorrow.   However, I am leaving at 11:00 a.m. on Thursday and will not be returning until July 10, 2005.

Very truly yours,

DAVID REPLOGLE

LAW OFFICES OF

# DAVID REPLOGLE
A PROFESSIONAL CORPORATION

550 MONTGOMERY STREET, SUITE 550
SAN FRANCISCO, CALIFORNIA 94111

TELEPHONE
(415) 362-4700

FACSIMILE
(415) 781-6683

July 12, 2005

VIA FACSIMILE TO: (415) 749-1694

Nanci L. Clarence
Clarence & Dyer
899 Ellis Street
San Francisco, CA 94109

Re:   Roe v. White, *et al.*;
Case Number C-03-4035-CRB

Dear Ms. Clarence:

This afternoon Judge Spero advised John Hill and me that, although White had signed the agreements, he had a change of heart.   I understand that Judge Spero has ordered someone from your side to travel to Thailand again to talk with White.   I also understand that you have been ordered to maintain the integrity of the signed agreements.

I will, of course, conform to Judge Spero's order and take no action for a week.   However, Danny Garcia has requested an immediate hearing before Judge Goldsmith to enforce the agreement in the state court action.

During the past few months you went out of your way to terrorize Mr. Garcia.   You should not be surprised, therefore, that he is unwilling to grant any extensions.

Although Judge Spero gave you a week to bring White back on board, I urge you to send someone to Thailand immediately so that I can keep my side together.   Today is Tuesday; there is no physical reason why either Hanlon or Bolgatz cannot talk to White by Friday.

Very truly yours,

DAVID REPLOGLE

LAW OFFICES OF

# DAVID REPLOGLE
A PROFESSIONAL CORPORATION

550 MONTGOMERY STREET, SUITE 550
SAN FRANCISCO, CALIFORNIA 94111

TELEPHONE
(415) 362-4700

FACSIMILE
(415) 781-6683

E-MAIL
DAVIDREPLOGLE@HUSHMAIL.COM

VOICE MAIL
(415) 646-0553

October 10, 2007

**VIA FACSIMILE TO: (415) 292-1946
AND FIRST CLASS MAIL**

Eric M. Safire
2431 Fillmore Street
San Francisco, CA 94115

   Re: Jose Roe I, et al., vs. Thomas F. White

Dear Mr. Safire:

   I view of your admission that you know that Maneul
Flores cannot hire you, I have amended the Rule 11 motion which
will be filed in 3 weeks. Enclosed is a copy.

      Very truly yours,

      DAVID REPLOGLE

LAW OFFICES

GEOFFREY ROTWEIN

400 MONTGOMERY STREET, SECOND FLOOR
SAN FRANCISCO 94104
TELEPHONE (415) 397-0800
FAX (415) 397-0862

October 15, 2007

**SENT VIA FACSIMILE**

John E. Hill
Law Offices of John Hill
8105 Edgewater Drive, Suite 100
Oakland, CA 94621

Re: Jose Roe, et al, v. Thomas F. White, et al;
United States District Court, No. C03-04035 CRB

Dear Mr. Hill:

My client is willing to settle the above case for $3,000,000, which would include attorneys' fees, costs, a resolution of the entire action and vacating the current Settlement Agreement.

I look forward to hearing from you.

Very truly yours,

Geoffrey Rotwein

GR:gr