IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al., | No. C 03-04035 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| THOMAS F. WHITE, | |
| Defendant. | |

Now pending before the Court is the motion of plaintiffs' counsel David Replogle for an order from this Court directing that John Hill does not represent the plaintiffs. The motion is DENIED without prejudice. The Court declines to exercise ancillary jurisdiction of this matter while the binding arbitration between Hill and Replogle is proceeding.

**IT IS SO ORDERED.**

Dated: April 23, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE