IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al., | No. C 03-04035 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| THOMAS F. WHITE, | |
| Defendant.                                    / | |

As there is no reason to maintain any filings in this action under seal, all documents previously filed under seal are UNSEALED and the Clerk's office shall give access to all of these documents to the public upon request..

**IT IS SO ORDERED.**

Dated: April 23, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE