UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, ET AL., | No. C-03-04035 CRB (JCS) |
| Plaintiff(s), | |
| v. | **ORDER RE ATTORNEYS' FEES AND COSTS** |
| THOMAS F. WHITE, ET AL., | |
| Defendant(s). | |

Pursuant to the Stipulation and Order re: Binding Arbitration filed April 11, 2008 [Docket No. 874], an evidentiary hearing was held on May 1, 2008, to determine the allocation of attorneys' fees and costs in this action among David Replogle, John Hill, and Mauricio Rodriguez Borrego (hereinafter the "Parties"). Mr. Replogle, along with his co-counsel, Sheila Nelson, appeared on behalf of Mr. Replogle. John D. O'Connor and O'Connor and Associates appeared on behalf of Mr. Hill. William Gwire and the Gwire Law Offices appeared on behalf of Mr. Borrego. Declarations and documentary evidence were presented to the Court, along with the live testimony of witnesses. The Court determines the allocation of attorneys' fees and costs in this matter as set forth below.

**PROCEDURAL BACKGROUND**

On April 11, 2008, the Parties filed, and the Court signed, a Stipulation and Order re: Binding Arbitration (the "Stipulation"). The Stipulation provided that the district court may exercise ancillary jurisdiction "to determine the overall amount of attorneys' fees and costs in this matter." Stipulation at ¶ 1. Once that amount has been determined, the Stipulation further provided that the Parties would participate in a "binding and final arbitration before the Honorable Joseph C.

Spero. . . ." *Id.* at ¶ 2.  The arbitration would determine the "allocation of attorneys' fees and costs" among the parties, and this determination will be final and subject to "no further review."  *Id.*

Pursuant to the Stipulation, on April 14, 2008, the Court entered an Order Setting Magistrate Judge Hearing and Briefing Schedule (the "Briefing Order").  The Briefing Order provided that the Parties shall file any memoranda, supporting evidence and declarations by April 21, 2008, and the objections thereto by April 25, 2008.  The Briefing Order set the date of the evidentiary hearing for May 1, 2008, at 9:00 a.m.

As anticipated by the Stipulation, on April 18, 2008, the district court exercised its ancillary jurisdiction, and determined that the overall amount of attorneys' fees and costs in this matter would be $2,315,240.

Accordingly, the undersigned held an evidentiary hearing on May 1, 2008.  In addition to the declarations and documents presented, the Parties called the following witnesses: Hill, Replogle, and Borrego.

## ALLOCATION OF ATTORNEYS' FEES AND COSTS

The Court has considered all of the evidence presented by the Parties that is admissible under the Federal Rules of Evidence.  In addition, the Court has reviewed this evidence in light of the law applicable to an award of attorneys' fees and costs.  Accordingly, the Court makes the following allocation of the overall amount of attorneys' fees and costs in this matter:

| | | |
|---|---|---|
| 1. | David Replogle: | $1,234,794 |
| 2. | John Hill: | $ 617,398 |
| 3. | Mauricio Rodriguez Borrego: | $ 463,048 |

IT IS SO ORDERED.

Dated: May 6, 2008

JOSEPH C. SPERO
United States Magistrate Judge