UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, ET AL., | No. C-03-04035 CRB (JCS) |
| Plaintiff(s), | |
| v. | **ORDER TO CLERK OF COURT RE ATTORNEYS' FEES AND COSTS** |
| THOMAS F. WHITE, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Re Attorneys' Fees and Costs dated May 6, 2008, the Clerk of the Court is directed to deliver checks payable to the following persons in the following amounts from the settlement funds on deposit with the Court:

1. David Replogle:            $1,234,794
2. John Hill:                 $ 617,398
3. Mauricio Rodriguez Borrego: $ 463,048

These checks shall be delivered to the payees or their counsel of record at 11:00 a.m., on Friday, May 9, 2008, at the Office of the Clerk, 16th Floor, 450 Golden Gate Avenue, San Francisco, California. The Clerk shall obtain receipts for delivery of the checks. David Replogle, John Hill, and Mauricio Rodriguez Borrego are ORDERED to appear at the Office of the Clerk at the time and date stated, or have their counsel of record appear, to take delivery of the checks.

IT IS SO ORDERED.

Dated: May 6, 2008

JOSEPH C. SPERO
United States Magistrate Judge