IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ROE, et al.,

    Plaintiffs,

  v.

THOMAS F. WHITE, et al.,

    Defendants.

No. C 03-04035 CRB

**ORDER RE AMENDMENT TO APRIL 18, 2008 MEMORANDUM AND ORDER RE COUNSEL FEES AND COSTS**

It has come to the Court's attention that the April 18, 2008 Memorandum and Order Re Counsel Fees and Costs was in error as to the amount of fees and costs awarded. The Order correctly stated how the Court calculated fees and costs: $2,100,000.00 plus interest in the amount of $215,240.00 for a total of $2,315,240.00. The Court then stated that it was subtracting from this amount $114,496.00–the cost to plaintiffs of the Special Master and the new guardian ad litem. Thus, the total amount awarded should have been $2,200,744.00, not the $2,315,240 stated in the April 18, 2008 Order. The Court will accordingly issue an Amended Memorandum and Order that reflects the correct amount and Magistrate Judge Spero will amend his arbitration award to reflect the correct amount.

The parties should not come to the Clerk's Office to receive their payments until

//

//

//

further Order of the Court or Magistrate Judge Joseph C. Spero.

**IT IS SO ORDERED.**

Dated: May 7, 2008

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\settlementfunds\attorneyfees\orderreamendment.wpd