IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ROE, et al.,

    Plaintiffs,

v.

THOMAS F. WHITE, et al.,

    Defendants.

                                      /

No. C 03-04035 CRB

**ORDER RE: PAYMENT OF FUNDS FROM TRUST TO COURT'S REGISTRY**

    Wells Fargo Bank, N.A., trustee of the Jose Roe v. White Irrevocable Trust, is ordered to pay the sum of **$55,000.00** from the Jose Roe v. White Irrevocable Trust, Account No. 725-75100, to the Clerk of the United States District Court for the Northern District of California for deposit in the Court's Registry.  The check shall be mailed by overnight delivery to Opal Madaris, Chambers of the Hon. Charles R. Breyer, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  The monies shall be used to compensate plaintiffs' counsel for services rendered in this lawsuit.

    **IT IS SO ORDERED.**

Dated: May 7, 2008



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\settlementfunds\ordrerepaymentoffundsfromtrust.wpd