**FILED**

MAY 0 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 06 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| In re: THOMAS F. WHITE,<br><br>THOMAS F. WHITE,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,<br><br>    Respondent,<br><br>JOSE ROE, I-IV, minors, by Mauricio Rodriguez Borrego, their guardian ad litem; CARLOS ROE I-XVIII,<br><br>    Real Parties in Interest. | No. 08-70226<br><br>D.C. No. CV-03-04035-CRB<br>Northern District of California,<br>San Francisco<br><br>ORDER DENYING EMERGENCY MOTION TO STAY JUDGMENT AND DISTRIBUTION OF FUNDS OR SET A BOND |
|---|---|

Before: KLEINFELD and THOMAS, Circuit Judges, and LARSON[*], District Judge.

    Thomas F. White petitions "for an order staying distribution of funds under

the judgement entered in case titled *Jose Roe, et al. V. Thomas F. White*, No. 03-

---

[*] The Honorable Stephen G. Larson, United States District Judge for the Central District of California, sitting by designation.

4035 CRB, United States District Court for the Northern District of California, pending conclusion of his appeal to this Court."

After a careful review of the record, we conclude that White is not likely to prevail on appeal of the district court's denial of White's fifth motion to vacate, nor do the relative hardship to the parties or the public interest warrant the extraordinary intervention that White seeks. *See Gilder v. PGA Tour, Inc.*, 936 F.2d 417, 422-24 (9th Cir. 1991). As we have previously set forth, the district court was aided by the diligent investigation and very thorough and helpful reports by Special Master Garcia and Registered Trustee Smith, and the challenged orders were proper applications of our mandate. Moreover, any further alteration of the district court's distribution of attorney fees would not redound to White's benefit.

The petition for an order staying distribution of the funds is **DENIED**.

**PETITION DENIED.**