UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, ET AL., | No. C-03-4035 CRB (JCS) |
| Plaintiff(s), | **ORDER DENYING REQUEST FOR MODIFICATION OF PAYEE** |
| v. | |
| THOMAS F. WHITE, ET AL., | |
| Defendant(s). | |

The Court has received a letter dated May 7, 2008, from counsel for Mauricio Rodriguez Borrego. The letter requests that the award of attorney's fees and costs to Mr. Borrego be made payable jointly to Mr. Borrego and his counsel. The Court has no basis in the record for making this award payable jointly to Mr. Borrego and his counsel. Accordingly, the request is DENIED.

IT IS SO ORDERED.

Dated: May 13, 2008

JOSEPH C. SPERO
United States Magistrate Judge