IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE et al., | No. C 03-04035 CRB |
| Plaintiffs, | **ORDER TO THE CLERK OF THE COURT RE ATTORNEYS FEES AND COSTS** |
| v. | |
| THOMAS F. WHITE, | |
| Defendant. | |

Pursuant to the Amended Order Re Attorneys' Fees dated May 8, 2008, the Clerk of the Court is directed to deliver checks payable to the following persons in the following amounts from the settlement funds on deposit with the Court:

1. David Replogle:         $1,173,730.00
2. John Hill:              $   586,865.00
3. Mauricio Rodriguez Borrego   $   440,149.00

These checks shall be delivered to the payees or their counsel of record at 11:00 a.m. on Monday, May 19, 2008, at the Office of the Clerk, 16th Floor, 450 Golden Gate Avenue, San Francisco, California, *provided*, the payees or their counsel have provided Barbara Espinoza, Deputy Courtroom Clerk for the undersigned judge, with the payee's social security or other tax identification number by Friday, May 16 at noon. The Clerk shall obtain receipts for

//

1  delivery of the checks.

2  **IT IS SO ORDERED.**

3

4  Dated: May 13, 2008



_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\settlementfunds\attorneyfees\orderrechecks.wpd  2