UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, ET AL., | No. C-03-4035 CRB (JCS) |
| Plaintiff(s), | |
| v. | **ORDER TO THE CLERK OF COURT RE DESIGNATION OF PAYEE ON CHECK FOR ATTORNEYS FEES AS TO MAURICIO RODRIGUEZ-BORREGO** |
| THOMAS F. WHITE, ET AL., | |
| Defendant(s). | |

The Court entered an Amended Order Re Attorneys Fees and Costs on May 8, 2008, awarding $440,149.00 to Mauricio Rodriguez Borrego. The Clerk of Court is directed to pay this sum by check made payable to "Mauricio Rodriguez-Borrego and his attorney, William Gwire", pursuant to the Authorization and Request Re: Designation of Payee on Check For Payment of Attorneys Fees filed on May 13, 2008 [docket no. 948].

IT IS SO ORDERED.

Dated: May 14, 2008

JOSEPH C. SPERO
United States Magistrate Judge