IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS WHITE, et al, <br><br> Defendants. | No. C 03-04035 CRB <br><br> **ORDER AUTHORIZING DISTRIBUTION TO MOTHERS OF INCARCERATED BENEFICIARIES OF JOSE ROE V. WHITE IRREVOCABLE TRUST** |

On December 18, 2007, this Court entered an ORDER APPROVING IRREVOCABLE TRUST AGREEMENT, TRUSTEE AND TRUST PROTECTOR pursuant to that certain Confidential Settlement Agreement And Mutual Release executed by the parties herein and approved by the District Court on August 29, 2005 (the "Settlement Agreement"). Pursuant to such Order, the Jose Roe v. White Irrevocable Trust (the "Trust") was established to administer the distribution of settlement proceeds to the plaintiffs. The Court retains jurisdiction over the Trust under the terms of Paragraph 3.3 of the Settlement Agreement

Pursuant to such continued jurisdiction, and after carefully considering the best interests of the plaintiffs and the terms of the Trust, the Court hereby clarifies that the provision of the Trust under ARTICLE TWO, PARAGRAPH B, SUBPARAGRAPH 4, which provides that "The Trust protector, in his sole and absolute discretion, may make

1 authorized distribution, including the minimum monthly distribution, to third persons deemed
2 appropriate by the trust protector for the benefit of the beneficiary, rather than directly to the
3 beneficiary," includes without limitation the power by the trust protector to distribute funds
4 for an incarcerated beneficiary to the mother of such beneficiary for the benefit of such
5 beneficiary.

6 **IT IS SO ORDERED.**

8 Dated: June 4, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\CRBALL\2003\4035\Trustee\orderreamendment2.wpd        2