1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ROE et al.,

        Plaintiff,

  v.

THOMAS WHITE,

        Defendant.

_____/

No. C 03-04035 CRB

**ORDER DENYING MOTION FOR ORDER TO SHOW CAUSE**

Now pending before the Court is plaintiffs' motion for an order to show cause why defendant Thomas White should not be sanctioned.  Plaintiffs allege that Thomas White arranged for another attorney to appear in this action and purport to represent certain plaintiffs in an attempt to avoid the judgment against him.  They seek an award of monetary sanctions to cover the cost to them of the appointment of the Special Master.

Plaintiffs' allegations are serious and there is some evidence in the record that suggests that White was involved with the matter; however, to finally resolve the issue such that sanctions could be imposed will require discovery, additional proceedings and factfinding.  In light of the need for these additional proceedings, the Court's final resolution of this action, and given that the Court required plaintiffs' counsel, rather than plaintiffs, to pay for the cost of the Special Master, the Court concludes that it is not in plaintiffs' interest to pursue this matter further in this civil action.

Accordingly, plaintiffs' motion for an order to show cause is DENIED.

**IT IS SO ORDERED.**

Dated: June 4, 2008

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California