IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al., | No. C 03-04035 CRB |
| Plaintiffs, | **ORDER RE: PAYMENT OF FUNDS FROM COURT'S REGISTRY** |
| v. | |
| THOMAS F. WHITE, et al., | |
| Defendants. | |

    The Clerk of the United States District Court for the Northern District of California is directed to pay **$2,145.15** from the Court's Registry account for the above action to Wells Fargo Bank, N.A., trustee of the Jose Roe v. White Irrevocable Trust.  This amount represents the balance of the account after payment of the attorneys' fees and costs awarded by the Court.

    When the check has been prepared by the Finance Unit, the check shall be delivered to Opal Madaris, my secretary.  The check will then be delivered by Federal Express to Wells Fargo.

    **IT IS SO ORDERED.**

Dated: June 11, 2008

    CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\settlementfunds\orderrepaymenttotrust3.wpd