IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ROE, et al.,

    Plaintiffs,

v.

THOMAS F. WHITE, et al.,

    Defendants.

No. C 03-04035 CRB

**ORDER RE: PAYMENT OF FUNDS FROM TRUST**

    Wells Fargo Bank, N.A., trustee of the Jose Roe v. White Irrevocable Trust, is ordered to pay the sum of **$3570.00** from the Jose Roe v. White Irrevocable Trust, Account No. 725-75100, to Tierney Watson & Healy, 595 Market St. Suite 2360, San Francisco, CA 94105-2835. The payment shall be mailed to the above address. The check is for payment of legal fees incurred in connection with the formation of the Trust.

    **IT IS SO ORDERED.**

Dated: June 11, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\settlementfunds\orderretrustlawyer.wpd