IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al., | No. C 03-04035 CRB |
| Plaintiffs | **ORDER RE PAYMENT OF GUARDIAN AD LITEM INVOICE #2** |
| v. | |
| THOMAS WHITE, | |
| Defendant. | |

The Court has carefully reviewed the detailed November 30, 2008 billing statement of the guardian ad litem, James Wagstaffe of the law firm Kerr & Wagstaffe, and finds it well supported and reasonable. Wells Fargo Bank, N.A., trustee of the Jose Roe v. White Irrevocable Trust, is ordered to pay the sum of $39,872.41 from the Jose Roe v. White Irrevocable Trust, Account No. 725-75100 to Kerr & Wagstaffe. The trustee shall mail the check, by overnight mail, to James Wagstaffe, Kerr & Wagstaffe, 100 Spear Street, Suite 1800, San Francisco, CA 94105-1528.

**IT IS SO ORDERED.**

Dated: January 6, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\guardian\orderreinvoice#2.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28