FILED

MAR 19 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE ROE I-IV,<br><br>    Plaintiffs - Appellees,<br><br>  v.<br><br>THOMAS F. WHITE,<br><br>    Defendant - Appellant. | No. 08-15891<br><br>D.C. No. C-03-4035 CRB |
| GABRIEL HILARIO ALCARAZ MARTINEZ, et al.,<br><br>    Plaintiffs - Appellants,<br><br>  v.<br><br>THOMAS F. WHITE,<br><br>    Defendant - Appellee. | No. 07-16558<br><br>D.C. No. C-06-1595 CRB |
| JOSE LUIS LUNA TRUJILLO, et al.,<br><br>    Plaintiffs - Appellants,<br><br>  v.<br><br>THOMAS F. WHITE,<br><br>    Defendant - Appellee. | No. 07-16569<br><br>D.C. No. C-06-2322 CRB<br><br>ORDER VACATING ORAL ARGUMENT; ORDER REQUIRING FILING OF NOTICE OF ASSOCIATION OF COUNSEL |

Before: KLEINFELD and THOMAS, Circuit Judges, and LARSON,[1] District Judge.

Having reviewed the parties' status reports, the Court **VACATES** the March 26, 2009, oral argument in these consolidated appeals.

Parties that are currently represented in whole or in part by Mr. David Replogle are to file a report indicating Mr. Replogle's continued status as counsel or, alternatively, a notice of association of new counsel/substitution of counsel, with the Court by April 23, 2009. Thereafter, the Court will re-schedule oral argument in these consolidated appeals.

---

[1] The Honorable Stephen G. Larson, United States District Judge for the Central District of California, sitting by designation.