**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROE ET AL, | No. CV 03-04035 CRB |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| WHITE ET AL, | |
| Defendant. | |

The parties are directed to appear for a status conference on Tuesday, October 13, 2009, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: October 1, 2009

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\order re status conference.wpd