```
 1  GEOFFREY ROTWEIN (CA SBN 58176)
    LAW OFFICES OF GEOFFREY ROTWEIN
 2  400 Montgomery Street, Second Floor
    San Francisco, CA  94104
 3  Facsimile: (415) 397-0862
    Telephone: (4l5) 397-0860
 4
    Attorney for Defendant
 5  THOMAS F. WHITE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSE ROE I, *et al*, | ) | No. C-03-04035 CRB |
|---|---|---|
| Plaintiffs, | ) ) ) | **NOTICE OF MOTION TO STAY JUDGMENT PENDING RULING ON** |
| vs. | ) ) | **MOTION TO VACATE JUDGMENT** |
| THOMAS F. WHITE, | ) ) | DATE: October 13, 2009 TIME: 11:00 a.m. |
| Defendants. | ) ) ) | CTRM: 8, 19th Floor Hon. Charles R. Breyer |

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on October 13, 2009, at 11:00 a.m., in Department 8 of the above-entitled Court, Defendant Thomas F. White will move under Rule 62(b)(4) of the Federal Rules of Civil Procedure, for an order staying the payments from the judgment entered herein on December 5, 2005, pending the court's ruling on Defendant's Motion to Vacate Judgment under Rule 60.

Said motion will be based on this Notice and Motion, the Declaration of Counsel and Memorandum of Points and Authorities, the records on file herein, and such other evidence and argument presented to the Court at the time of the hearing.

DATED: October 5, 2009          */s/ Geoffrey Rotwein*
                                GEOFFREY ROTWEIN
                                Attorney for Defendant
                                THOMAS F. WHITE

**NOTICE OF MOTION TO STAY JUDGMENT
PENDING RULING ON MOTION TO VACATE**
No. C-03-04035 CRB