1  GEOFFREY ROTWEIN (CA SBN 58176)
   LAW OFFICES OF GEOFFREY ROTWEIN
2  400 Montgomery Street, Second Floor
   San Francisco, CA 94104
3  Facsimile: (415) 397-0862
   Telephone: (415) 397-0860
4
   Attorney for Defendant
5  THOMAS F. WHITE

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  JOSE ROE I, *et al*,                    )   No. C-03-04035 CRB
                                            )
11          Plaintiffs,                     )   **DECLARATION OF GEOFFREY
                                            )   ROTWEIN IN SUPPORT OF**
12      vs.                                 )   **MOTION TO STAY JUDGMENT
                                            )   PENDING RULING ON MOTION**
13  THOMAS F. WHITE,                        )   **TO VACATE JUDGMENT**
                                            )
14          Defendants.                     )   DATE: October 13, 2009
                                            )   TIME: 11:00 a.m.
15  _____            CTRM: 8, 19th Floor
                                                    Hon. Charles R. Breyer
16

17      I, Geoffrey Rotwein, declare under penalty of perjury as follows:

18      1. I am an attorney licensed to practice law in this Court and am the attorney for

19  defendant Thomas F. White herein.

20      2. On December 5, 2005, this Court upheld the validity of a Settlement Agreement and

21  entered judgment against Defendant for $7 Million. This Court issued a stay of the judgment

22  pending his appeal to the Ninth Circuit, and the judgment was affirmed and returned to this

23  Court in May 2007. On August 3, 2007, Defendant paid into the Court Registry the entire $7

24  million judgment plus interest.

25      3. Defendant will forever lose $16,000 each month if a stay is not granted, while each

26  Plaintiff will merely have to wait for his monthly payment until a ruling by the Court. I

27  believe that to date each Plaintiff has received $13,600, a very handsome sum of money in

28  Mexico.

**DECLARATION OF COUNSEL RE MOTION TO STAY
JUDGMENT PENDING RULING ON MOTION TO VACATE**
**No. C-03-04035 CRB**                        -1-

1    4. Defendant's Rule 60 motion to vacate the judgment was denied in April 2008, and

2  then his renewed motion for a stay of the payments on the judgment under Rule 62(a) was

3  denied as was a subsequent motion to the Ninth Circuit.

4    5. Given the recent discovery of highly relevant information from a Witness whose

5  identity and statements have been filed under seal with a protective order on October 1, 2009,

6  Defendant again moves for a stay of the payments by the trustee who is holding the funds and

7  paying $16,000 per month to the Plaintiffs. If the Witness' information proves credible,

8  Defendant submits that grounds to vacate the judgment will be present under Rule 60(b)(6)

9  and (d)(3). Therefore, Defendant requests a stay of the continued payments on the judgment

10 pending this Court's final ruling on his Rule 60 motion.

11    6. No bond is necessary since the entire judgment was paid by Defendant, the funds

12 are earning interest and will continue to be held by the trustee.

13    The foregoing is true and correct of my own personal knowledge, information and

14 belief.

15    Executed in San Francisco, California, on October 5, 2009.

16                                    _/s/ Geoffrey Rotwein____
                                     GEOFFREY ROTWEIN
17                                    Attorney for Defendant
                                     THOMAS F. WHITE

18

19

20

21

22

23

24

25

26

27

28