1  GEOFFREY ROTWEIN (CA SBN 58176)
   LAW OFFICES OF GEOFFREY ROTWEIN
2  400 Montgomery Street, Second Floor
   San Francisco, CA  94104
3  Facsimile: (415) 397-0862
   Telephone: (415) 397-0860
4
   Attorney for Defendant
5  THOMAS F. WHITE

6

7

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10 JOSE ROE I, a minor, et al,           )   No.  C-03-4035 CRB
                                         )
11          Plaintiffs,                  )   **MEMORANDUM OF POINTS AND**
                                         )   **AUTHORITIES IN SUPPORT OF**
12     vs.                               )   **MOTION TO STAY JUDGMENT**
                                         )   **PENDING RULING ON MOTION**
13 THOMAS F. WHITE, et al,               )   **TO VACATE JUDGMENT**
                                         )
14          Defendants.                  )   DATE:  October 13, 2009
   _____)   TIME:   11:00 a.m.
15                                           CTRM:  8, 19th Floor
                                                   Hon. Charles R. Breyer
16

17         Rule 62(b)(3) of the Federal Rules of Civil Procedure, provides that any judgment may

18 be stayed pending the outcome of a motion to vacate that judgment under Rule 60.  *United*

19 *States use of Larkin* v. *Platt Contracting Co.*, 324 F.2d 95, 97 (1st Cir. 1963).

20         "In all such cases the court must carefully scrutinize the facts as presented in the

21 pleadings and affidavits to determine whether or not great harm or damage would result from

22 either granting or denying the motion.  *McBride* v. *Western Union Tel. Co.*, 78 F. Supp. 446,

23 450 (SD CA 1948).

24         Considering the relative hardships to the parties, Defendant will forever lose $16,000

25 each month, while each Plaintiff will merely have to wait for his monthly payment until a

26 ruling by the Court.  To date each Plaintiff has received $13,600.  *Gilder* v. *PGA Tour, Inc.*,

27 936 F.2d 417, 422 (9th Cir. 1991).

28         The merits of the motion to vacate depend on the believability of the Witness, and

1   Defendant should not be forced to lose substantial sums of money pending this Court's

2   determination whether to grant relief and vacate the judgment.

3   DATED:  October 5, 2009                    Respectfully submitted:

4                                               /s/ Geoffrey Rotwein
                                               GEOFFREY ROTWEIN
5                                              Attorney for Defendant
                                               THOMAS F. WHITE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28