1  JAMES M. WAGSTAFFE (95535)
   MARIA RADWICK (253780)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Guardian Ad Litem for
   JOSE ROE I, JOSE ROE II, JOSE ROE III, AND JOSE
6  ROE IV

7
                    **IN THE UNITED STATES DISTRICT COURT**
8
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9

10 JOSE ROE, et al.,                          Case No. C 03-04035 CRB

11         Plaintiffs,                        **STIPULATION AND [PROPOSED]
                                              ORDER CONTINUING DEFENDANT'S
12 v.                                         MOTION TO VACATE JUDGMENT
                                              AND FOR SANCTIONS AND
13 THOMAS F. WHITE, et al.,                   DEFENDANT'S MOTION TO STAY
                                              JUDGMENT PENDING RULING ON
14         Defendants.                        MOTION TO VACATE JUDGMENT**

15                                            DATE:   November 12, 2009
                                              TIME:   11:00 a.m.
16                                            DEPT:   8, 19th Floor

17                                            Hon. Charles R. Breyer

18

19

20

21

22

23

24

25

26

27

28

KERR
&
WAGSTAFFE
LLP

Case No. C 03-04035 CRB                    STIPULATION AND [PROPOSED] ORDER
                                           CONTINUING MTNS. TO VACATE JUDGMENT,
                                           SANCTIONS AND STAY JUDGMENT

1    WHEREAS, hearing on Defendant's Motion to Vacate Judgment and for Sanctions and

2    Motion to Stay Judgment is currently scheduled for Thursday, November 12, 2009, at 11:00

3    a.m., and Defendant's reply is currently due by November 3, 2009.

4        WHEREAS, to accommodate scheduling conflicts for the Guardian Ad Litem;

5        IT IS HEREBY STIPULATED THAT the hearing on Defendant's Motion to Vacate

6    Judgment and for Sanctions and Motion to Stay Judgment shall be continued to Friday,

7    November 20, 2009 at ~~11:00~~ **10:00** a.m.  The deadline for Defendant to file and serve his reply shall be

8    continued to November 10, 2009.

9

10   DATED: October 28, 2009              **KERR & WAGSTAFFE LLP**

11

12                                        By _____/s_____

                                             JAMES M. WAGSTAFFE

13

14                                        Guardian Ad Litem for
                                          Jose Roe I, Jose Roe II, Jose Roe III, and Jose
                                          Roe IV

15

16   DATED: October 27, 2009              **LAW OFFICES OF JOHN E. HILL**

17

18                                        By _____

                                             JOHN E. HILL

19

20                                        Attorney for Plaintiffs

21   DATED: October 28, 2009              **LAW OFFICES OF GEOFFREY ROTWEIN**

22

23                                        By _____

24                                           GEOFFREY ROTWEIN

25                                        Attorney for Defendant

26

27

28                                          – 1 –

Case No. C 03-04035 CRB                STIPULATION AND [PROPOSED] ORDER
                                       CONTINUING MTNS. TO VACATE JUDGMENT,
                                       SANCTIONS AND STAY JUDGMENT

1

**[~~PROPOSED~~] ORDER**

2

3        PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the hearing on

4   Defendant's Motion to Vacate Judgment and for Sanctions and Motion to Stay Judgment

5   currently scheduled for Thursday, November 12, 2009, at 11:00 a.m. shall be continued to

6   Friday, November 20, 2009 at ~~11:00~~ **10:00** a.m.  The deadline for Defendant to file and serve his reply

7   thereto currently scheduled for November 3, 2009 shall be continued to November 10, 2009.

8

9        **IT IS SO ORDERED.**

10

11           October 30, 2009
12   DATED: ~~November ____, 2009~~

        _____
13      CHARLES R. BREYER
        UNITED STATES DISTRICT JUDGE
14

*IT IS SO ORDERED*

*Judge Charles R. Breyer*

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                – 2 –

Case No. C 03-04035 CRB                    STIPULATION AND [PROPOSED] ORDER
                                           CONTINUING MTNS. TO VACATE JUDGMENT,
                                           SANCTIONS AND STAY JUDGMENT

KERR & WAGSTAFFE LLP