JAMES M. WAGSTAFFE (95535)
wagstaffe@kerrwagstaffe.com
MARIA RADWICK (253780)
radwick@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Guardian Ad Litem for
JOSE ROE I, JOSE ROE II, JOSE ROE III, AND JOSE ROE IV

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS F. WHITE, et al.,<br><br>    Defendants. | Case No. C 03-04035 CRB<br><br>[~~PROPOSED~~] ORDER RE PAYMENT OF GUARDIAN AD LITEM INVOICE #3 |

The Court has carefully reviewed the detailed January 31, 2010 billing statement of the guardian ad litem, James Wagstaffe of the law firm Kerr & Wagstaffe, and finds it well supported and reasonable. Wells Fargo Bank, N.A., trustee of the Jose Roe v. White Irrevocable Trust, is ordered to pay the sum of $39,661.93 from the Jose Roe v. White Irrevocable Trust, Account No. 725-75100 to Kerr & Wagstaffe. The trustee shall mail the check, by overnight mail, to James Wagstaffe, Kerr & Wagstaffe, 100 Spear Street, Suite 1800, San Francisco, CA 94105-1528.

**IT IS SO ORDERED.**

Dated: _May 10, 2010_            _____
                                  CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

C 03-04035 CRB                                             [PROPOSED] ORDER