FILED

SEP 16 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE ROE, a minor, by Mauricio Rodriguez Borrego, his guardian and litem and MAURICIO RODRIGUEZ BORREGO, guardian Ad Litem for Jose Roe, a minor, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> THOMAS F. WHITE, <br><br> Defendant - Appellant, <br><br> and <br><br> NATHAN LOVAAS; et al., <br><br> Defendants. | No. 08-15891 <br><br> D.C. No. 3:03-CV-04035-CRB <br> Northern District of California, San Francisco <br><br> ORDER |

Before: KLEINFELD, THOMAS and WARDLAW, Circuit Judges.

Appellant's motion to expedite oral argument is denied as moot.