UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 26 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOSE ROE, a minor, by Mauricio
Rodriguez Borrego, his guardian and
litem and MAURICIO RODRIGUEZ
BORREGO, guardian Ad Litem for Jose
Roe, a minor,

Plaintiffs - Appellees,

v.

THOMAS F. WHITE,

Defendant - Appellant,

and

NATHAN LOVAAS; et al.,

Defendants.

No. 08-15891

D.C. No. 3:03-CV-04035-CRB
U.S. District Court for Northern
California, San Francisco

**MANDATE**

The judgment of this Court, entered September 16, 2010, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk