JAMES M. WAGSTAFFE (95535)
wagstaffe@kerrwagstaffe.com
MARIA RADWICK (253780)
radwick@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Guardian Ad Litem for
JOSE ROE I, JOSE ROE II, JOSE ROE III, AND JOSE
ROE IV

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JOSE ROE, et al., | Case No. C 03-04035 CRB |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER RE PAYMENT OF GUARDIAN AD LITEM INVOICE #4** |
| v. | |
| THOMAS F. WHITE, et al., | |
| Defendants. | |

   The Court has carefully reviewed the detailed May 5, 2011 billing statement of the

Guardian Ad Litem, James Wagstaffe of the law firm Kerr & Wagstaffe, and finds it well

supported and reasonable.  Wells Fargo Bank, N.A., trustee of the Jose Roe v. White Irrevocable

Trust, is ordered to pay the sum of $2,387.48 from the Jose Roe v. White Irrevocable Trust,

Account No. 725-75100 to Kerr & Wagstaffe.  The trustee shall mail the check, by overnight

mail, to James Wagstaffe, Kerr & Wagstaffe, 100 Spear Street, Suite 1800, San Francisco, CA

94105-1528.

   **IT IS SO ORDERED.**

Dated: ___May 6, 2011_____      _____

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE