GEOFFREY ROTWEIN (CA SBN 58176)
LAW OFFICES OF GEOFFREY ROTWEIN
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Facsimile: (415) 397-0862
Telephone: (415) 397-0860

Attorney for Defendant
THOMAS F. WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE I, *et al*,<br><br>   Plaintiffs,<br><br>vs.<br><br>THOMAS F. WHITE,<br><br>   Defendant. | No. C-03-4035 CRB<br><br>**DECLARATION OF PATRICIA De LARIOS PEYTON RE MOTIONS TO VACATE JUDGMENT, FOR DISCOVERY AND TO STAY PAYMENTS**<br><br>DATE:  To Be Set<br>TIME:  To Be Set<br>CTRM:  6, 19th Floor,<br>   Hon. Charles R. Breyer |

I, Patricia De Larios Peyton, declare under penalty of perjury as follows:

1.  I am a licensed investigator in the State of California, with license number 21901, and own and operate De Larios Peyton Investigations. I have been retained since 2002 by Stuart Hanlon to work on the criminal case pending in the United States District Court, Northern District of California, in case titled *United States* v. *Thomas White*, No. CR-04-0093 CRB. Mr. Hanlon has been representing Mr. White in this criminal case since its inception in 2002 and is not representing Mr. White in the instant civil case.

2.  At Mr. Hanlon's direction, on August 8, 2011, I visited Daniel Garcia at the Riverside County Jail, 46057 Oasis Street, Indio, California, to interview him regarding Mr. White's criminal case. During this interview, among other topics covered, Mr. Garcia told me the following:

Mr. Garcia met Alec Shahbazian in 2002, they became very close friends and within a short time in approximately 2003, Shehbazian moved in with Garcia at the Avalon Towers in San

Francisco, California. Shahbazian was a very experienced hacker into computers and the Internet, and he worked from home at the Avalon Towers on computers that he and Garcia shared. Garcia personally observed Shehbazian's computer hacking activities.

Garcia said that he personally observed Shahbazian hack into the emails and computer hard drives of the attorneys representing Thomas White – Nanci Clarence and Kate Dyer at the law firm of Clarence & Dyer, and Stuart Hanlon. Shahbazian was able to get into the hard drives of the computers by the following different methods: he had many hacking programs to identify passwords; he physically visited the attorneys' offices and surreptitiously plugged into their ethernets and then downloaded information; and, he hacked into their computer systems from outside their offices and over the Internet.

On one occasion Garcia said that he saw Shahbazian park in a blue SUV vehicle outside the offices of White's attorneys and he (Garcia) observed Shahbazian penetrate White's attorneys' computer systems and remotely download all privileged data stored on their computers.

Garcia stated that he observed Shahbazian transfer the hacked data from White's attorneys' emails and computer hard drives that Shahbazian had downloaded onto the computer that they shared, onto an external hard drive. Garcia stated that he then witnessed Shahbazian give the same external hard drive to David Replogle, counsel for the plaintiffs in the instant case.

Garcia said that Shahbazian gave the hacked data to Replogle starting in 2003 and continuing through 2004 and 2005, long before and up to the court approval of the settlement of this case in late August 2005. Shahbazian actively continued to share hacked data from the attorneys' emails and computers with Replogle after this civil case settled. For example, in October 2007, Garcia said that he observed Shahbazian hack into the computer of Michael Bolgatz, another attorney for Thomas White, and then download White's financial documents from Bolgatz's computer, which Shahbazian then shared with Replogle.

Garcia said that he observed Replogle pay Shahbazian $5,000 at different times for the information he (Shahbazian) hacked and turned over to Replogle.

///

///

1     The foregoing is true and correct of my own personal knowledge.

2     Executed in San Francisco, California, on August 26, 2011.

3                                     */s/ Patricia De Larios Peyton*
                                      PATRICIA De LARIOS PEYTON

DECLARATION OF PATRICIA De LARIOS PEYTON RE MOTIONS
TO VACATE, FOR DISCOVERY AND STAYING PAYMENTS
No. C-03-4035 CRB    -3-