GEOFFREY ROTWEIN (CA SBN 58176)
LAW OFFICES OF GEOFFREY ROTWEIN
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Facsimile: (415) 397-0862
Telephone: (415) 397-0860

Attorney for Defendant
THOMAS F. WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE I, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> THOMAS F. WHITE, <br><br> Defendant. | No. C-03-4035 CRB <br><br> **JOINT STATUS REPORT REGARDING PROGRESS OF POST-JUDGMENT DISCOVERY** <br><br> DATE: January 18, 2012 <br> TIME: 11:00 a.m. <br> CTRM: A, 15th Floor, <br>   Hon. Nathanael M. Cousins |

TO: THE HONORABLE NATHANAEL M. COUSINS,
MAGISTRATE/JUDGE OF THE UNITED STATES DISTRICT

Plaintiffs and Defendant hereby submit the following Joint Status Report Re Discovery, as ordered by the Court on December 13, 2011.

Following issuance of the Discovery and Protective Orders by this Court on November 17, 2011, defense counsel Geoffrey Rotwein contacted Senior Deputy District Attorney Lisa DiMaria in the Riverside County District Attorney's Office and Detective Simon Min of the Palm Springs Police Department for advice and instructions on getting imaged copies of the hard drives in David Replogle's two computers.

The Palm Springs Police Department has Replogle's laptop and the Hon. David D. Downing of the Riverside County Superior Court in Indio, California, has custody of the desktop/tower. Both were seized pursuant to search warrants in the criminal case in Riverside County, titled *People* v. *David Replogle, et al*, No. No. INF064492. The desktop from Replogle's

office was initially seized by a special master given that Replogle is an attorney, pursuant to California Penal Code section 1538.5. Judge Downing thereafter ordered that it be transferred to his custody in his Department where it currently remains.

Mr. Rotwein had a number of communiques with Det. Min and Ms. DiMaria via email and telephone, which resulted in the issuance of subpoenas for the hard drives and service on Det. Min and Judge Downing's courtroom clerk. Det. Min is cooperating with James Norris in Redwood City, Defendant's computer forensic expert, for getting the laptop hard drive copied, and there has not yet been a response from Judge Downing about the desktop. Mr. Norris has located and is working with James Rude of Computer Forensics Associates in Los Angeles to arrange and copy the computer hard drives and then forward them to Mr. Norris. This company will merely copy the hard drives and send them to Mr. Norris and not review any of the contents.

Once the hard drives are copied and sent to Mr. Norris, he will conduct searches to determine the presence of the files described in the Discovery Order. Mr. Norris will sign the Protective Order in this matter.

Mr. Rotwein will continue to work diligently to arrange with Det. Min and the Superior Court to get imaged copies of the hard drives, sent to Mr. Norris and then commence the searching process. It is requested that a further status hearing be scheduled in one month, to wit, on February 17, 2012, at 11:00 a.m., or such time and date as is appropriate to the Court.

Mr. Rotwein will keep Plaintiffs' counsel apprised of the progress of this work, and at such time as documents are found, they will be contacted so that they can review them and raise any objections.

DATED: January 3, 2012

*Geoffrey Rotwein*
GEOFFREY ROTWEIN
Attorney for Defendant
THOMAS F. WHITE

DATED: January 3, 2012

**KERR & WAGSTAFFE LLP**

By: *James M. Wagstaffe*
JAMES M. WAGSTAFFE
Guardian Ad Litem for
JOSE ROE I, JOSE ROE II, JOSE ROE III, JOSE ROE IV