Kaushal Niroula
*Defendant In Pro Per*
Booking # 200910575
Indio Jail
Post Office Box 1748
Indio, California 92201

Appearing Herein as Interested Third Party

**FILED**

FEB 1 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, ET AL., | CASE NO. C 03-04035 CRB |
| Plaintiffs, | NOTICE OF MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION |
| v. | |
| THOMAS F. WHITE, ESQ., ET AL. | |
| Defendants. | |

TO: THE HONORABLE NATHANAEL M. COUSINS,
MAGISTRATE/JUDGE OF THE UNITED STATES DISTRICT
AND ALL COUNSEL OF RECORD HEREIN:

NOW INTO COURT, appearing In Proper Person, comes Interested Third Party, Kaushal Niroula, who submits this Notice of Motion to Quash Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action and who, with respect to same, does hereby give notice unto the Court that he will move under FRCP 26(c)(3) before the United States District Court, Northern District of California, for an Order quashing each and every and all subpoenas issued by, pursuant, and through the limited post-trial judgment discovery permitted herein [Rec. Doc. 1041] for the production of two (2) certain computers / hard drives which formerly belonged unto counsel for the Interested Third Party, Mr. David Replogle, Esq., and which contain information subject to the attorney-client privilege existing between Kaushal Niroula and David Replogle, Esq.

Memorandum in Support of Motion to Quash - 1

**WHEREFORE**, in consideration of the above and foregoing arguments and statements and law and equities applicable thereunto, the Interested Third Party herein, Kaushal Niroula, respectfully gives notice unto this Honorable Court of his request to Quash the subject subpoenas and issue and render all such other various and sundry relief to which the Mover is entitled in the premises.

  Dated this _____ day of February, 2012, at Indio, California.

                Respectfully submitted,

                <u>Kaushal Niroula</u>
                <u>Electronic signature</u>
                Kaushal Niroula, *A Propria Persona*
                Defendant In Pro Per
                Booking # 200910575
                Indio Jail
                Post Office Box 1748
                Indio, California 92201

### CERTIFICATE OF SERVICE:

**I HEREBY CERTIFY** that I have delivered a copy of the above and foregoing pleading unto the Clerk of Court in and for the United States District Court, Northern District of California, on this the _____ day of February, 2012, and upon receipt of same, the said Clerk shall and will scan and electronically lodge a copy of this self-same pleading, which lodging, when done, shall and will be promulgated unto the litigants herein by the Court's CM/ECF system, thereby fully satisfying all requirements of notice upon all parties to this litigation and their counsel.

                <u>Martha Dixon</u>
                Martha Dixon, Legal Runner for
                Kaushal Niroula, Incarcerated