UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ROE and MAURICIO R. BORREGO, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS F. WHITE and others, <br><br> Defendants. | Case Number 03-cv-04035 CRB (NC) <br><br> **ORDER REQUESTING ADDITIONAL BRIEFING** <br><br> Re: Dkt. No. 1056 |

Defendant Thomas F. White requests that the Court authorize the trustee in this case, C. Joseph Smith, to disclose to White's counsel "information about the status of the trust funds and the plaintiff's [sic] interests." Dkt. No. 1056. White contends that plaintiffs advised Smith not to disclose this information to White's counsel. *Id.* By February 29, 2012, plaintiffs must file in ECF a response to White's request, and White may file a reply in ECF by March 7, 2012. Additionally, White must file a proposed order by March 7, 2012. *See* Civil L.R. 7-2(c).

IT IS SO ORDERED.

DATED: February 22, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 03-cv-04035 CRB (NC)
ORDER REQUESTING
ADDITIONAL BRIEFING