IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE I, et al., | No. C 03-04035 CRB |
| Plaintiffs, | **ORDER OF REFERENCE** |
| v. | |
| THOMAS F. WHITE, et al., | |
| Defendants. | |

    This case is hereby REFERRED to Magistrate Judge Nathanael M. Cousins to: (1) review the copies of David Replogle's files in this case that are in the custody of the State Bar; (2) search and/or review the files for the purpose of identifying any responsive documents as defined in paragraph 2 of this Court's November 15, 2011 Order, designating as CONFIDENTIAL any documents retrieved through search and/or review, subject to the provisions of the Stipulated Protective Order; (3) prepare a privilege log for any responsive privileged documents; and (4) provide copies of the identified responsive documents first to Plaintiffs' counsel and the Guardian Ad Litem. The parties' counsel and the Guardian Ad Litem shall then comply with the procedures set forth in paragraphs 4 and 5 of the Court's November 15, 2011 Order, and shall confer with Magistrate Judge Cousins as to additional processes that may be necessary.

    Defendant's counsel shall give notice to Ms. Nanci Clarence and to David Replogle

and his counsel of this Order.

**IT IS SO ORDERED.**

Dated: May 8, 2012

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\order of reference.wpd   2