```
GEOFFREY ROTWEIN (CA SBN 58176)
LAW OFFICES OF GEOFFREY ROTWEIN
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Facsimile: (415) 397-0862
Telephone: (415) 397-0860

Attorney for Defendant
THOMAS F. WHITE
```

FILED
AUG X 1 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE I, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> THOMAS F. WHITE, <br><br> Defendant. | No. C-03-4035 CRB <br><br> **ORDER PURSUANT TO NOTICE OF SUBPOENAED COMPACT DISC AND REQUEST FOR COURT ORDER RELEASING IT TO DEFENSE EXPERT JAMES NORRIS PURSUANT TO DISCOVERY ORDER AND PROTECTIVE ORDER** |

The motion by Defendant Thomas F. White to release the four[5] compact disc containing the imaged copy of the hard drive in David Replogle's computer laptop, which was delivered pursuant to defense subpoena to the Court by Christopher Pavan who prepared the disc, came on for hearing on August 1, 2012, at 9:00 a.m., in Courtroom A of this Court, Hon. Nathanael M. Cousins, Magistrate/Judge presiding. Geoffrey Rotwein appeared for Defendant and Maria Radwich appeared for Plaintiffs and the guardian *ad litem*. No one else appeared to contest the motion by Defendant.

The Court has reviewed the moving papers and is advised and satisfied that computer forensic specialist James Norris, retained by the defense, has signed the "Acknowledgment and Agreement to Be Bound" by the Protective Order, which is attached as Exhibit A thereto, efiled as Docket No. 1042,

Based thereon, it is hereby ordered that the four[5] compact disc is to be released to the custody of Mr. Rotwein for his delivery forthwith to Mr. Norris for his computer searches in accordance and

1 compliance with the terms and conditions of the Discovery Order, Docket No. 1043, and
2 specifically Paragraphs 2 and 3.
3 DATED: August 1, 2012

                                                                                    _____
4                                                                            NATHANAEL M. COUSINS
                                                                                    MAGISTRATE/JUDGE
                                                                                    UNITED STATES DISTRICT COURT

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28