# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

JOSE ROE and MAURICIO R. BORREGO,

Plaintiffs,

v.

THOMAS F. WHITE, and others,

Defendants.

Case No. 03-cv-04035 CRB (NC)

**ORDER SETTING HEARING**

Judge Breyer referred to this Court an issue of post-judgment discovery. In accordance with that order, the parties have sent twenty-three boxes of documents formerly held by the state bar, as well as several CDs. Judge Breyer set the basic parameters of the document review, however, in order for this Court to review effectively the evidence it has received, defendants must appear at a hearing and specify for the Court the types of documents it should search for and log. Accordingly, a hearing is set for November 21, 2012 at 1:00 p.m in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco.

IT IS SO ORDERED.

Date: November 6, 2012

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 03-cv-04035 CRB (NC)
ORDER SETTING HEARING