**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE I, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS F. WHITE, et al., <br><br> Defendants. _____/ | No. C 03-04035 CRB <br><br> **ORDER DENYING APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO STAY PAYMENTS** |

Defendant's Application to have his Motion to Stay Payments on Judgment Pending Hearings on Motions to Complete Post-Judgment Discovery and to Vacate Judgment heard on shortened time (dkt. 1125) is DENIED.

**IT IS SO ORDERED.**

Dated: April 24, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\order re shorten time.wpd