UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ROE, and others,<br><br>    Plaintiffs,<br><br>    v.<br><br>THOMAS F. WHITE, and others,<br><br>    Defendants. | Case No. 03-cv-04035 CRB (NC)<br><br>**ORDER RE: POST-JUDGMENT REVIEW OF REPLOGLE FILES**<br><br>Re: Dkt. No. 1086 |

   This Court has completed its review of twenty-three boxes of David Replogle's documents that were formerly in the possession of the State Bar. The Court identified approximately 1500 pages of documents and two CDs that are responsive to paragraph two of Judge Breyer's November 15, 2011 Order. Dkt. No. 1043. Many, if not all, of these responsive documents appear to be privileged.

   The boxes contained mostly loose papers, without any sort of indexing or organization system to identify each document. The Court has separated and catalogued the responsive documents, but additional organization is needed. The process of identifying and copying each responsive document will be time consuming, and the Court has already spent many hours sifting through these materials.

   By July 24, 2013 at 5:00 p.m., defendants must provide a vendor to Bates Number, scan, and photocopy the responsive documents in order that copies may be provided to the

Case No. 03-cv-04035 CRB (NC)
ORDER RE: POST-JUDGMENT
REVIEW

Guardian Ad Litem and plaintiffs' counsel in accordance with Judge Breyer's order. *See* Dkt. Nos. 1043, 1086. Once defendants have hired a vendor, the vendor must collect the responsive documents from chambers. The Court will hold a hearing on July 31, 2013 at 1:00 p.m. to discuss the next step of the review process.

Any party may object to this order within fourteen days. Fed. R. Civ. P. 72(a).

IT IS SO ORDERED.

Date: July 22, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 03-cv-04035 CRB (NC)
ORDER RE: POST-JUDGMENT REVIEW        2