UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ROE, and others, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS F. WHITE, and others, <br><br> Defendants. | Case No. 03-cv-04035 CRB (NC) <br><br> **ORDER RE: POST-JUDGMENT REVIEW OF REPLOGLE FILES** <br><br> Re: Dkt. No. 1086 |

On July 31, 2013, the Court held a hearing regarding the next phase of review of the Replogle documents that this Court found were responsive to Judge Breyer's post-judgment discovery order. *See* Dkt. Nos. 1086, 1168. This Order is to notify all affected parties that the Court intends to produce these documents to the plaintiffs' counsel and the guardian ad litem for their review, in accordance with Judge Breyer's order. Dkt. No. 1086.

The responsive documents must be collected from chambers, scanned into searchable PDFs, and given identification numbers by Coombs Reporting, Inc., an outside vendor that has been hired by defendant Thomas White. Dkt. No. 1169. Coombs must assign an identification number to each page of the responsive documents. Coombs must number the documents in the order it receives them from the Court.

In addition, there are two CDs that contain responsive material. The CD labeled "HH" by the Court must be reproduced in its entirety, with all files in their native formats,

and assigned one identification number.  Only certain files on the CD labeled "BB" by the Court are responsive.  Coombs must copy and assign identification numbers to the files contained in the folder labeled "Cassman."

Coombs must prepare one set of searchable PDFs and create three copies of the CD "HH" and submit them, along with all originals, to chambers.  No paper set needs to be produced.  Defendant will pay the costs of using Coombs' service and must notify Coombs of its obligations by providing a copy of this order.

The Court will produce the searchable PDFs and the CD to plaintiffs' counsel and the guardian ad litem for their review.

The guardian ad litem and plaintiffs' counsel will have thirty days from the date of production to review the responsive materials and to create a privilege log documenting any objections they might have to producing the responsive materials to defendant.  In addition, the guardian ad litem and plaintiffs' counsel must give a copy of this order to any other party who may require notice that these materials will be produced to defendant, including David Replogle, Ted Cassman, Nanci Clarence, Kate Dyer, and Stuart Hanlon.  At the conclusion of their review, the guardian ad litem and plaintiffs' counsel will produce all non-privileged documents to defendant's counsel and file a privilege log.  The log must specify the documents alleged to be privileged, the bases for objection, and enough information for a third party to understand the reasons supporting the objection.  The Court will hold a hearing on any objections defendant may have to the privilege log.

All of the responsive materials produced are subject to the existing protective order. Dkt. No. 1044.

Any party may object to this order within fourteen days.  Fed. R. Civ. P. 72(a).

IT IS SO ORDERED.

Date: July 31, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge