JAMES M. WAGSTAFFE (95535)
wagstaffe@kerrwagstaffe.com
Nancy L. Tompkins (183623)
tompkins@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Guardian Ad Litem for
JOSE ROE I, JOSE ROE II, JOSE ROE III, AND JOSE ROE IV

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS F. WHITE, et al.,<br><br>    Defendants. | Case No. C 03-04035 CRB<br><br>**ORDER RE PAYMENT OF GUARDIAN AD LITEM INVOICE #7** |

The Court has carefully reviewed the detailed August 8, 2013 billing statement of the Guardian Ad Litem, James Wagstaffe of the law firm Kerr & Wagstaffe, and finds it well supported and reasonable.  Wells Fargo Bank, N.A., trustee of the Jose Roe v. White Irrevocable Trust, is ordered to pay the sum of $77,407.47 from the Jose Roe v. White Irrevocable Trust, Account No. 725-75100 to Kerr & Wagstaffe.  The trustee shall mail the check, by overnight mail, to James Wagstaffe, Kerr & Wagstaffe LLP, 100 Spear Street, 18th Floor, San Francisco, CA 94105-1528.

    **IT IS SO ORDERED.**

Dated:   August 9, 2013

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

– 1 –

C 03-04035 CRB                                                                                                [PROPOSED] ORDER