UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ROE, and others,<br><br>    Plaintiffs,<br><br>    v.<br><br>THOMAS F. WHITE, and others,<br><br>    Defendants. | Case No. 03-cv-04035 CRB (NC)<br><br>**ORDER RE: POST-JUDGMENT REVIEW OF REPLOGLE FILES**<br><br>Re: Dkt. No. 1086 |

    Coombs Reporting, the outside vendor hired by defendants, has finished assigning identification numbers to the responsive documents, in accordance with this Court's July 31, 2013 order. The responsive documents have been reproduced as searchable PDFs onto a CD. Coombs also reproduced the two CDs previously described by the Court as responsive. The Court has created a log of the responsive materials, which lists only a general description of the materials. Plaintiffs' counsel and the guardian ad litem must come to chambers to retrieve their copies of the responsive materials (three CDs and the Court's log) by August 16, 2013 at 5:00 p.m.

    At the conclusion of their review, the guardian ad litem and plaintiffs' counsel will produce all non-privileged materials to defendant's counsel and file a privilege log. The privilege log must specify the materials alleged to be privileged, the bases for the privilege, and enough information for a third party to understand the reasons supporting the

designation. The privilege log must be filed and the materials produced to defendant's counsel by September 16, 2013.

Defendant may file a motion objecting to any asserted privilege by September 25, 2013. Oppositions will be due by October 9, 2013. Any reply will be due on October 16, 2013. The Court will hold a hearing on October 23, 2013 at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco.

All of the responsive materials produced, as well as the Court's log of the responsive materials, are subject to the existing protective order. Dkt. No. 1044. In addition, the responsive materials and the Court's log are filed under seal. The Court's log is also ex parte and available only to plaintiffs' counsel and the guardian ad litem until they complete their review of the responsive materials and determine whether the log reveals any privileged information.

Any party may object to this order within fourteen days. Fed. R. Civ. P. 72(a).

IT IS SO ORDERED.

Date: August 14, 2013

Nathanael M. Cousins
United States Magistrate Judge