JAMES M. WAGSTAFFE (95535)
wagstaffe@kerrwagstaffe.com
Nancy L. Tompkins (183623)
tompkins@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Guardian Ad Litem for
JOSE ROE I, JOSE ROE II, JOSE ROE III, AND JOSE ROE IV

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS F. WHITE, et al., <br><br> Defendants. | Case No. C 03-04035 CRB <br><br> [PROPOSED] ORDER RE PAYMENT OF GUARDIAN AD LITEM INVOICE #8 |

The Court has carefully reviewed the detailed February 18, 2014, billing statement of the Guardian Ad Litem, James Wagstaffe of the law firm Kerr & Wagstaffe, and finds it well supported and reasonable. Wells Fargo Bank, N.A., trustee of the Jose Roe v. White Irrevocable Trust, is ordered to pay the sum of $41,158.11 from the Jose Roe v. White Irrevocable Trust, Account No. 725-75100 to Kerr & Wagstaffe. The trustee shall mail the check, by overnight mail, to James Wagstaffe, Kerr & Wagstaffe LLP, 100 Spear Street, 18th Floor, San Francisco, CA 94105-1528.

**IT IS SO ORDERED.**

Dated: Feb 19, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE