IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, | No. C 03-04035 CRB |
|     Plaintiff, | **ORDER RE: TELEPHONIC APPEARANCE** |
| v. | |
| THOMAS F. WHITE, | |
|     Defendant. | |

    The Court hereby GRANTS James M. Wagstaffe's request to appear by telephone at the April 18, 2014 hearing in this case.

**IT IS SO ORDERED.**

Dated: April 2, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4035\orderretelephonic app.wpd