# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ROE, and others, | Case No. 03-cv-04035 CRB (NC) |
| Plaintiffs, | **ORDER OF CLARIFICATION** |
| v. | Re: Dkt. No. 1246 |
| THOMAS F. WHITE, and others, | |
| Defendants. | |

The Court ordered plaintiffs to "submit to the Court document 00322, with redactions narrowly limited to remove discussion of privileged conversations with counsel or an agent of counsel." Dkt. No. 1246 at 3. The Court now clarifies that this refers to the document beginning at bates number 00322 and ending in bates number 00328, which was submitted for in camera review as Exhibit X. The Court was not referring to only the first page of the document, but to the document in its entirety. Plaintiffs are ordered to submit to the Court within seven days of this order Exhibit X, bates number 00322-00328, narrowly redacted to remove references to privileged conversation. Should plaintiffs determine that no redactions are necessary, plaintiffs must produce the document in its entirety to defendant White within seven days of this order.

1 | Any party may object to this order within fourteen days.  Fed. R. Civ. P. 72(a).

2 | IT IS SO ORDERED.

3 | Date: July 29, 2014 _____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 03-cv-04035 CRB (NC)
ORDER OF CLARIFICATION            2