JAMES M. WAGSTAFFE (95535)
wagstaffe@kerrwagstaffe.com
KEVIN B. CLUNE (248681)
clune@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Guardian Ad Litem for
JOSE ROE I, JOSE ROE II, JOSE ROE III, AND JOSE ROE IV

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROE, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>THOMAS F. WHITE, et al.,<br><br>   Defendants. | Case No. C 03-04035 CRB<br><br>**ORDER RE PAYMENT OF GUARDIAN AD LITEM INVOICE #9** |

The Court has carefully reviewed the detailed November 5, 2014 billing statement of the Guardian Ad Litem, James Wagstaffe of the law firm Kerr & Wagstaffe, and finds it well supported and reasonable. Wells Fargo Bank, N.A., trustee of the Jose Roe v. White Irrevocable Trust, is ordered to pay the sum of $17,385.38 from the Jose Roe v. White Irrevocable Trust, Account No. 725-75100 to Kerr & Wagstaffe. The trustee shall mail the check, by overnight mail, to James Wagstaffe, Kerr & Wagstaffe LLP, 101 Mission Street, 18th Floor, San Francisco, CA 94105-1528.

**IT IS SO ORDERED.**

Dated: November 14, 2014

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE