1  JAMES M. WAGSTAFFE (95535)
   wagstaffe@kerrwagstaffe.com
2  KEVIN B. CLUNE (248681)
   clune@kerrwagstaffe.com
3  **KERR & WAGSTAFFE LLP**
   101 Mission Street, 18th Floor
4  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
5  Fax: (415) 371-0500

6  Guardian Ad Litem for
   JOSE ROE I, JOSE ROE II, JOSE ROE III, AND JOSE
7  ROE IV

8
                   IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 JOSE ROE, et al.,                  Case No. C 03-04035 CRB

12         Plaintiffs,                **ORDER RE PAYMENT OF GUARDIAN
                                      AD LITEM INVOICE #10**
13 v.

14 THOMAS F. WHITE, et al.,

15         Defendants.

16
17         The Court has carefully reviewed the detailed May 8, 2014 billing statement of the

18 Guardian Ad Litem, James Wagstaffe of the law firm Kerr & Wagstaffe, and finds it well

19 supported and reasonable.  Wells Fargo Bank, N.A., trustee of the Jose Roe v. White Irrevocable

20 Trust, is ordered to pay the sum of $3,674.03 from the Jose Roe v. White Irrevocable Trust,

21 Account No. 725-75100 to Kerr & Wagstaffe.  The trustee shall mail the check to James

22 Wagstaffe, Kerr & Wagstaffe LLP, 101 Mission Street, 18th Floor, San Francisco, CA 94105-

23 1528.

24         **IT IS SO ORDERED.**

25
26 Dated:  June 2, 2015       _____
                              CHARLES R. BREYER
27                            UNITED STATES DISTRICT JUDGE
28

KERR
 &
WAGSTAFFE
LLP

– 1 –

C 03-04035 CRB                                              [PROPOSED] ORDER